EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



Form TX
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

RE  TX 6-576-237



EFFECTIVE DATE OF REGISTRATION

6 Month  26 Day  07 Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**  TITLE OF THIS WORK ▼
BIO-SAFE ONE SEPTIC SOLUTION TRI FOLD BROCHURE

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2 a**  NAME OF AUTHOR ▼
BIO-SAFE ONE, INC

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is Yes, see detailed instructions.

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire text and graphics for brochure

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3 a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2003 ◀ Year

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month ▶ April    Day ▶ 13    Year ▶ 2004
U.S.A. ◀ Nation

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
BIO-SAFE ONE, INC
111 East 14th Street #195 A  New York, NY 10003

APPLICATION RECEIVED
JUN 1 2007
ONE DEPOSIT RECEIVED
JUN 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

---

**MORE ON BACK ▶**   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ Pages

| EXAMINED BY | FORM TX |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form.
b ☑ This is the first application submitted by this author as copyright claimant.
c ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give Previous Registration Number ▶                Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

**6**
a

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

b

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                         Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/Zip ▼

Daniel Seidenstein, Esq
Oved & Oved LLP 101 Avenue of the Americas, 15th Fl
New York, NY 10013

b

Area code and daytime telephone number ▶ 212 226 2376        Fax number ▶ 212 226 7555
Email ▶ daniel@ovedlaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Bio-Safe One, Inc.
        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
Christopher Jorgensen                                                  Date ▶ 06/21/2007

Handwritten signature ▼

| Certificate will be mailed in window envelope to this address | Name ▼ Daniel Seidenstein, Esq |
|---|---|
| | Number/Street/Apt ▼ Oved & Oved LLP, 101 Avenue of the Americas 15th Floor |
| | City/State/Zip ▼ New York, NY 10013 |

Complete all necessary spaces
Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

**9**

17 USC §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Form TX Full Rev 11/2006 Print 11/2006 — 30,000 Printed on recycled paper                    U.S Government Printing Office

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-576-238**

EFFECTIVE DATE OF REGISTRATION

6 Month  26 Day  07 Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
BIO-SAFE ONE SEPTIC SOLUTION BIFOLD BROCHURE

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2 a** NAME OF AUTHOR ▼
BIO-SAFE ONE, INC

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U S A
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire text and graphics for brochure

**NOTE**
Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given   **b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ August   Day ▶ 8   Year ▶ 2002
2002  ◀ Year   in all cases.   ONLY if this work has been published.   U.S.A.   ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
BIO SAFE ONE, INC
111 East 14th Street #195-A, New York, NY 10003

APPLICATION RECEIVED
JUN 2 0 2007
ONE DEPOSIT RECEIVED
JUN 2 6 2007
TWO DEPOSITS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

FUNDS RECEIVED

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                  • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

|  |  |
|---|---|
| EXAMINED BY | FORM TX |
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>    Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☑ This is the first application submitted by this author as copyright claimant
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give Previous Registration Number ▶          Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6 a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼                                    Account Number ▼

**7 a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/Zip ▼

Daniel Seidenstein, Esq
Oved & Oved LLP, 101 Avenue of the Americas  15th Fl
New York, NY 10013

**b**

Area code and daytime telephone number ▶ 212 226 2376            Fax number ▶ 212 226 7555
Email ▶ daniel@ovedlaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Bio-Safe One, Inc.
          Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
Christopher Jorgensen                                                Date ▶ 06/21/2007

Handwritten signature ▼
[signature: Christopher Jorgensen]

Certificate will be mailed in window envelope to this address.

Name ▼
Daniel Seidenstein, Esq
Number/Street/Apt ▼
Oved & Oved LLP, 101 Avenue of the Americas, 15th Floor
City/State/Zip ▼
New York, NY 10013

Complete all necessary spaces
Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

**9**

17 USC §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Form TX Full Rev 11/2006 Print 11/2006—30,000 Printed on recycled paper                                U S Government Printing Office 2006-xx-xxx/xx,xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-576-239**

EFFECTIVE DATE OF REGISTRATION

Month 6   Day 26   Year 07

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

**TITLE OF THIS WORK ▼**
BIO-112 HEAVY SLUDGE DIGESTER BROCHURE

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give  Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2 a**

**NAME OF AUTHOR ▼**
BIO-SAFE ONE, INC

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
    { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire text and graphics for brochure

**b**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3 a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases. Year ▶ 2004

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.  Month ▶ March  Day ▶ 8  Year ▶ 2005   Nation ▶ U.S.A.

**4**
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
BIO-SAFE ONE, INC
111 East 14th Street #195 A, New York, NY 10003

APPLICATION RECEIVED JUN 26 2007
ONE DEPOSIT RECEIVED JUN 26 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____ pages

|  |  |
|---|---|
| EXAMINED BY | FORM TX |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☑ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give Previous Registration Number ▶                Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**6**
a

Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼                                   Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/Zip ▼

Daniel Seidenstein, Esq
Oved & Oved LLP 101 Avenue of the Americas, 15th Fl
New York, NY 10013

b

Area code and daytime telephone number ▶ 212 226 2376      Fax number ▶ 212 226 7555
Email ▶ daniel@ovedlaw.com

**CERTIFICATION**  I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Bio-Safe One, Inc.

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge
Name of author or other copyright claimant or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
Christopher Jorgensen                                                                Date ▶ 06/21/2007

Handwritten signature ▶ *[signature: Christopher Jorgensen]*

| Certificate will be mailed in window envelope to this address | Name ▼ Daniel Seidenstein, Esq |
|---|---|
| | Number/Street/Apt ▼ Oved & Oved LLP, 101 Avenue of the Americas, 15th Floor |
| | City/State/Zip ▼ New York, NY 10013 |

**9**

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington DC 20559-6222

17 USC §506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2,500

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-576-240**

EFFECTIVE DATE OF REGISTRATION

6 Month 26 Day 07 Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1  TITLE OF THIS WORK ▼**
BIO-SAFE ONE WEBSITE

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2 a  NAME OF AUTHOR ▼**
BIO-SAFE ONE INC

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☑ No
Pseudonymous? ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire text and graphics for brochure

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b  NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☑ No
Pseudonymous? ☐ Yes  ☑ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c  NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3 a  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**   This information must be given in all cases.
2001 ◀ Year

**b  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.
Month ▶ March   Day ▶ 12   Year ▶ 2002
U.S.A. ◀ Nation

**4  COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
BIO-SAFE ONE, INC
111 East 14th Street #195-A  New York, NY 10003

APPLICATION RECEIVED
JUN 26 2007

TWO DEPOSITS RECEIVED:

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.  Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

|  |  |
|---|---|
| EXAMINED BY | FORM TX |
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>   Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
[ ] Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form.
b ☑ This is the first application submitted by this author as copyright claimant.
c ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶         Year of Registration ▶

**6** **DERIVATIVE WORK OR COMPILATION**
a Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

b Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

See instructions before completing this space

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a Name ▼                     Account Number ▼

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
Daniel Seidenstein, Esq
Oved & Oved LLP, 101 Avenue of the Americas, 15th Fl
New York, NY 10013

Area code and daytime telephone number ▶ 212 226 2376          Fax number ▶ 212 226 7555
Email ▶ daniels@ovedlaw.com

**8** **CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Bio-Safe One, Inc.
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Christopher Jorgensen                                    Date ▶ 06/21/2007

Handwritten signature: *Christopher Jorgensen*

**9** Certificate will be mailed in window envelope to this address:
Name ▼
Daniel Seidenstein, Esq
Number/Street/Apt ▼
Oved & Oved LLP 101 Avenue of the Americas 15th Floor
City/State/Zip ▼
New York, NY 10013

Complete all necessary spaces
Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington DC 20559-6222

17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# EXHIBIT B



# Bio-Safe One

*Patented Maintenance Treatment for Septic Tanks, Cesspools, Sewers, Grease Traps, Drywells Holding Tanks or Lagoons...*

## Eliminate Pump-Outs, Completely Restore Clogged Drainfields and Keep Your Entire Septic System Sparkling Clean, Clear and Free of Contamination!

*Our proven bacterial formula was used to treat the Exxon Valdez Oil Spill in 1989. We guarantee that our products are the strongest on the market and are backed by over 56 years of research and development. Click here to order.*

---

**Photographs of a Septic Tank**



Before B.O.S.S | After B.O.S.S

When B.O.S.S is added to sludge/scum buildup as shown in the photographs, the sludge/scum buildup is eliminated, as shown in right photograph. Notice the reflection of the photographer on the right over what is now clear water.

Millions of times stronger than Rid-X!

**Helps restore drainage to clogged drainfields!**

### Bio-Safe One Septic Solution! (B.O.S.S)

Industrial Strength Patented Bacterial /Enzyme Maintenance Treatments

Bio-friendly, safe, money-saving way to clean your septic system
For pennies per day, save tens of thousands of dollars in costly repairs and replacement bills
Strong enough to eliminate pump-outs, backups, odors and restore drainage to clogged drainfields
Can save you from having to replace your drainfield!

Free Unlimited Technical Support. Call

**Avoid taking risks that could damage your pipes and be a safety hazard to you and your neighboors when using toxic chemical products!**

**ORDER NOW ONLINE**

WE HAVE THE SOLUTION
BIO-SAFE ONE
SEPTIC SOLUTION!
(B.O.S.S)!
Take charge of your septic system by maintaining it! You need to maintain your system! If you fail to maintain your septic system, it can cause irrepairable damage to your property and put your life at risk.

Sewage-digesting, lab-cultivated patented bacteria & enzymes are 100% guaranteed to safely eliminate grease, paper and solid waste. Helps eliminate bad bacteria that cause disease and odor.

Toll Free: 1 (866) 424-6663

## Need Help? Don't Know What to Order? Click Here!

We at Bio-Safe One have been in the forefront of research and development of preventative maintenance for septic systems for over 56 years and have developed the most technologically advanced treatment to combat your septic needs. To find out more about our company click here.

### CLICK HERE TO ORDER BIO-SAFE ONE ONLINE TODAY

WE ACCEPT      CHECK BY PHONE OR ONLINE CHECK   GOT A QUESTION OR COMMENT  call 1-866-424-6663   

Home | Product Details | Competitive Comparison | Treatment Guide | About BOSS & FAQs
Testimonials | Resources | Purchase Product | Contact Us

© 2003, Bio-Safe One, All rights reserved. Purchase Policy

EXHIBIT C


Monday, July 23, 2007 21:33:56

Order Now | Shopping Cart | Order Tracking

- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- All Products

green earth

- Environmentally Safe
- Natural Septic Treatment
- Prevent Costly Repairs
- Eliminate Pump-Outs
- Clean Clogged Drainfield
- Repair Clogged Septic
- Digests Raw Sewage
- Eliminate Septic Odors
- Digests 100lbs per Day
- Pennies Per Day
- Liquefies septic Solids
- Powerful SepticTreatment



# NT-MAX Industrial Strength Septic Treatment Repairs Clogged Septic Systems and Completely Restores Your Clogged Drainfield



Septic treatment with Billions of bacteria that double in numbers ever 30 minutes to absorb and digest Sludge, Grease, Paper and Solid Waste that clogs your septic and drainfield systems.

   

**Before NT-MAX\***      **After NT-MAX\***

Our Industrial Strength Formula Contains Higher Bacterial and Enzyme Counts than Any other Septic Treatment on the Market!



**Click Here to Order NOW!**

**STOP SEPTIC ODORS!**

Commercial Grade Bacterial Enzyme septic treatment formulas were used to treat the Galapagos Island Oil Spill in 2001 and the Exxon Valdez Spill of 1989. We Guarantee that our products are the strongest septic treatments on the market and are backed by over 70 years of research and development.

Septic Treatment with 900 Billion sewage-digesting bacteria & enzymes are 100% guaranteed to safely eliminate grease, paper and solid waste. Helps eliminate the causes of clogged septic and drainfields, bad bacteria and odor.

**Click here to order**

NT-MAX Septic tank Treatment has the power to fully restore Your Clogged Septic and Clogged Drainfield eating up to <u>100</u> lbs of Sludge in a 24 Hour Period! Millions of Times Stronger than Rid-x and Safe to Humans, Pets, Septic Systems, Septic Drainfields, Plumbing and the Environment.

**Need Help Deciding What to Order? Click Here!**

## Why septic tank and drainfield systems clog

Clogged septic and clogged drainfields are difficult to detect and if your system is not properly treated, it will at some point fail. Most untreated systems fail due to problems in the drainfield where the subterranean lines and soils get clogged with biomat (black tar-like sewage residue) and sewage. The sewage water has no place to go and waste is then forced back into the septic tank, up through your pipes and into your home! When there are not enough bacteria in the septic tank, proper digestion can not take place and you need to add a bacterial septic treatment to your system to avoid sewage accumulation in your tank and field. Naturally occurring bacterial strains are killed off by the use of household chemicals such as bleach, paints and other harmful products that wind up going down your drains. NT-MAX Septic Treatment bombards your system with over 900 billion bacteria per gallon, quickly digesting waste at up to 100 lbs per day!

Sludge buildup results in loss of ¼" - ½" of space every 4 years along the walls of your pipes, limiting the amount and rate of sewage flowing through your system. Using NT-MAX Septic Treatment on a regular basis assures that buildup does not occur. The bacterial




cultures introduced into your system by NT-MAX Septic Treatment are laboratory produced and tested to assure premium quality and are guaranteed to be non-disease causing and non-hazardous. The specific types and volume of bacterial strains developed by our laboratories, especially the anaerobic cultures necessary to combat difficult wastes such as grease and paper, have been developed over 70 years and are the most effective means of dissolving wastes available.

NT-MAX Septic Treatment can save you tens of thousands of dollars in costly repairs and prevent you from having to replace your septic system, which can cost $10,000 to $70,000 or more to repair or replace. The most powerful Septic Tank Treatment for Clogged Septic and Drainfield Systems

Order by Phone: 1-800-509-0927  |  100% Safe Shopping Guaranteed

We Accept  VISA  AMEX  DISCOVER  eCHECK

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio NT-MAX Septic Treatment USA All Rights Reserved NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial septic treatments on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX septic treatment contains 900 billion bacteria per gallon and can completely restore your clogged septic and clogged drainfield to full functionality. *simulations reflect potential of NT-MAX septic treatment*Free shipping on Item #680 and #708 only excluding Alaska, Puerto Rico, Hawaii and International orders. Other septic treatments may exclude shipping.

**EXHIBIT D**



## Product Info



- Maintains and cleans commercial/residential systems: septic tanks, grease traps, sewers, drains, RV's, cesspools, drywells, lagoons, outhouses, holding tanks, aerobic/mound, lift station and any other type of system.
- Reduces and eliminates sludge, scum and grease in pipes, tank, cesspool, lateral lines and drainfield.
- Industrial strength: strong enough to eliminate pump-outs, reverse backups, clogging, odors and surface water.
- Out-performs all other "yeast" or "enzyme" based septic products.
- 4.5 billion bacteria per gram (millions times more than any other septic product), double every twenty minutes when they hit water/sewage.
- Highly advanced formula of aerobic and anaerobic bacterial spores, freeze dried on bran powder.
- Lowers energy, repairs and pump bills. Can save you tens of thousands of dollars in replacement bills.
- Safe to humans, pets, plumbing and the environment.
- Long lasting, doses decrease over time.
- **B.O.S.S** digests up to 100 lbs. of sludge/ scum within a 24 hour period.
- **B.O.S.S** bacteria survive and thrive in extreme temperatures. Everyday use of soaps and cleaners will not diminish effectiveness.
- Similar product was used to clean America's largest clean-up, the Exxon Valdez Oil Spill, 1989.

Our product has three main advantages over our competitors: the highest bacteria counts, patented bacterial strains that are the fastest, most effective available. The bacteria in **B.O.S.S.** produce enzymes and continuously digest sewage, keeping your entire system clear, clean and free of contamination.

**B.O.S.S** treatment comes in pre-measured bags containing aerobic (oxygen surviving) and anaerobic (non-oxygen surviving) bacteria conveniently freeze- dried on bran. We direct you to flush the contents of one bag down your commode once a month. **B.O.S.S** aerobic bacteria come to life when they touch water and digest the top layer of the cesspool or septic tank called the "scum" layer ( fats, soaps). The more difficult to cultivate anaerobic bacteria in **B.O.S.S** digest the lower heavier solid or "sludge" layer (see diagram below of a septic system).


Diagram of a septic system

Sewage digesting bacteria in **B.O.S.S** double every 20 minutes and replenish bacteria in the tank that have been destroyed by everyday use of soaps and cleaners. Through it's superior enzymatic activity against specific substrates such as lipase (grease), protease (protein), cellulase (mold, vegetables and paper) and amylase (starch), **B.O.S.S** digests and dissolves organic matter, breaking down its molecular structure and recycles water, minerals and carbon dioxide back into the environment.

**B.O.S.S** digests up to 100 pounds of sludge and scum in a 24-hour period. With such a high digestion rate, **B.O.S.S** reduces the depth of sewage in the tank and increases the overall capacity of your tank. This process lowers the pressure in the septic tank which allows proper digestion to take place, making sure that sludge or scum does not flow into the drainfield where it clogs the drainfield pipes ands soil. **B.O.S.S** reduces strain on your whole system, and increases system longevity.

According to the EPA, trouble signs in your system are difficult to detect and if your system is not properly maintained, it will eventually fail. Most systems fail due to problems in the drainfield when the drain field lines and soil gets clogged with biomat (black tar-like sewage residue) and sewage. The sewage water has no place to go. Waste is then forced back into the tank, up through your pipes and into your home! When there is not enough bacteria in the tank, proper digestion can not take place. You need to add bacteria to your system to avoid sewage accumulation in your tank and field.

Additionally, sludge buildup results in loss of ¼" - ½" of space every 4 years along the walls of your pipes, limiting the amount and rate of sewage flowing through your system. Using B.O.S.S. on a monthly basis assures that buildup does not occur.

The bacterial cultures introduced by **B.O.S.S** are laboratory produced and tested. We guarantee to be non-disease causing and non-hazardous. The specific types and volume of bacterial strains developed by our laboratories, especially the anaerobic cultures necessary to combat difficult wastes such as grease and paper have been developed over 56 years, the most effective means of dissolving wastes available.

**B.O.S.S.** can save you tens of thousands of dollars in costly repairs and prevent you from having to replace your septic system. It can cost from $10,000 to $70,000 to repair or replace your septic system.

**B.O.S.S** is highly effective in cesspools, drywells, and lagoons and is approved for all septic system applications. Chemical products are dangerous and cost more. With **B.O.S.S** you receive an industrial strength treatment that is safe for your family at wholesale cost, saving you the 50% retail mark-up while providing you with the best possible septic treatment for your home.

CLICK HERE TO ORDER BIO-SAFE ONE ONLINE TODAY

WE ACCEPT     CHECK BY PHONE OR ONLINE CHECK   GOT A QUESTION OR COMMENT call 1-866-424-6663   

Home | Product Details | Competitive Comparison | Treatment Guide | About BOSS & FAQs
Testimonials | Resources | Purchase Product | Contact Us
© 2003, Bio-Safe One, All rights reserved. Purchase Policy