EXHIBIT E



Monday, July 23, 2007 21:34:03                                    Shopping Cart | Order Tracking

- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- All Products

## NT-MAX is the Strongest Commercial Grade Clogged Septic and Clogged Drainfield Product Available on the Market Today!

Industrial Strength Septic Treatment. 100% Natural, Environmentally Safe, Strongest Product Available. Restore Clogged Septic and Drainfield Systems and Eliminate Pump-Outs.

**Our Patented Bacterial Strains are the Fastest, Most Effective and Strongest. NT-MAX Continually Produces Enzymes that Aggressively Digest and Consume Sludge, Grease, Fats, Paper and all Other Organic Matter Clogging Your Septic System.**

☑ NT-MAX is Environmentally Safe - Will not harm Human, Pet's or Plumbing
☑ 100% Natural Formula
☑ Prevent Costly Repairs and Eliminate Pump-Outs
☑ Clean Clogged Drainfield, clogged Septic, Pipes and Eliminate Odors
☑ Digests up to 100 lbs. of sludge/ scum within a 24 hour period
☑ 900 Billion Bacteria Thrive in extreme temperatures.
☑ Soaps/cleaners won't diminish effectiveness
☑ Pennies Per Day can Save you Tens of Thousands in Costly Repairs
☑ Commercial Grade NT-MAX Liquefies septic Solids

**Click Here to Order NOW!**



*FREE FedEx Ground *

green earth

Our superior products main advantages over our competitors:

*Highest Bacterial Counts 900 Billion per Gallon
*Fastest, Most Effective Commercial Grade Bacteria
*NT-MAX Continually Digests Sewage Keeping Your System Sparkling Clean!

NT-MAX treatment comes in pre-measured bags containing oxygen, and non-oxygen surviving bacteria, conveniently freeze-dried on bran. Simply flush one entire bio-degradable bag down your commode once a month and instantly, aerobic bacteria come to life upon contacting water. Bacterial/enzymes instantly get to work digesting the top layer of the cesspool or septic tank called the "scum" layer, primarily made up of fats and soaps. The aggressive anaerobic bacteria in NT-MAX digest the lower heavier solid or "sludge" layer (see below).



"Clogged Septic and Drainfield systems are bombarded with 900 Billion bacteria in NT-MAX which double every 20 minutes to replenish bacteria in the tank that have been destroyed by everyday use of soaps and cleaners."

Clogged Septic and Drainfield systems are bombarded with 900 Billion bacteria in NT-MAX which double every 20 minutes to replenish bacteria in the tank that have been destroyed by everyday use of soaps and cleaners. Our superior enzymes rapidly digest substrates such as lipase (grease), protease (protein), cellulase (mold, vegetables and paper) and amylase (starch). NT-MAX digests and dissolves organic matter, breaking down its molecular structure and recycles water, minerals and carbon dioxide back into the environment.

NT-MAX digests up to 100 pounds of the sludge and scum clogging your septic and drainfield system in a 24-hour period. With such a high digestion rate, NT-MAX quickly reduces the depth of sewage in the tank and increases the overall capacity of your tank. This process lowers the pressure in the septic tank which allows proper digestion to take place, making sure that sludge or scum does not flow into the drainfield, further clogging the drainfield pipes and soil. NT-MAX reduces strain on your whole system, and increases system longevity and functionality.

Clogged septic and clogged drainfields are difficult to detect and if your system is not properly cared for, it will at some point fail. Most untreated systems fail due to problems in the drainfield where the drainfield lines and soils get clogged with biomat (black tar-like sewage residue) and sewage. The sewage water has no place to go. Waste is then forced back into the tank, up through your pipes and into your home! When there are not enough bacteria in the tank, proper digestion can not take place and you need to add bacteria to your system to avoid sewage accumulation in your tank and field.

Sludge buildup results in loss of ¼" - ½" of space every 4 years along the walls of your pipes, limiting the amount and rate of sewage flowing through your system. Using NT-MAX on a regular basis assures that buildup does not occur. The bacterial cultures introduced into your system by NT-MAX are laboratory produced and tested to assure premium quality. We guarantee to be non-disease causing and non-hazardous. The specific types and volume of bacterial strains developed by our laboratories, especially the anaerobic cultures necessary to combat difficult wastes such as grease and paper have been developed over 70 years, the most effective means of dissolving wastes available.

NT-MAX can save you tens of thousands of dollars in costly repairs and prevent you from having to replace your septic system, which can cost $10,000 to $70,000 or more to repair or replace.

NT-MAX is highly effective in cesspools, drywells, RV's and lagoons and is approved for all septic system applications. Chemical products are dangerous to the environment, your family and pets, and cost more. With NT-MAX, you receive an industrial strength treatment that is safe for your family at wholesale cost, saving you more than 50% over retail mark-up while providing you with the best possible septic treatment for your home.

**Need Help Deciding What to Order? Click Here!**

Order by Phone: 1-800-509-0927 | 100% Safe Shopping Guaranteed

We Accept  VISA  [MasterCard] AMEX DISCOVER [Diners Club] eCHECK

Home · Product Info · Compare · FAQ's · Testimonials · About Us · Contact Us · Articles · Index · Purchase Policy

© Copyright 2007 NewTechBio USA All Rights Reserved
NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial septic treatments on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX contains 900 billion bacteria per gallon and can completely restore your clogged septic and drainfield to full functionality.
*simulations reflect potential capabilities of NT-MAX septic treatment*On Item #680 and #703 only. Other items exclude shipping.

EXHIBIT F



## Treatment Guide

| Age of Septic System | Condition | What to Order | How to Apply |
|---|---|---|---|
| New to 1 Year Old | Normal | 1.5 yr. or 3 yr. Supply of B.O.S.S | 1 bag per month |
| | | OR One 5 gal. of BIO-112 | 10 oz. per month |
| | Problematic | 3 yr. Supply of B.O.S.S | Follow directions for "Medium Shock" then maintain with one bag per month |
| | | OR One 5 gal. of BIO-112 | Apply 20 oz. the first month; then maintain with 10 oz. per month |
| 1 Year to 5 Years | Normal | 3 yr. Supply of B.O.S.S | Follow directions for "Light Shock" then maintain with 1 bag per month |
| | Problematic | 3 yr. Supply of B.O.S.S and One 5 gal. of BIO-112 | Shock with BIO-112. Follow directions for "Medium Shock" for B.O.S.S then maintain with one bag per month |
| 5 Years to 15 Years | Normal | 3 yr. Supply of B.O.S.S | Follow directions for "Medium Shock" then maintain with 1 bag per month |
| | | OR One 5 gal. of BIO-112 | Apply 20 oz. the first month then maintain with 10 oz. per month |
| | Problematic | Two to Three 5 gal. of BIO-112 and 3 yr. Supply of B.O.S.S | Shock with BIO-112. Follow directions for "Heavy Shock" for B.O.S.S then maintain with one bag per month |
| 15 Years to 30+ Years | Normal | 3 yr. Supply of B.O.S.S | Follow directions for "Medium Shock" then maintain with 1 bag per month |
| | | OR One 5 gal. of BIO-112 | Apply 20 oz. the first month then maintain with 10 oz. per month |
| | Problematic | Three to Eleven 5 gal. of BIO-112 and 3 yr. Supply of B.O.S.S | Shock with BIO-112. Follow directions for "Heavy Shock" for B.O.S.S then maintain with one bag per month |

We guarantee that we have a greater than 99% rate of success at restoring failed drainfields & septic systems when used as directed

## General Information

**Bio-Safe One Inc.,** products are lab cultivated, highly concentrated strains of sewage-digesting enzyme fortified bacteria in the billions per gram and gallon count. **BIO-112** and **B.O.S.S** are successful in maintaining and remediating clogged systems. **BIO-112** liquid is designed for the drainfield and contains patented strains of bacteria that specialize in eliminating grease, a major culprit of clogged lines. **B.O.S.S** is formulated primarily as a preventative maintenance treatment. The microorganisms in **BOSS** and **BIO-112** clean the walls of your pipes, septic tank (cesspool) and drainfield. **B.O.S.S** and **BIO-112** are used in commercial grease traps and can be used in any septic system.

When you order our treatments, we send you a list of **"Dos and Don'ts"** (products compatible with a septic system) as well as **"Tips".** on how to care for your septic system. We work with you on an individual basis to ascertain your needs. We have an extremely high rate of success (over 99%) due to the fact that most systems experience problems due to organic buildup of sludge in the soil or drainfield due to lack of proper maintenance. **B.O.S.S** and **BIO-112** treatments quickly and effectively digest sludge, cut through years of accumulated sewage buildup and open lines. This process percolates and oxygenates the soil; the microorganisms in the soil digest the sewage water which restores proper air and water flow, improving and optimizing the performance of your entire system.

A properly functioning septic system has almost a zero % chance of contamination. If your soil is clogged, contaminants (infectious viruses and bacteria) can travel by gravity thousands of feet away from your property, contaminating neighboring land, air and water. Faulty septic systems carry with it over 500 different disease causing viruses and bacteria; your property and water supply (well water) are at risk and most importantly your life!

Avoid taking risks that could damage your pipes and be a safety hazard to you and your neighboors when using toxic chemical products!

ORDER NOW ONLINE

WE HAVE THE SOLUTION!
**BIO-SAFE ONE**
SEPTIC SOLUTION!
(B.O.S.S.)!
Take charge of your septic system by maintaining it! You need to maintain your septic system! If you fail to maintain your septic system, it can cause irreparable damage to your property and put your life at risk.

## Signs of a Problematic Septic System

**If your system shows any of the following signs, then you may have a clogged drainfield or cesspool:**

- **Frequent pump-outs**
- slow draining
- **Gurgling sounds in your pipes**
- **Odors inside or outside your home**
- **Tests showing presence of bacteria in your well water**
- **Water backing-up into drains and home**
- **Pumper noticing water backing into tank from drainfield**
- **Inability to use water in the house : toilets do not flush, water does not move or moves slowly into drains**
- **Grass growing over drainfield is discolored or greener than other parts of your lawn**
- **Flooding, standing or puddled water over your drainfield**
- **Static effluent above outlet in the D-box**
- **Static effluent levels over the top of baffles in the septic tank**

## Usage and Shock Treatment

### SHOCK TREATMENT

When a "shock" treatment is applied, a higher initial dosage of sewage-digesting bacteria is added to the

septic system to create an ever increasing amount of microorganisms that double every twenty minutes. This process cleans sludge buildup along the walls of your pipes, septic tank, cesspool and drainfield.

**Light Shock:** Week one: 1 to 2 bags flushed per toilet & 1/4 bag down each drain in your home. Week two: repeat directions for week one except for drains. Week three: repeat directions for week two. Week four is "maintenance level": one bag flushed down the commode the furthest away from the septic system per month.

**Medium Shock:** Follow directions for "light shock" except use 2-3 bags per toilet for the first, second and third weeks (week four is "maintenance level" or one bag per month).

**Heavy Shock:** Follow directions for "light shock" except apply 3-5 bags per toilet for the first, second and third weeks. Week four begins regular maintenance: one bag per month.

**SHOCK TREATMENT for BIO-112**

**POUR 2 gal. Of BIO-112 down the drains in your home then apply 3 Gallons to your commode and flush. When using 2 of the 5 gallons of BIO-112 (10 gallons): apply 2 gallons down your drains and 3 down the toilet furthest away from your septic system. One week later pour 5 gallons of BIO-112 down toilet furthest from your system. For any additional 5 gallon containers , wait one week between treatments to apply product.**

**For faster results: BIO-112 may be directly added to cesspool, clean-out, septic tank or drainfield by a professional (for your safety).**

**Following "shock" application, is "maintenance level": either 10 oz. per month of BIO-112 or 1 bag of B.O.S.S per month.**

**Usage for BOSS and BIO-112**

**Maintenance Level for B.O.S.S : Flush contents of one bag per month down commode furthest away from the septic system.**

**Maintenance Level for BIO-112 : Flush 10 oz. per month down commode furthest away from the septic system.**

CLICK HERE TO ORDER BIO-SAFE ONE ONLINE TODAY

WE ACCEPT    CHECK BY PHONE
OR ONLINE CHECK

GOT A QUESTION OR COMMENT
call 1-866-424-6663 

Home | Product Details | Competitive Comparison | Treatment Guide | About BOSS & FAQs
Testimonials | Resources | Purchase Product | Contact Us
© 2003, Bio-Safe One, All rights reserved. Purchase Policy

EXHIBIT G



Monday, July 23, 2007 21:84:04.

Shopping Cart | Order Tracking

- **Home**
- **About NT-MAX**
- **Treatment Guide**
- **Compare**
- **FAQ's**
- **Testimonials**
- **About Us**
- **Contact Us**
- **All Products**





Ambiron TrustWave

thawte
100%
Secure



Industrial Strength
Septic Treatment. 100%
Natural, Environmentally
Safe, Strongest Product
Available. Restore
Clogged Septic and
Drainfield Systems and
Eliminate Pump-Outs.

Click Here to
Order NOW!



*FREE


Ground

## Treatment Guide

Our success rate is extremely high at restoring clogged septic and drainfield systems when NT-MAX products are administered per application guidelines. Please refer to the bottom of this page for complete descriptions of the various treatment guidelines. Septic systems are designed to function 100% properly when maintained and treated on a regular basis.

| Age of Septic System | Condition of System | Recommended Product | How to Use |
|---|---|---|---|
| **New to 1 Years Old** | No Problems | 1.5 yr. or 3 yr. supply of NT-MAX **OR** One 5 Gal. NT-MAX Liquid Treatment | 1 bag per month or 10 oz. NT-MAX liquid per month |
| | Having Problems | 3 yr. Supply of NT-MAX **OR** One 5 Gal. NT-MAX Liquid | Start with "Medium Shock" treatment then follow up with 1 bag per month or Apply 20 oz. NT-MAX Liquid the first month followed by 10 oz. per month maintenance |
| **1 to 5 years Old** | No Problems | 3 yr. supply of NT-MAX **OR** One 5 Gal. NT-MAX Liquid | Start with "Light Shock" then 1 bag per month there after or 20 oz. liquid the first month then maintain with 10 oz. monthly |
| | Having Problems | 3 year supply of NT-MAX **AND** One 5 gal. NT-MAX Liquid | Start with "Medium Shock" treatment then follow up with 1 bag per month **AND** Follow instructions for NT-MAX Liquid Shock |

| | | | |
|---|---|---|---|
| **5 to 15 years old** | No Problems | 3 yr. supply of NT-MAX **OR** One 5 Gal. NT-MAX Liquid Treatment | Start with "Medium Shock" followed by 1 bag per month or Apply 20 oz. NT-MAX Liquid initially, followed by 10 oz. per month |
| | Having Problems | 3 yr. supply of NT-MAX **AND** Two 5 gal. NT-MAX Liquid | "MAX Shock" with NT-MAX followed by 1 bag per month **AND** Follow directions for "Liquid Shock" with NT-MAX Liquid |
| **15 years or older** | No Problems | 3 yr. supply of NT-MAX **OR** One 5 Gal. NT-MAX Liquid | Start with medium Shock then 1 bag per month there after or 20 oz. NT-MAX liquid the first month then maintain with 10 oz. monthly |
| | Having Problems | 3 year supply of NT-MAX **AND** Three to eleven 5 gal. of NT-MAX Liquid | Start with NT-MAX "MAX Shock" treatment then follow up with 1 bag per month **AND** Follow directions for "Liquid Shock" with NT-MAX Liquid |

**NT-MAX powdered Shock Treatment Directions:**

**By "Shocking" the system, an increased dose of sludge digesting bacteria is introduced at an accelerated rate to aggressively attack and digest sewage clogging your system.**

**"light shock", "Medium Shock" and "Heavy Shock" refer to NT-MAX powder and "Liquid Shock" refers to NT-MAX Liquid.**

**Light Shock: 1st week:** Flush 1 to 2 bags down each toilet and pour 1/4 bag down each drain in your home (include shower, bath, kitchen and basement drains)

**1st week:** Flush 1 to 2 bags down each toilet and pour 1/4 bag down each drain in your home (include shower, bath, kitchen and basement drains).

**Light Shock**

| | |
|---|---|
| | **2nd and 3rd week:**Flush 1 to 2 bags down each toilet. Do not include drains this time.<br>**4th week:**Flush 1 bag down the toilet that is furthest away from your septic system, each month. |
| **Medium Shock** | **1st week:**Flush 2 to 3 bags down each toilet and pour 1/4 bag down each drain in your home (include shower, bath, kitchen and basement drains).<br>**2nd and 3rd week:**Flush 2 to 3 bags down each toilet. Do not include drains this time.<br>**4th week:**Flush 1 bag down the toilet that is furthest away from your septic system, each month. |
| **MAX Shock** | **1st week:**Flush 3 to 5 bags down each toilet and pour 1/4 bag down each drain in your home (include shower, bath, kitchen and basement drains).<br>**2nd and 3rd week:**Flush 3 to 5 bags down each toilet. Do not include drains this time.<br>**4th week:**Flush 1 bag down the toilet that is furthest away from your septic system, each month. |
| **Liquid Shock** | For 5 gal. applications: Pour 2 gal. NT-MAX Liquid down the drains in your home and flush the remaining 3 gallons down your commode.<br><br>For 2 or more 5 gal. applications of NT-MAX Liquid, pour 2 gal. directly down your drains and flush the remaining 3 gallons down your commode furthest from your septic tank. After 7 days have passed, pour 5 gal. down the toilet furthest from your septic system. Any additional 5 gal. treatments should be applied once per week, flushed down the commode furthest from your septic system.<br><br>Please Note: NT-MAX Liquid can be directly added to your septic tank, drainfield, cesspool or or clean-out to accelerate the treatment process. We suggest consulting a licensed professional for this type of dosing. |

*After any "Liquid Shock" treatment, maintain your system with either 1 bag NT-MAX or 10 oz. NT-MAX Liquid per month down the toilet furthest away from your septic system.

### Need Help Deciding What to Order? Click Here!

Order by Phone: 1-800-509-0927 | 100% Safe Shopping Guaranteed

We Accept  VISA  AMEX  DISCOVER  eCHECK

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio USA All Rights Reserved

NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial cleaners on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX contains 900 billion bacteria per gallon and can completely restore your clogged septic and drainfield to full functionality.

*Provided simulations reflect potential capabilities of NT-MAX.*On item #680 and #708 only. Other items exclude shipping.