EXHIBIT K



Monday, July 23, 2007 21:34:05.                                         Shopping Cart | Order Tracking

- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- All Products

### NT-MAX is the Strongest Commercial Grade Clogged Septic and Clogged Drainfield Product Available on the Market Today!

Weaker, Less Effective Brands Cost up to 400% More While Offering Inferior Results. NT-MAX Contains over 900 Billion Bacteria Per Liquid Gallon and 5 Billion Per Powder Gram. NT-MAX has the Power and Strength to Completely Restore Your Clogged Septic and Drainfield System.

Industrial Strength Septic Treatment. Restore Clogged Septic and Drainfield Systems and Eliminate Pump-Outs.

Click Here to Order NOW!

NT-MAX is a patented commercial grade product developed to digest sludge, fats, grease and organic matter as rapidly as possible to potentially save you tens of thousands of dollars in repair or replacement costs. While other products may be "stopped in their tracks" by common household cleaners, NT-MAX can neutralize soaps and detergents to continue degrading waste faster!



*FREE FedEx Ground

green earth

AmbironTrustWave

thawte 100% Secure

## Competitive Comparison Chart

| | Years in Business | 24 Hour Customer Service | 900 Billion Bacterial Count Per Liquid Gal | 5 Billion Bacterial Count Per Gram | Return Policy | Safe for the Environment Will NOT Harm Humans | Monthly Cost Conclusion |
|---|---|---|---|---|---|---|---|
| NT-MAX | 70+ | ● | ● | ● | ● | ● | $6.31 Per Month Liquid Highest Bacterial Count Superior Product |
| Rex-Bac-T | 24 | No | No | No | ● | ● | $98.00 More for the same Liquid Bacterial Count |
| Septic Remedy | ? | No | None | 4 Bill Gram | No | ● | Website Vague, unknown. Many BBB complaints. |
| Roto Rooter | 70+ | No | ? | 3 Bill Gram | ● | ● | Inferior Bacterial Count |
| Roebic K-37 | 70+ | ? | 450 Mill | 450 Mill | ● | ● | Inferior Bacterial Count |
| ZEP/Enforcer | 70+ | No | None | 700 Mill | ? | ● | Inferior Bacterial Count |
| RID-X | 100+ | ? | Millions per Gal | 1.5 Mill Per gram | ? | ● | Inferior Bacterial Count |
| Drano | 100+ | No | None | None | ? | Hazardous | Hazard rating of "high" Can cause severe intestinal damage if swallowed |

**Need Help Deciding What to Order? Click Here!**

Order by Phone: 1-800-509-0927 | 100% Safe Shopping Guaranteed

We Accept  VISA  [MC]  AMEX  DISCOVER  [DC]  eCHECK

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio USA All Rights Reserved
NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial septic treatments on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX contains 900 billion bacteria per gallon and can completely restore your clogged septic and drainfield to full functionality
*simulations reflect potential capabilities of NT-MAX septic treatment*On item #680 and #708 only. Other items exclude shipping.

EXHIBIT L



## About BOSS & Frequently Asked Questions

*Clicking on the questions will take you to the full answers.*

1. What is Bio-Safe One Septic Solution (BOSS)?
2. How does Bio-Safe One Septic Solution work?
3. How do I know if Bio-Safe One Septic Solution works?
4. Why should I use Bio-Safe Septic Solution (BOSS)?
5. Is Bio-Safe One Septic Solution safe?
6. How does Bio-Safe One Septic Solution (BOSS) protect my soil?
7. How do I know if my system is not working properly?
8. When do I need to pump my tank?
9. What should I know about odors and my system?
10. How can Bio-Safe One Septic Solution (BOSS) help me save money and avoid future problems?

**Avoid taking risks that could damage your pipes and be a safety hazard to you and your neighboors when using toxic chemical products!**

WE HAVE THE SOLUTION!
**BIO-SAFE ONE SEPTIC SOLUTION! (B.O.S.S.)!**
Take charge of your septic system by maintaining it! You need to maintain your system! If you fail to maintain your septic system, it can costs thousands of dollars to replace it!

### 1. What is Bio-Safe One Septic Solution (BOSS)?
Backed by over fifty three years of research and development, B.O.S.S is a natural, safe, effective, money-saving preventative treatment which cleans,



eliminates odors and maintains septic systems. B.O.S.S is a ready-to-use enzyme-fortified multiple spore blend of highly specific bacteria (and other natural ingredients) designed to provide continuous digestion and liquefaction of organic wastes found in both aerobic (oxygen) and anaerobic (non-oxygen) environments. By it's accelerated break-down process, B.O.S.S assures that wastewater gets filtered through the soil without backing up into your tank or household plumbing, allowing uninterrupted air and water flow throughout your entire system from your pipes to your absorption area.
back to the top

### 2. How does Bio-Safe One Septic Solution work?
When B.O.S.S is flushed down your toilet into your septic tank, a large volume and variety of bacteria are activated immediately upon contact with sludge and scum. Spore colonies in B.O.S.S double every 20 minutes and replenish bacteria in the tank that have been destroyed by everyday use of

soaps and chemicals. Through it's superior enzymatic activity against specific substrates such as: lipase (grease), protease (protein and hair), cellulose (mold, vegetables and paper) and amylase (starch), B.O.S.S digests and dissolves organic matter, breaks down their molecular structure and recycles wastes into minerals, water and oxygen.
back to the top

### 3. How do I know if Bio-Safe One Septic Solution works?
Trouble signs such as gurgling in pipes, surface water, slow drainage and odors will be reversed. Blockage caused by other factors such as an obstruction, damaged lines or a failed drain field, should be checked by a licensed professional.

**In a one year study on 3 separate sites, B.O.S.S reduces the depth of the "scum" and "sludge" layers by about 80%.**



This shows how the use of B.O.S.S reduces the depth of the light fats, soaps and oils, or "scum" layer by 4-2/3 inches, or 78%.



This graph shows how B.O.S.S reduces the heavy bottom solids or "sludge" layer from an average of 8 inches to 2-2/3 inches, giving 6 more inches or capacity to the tank. In the tanks treated with B.O.S.S, sludge is reduced by 77%, compared to 14% for the untreated control sites.

**Photographs of the field test sites provide visual support of the**

surface scum thickness measurements data.


**Before**
**Bio-Safe One**


**After**
**Bio-Safe One**

The "before" picture shows that there is a thick layer of dirty scum. You can see that the water level is almost to the top of the stained sides of the tank.
The "after" picture show how clean the water is. Since the sewage has been consumed, you can see the reflection of the photographer on the surface.
back to the top


### 4. Why should I use Bio-Safe Septic Solution (BOSS)?
When used as directed, B.O.S.S cleans and clears clogs throughout your entire system and eliminates the need for frequent pump-outs. By digesting up to 100 pounds of sludge and scum in only a 24-hour period, B.O.S.S reduces the depth of these layers and increases the capacity of your tank. Poorly maintained systems have less than half their capacity because the depth of the scum and sludge layers take up more than 50% of the tank's volume. Contrary to popular belief, the bacteria that are already in your tank and "yeast" that you may add to it, do Not produce the specific enzymes that dissolve difficult wastes and do Not have the neutralizing agents found in B.O.S.S that combat detergents.

It takes years to cultivate the specific types and volume of bacterial strands developed by our laboratories, especially the anaerobic cultures necessary to combat difficult wastes such as grease and paper. B.O.S.S has billions of bacteria per gram, versus other brands that have only millions per gram.
back to the top


### 5. Is Bio-Safe One Septic Solution safe?
The bacterial cultures introduced by B.O.S.S are laboratory tested and guaranteed 100% gram positive and non-pathogenic (non-hazardous). Unlike chemicals, B.O.S.S is the most effective means of dissolving wastes and is environmentally friendly and safe. It is harmless to humans, plants and animals as well as to your pipes, lines and water supply. A similar product was successfully used to clear the Alaskan Exxon Valdez oil spill in 1989.
back to the top

**6. How does Bio-Safe One Septic Solution (BOSS) protect my soil?**
The microorganisms, enzymes and neutralizing agents in B.O.S.S dissolve accumulated solids, soaps, greases and oils that cause your drain pipes, drain field and soil to clog. B.O.S.S rapidly digests organic wastes in the tank and stops wastewater from backing up into your tank and home along with foul odors.

B.O.S.S reduces the volume of sewage in the tank and increases the "'clear zone" or the water layer that flows into the leach field. This process lowers the water pressure, which slows the rate of water flow into your tank and allows more time for digestion. If waste is not digested rapidly enough, un-dissolved solids migrate into your soil and harden it.

B.O.S.S improves drainage and makes the operation of your entire system run smoother. B.O.S.S reverses years of organic build up and soil contamination in the drain field. Most importantly, it prevents you from ever having to have your drain field unclogged. Should this occur, it would be extremely costly to repair and detrimental to your health and safety.
back to the top

**7. How do I know if my system is not working properly?**
It is not easy to diagnose the cause of back-ups. Some good indications of back-up are: slowly draining sinks and toilets, gurgling and backup sounds in the plumbing, sewage odors in the home, tests showing the presence of bacteria in well water and baffles or tees that are not intact or positioned properly.

Two signs of failed soil are:

- If grass is observed greener or more lush over the drain field (sewage water is puddled underneath).
- When a licensed pumper notices water backing up into your tank.

back to the top

**8. When do I need to pump my tank?**
Have your tank checked once a year by a licensed pumper for safe levels of sludge and scum. Have the pumper make sure that your baffles are intact so that water does not back up into your home (see diagram 1.). B.O.S.S will reduce the need for frequent pump-outs. If a system is maintained from the beginning, the probability that you would never see a pump-out is realistic! Depending on your family's habits, tanks should be pumped for un-dissolved solids that cannot be broken down such as plastics and metals.
back to the top

**9. What should I know about odors and my system?**
Untreated sewage has a build up of odorous fatty acids. The presence of an odor means that there is a problem due to incomplete digestion and insufficient amounts of anaerobic bacteria in your tank. The anaerobic bacteria introduced into your system by B.O.S.S, reverse odors by breaking down grimy solids and fats to carbon dioxide, water and minerals.

back to the top

**10. How can Bio-Safe One Septic Solution (BOSS) help me save money and avoid future problems?**
Most cesspools and septic systems fail due to problems in the drain field caused by lack of proper maintenance. With regular monthly use of B.O.S.S, your entire system from tank to leach lines and drain field will remain clean and clear of organic debris and operate at it's optimum level. BOSS reduces frequent pump-outs, improves drain field percolation, and extends the life of your system, saving you thousands of dollars in upkeep and repairs.

It is important to know that clogs in your pipes and lines may not be visible and odors may go unnoticed. Years of neglecting to maintain your system will eventually cause a faulty system and contaminate your soil. This can have a serious affect on your health, livelihood and finances. It can cost anywhere from $5,000 to over $20,000 to build a new system, whereas B.O.S.S preventative maintenance costs only a few dollars per month.
back to the top

We at Bio-Safe One have been in the forefront of research and development of Preventative Maintenance for Septic Systems for over 53 years and have developed the most technologically advanced treatment to combat your septic needs. To find out more about our company, click here.

**CLICK HERE TO ORDER BIO-SAFE ONE ONLINE TODAY**

WE ACCEPT    CHECK BY PHONE OR ONLINE CHECK   GOT A QUESTION OR COMMENT call 1-866-424-6663   

Home | Product Details | Competitive Comparison | About BOSS & FAQs
Testimonials | Resources | Purchase Product | Contact Us
© 2003, Bio-Safe One, All rights reserved. Purchase Policy