**EXHIBIT H**


# BIO-SAFE ONE

**NEW! Click here for our newest patented product for drainfield restoration BIO-112 !**

## B.O.S.S 3 Year Supply
*(36 Months of Powdered Treatment)*

**2 SPECIAL LIMITED-TIME FREE BONUS OFFERS!**

*FREE Bonus #1:*
FREE SHIPPING AND HANDLING
(A 15.00 Value)!

*FREE Bonus #2:*
FREE 6 MONTHS SUPPLY ADDED--
At No Extra Charge!

**(That Extends Your Supply to 42 months)!**

Only $199.00





**Keep Your Entire Septic System Sparkling Clean, Clear and Free of Contamination!**
*It's Easy!*
Just Flush the Contents of One Convenient Packet Down Your Toilet Once a Month!

## B.O.S.S 1.5 Year Supply
*(18 Months of Powdered Treatment)*

**2 SPECIAL LIMITED-TIME FREE BONUS OFFERS!**

*FREE Bonus #1:*
FREE SHIPPING AND HANDLING
(A 15.00 Value)!

*FREE Bonus #2:*
FREE 4 MONTHS SUPPLY ADDED--
At No Extra Charge!

**(That Extends Your Supply to 22 months)!**

Only $139.00



**Please note:** The smaller $139 size is recommended only for brand new septic systems. Otherwise, you will need to "shock" the system and clean out accumulated buildup. If you are unsure of what to order, please see our           Or call us toll free : 1 (866) 424-6663.

### BIO-112 Heavy Sludge Digester
If you are experiencing problems with your drainfield, try our most powerful liquid formula BIO-112



## BIO-112
### 5+ YEAR SUPPLY
WHEN USED FOR MAINTENANCE

ADVANCED FORMULA
550 BILLION BACTERIA/GAL

**STRONGEST SEPTIC TREATMENT ON THE MARKET.**

WORKS AT RESTORING FAILED DRAINFIELD

THE **BIO-112 HEAVY SLUDGE DIGESTER** IS FORMULATED FOR THE TREATMENT OF RESIDENTIAL, HOTEL AND COMMERCIAL SEPTIC SYSTEMS, GREASE TRAPS, SLOWLY RUNNING DRAINS, FLOOR DRAINS AND PORTABLE TOILETS. **BIO-112** IS THE LATEST TECHNOLOGICAL DEVELOPMENT IN WASTE TREATMENT FORMULATED BY THE SAME GROUP OF SCIENTISTS THAT HELPED CLEAN THE EXXON VALDEZ OIL SPILL.

THE ACTIVE INGREDIENT IN **BIO-SAFE ONE BIO-112 HEAVY SLUDGE DIGESTER** IS HIGHLY CONCENTRATED ENZYME FORTIFIED AEROBIC (OXYGEN SURVIVING) AND ANEROBIC (NON-OXYGEN SURVIVING) BACTERIA (550 BILLION BACTERIA/GAL.).

**BIO-112** COMES IN LIQUID FORM, A 5 GALLON PAIL. 55 GALLON DRUMS ARE AVAILABLE VIA BULK ORDER. UNLIKE CHEMICALS, IT IS NATURAL, SAFE AND EFFECTIVE.

IN ANY APPLICATION, THERE IS A "SEEDING" EFFECT. THAT IS, THE MICROBES IN THE INITIAL DOSE GROW TO PROVIDE AN EVER INCREASING POPULATION, DIGESTING GREASE, PAPER, AND ORGANIC SEWAGE. THE **BIO-112 HEAVY SLUDGE DIGESTER** IS EASY TO APPLY. THIS IS THE STRONGEST TREATMENT AVAILABLE ON THE MARKET AND HAS PATENTED STRAINS OF BACTERIA THAT CAN COMPLETELY DIGEST GREASE AND ALL TYPES OF SEWAGE/SLUDGE.

PLEASE SEE OUR TREATMENT GUIDE

INDUSTRIAL SEWAGE DIGESTER
(DRAINS, GREASE TRAPS, SEPTIC SYSTEMS)

Only $379.00

 Add to Your SHOPPING CART

**FOR BULK ORDERS CALL TOLL FREE 1-866-424-6663**

### CLICK HERE TO ORDER BIO-SAFE ONE ONLINE TODAY

WE ACCEPT      CHECK BY PHONE OR ONLINE CHECK    GOT A QUESTION OR COMMENT call 1-866-424-6663    

Home | Product Details | Competitive Comparison | Treatment Guide | About BOSS & FAQs
Testimonials | Resources | Purchase Product | Contact Us

© 2006, Bio-Safe One, All rights reserved. Purchase Policy

**EXHIBIT I**



Monday, July 23, 2007 21:34:00

Shopping Cart | Order Tracking

- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- All Products


*FREE FedEx Ground

## Keep Your Entire Septic System in Like New Condition and Free of clogging and Contamination!

*It's So Easy! Simply Flush the Contents of One Convenient Packet Down Your Toilet Once a Month! Select Your Product Based on the Severity of Your Clogged Septic or Drainfield*

green earth



**NT-Max Bio Packs 3 Year Supply Plus 6 FREE Months Supply = 42 Months Supply.** #708

Price: $ 199.00  Quantity: [1]  [Add to Cart]



**NT-Max Bio Packs 1.5 Year Supply Plus 4 FREE Months Supply = 22 Months Supply.** #680

Price: $ 139.00  Quantity: [1]  [Add to Cart]


AmbironTrustWave
thawte 100% Secure



**NT-Max Liquid The Most Powerful Industrial Strength Heavy Sludge Digester available on the market! Liquid Form with 900 Billion Bacteria per Gallon. No other Product Comes Close! 5+ Year Supply when used as Maintenance.** #840

Price: $ 379.00  Quantity: [1]  [Add to Cart]

THE NT-LIQUID HEAVY SLUDGE DIGESTER IS DESIGNED FOR THE COMPLETE TREATMENT OF RESIDENTIAL, HOTEL AND COMMERCIAL SEPTIC SYSTEMS, GREASE TRAPS, SLOWLY RUNNING DRAINS, FLOOR DRAINS AND PORTABLE TOILETS.
NT-LIQUID IS THE STRONGEST TREATMENT IN WASTE DIGESTION CREATED BY THE SAME GROUP OF SCIENTISTS THAT HELPED CLEAN THE EXXON VALDEZ OIL SPILL AND SIMILAR ENZYMES WERE USED ON THE GALAPAGOS OIL SPILL CLEANUP.

THE ACTIVE INGREDIENT IN NT-LIQUID HEAVY SLUDGE DIGESTER IS HIGHLY CONCENTRATED ENZYME FORTIFIED AEROBIC (OXYGEN SURVIVING) AND ANAEROBIC (NON-OXYGEN SURVIVING) BACTERIA (900 BILLION BACTERIA/GAL.).

NT-LIQUID SHIPS IN A 5 GALLON PAIL. 55 GALLON DRUMS ARE AVAILABLE VIA BULK ORDER. UNLIKE CHEMICALS, IT IS NATURAL, SAFE AND EFFECTIVE.
IN ANY APPLICATION, THERE IS A "SEEDING" EFFECT. THAT IS, THE MICROBES IN THE INITIAL DOSE GROW TO PROVIDE AN EVER INCREASING POPULATION, DIGESTING GREASE, PAPER, AND ORGANIC SEWAGE. NT-LIQUID

**HEAVY SLUDGE DIGESTER IS EASY TO APPLY. THIS IS THE STRONGEST TREATMENT AVAILABLE ON THE MARKET AND HAS PATENTED STRAINS OF BACTERIA THAT CAN COMPLETELY DIGEST GREASE AND ALL TYPES OF SEWAGE/SLUDGE.**

Order by Phone: 1-800-509-0927 | 100% Safe Shopping Guaranteed

We Accept VISA  AMEX  DISCOVER  eCHECK

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

EXHIBIT J



## Competitive Comparison

Other brands charge **retail prices (that means 2-3 times the mark up value)** for **ineffective products that are too weak to fully digest and eliminate sewage.** We ship you **manufacturer direct**, an industrial strength product with a proven track record, so **you pay wholesale price** for a treatment that really works. Take a look at our **comparison chart** that shows the price, and quantity of other septic products, and notice the overall value.

> Avoid taking risks that could damage your pipes and be a safety hazard to you and your neighboors when using toxic chemical products!

| Product Name | Average Price: 1 Month Supply | 3 Year Supply | Money Saved compared to Bio-Safe One | Experience and Company History | End Result Product Comparison |
|---|---|---|---|---|---|
| Rid-X | $9.48 | $341.28 | $112.28 | 40 Years | 4.5 million times weaker. More expensive. Less effective. |
| Bio-Safe One Septic Solution | $4.38 * (See Below) | $199.00 | $175 - $700 (Price Range of Pump-out) or $5,000 - $20,000 (System Replacement) | Over 53 years Major success: Clean up of 1989 Exxon Valdez Oil Spill. Leading Manufacturer Worldwide. | Bio-Safe One saves you the cost of pump-outs and system replacement. Strength: Bacteria counts in the billions per gram. |
| Septic Helper | $2.48 | $179 for a 6 Year Supply | None, see Comparison | In/out of business due to numerous Attorney General complaints. Product resembles sawdust. | The shelf life of powder bacteria does not last 6 years. |
| Bio Clean | $6.20 | $223.44 | None, see comparison | In/out of business. | Excessive amount of bacteria needed suggests that the bacterial count is significantly low. |

**\* - NOTE: Calculation for 1 month supply of Bio-Safe is based on free shipping and handling, as well as 6 free months added to every order!**

WE HAVE THE SOLUTION!
**BIO-SAFE ONE SEPTIC SOLUTION! (B.O.S.S.)!**
Take charge of your septic system by maintaining it! You need to maintain your system! If you fail to maintain your septic system, it can costs thousands of dollars to replace it!

These savings include FREE shipping. We send you a 3.5 year supply in one shipment, so you avoid the cost of traveling back and forth to the store, along with the taxes you would have to pay, bringing more value to you, the end user.

**To order, Click Here!**

**The Bio-Safe Safe One Septic Solution has the strongest formula of bacteria and enzymes on the market. Furthermore, B.O.S.S bacteria are non-oxygen surviving, difficult and expensive to produce, which clean the toxic sludge deep inside your septic tank. Bacteria counts in**

other competitors range in the millions, while our product has 4.5 billion active bacteria per gram. This means that the Bio-Safe One Septic Solution degrades waste faster, and prevents expensive emergencies and unnecessary pumping costs!

**To order, Click Here!**

Other reasons to buy Bio-Safe One Septic Solution:

- Experience - Over 56 years in Commercial and Industrial markets.
- Wholesale price- direct from the manufacturer
- Guarantee of authenticity of our Industrial strength, laboratory tested, bacteria and enzymes. 4.5 Billion per gram.
- 24/7 day a week, toll free #, unlimited technical support/customer service to help you with any of your needs.
- Payment Plans available upon request for customers who require more time. (No Credit Check)

Our product originated from commercial use in industries with heavy grease use that required a strong enough treatment that could clean out grease traps, septic systems and eliminate tough problems such as backups, overflows, odors and unnecessary pump-outs. Unlike other competitors such as Rid x or Septic Helper, we have a prominent history not based on commercial advertising. Our product gained its popularity and success in helping with the largest clean-up in America's history, the enormous Exxon Valdez oil spill in 1989. Products like Rid-x: are not lab-cultivated, are "yeast-based" bacteria, lack essential other neutralizing ingredients; the bacteria per gram count is millions of times weaker than our product (which is as they advertise "in the millions" as compared with our product which has billions per gram - much stronger!). Other products can be destroyed by use of household soaps and cleaners, whereas, Bio-Safe One Septic Solution is designed to digest and neutralize these common household additives.
In addition to this, you as a customer will be saving over 50% in price by buying direct from us the manufacturer whereas with Rid-x or septic helper, you must pay the retail price for a lesser supply (they want you to keep coming back to the store every month!).
Bio-Safe One Septic Solution degrades waste faster, prevents expensive emergencies, and prevents having to pay for unnecessary pumping costs! Bio-Safe One Septic Solution: The solution to all of your septic needs!

To order,          !

---

**CLICK HERE TO ORDER BIO-SAFE ONE ONLINE TODAY**

WE ACCEPT      CHECK BY PHONE OR ONLINE CHECK   GOT A QUESTION OR COMMENT call **1-866-424-6663**   

Home | Product Details | Competitive Comparison | Treatment Guide | About BOSS & FAQs
Testimonials | Resources | Purchase Product | Contact Us
© 2003, Bio-Safe One, All rights reserved. Purchase Policy