# EXHIBIT M



Monday, July 23, 2007 21:34:07                                                                                          Shopping Cart | Order Tracking

- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- All Products

1) What is NT-MAX Clogged Septic and DrainField Solution?

2) How Does NT-MAX Work?

3) How Will I Know It's Working?

4) Is NT-MAX Clogged Septic Solution Safe?

5) Why Should I Use NT-MAX Septic Products?

6) How Does NT-MAX Eliminate Odors?

7) Will NT-MAX Unclog My Drainfield?

8) How Long Will it Take to Work?

9) Will NT-MAX hurt my pipes/tank/lawn/field grazing animals?

10) How Do I Know if My Septic System is Failing?

11) How Often Should My Tank Be Pumped?

Industrial Strength Septic Treatment. 100% Natural, Environmentally Safe, Strongest Product Available. Restore Clogged Septic and Drainfield Systems and Eliminate Pump-Outs.





**Need Help Deciding What to Order? Click Here!**

Order by Phone: 1-800-509-0927  |  100% Safe Shopping Guaranteed

We Accept     

Home · Product Info · Compare · FAQ's · Testimonials · About Us · Contact Us · Articles · Index · Purchase Policy

© Copyright 2007 NewTechBio USA All Rights Reserved
NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial cleaners on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX contains 900 billion bacteria per gallon and can completely restore your clogged septic and drainfield to full functionality.
*Provided simulations reflect potential capabilities of NT-MAX *On item #680 and #708 only. Other items exclude shipping.

**EXHIBIT N**

Web   Images   Video   News   Maps   Gmail   more ▼                                              Sign in

Google  | "Heavy Sludge Digester" |  Search   Advanced Search
                                              Preferences

---

**Web**                              Results **1 - 3** of **3** for **"Heavy Sludge Digester"**. (0.17 seconds)

Tip: Try removing quotes from your search to get more results.

**Bio-Safe One: Purchase Page**
THE BIO-112 **HEAVY SLUDGE DIGESTER** IS EASY TO APPLY. THIS IS THE
STRONGEST TREATMENT AVAILABLE ON THE MARKET AND HAS PATENTED
STRAINS OF BACTERIA THAT CAN ...
www.biosafeone.com/purchase.html - 30k - Cached - Similar pages

**VirgilStore.com - Septic Tank Preventative Maintenance**
The BIO-112 **heavy sludge digester** is formulated for the treatment of residential, hotel and
commercial septic systems, grease traps, slowly running drains, ...
www.virgilstore.com/order.asp?id=biosafeone - 9k - Cached - Similar pages

**Order NT-MAX clogged septic treatment and recieve free shipping on ...**
NT-Max Liquid The Most Powerful Industrial Strength **Heavy Sludge Digester** available
on ... THE NT-LIQUID **HEAVY SLUDGE DIGESTER** IS DESIGNED FOR THE
COMPLETE ...
www.newtechbio.com/order.htm - 28k - Supplemental Result - Cached - Similar pages

Download Google Pack: free essential software for your PC

---

| "Heavy Sludge Digester" |  Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

---

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

**EXHIBIT O**

Yahoo! My Yahoo! Mail   Welcome, **Guest** [Sign In]                                                                                       Help

**YAHOO! SEARCH**  | bio safe one | Search |  Advanced Search
Web | Images | Video | Local | Shopping | more »

1 - 10 of about 6,870,000 for <u>bio safe one</u> - 0.14 sec. (About this page

**Search Results**

| | SPONSOR RESULTS |
|---|---|

- **Bio Safe One**
  www.eBay.com - Looking for **bio safe one**? Find exactly what you want today.

- **Buy Rid-X At Aubuchon**
  www.hardwarestore.com - Find drain openers and septic cleaners. Aubuchon Hardware's new Web...

1. **Bio-Safe One**
   Offers an EPA-approved, **bio**-friendly powder for cleaning sludge and debris from septic systems.
   www.biosafeone.com - 14k - Cached - More from this site

2. **Bio-Safe One: Purchase Page**
   **Bio-Safe One** - Keep Your Entire Septic System Sparkling Clean, Clear and Free of ... problems with your drainfield, try our most powerful liquid formula **BIO**-112 ...
   www.biosafeone.com/purchase.html - 30k - Cached - More from this site

3. **Bio-Safe One** OnLine Order Department
   Septic Products ... **Bio-Safe One** Septic Solution is the safest, least expensive, most effective ... **Bio-Safe One** look forward to your order and are confident ...
   www.goestores.com/home.aspx?Merchant=biosafeone - 11k - Cached - More from this site

4. **MARINELAND.COM - MARINELAND LABS**
   Marineland Aquarium Products, manufacturer of aquatic filtration ... STEP **ONE**: **BIO-Safe**. STEP TWO: **BIO**-Spira. STEP THREE: **BIO**-Coat. STEP FOUR: **BIO**-Blend ...
   www.marineland.com/products/mllabs/ML_biosafe.asp - 22k - Cached - More from this site

5. **BIOSAFE Environmental Services, Inc. - Westbrook, ME - Home Page**
   BIOSAFE Environmental Services, Inc. Westbrook, Maine- providing our clients with cost effective, common sense ... Your **One** Stop Shop for all of your ...
   www.biosafeenvironmental.com - 48k - Cached - More from this site

6. **Bio-Safe Anti-Baterial Skin Protector**
   **Bio-Safe** lotion is a revolutionary skin protectant from harmful bacteria ... **One** application of **Bio-Safe**® works for up to four hours. ...

| SPONSOR RESULTS |
|---|
| **Bio Safe One**<br>Find and Compare prices on **bio safe one** at Smarter.com.<br>www.smarter.com |
| **Industrial Strength Septic Treatment**<br>Completely Restore Clogged Drainfields and Eliminate Pump-Outs.<br>www.newtechbio.com |
| **Powerful Septic System Treatment**<br>**Safe**, all-natural, industrial strength septic treatment. Eliminate...<br>www.rex-bac-t.com |
| **Compare to Rid-X**<br>A Septic Tank Additive for Septic System Care and Maintenance.<br>www.millerplante.net |
| **Biosafe Lab Tests**<br>7% off, free same or next day shipping on all Biosafe tests. Tests...<br>www.testsymptomsathome.com |
| **Bio Safe on**<br>Shop and save on everything. Compare products, prices & stores. |

7. **Bio-Identical Hormones are Safe and Effective Urges One of the ...**
   ... are **Safe** and Effective Urges **One** of the Country's Leading **Bio**-Identical Doctors ... "**Bio**-identical progesterone is not only **safe** to use, it can help decrease a ...
   www.prweb.com/releases/2006/11/prweb470511.htm - 38k - Cached - More from this site

8. **Welcome to Anderson Bio Systems LLC.**
   Aqua-**One**. **Safe**-**One**. Grease Gobbler. Micro-Clean. Terra-**One**. Hydro-**One**. Industrial: **Bio**-**One** ... in a nutshell, use Terra-**One** and your plants will thrive ...
   www.andersonbio.com/products.cfm?menu=house&content=terraone - 6k - Cached - More from this site

9. **Welcome to Anderson Bio Systems LLC.**
   Aqua-**One**. **Safe**-**One**. Grease Gobbler. Micro-Clean. Terra-**One**. Hydro-**One**. Industrial: **Bio**-**One** ... that are just enzymes, Hydro-**One** is easy to use and cost ...
   www.andersonbio.com/products.cfm?menu=house&content=hydroone - 6k - Cached - More from this site

10. **ClipDrive Bio - A Safe and Secure Thumb Drive**
    Article on the ClipDrive **Bio** which is a USB thumb drive with biometric ... about these devices is you can plug **one** into a computer's USB port and use the ...
    timeatlas.com/mos/.../ClipDrive_**Bio**_-_A_**Safe**_and_**Secure**_Thumb_Drive - 18k - Cached - More from this site

SPONSOR RESULTS

- **Bio Safe One**
  www.smarter.com - Find and Compare prices on bio safe one at Smarter.com.

- **Industrial Strength Septic Treatment**
  www.newtechbio.com - Completely Restore Clogged Drainfields and Eliminate Pump-Outs.

www.Dealtime.com

**Bio Safe** on
Find, Compare and Buy Pet Products. Save from 1000's of Stores.
www.Shopping.com

**Bio Safe** - Cheap Prices
Cheap Prices and Huge Selection. Bio safe on Sale.
www.Calibex.com

See your message here...

1 2 3 4 5 6 7 8 9 10  Next

[bio safe one] [Search]

Get Yahoo! Toolbar and search right from your browser

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

**EXHIBIT P**

Web  Images  Video  News  Maps  Gmail  more ▼                                                    Sign in

# Google

`septic treatment`  [Search]  Advanced Search / Preferences

---

**Web**                                        Results **1** - **10** of about **1,400,000** for **septic** **treatment**. (0.12 seconds)

Sponsored Links                                                                    Sponsored Links

**Powerful Septic Treatment**
www.BioSafeOne.com    Powerful Drainfield Restoration Cleans Sludge & Eliminate Pump-Outs

**Maximum Septic Treatment**
www.NewTechBio.com    Totally Restore Clogged Systems Digest Waste. Eliminate Pump-Outs

**Restore failed drainfield**
Save Thousands on **Septic** Repairs!
Money Back Guarantee. USDA
www.Amerisep.com

**Septic-1 Strongest and**
Most Powerful Drain Cleaner and
**Septic** Tank **Treatment**-Guaranteed
www.septic-1.com

**Septic Tank Treatment Products for Industrial, Municipal and Home Use**

**Septic** Tank **Treatment** - Use the Best **Septic Treatment** for Industrial and Home **Septic** Tank Systems.
www.adbio.com/septic/septic_treatment_unit.htm - 11k - Cached - Similar pages

**Greenpig Septic Treatment**
Breakdown **Septic** Tank Waste
Great Value, Money Back Guarantee
www.greenpigsolutions.com

**Septic System Additives, septic starters, septic treatments ...**

This article discusses the use of chemical additives, **septic** restorers, and treatments for **septic** systems. Should you add **septic treatment** chemicals, ...
www.inspect-ny.com/septic/septadds.htm - 46k - Cached - Similar pages

**Emergency Drain Clog Svc**
Blockages Floods Sewer Lines
Nassau County (516) 747-2344
www.citywideman.com
New York

**Cesspool/Septic Treatment**

Cesspool/**Septic Treatment** is formulated to enhance the degradation of organic compounds commonly found in cesspool systems. By blending naturally occurring ...
www.biconet.com/treatment/Cess.html - 12k - Cached - Similar pages

**Water Problems-Upstate NY**
Iron Sulfur Bacteria Hardness Plus
Quality Sales & Service Since 1977.
www.advancedwateronline.com

**Biocontrol Network - Water and Septic Treatment**

Cesspool/**Septic Treatment** · Organica Drain Opener · FE Bacterial **Septic Treatment** · Kleen-Free Naturally · Barley Straw Pond **Treatment** ...
www.biconet.com/treatment.html - 9k - Cached - Similar pages

**Powerful Septic Treatment**
Advanced Formula Wipes-Out Sludge
All-Natural - Safe & Cost Effective
www.rex-bac-t.com

**Antibacterial Products in Septic Systems**

The use of "antibacterial," "disinfectant," or "sanitizing" products in the home can and do destroy both good and bad bacteria in **septic treatment** systems. ...
cals.arizona.edu/pubs/water/az1258.html - 10k - Cached - Similar pages

**FLUSH-IT Septic Energizer**
Superior Bacteria since 1992
Free Shipping read our testimonials
www.flush-it.com

**SCD - EM for Waste & Septic Treatment – EM-Ag Phototrophic ...**

Product Search Categories · • Health Supplements · • Home & Garden · • Personal Care · • Agriculture · • Environment · • Literature & Videos ...
www.scdworld.com/shop/showcat.cfm?cat=5 - 17k - Cached - Similar pages

**Septic Seltzer**
**Septic** System **Treatment** in an easy to use effervescent tablet.
www.SepticSeltzer.com

**Septic tanks, Biotank sewage treatment tank.**

More Sponsored Links »

A biotank is a replacement for **septic** tanks. It uses aerobic digestion, and anaerobic digestion in a sewage **treatment** tank that makes up a complete sewage ...
www.biotank.co.uk/ - 37k - Cached - Similar pages

**Tool - Cesspool/Septic Treatment - HousekeepingChannel.com**

Imagine a **septic treatment** so effective you could significantly reduce time-consuming tank pump-outs.
www.housekeepingchannel.com/t_69-CesspoolSeptic_Treatment - 30k -

---

Cached - Similar pages

### Anaerobic septic treatment
ANAEROBIC **SEPTIC TREATMENT**--ENSOL, LLC, Yukon, Okla., introduces DOWN JOHN, a three-part annual **treatment** for anaerobic **septic** systems. ...
www.hpj.com/archives/2007/jun07/jun18/0618NPDownJohnjml.cfm - 60k -
Cached - Similar pages

### Septic Treatment Secrets
**Septic treatment** tips to help you avoid expensive, messy **septic** system replacement.
www.laundry-alternative.com/septic_treatment.htm - 46k - Cached - Similar pages

1 2 3 4 5 6 7 8 9 10   **Next**

Download Google Pack: free essential software for your PC

---

septic treatment    [Search]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

---

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google