## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
LESSLER & LESSLER    AL6649
Attorneys for Defendants
540 Old Bridge Turnpike
South River, New Jersey 08882
Tel. (732) 254-5155
```

\* \* \* \* \* \* \* \* \* \* \* \* \*  \*  Hon. Denny Chin, USDJ
                                  Hon. Douglas F. Eaton , USMJ
BIOSAFE-ONE, INC. d/b/a           \*
www.biosafeone.com and            Civ. No. 07-6764 (DC)(DFE)
CHRIS JORGENSEN,                  \*
                     Plaintiffs
                                  \*        APPEARANCE
        -against-
                                  \*
ROBERT HAWKS, BRAD SKIERKOWSKI;
NEWTECHBIO, USA a/k/a Brad & Company,   \*
Inc. d/b/a www.newtechbio.com;
WWW.JUMBOMORTGAGES101.COM a/k/a   \*
jumbomortgages.net, and BCI FUNDING
GROUP,                            \*
                     Defendants
\* \* \* \* \* \* \* \* \* \* \* \* \*  \*

   The undersigned hereby appears as counsel for defendants in the above-captioned action.

```
                        LESSLER & LESSLER
                        Attorneys for Defendants
                        540 Old Bridge Turnpike
                        South River, NJ 08882
                          Tel (732) 254-5155
                          Fax (732) 254-7630
                    E-Mail Lessler@Compuserve.com
```

*/s/ Arthur L. Lessler*

Dated August 20, 2007
                                    _____
                                         Arthur L. Lessler