**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
**BIOSAFE-ONE, INC. d/b/a www.biosafeone.com**
**and CHRISTOPHER JORGENSEN,**

                **Plaintiffs,**   **NOTICE OF APPEARANCE**
      **-v-**
                                            **07 CV 6764 (DC)(DFE)**

**ROBERT HAWKS; BRAD SKIERKOWSKI;**
**NEWTECHBIO, USA a/k/a BRAD & COMPANY,**
**INC., d/b/a www.newtechbio.com;**
**www.jumbomortgages101.com a/k/a**
**JUMBOMORTAGES.NET; and**
**BCI FUNDING GROUP, et al.,**

                **Defendants.**
------------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance as one of plaintiffs' counsel in this action;

      **KINDLY** direct all inquiries and correspondence to the undersigned as substituted counsel for plaintiffs.


Dated: New York, New York
       August 24, 2007

                                                     /s Vikrant Pawar
                                                   Vik Pawar, Esq (VP9101)
                                                   321 Broadway, Suite 200
                                                   New York, New York 10007
                                                   212-571-2266 (phone)
                                                   212-656-1645 (fax)
                                                   vik@pawarlaw.com (email)