# VIK PAWAR

ATTORNEY AT LAW

WRITER'S EMAIL
VIK@PAWARLAW.COM

321 BROADWAY, SUITE 200

NEW YORK, NEW YORK 10007

TEL (212) 571-2266

FAX (212) 656-1645

www.pawarlaw.com

NEW JERSEY OFFICE:

35 AIRPORT ROAD, SUITE 330
MORRISTOWN, NJ 07960

(973)-267-4800

PLEASE REPLY TO THE
NEW YORK OFFICE

August 24, 2007

**BY ECF and FACSIMILE w/permission**
The Honorable Denny Chin
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:          *Biosafe-One, Inc., et al., v. Robert Hawks, et al.*, 07 CV 6764 (DC) (DFE)

Dear Judge Chin:

I have been recently retained by Plaintiffs in the above-referenced action. Enclosed please find a Stipulation consenting to substitution of counsel and a Proposed Order for Your Honor's endorsement. Plaintiffs are not seeking adjournment of any scheduling Order at this time and look forward to the conference scheduled for August 27, 2007 at 9:30 a.m.

I thank the Court for its time and consideration to this application.

Respectfully submitted,

Vik Pawar (VP9101)

Cc:     The Honorable Douglas F. Eaton (by ECF)
        Oved & Oved (by fax and ECF)
        Anthony Wilger, Esq (by email)
        Christopher Jorgensen (by email)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

BIOSAFE-ONE, INC. d/b/a www.biosafeone.com
and CHRISTOPHER JORGENSEN,

                              Plaintiffs,                              STIPULATION FOR
                                                                       SUBSTITUTION OF
                                                                       COUNSEL

                    -v-
                                                                       07 CV 6764 (DC)(DF)

ROBERT HAWKS; BRAD SKIERKOWSKI;
NEWTECHBIO, USA a/k/a BRAD & COMPANY,
INC., d/b/a www.newtechbio.com;
www.jumbomortgages101.com a/k/a
JUMBOMORTAGES.NET; and
BCI FUNDING GROUP, et al.,

                              Defendants.
------------------------------------------------------------x

          PLEASE TAKE NOTICE that upon Plaintiffs' seeking to replace existing counsel

in this action with new counsel;

          AND all counsel for plaintiffs having reviewed this application;

          THIS STIPULATION will be filed with the Court once all counsel for plaintiffs

have duly executed this Stipulation.

Darren Oved, Esq. (DO 9337)                          Vik Pawar, Esq.(VP9101)
Thomas Freedman, Esq. (TF 1309)                      *Incoming counsel*
*Withdrawing Counsel*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

BIOSAFE-ONE, INC. d/b/a www.biosafeone.com
and CHRISTOPHER JORGENSEN,

                              Plaintiffs,

                           -v-

ROBERT HAWKS; BRAD SKIERKOWSKI;
NEWTECHBIO, USA a/k/a BRAD & COMPANY,
INC., d/b/a www.newtechbio.com;
www.jumbomortgages101.com a/k/a
JUMBOMORTGAGES.NET; and
BCI FUNDING GROUP, et aL,

                           Defendants.
------------------------------------------------------------x

**STIPULATION FOR
SUBSTITUTION OF
COUNSEL**

07 CV 6764 (DC)(DF)

       **PLEASE TAKE NOTICE** that upon Plaintiffs' seeking to replace existing counsel

in this action with new counsel;

       **AND** all counsel for plaintiffs having reviewed this application;

       **THIS STIPULATION** will be filed with the Court once all counsel for plaintiffs

have duly executed this Stipulation.

Darren Oved, Esq. (DO 9337)
Thomas Freedman (TF 1309)
*Withdrawing Counsel*

Anthony M. Wilger, Esq. (AW =648)
*Incoming counsel*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

BIOSAFE-ONE, INC. d/b/a www.biosafeone.com
and CHRISTOPHER JORGENSEN,

                                 Plaintiffs,

                               -v-

ROBERT HAWKS; BRAD SKIERKOWSKI;
NEWTECHBIO, USA a/k/a BRAD & COMPANY,
INC., d/b/a www.newtechbio.com;
www.jumbomortgages101.com a/k/a
JUMBOMORTGAGES.NET; and
BCI FUNDING GROUP, et al.,

                                Defendants.

--------------------------------------------------------------X

**ORDER FOR
SUBSTITUTION OF
COUNSEL**

07 CV 6764 (DC)(DF)

       PLEASE TAKE NOTICE that upon Plaintiffs' application to this Court, seeking to
substitute counsel in this action;

       PLEASE TAKE FURTHER NOTICE that the Court having reviewed this
application based on consent of all counsel for plaintiffs;

       IT IS HEREBY ORDERED that for good cause shown, the application for
substitution of counsel is hereby GRANTED.

Dated: New York, New York
        August   , 2007

                                                _____
                                              The Honorable Denny Chin
                                              United States District Judge