*[handwritten annotations across top and right margin]*

**VIK PAWAR**
ATTORNEY AT LAW

WRITER'S EMAIL
VIK@PAWARLAW.COM

321 BROADWAY, SUITE 200
NEW YORK, NEW YORK 10007
TEL (212) 571-2266
FAX (212) 656-1645
www.pawarlaw.com

NEW JERSEY OFFICE:
35 AIRPORT ROAD, SUITE 330
MORRISTOWN, NJ 07960
(973)-267-4800

PLEASE REPLY TO THE
NEW YORK OFFICE

**MEMO ENDORSED**

August 24, 2007

**BY ECF and FACSIMILE w/permission**
The Honorable Denny Chin
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/07

Re:     *Biosafe-One, Inc., et al., v. Robert Hawks, et al.*, 07 CV 6764 (DC) (DFE)

Dear Judge Chin:

I have been recently retained by Plaintiffs in the above-referenced action. Enclosed please find a Stipulation consenting to substitution of counsel and a Proposed Order for Your Honor's endorsement. Plaintiffs are not seeking adjournment of any scheduling Order at this time and look forward to the conference scheduled for August 27, 2007 at 9:30 a.m.

I thank the Court for its time and consideration to this application.

*[handwritten]* The attached stipulation is inadequate. It contains no substantive provision. It does not stipulate to the substitution of new counsel for plaintiff. It should also be signed by

Respectfully submitted,

Vik Pawar (VP9101)

Cc:     The Honorable Douglas F. Eaton (by ECF)
        Oved & Oved (by fax and ECF)
        Anthony Wilger, Esq (by email)
        Christopher Jorgensen (by email)

*[handwritten]* plaintiff, if indeed plaintiff consents. One copy is also signed by Vik Pawar as "Incoming Counsel" and one copy is signed by Anthony Wilger as "Incoming