# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/27/07
```

---

BIOSAFE-ONE, INC. d/b/a www.biosafeone.com
and CHRISTOPHER JORGENSEN,

        Plaintiffs,

-v-

ROBERT HAWKS; BRAD SKIERKOWSKI;
NEWTECHBIO, USA a/k/a BRAD & COMPANY,
INC., d/b/a www.newtechbio.com;
www.jumbomortgages101.com a/k/a
JUMBOMORTAGES.NET; and
BCI FUNDING GROUP, et al.,

        Defendants.

STIPULATION FOR
SUBSTITUTION OF
COUNSEL

07 CV 6764 (DC)(DFE)

---

PLEASE TAKE NOTICE that upon Plaintiffs' application seeking to replace existing counsel in this action with new counsel due to plaintiffs' desire to retain new counsel and all counsel for plaintiffs having reviewed this application and all concerned parties having Stipulated to this substitution;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, pursuant to Rule 1.4 of the Local Rules of SDNY, that Vik Pawar, Esq. and Anthony M. Wilger, Esq. are hereby substituted for Oved & Oved LLP as attorneys of record for plaintiffs in this action.

Darren Oved, Esq. (DO 9337)
Thomas Freedman, Esq. (TF 1309)
Withdrawing Counsel

Christopher Jorgensen,
individually and on behalf of Bio-Safe One, Inc.

Vik Pawar, Esq. (VP 9101)
Anthony Wilger, Esq.
Incoming counsel

SO ORDERED

DJ 8/27/07