UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESSLER & LESSLER   AL6649
Attorneys for Defendants
540 Old Bridge Turnpike
South River, New Jersey 08882
Tel. (732) 254-5155

\* \* \* \* \* \* \* \* \* \* \* \* \*   \* Hon. Denny Chin, USDJ
                                                          Hon. Douglas F. Eaton , USMJ

BIOSAFE-ONE, INC. d/b/a   \*
www.biosafeone.com and   Civ. No. 07-6764 (DC)(DFE)
CHRIS JORGENSEN,   \*
                  Plaintiffs
                           \*   DECLARATION
    -against-   OF
                           \*   ROBERT HAWKS
ROBERT HAWKS, BRAD SKIERKOWSKI;   and BRADLEY SKIERKOWSKI
NEWTECHBIO, USA a/k/a Brad & Company,   \* Regarding Confidential
Inc. d/b/a www.newtechbio.com;   Information of Plaintiffs
WWW.JUMBOMORTGAGES101.COM a/k/a   \*
jumbomortgages.net, and BCI FUNDING
GROUP,   \*
                      Defendants
\* \* \* \* \* \* \* \* \* \* \* \* \*   \*

STATE OF PENNSYLVANIA} ss:
    COUNTY OF LUZERNE}

    Pursuant to Title 28, Section 1746 of the United States Code, we, Robert Hawks and Bradley Skierkowski, declare under penalty of perjury that the following statements are true and correct:

Biosafe-One, Inc. et al. v. Hawks et al.                                    Civ. No. 07-6764
Declaration of Robert Hawks and Bradley Skierkowski
Regarding Confidential Information of Plaintiffs

1. We are defendants in the above-captioned action and have personal knowledge of the facts set forth in this declaration.

2. The only confidential information we acquired from the plaintiffs was that contained in mortgage applications and bank statements submitted by plaintiff Chris Jorgensen, and a credit report authorized by him. That confidential information did not include a customer list or a vendor list.

3. We have never obtained from any source a list of plaintiff's customers or vendors.

4. We have never initiated any communication to any person or entity known to either of us to be a customer or a vendor of plaintiffs.

Dated: August 28, 2007                         _____
                                                       Robert Hawks

Dated: August 28, 2007                         _____
                                                    Bradley Skierkowski

2