UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
LESSLER & LESSLER
Attorneys for Defendants
540 Old Bridge Turnpike
South River, New Jersey 08882
Tel. (732) 254-5155
```

\* \* \* \* \* \* \* \* \* \* \* \* \*  \*  Hon. Denny Chin, USDJ
                                  Hon. Douglas F. Eaton , USMJ
BIOSAFE-ONE, INC. d/b/a        \*
www.biosafeone.com and            Civ. No. 07-6764 (DC)(DFE)
CHRIS JORGENSEN,               \*
                    Plaintiffs
                               \*
    -against-
                               \*
ROBERT HAWKS, BRAD SKIERKOWSKI;
NEWTECHBIO, USA a/k/a Brad & Company, \*
Inc. d/b/a www.newtechbio.com;
WWW.JUMBOMORTGAGES101.COM a/k/a \*
jumbomortgages.net, and BCI FUNDING
GROUP,                         \*
                    Defendants
\* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of August, 2007, I served the following document(s) upon the plaintiffs by first class mail to the persons listed below.

s/ *Arthur L. Lessler*
_____
Arthur L. Lessler (AL6649)

Document(s): Declaration of Robert Hawks and Bradley Skierkowski Regarding Confidential Information of Plaintiffs.

Re: Biosafe-One, Inc. et al. v. Hawks et al.                    Civ. No. 07-6764
Certificate of Service
August 30, 2007

    <u>Addressees</u>:

    Vikrant Pawar, Esq.
    321 Broadway, Suite 200
    New York, New York 10007
     Tel (212) 571-2266
     Fax (212)656-1645
     E-Mail vik@pawarlaw.com

    Anthony M. Wilger, Esq.
    67 Wall Street, Suite 2211
    New York, NY 10005
     Tel (866) 424-6663