UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESSLER & LESSLER   AL6649
Attorneys for Defendants
540 Old Bridge Turnpike
South River, New Jersey 08882
Tel. (732) 254-5155

\* \* \* \* \* \* \* \* \* \* \* \* \*  \* Hon. Denny Chin, USDJ
                                 Hon. Douglas F. Eaton , USMJ

BIOSAFE-ONE, INC. d/b/a                *
www.biosafeone.com and                    Civ. No. 07-6764 (DC)(DFE)
CHRIS JORGENSEN,                       *
              Plaintiffs
                                       *
     -against-
                                       *
ROBERT HAWKS, BRAD SKIERKOWSKI;
NEWTECHBIO, USA a/k/a Brad & Company,  *
Inc. d/b/a www.newtechbio.com;
WWW.JUMBOMORTGAGES101.COM a/k/a        *
jumbomortgages.net, and BCI FUNDING       Oral Argument Requested
GROUP,                                 *
              Defendants
\* \* \* \* \* \* \* \* \* \* \* \* \*  \* Returnable September 21, 2007

# DEFENDANTS' NOTICE OF CROSS-MOTION
# FOR A PRELIMINARY INJUNCTION AND
# ORDER TO REACTIVATE WEBSITE

**PLEASE TAKE NOTICE** that, on **Friday, September 21, 2007,** at **2:00 P.M.** or as soon thereafter as counsel can be heard, the undersigned attorney for defendants will apply to the Court for an order:

Case 1:07-cv-06764-DC   Document 14   Filed 09/12/2007   Page 2 of 2

Biosafe-One, Inc. et al. v. Hawks et al.                                Civ. No. 07-6764
Defendants' Notice of Cross-Motion For a Preliminary Injunction
and Order to Reactivate Website

1. Preliminarily enjoining the plaintiffs from:

    a. Advising any website hosting company or Internet service provider that the websites currently or hereafter operated by defendants Hawks and Skierkowski under the domain names www.newtechbio.com or cloggeddrainfield.com infringe any copyright or other intellectual property rights of plaintiffs; or

    b. Requesting that any website hosting company or Internet service provider cease furnishing services to or for said defendants with respect to said websites.

2. Requiring Add2Net, Inc. d/b/a Lunarpages to reactivate the www.newtechbio.com website.

3. Granting such other or further relief as the Court may deem appropriate under the circumstances.

Oral argument is requested.

                                      LESSLER & LESSLER
                                  Attorneys for Defendants
                                  540 Old Bridge Turnpike
                              South River, New Jersey 08882
                                      Tel (732) 254-5155
                                      Fax (732) 254-7630
                              E-Mail Lessler@Compuserve.com

                                  s/ *Arthur L. Lessler*

Dated: September 12, 2007             _____
                                      Arthur L. Lessler (AL6649)