

Systems   Retail Products   MSDS   Promotional Material   EPA   Info Request

Decorative Home Pond Products

Aquarium Products

Koi & Goldfish Food

Septic Treatment

UltraClear Gelpac LS for Grease Reduction

UltraClear Nitrification System

UltraClear System for Aquaculture

UltraClear System for Ponds

UltraClear System Growth Chamber

Site Search

Bacteria vs. Enzymes vs. Chemicals

What's New

## UltraClear Sludge Digester    **TIPS**



Sludge accumulation in a pond occurs for a variety of reasons. Leaves and grass clippings can be blown into the pond. Droppings from animals such as fish, ducks, or geese can sometimes be significant. Even over-feeding the fish in the pond can promote sludge accumulation. In many ponds, the largest contributor to sludge build up is dead algae. Every year, algae populations increase to at least some extent during the warm sunny months. These algae die off, and then become part of the sludge accumulation.

Sludge build-up causes four significant problems. First, it results in an anaerobic zone (meaning a zone without significant dissolved oxygen). An anaerobic zone is a place where potentially dangerous, disease-causing bacteria (pathogens) tend to grow. The larger the anaerobic zone (meaning the greater the depth of sludge build up), the greater the potential for significant populations of pathogenic bacteria in the pond, which can harm fish.

Second, sludge build-up is the main cause of pond odors. When the build-up is significant, hydrogen sulfide (which has a rotten egg odor) is produced. And hydrogen sulfide is not only odorous, but can poison fish.

Third, sludge build-up may deplete oxygen reserves, particularly during warm weather. The worse the build-up, the worse the oxygen depletion. Of course, low oxygen levels can be stressful or even fatal to fish or other wildlife.

Fourth, as sludge build-up reaches excessive levels, nitrogen and phosphorous that is part of the sludge will slowly be released. This nutrient release can cause severe water quality problems, including algae blooms.

Of course, the larger and deeper the pond, the more difficult it is to mechanically remove the sludge build-up. But there is a simple way to control sludge build up. Dose the pond as described below with **UltraClear Sludge Digester.**

### How Does Ultra Clear Sludge Digester Work
**UltraClear Sludge Digester** contains a variety of bacteria that digest sludge. It includes a class of bacteria that is facultative that works in an aerobic or anaerobic zone. First, it must be emphasized that Sludge Digester (or any biological product) is capable of digesting organic sludge, but not inorganic material such as sand, silt, or clay. Organic sludge refers to sludge of biological origin, such as leaves, grass, animal droppings, and dead algae.



### Glossary of Terms

Here's a glossary of hot tub related terms to help you with your own hot tub research. Please contact us if you don't find an explanation that helps you!

| Showroom | Design Your Own | Specials | Free DVD | Swim Spa | International | Customer Center | Buy Supplies |

**THERMOSPAS MENU**

**HOT TUB SHOWROOM**
› 2-3 Person
› 3-4 Person
› 4-5 Person
› 5-6 Person
› 6+ Person
› Healing Spa
› Swim Spa

**WHY THERMOSPAS**
› Site Inspection
› Custom Built Hot Tub
› Best Hot Tub Prices
› Top Quality
› Local Service
› Hot Tub Trade-Ins
› Customer Care

**BENEFITS**
› Health Benefits
› Quality of Life
› Year Round Fun
› Financial Benefits
› Warm Water Therapy

**FEATURES**
› Bubbling System
› Powerful Jets
› Total Control Therapy ™
› Pumps and Heaters
› Shell
› ThermoBoard Cabinets
› Insulation
› Covers
› Control Panels
› Safety
› Warranty
› ThermoFiltration
› ThermoOzone

**ACCESSORIES**
› Cabinet Additions
› Stereo System
› Television

**ABOUT US**
› Company History
› Seasons of Giving
› Awards
› Glossary
› FAQ's
› Request a DVD
› Contact Us

**HOT TUB CARE**
› Chemicals & Sanitizers
› Water Testing
› Water Care
› Water Troubleshooting
› Hot Tub Maintenance
› Winterizing

**ALREADY OWN A HOT TUB?**

### Glossary of Terms

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z

**A**      Back to Top

**Activator** — Shock or MPS (Monopersulfate), used as an oxidizer for sanitation of spas.

**Alkalinity** — Measure of the water's ability to neutralize acid and maintain the pH level within the recommended range.

**B**      Back to Top

**Bromide** — A salt (typically sodium bromide) that releases bromine into the spa water when used in conjunction with the appropriate oxidizing agent.

**Bromine** — Oxidizing agent used for sanitizing spa water. Not as aggressive as chlorine.

**Buffer** — An agent added to the spa to prevent large fluctuations in the water's pH.

**C**      Back to Top

**Calcium** — A mineral typically found in hard water. Thermo Spas increases the mineral level of soft water by adding calcium.

**Chlorine** — Used in a granular form, also called Sodium Dichloride. Very strong oxidizing agent used for sanitizing spas. Note that Free Chorine in the water is capable of oxidizing, but Combined Chorine has already reacted with some other compound and is no longer capable of sanitizing. Whenever testing Chlorine levels in your spa's water, make sure that you are measuring the Free Chlorine.

**Chlorination** — A process similar to shocking, where a large amount of chorine is added to the spa to treat biological waste and algae.

**Control Panel** — Located on the top of the spa shell. Contains an LCD readout, and controls for the operating pumps and regulating the spa water temperature.

**D**      Back to Top

**Diverter Valve** — Used to control the flow of water to multiple sections of the spa.

**Diverter Jet** — A jet that includes a diverter valve to control the flow of water to multiple sections.

**F**      Back to Top

**Filter** — Mechanical method of removing solid contaminates from the spa water. The smaller the pores of the filter, the more efficient it will be at removing small particles. Fine filters, because of their efficiency, require more frequent changing and/or cleaning.

**G**      Back to Top

**GFCI** — Ground Fault Circuit Interrupt. Type of circuit breaker used for controlling electrical power to the spa. The GFCI breaker senses power leaks and automatically cuts power to the circuit.

**H**      Back to Top

**Hard Water** — Water with a high level of minerals including calcium, iron, magnesium, copper, etc.

**Hardness** — Refers to the amount of calcium present in the water.

**SERVICE, SUPPORT,
SUPPLIES ONLINE**
click here

### N
Back to Top

**Natural and Clear** — Enzyme based formula that breaks down dirt and oils found in spa water. Aids sanitizer in keeping spa water clean.

### O
Back to Top

**Ounce** — Unit of measure for chemicals. For all Thermo Spas chemicals - two tablespoons are the equivalent of one ounce.

**Ozonator** — A device that creates ozone for sanitizing the water in a hot tub spa. Thermo Spas currently offers several models of ozonators which can significantly reduce the need for traditional sanitizers.

**Ozone** — A strong oxidizer generated by an ozonator and injected directly into spa water. Although extremely effective as a sanitizer, ozone is not retained in the water for long periods of time and must be continuously generated. Ozone is typically used in conjunction with smaller amounts of a strong chemical oxidizing agent such as chlorine and bromine.

**Oxidizer** — An agent that causes oxidation. This compound removes built-up contaminants in hot tub water.

### P
Back to Top

**pH** — System of measure used to indicate the spa water's acidity level. 7.0 is neutral, less than 7.0 is acidic, greater than 7.0 is alkaline. The farther away from 7.0 the reading is, the greater the acidity or alkaline level. The optimum pH range for hot tub water is between 7.2 and 7.8.

**pH/Alk Down** — Thermo Spas additive used to lower the spa water's pH and Alkalinity.

**pH/Alk Up** — Thermo Spas additive used to increase the spa water's pH and Alkalinity.

**ppm** — (Parts Per Million) A unit used to indicate the level of a chemical(s) in the spa water.

**Precipitate** — A visible solid created when two or more dissolved chemicals in the spa water combine. Precipitates give the water a cloudy or colored appearance, and they will eventually accumulate at the bottom of the spa when the water is motionless for a long period of time.

### S
Back to Top

**Scale** — Precipitates that form on the spa shell and in the plumbing. Typically a white, flake-like substance that continues to build up if not removed.

**Shock** — A strong oxidizing agent that does not contain chlorine. Shock is used to break down biological wastes, and aids in the sanitization of the spa water. See activator.

**Shocking** — Process of introducing shock into the spa. Spas should be shocked following use.

**Soft Water** — Water that has a low concentration of dissolved minerals (primarily calcium).

**Stain and Scale** — Thermo Spas additive to inhibit the formation of precipitates that will cloud the water and discolor the spa shell.

**Starter Kit** — Package of water chemistry additives accompanying your spa. These chemicals allow the spa to achieve the correct water chemistry during the initial fill. Enough chemicals are provided to start the water chemistry maintenance routine.

### T
Back to Top

**Tablespoon** — Unit of measure for adding most of Thermo Spas water maintenance chemicals. One tablespoon equals one half ounce.

**TDS** — Total Dissolved Solids. Combination of minerals, chemicals, and organic matter dissolved in the water.

**Test Strip** — Test strips are used to measure the spa water's pH, alkalinity, chlorine or bromine level, hardness and total dissolved solids.

**Therapy Valve** — Regulates the intensity of the jet action by controlling the mixture of water and air.

## EXHIBIT **C**

Another website using the term "shock" to describe their treatment.
http://septicare.com/Septic%20tank%20faq.php



Another company selling septic treatments online since 1999, using the word "shock"
http://www.septicseep.com/restore_septic_drain_field.htm



Another online retailer selling septic products using the term "shock"
http://www.environmentalsolutions.net/septicsolutions.php



Another online retailer of septic products using the term "shock"
http://www.septicsystemhelp.com/septalguarantee.html



Another website using the term "shock" to describe their treatment.
http://septicare.com/Septic%20tank%20faq.php



septic tank interrupts the flow of waste water so that the denser solids sink to the bottom and the lighter solids, such as grease and oils, rise to the top of the tank. The wastes in the septic tank are subject to attack by enzymes and bacteria. When the wastes are broken down and liquefied, the clarified liquids will flow out into the leach field where they are absorbed into the surrounding soil the septic tank acts as a reservoir for sludge and scum. In a septic tank that is properly functioning, a compaction layer of sludge will accumulate in the bottom of the septic tank and a relatively thin layer of scum will remain at the top of the septic tank. Sludge and scum in a well-functioning septic system contain minerals and nonfermentable organic matter. This accumulation should be removed from the tank before it reaches the level of the discharge outlet and flows into the leach field, eventually blocking the system. Unfortunately for the homeowner, this ideal septic system cannot exist. The heavier use of the septic system plus the use of today's soaps, detergents and cleaning agents together create problems in the septic system. We developed SEPTICARE to help the homeowner with their septic tank care and make the septic system a worry-free operation.

Q. I've been told to put a cake of yeast into my septic system. Does this help?

A. Yes, but very little. It is a step in the right direction, but it doesn't go far enough. Yeast only breaks down starches, which represent only a small percent of the wastes found in a septic system. You need SEPTICARE to give you complete breakdown of all five of the major types of wastes found in a septic system -- fats and greases, proteins, starches, pectins (vegetable peelings) and cellulose (toilet paper).

Q. Why does the water back up in other drains whenever I wash my clothes?

A. If you are doing many loads of wash in one day, you're probably exceeding the capacity of your septic system. This can be solved by limiting your washing to one load a day. If you are currently only washing one load a day, then your leach field is probably clogged. An initial treatment of 4 scoops, followed by daily treatments of 2 scoops for a week, then every other day for a week, and gradually reducing applications until maintenance rates are reached should unclog your leach field. If your distribution box is accessible, then flush 4 scoops of SEPTICARE directly down the leach field lines. For severe problems, a shock treatment of 8 scoops of SEPTICARE may be necessary.

Q. The ground over my drain field is so soggy, I'm unable to mow the grass. What would you recommend?

A. This is the sign of a glazed leach field. Make a solution of 4 scoops of SEPTICARE to 2 gallons of water and, using a sprinkling can, spread it over the area of standing water (it won't work if there is no standing water.) Also follow the instructions given in the answer to the previous question (..water back-up..). Do this on a daily basis until the condition clears. Leach fields do not become clogged

Another company selling septic treatments online since 1999, using the word "shock"
http://www.septicseep.com/restore_septic_drain_field.htm



Another online retailer selling septic products using the term "shock"
http://www.environmentalsolutions.net/septicsolutions.php



Another online retailer of septic products using the term "shock"
http://www.septicsystemhelp.com/septalguarantee.html



Another online merchant selling septic products referencing "shock"
http://www.septicseep.com/



Another online merchant in business since 1978, using "shock" as a product effect description.
http://www.arrowseptic.com/Hydro.html



Another online retailer using the term "shock" to describe their product.
http://www.enviropro.com.au/products/ssr.html

