EXHIBIT D

# Bio-Safe One

**Home | Product Info | Comparisons | FAQs | Testimonials | Purchase | About Us | Contact Us**

*Patented Maintenance Treatment for Septic Tanks, Cesspools, Sewers, Grease Traps, Drywells Holding Tanks or Lagoons...*

## Eliminate Pump-Outs, Completely Restore Clogged Drainfields and Keep Your Entire Septic System Sparkling Clean, Clear and Free of Contamination!

*Our proven bacterial formula was used to treat the Exxon Valdez Oil Spill in 1989. We guarantee that our products are the strongest on the market and are backed by over 56 years of research and development. Click here to order.*

### Photographs of a Septic Tank

 

Before B.O.S.S    After B.O.S.S

When B.O.S.S is added to sludge/scum buildup as shown in the photographs, the sludge/scum buildup is eliminated, as shown in right photograph. Notice the reflection of the photographer on the right over what is now clear water.

Millions of times stronger than Rid-X!

**Helps restore drainage to clogged drainfields!**

### Bio-Safe One Septic Solution! (B.O.S.S)

Industrial Strength Patented Bacterial /Enzyme Maintenance Treatments

HYPERLINK "http://www.biosafeone.com" http://www.biosafeone.com

- Bio-friendly, safe, money-saving way to clean your septic system
- For pennies per day, save tens of thousands of dollars in costly repairs and replacement bills
- Strong enough to eliminate pump-outs, backups, odors and restore drainage to clogged drainfields
- Can save you from having to replace your drainfield!

Free Unlimited Technical Support.
Call Toll Free: 1 (866) 424-6663

**Stop paying to have someone pump out your septic tank when it is not necessary**

**ORDER NOW ONLINE**

**WE HAVE THE SOLUTION!**
**BIO-SAFE ONE SEPTIC SOLUTION! (B.O.S.S)!**
Take charge of your septic system by maintaining it! You need to maintain your system! If you fail to maintain your septic system, it can cause irrepairable damage to your property and put your life at risk.

Sewage-digesting, lab-cultivated patented bacteria & enzymes are 100% guaranteed to safely eliminate grease, paper and solid waste. Helps eliminate bad bacteria that cause disease and odor.

**Need Help? Don't Know What to Order? Click Here!**

We at Bio-Safe One have been in the forefront of research and development of preventative maintenance for septic systems for over 56 years and have developed the most technologically advanced treatment to combat your septic needs. To find out more about our company click here.

**Click HERE to Order Bio-Safe One Online Today**

WE ACCEPT VISA     CHECK BY PHONE OR ONLINE CHECK   Got a Question or Comment call 1-866-424-6663 

Home | Product Details | Competitive Comparison | Treatment Guide | About BOSS & FAQs
Testimonials | Resources | Purchase Product | Contact Us
© 2003, Bio-Safe One, All rights reserved. Purchase Policy



## Product Info

- Maintains and cleans commercial/residential systems: septic tanks, grease traps, sewers, drains, RV's, cesspools, drywells, lagoons, outhouses, holding tanks, aerobic/mound, lift station and any other type of system.
- Reduces and eliminates sludge, scum and grease in pipes, tank, cesspool, lateral lines and drainfield.
- Industrial strength:strong enough to eliminate pump-outs, reverse backups, clogging, odors and surface water.
- Out-performs all other "yeast" or "enzyme" based septic products.
- 4.5 billion bacteria per gram (millions times more than any other septic product), double every twenty minutes when they hit water/sewage.
- Highly advanced formula of aerobic and anaerobic bacterial spores, freeze dried on bran powder.
- Lowers energy, repairs and pump bills. Can save you tens of thousands of dollars in replacement bills.
- Safe to humans, pets, plumbing and the environment.
- Long lasting, doses decrease over time.
- B.O.S.S digests up to 100 lbs. of sludge/ scum within a 24 hour period.
- B.O.S.S bacteria survive and thrive in extreme temperatures. Everyday use of soaps and cleaners will not diminish effectiveness.
- Similar product was used to clean America's largest clean-up, the Exxon Valdez Oil Spill, 1989.

Our product has three main advantages over our competitors: the highest bacteria counts, patented bacterial strains that are the fastest, most effective available. The bacteria in **B.O.S.S.** produce enzymes and continuously digest sewage, keeping your entire system clear, clean and free of contamination.

**B.O.S.S** treatment comes in pre-measured bags containing aerobic (oxygen surviving) and anaerobic (non-oxygen surviving) bacteria conveniently freeze- dried on bran. We direct you to flush the contents of one bag down your commode once a month. **B.O.S.S** aerobic bacteria come to life when they touch water and digest the top layer of the cesspool or septic tank called the "scum" layer ( fats, soaps). The more difficult to cultivate anaerobic bacteria in **B.O.S.S** digest the lower heavier solid or "sludge" layer (see diagram below of a septic system).



Diagram of a septic system

Sewage digesting bacteria in **B.O.S.S** double every 20 minutes and replenish bacteria in the tank that have been destroyed by everyday use of soaps and cleaners. Through it's superior enzymatic activity against specific substrates such as lipase (grease), protease (protein), cellulase (mold, vegetables and paper) and amylase (starch), **B.O.S.S** digests and dissolves organic matter, breaking down its molecular structure and recycles water, minerals and carbon dioxide back into the environment.

**B.O.S.S** digests up to 100 pounds of sludge and scum in a 24-hour period. With such a high digestion rate, **B.O.S.S** reduces the depth of sewage in the tank and increases the overall capacity of your tank. This process lowers the pressure in the septic tank which allows proper digestion to take place, making sure that sludge or scum does not flow into the drainfield where it clogs the drainfield pipes ands soil. **B.O.S.S** reduces strain on your whole system, and increases system longevity.

According to the EPA, trouble signs in your system are difficult to detect and if your system is not properly maintained, it will eventually fail. Most systems fail due to problems in the drainfield when the drain field lines and soil gets clogged with biomat (black tar-like sewage residue) and sewage. The sewage water has no place to go. Waste is then forced back into the tank, up through your pipes and into your home! When there is not enough bacteria in the tank, proper digestion can not take place. You need to add bacteria to your system to avoid sewage accumulation in your tank and field.

Additionally,sludge buildup results in loss of ¼" - ½" of space every 4 years along the walls of your pipes, limiting the amount and rate of sewage flowing through your system. Using B.O.S.S. on a monthly basis assures that buildup does not occur.

The bacterial cultures introduced by **B.O.S.S** are laboratory produced and tested. We guarantee to be non-disease causing and non-hazardous. The specific types and volume of bacterial strains developed by our laboratories, especially the anaerobic cultures necessary to combat difficult wastes such as grease and paper have been developed over 56 years, the most effective means of dissolving wastes available.

**B.O.S.S.** can save you tens of thousands of dollars in costly repairs and prevent you from having to replace your septic system. It can cost from $10,000 to $70,000 to repair or replace your septic system.

**B.O.S.S** is highly effective in cesspools, drywells, and lagoons and is approved for all septic system applications. Chemical products are dangerous and cost more. With **B.O.S.S** you receive an industrial strength treatment that is safe for your family at wholesale cost, saving you the 50% retail mark-up while providing you with the best possible septic treatment for your home.



Home | Product Details | Competitive Comparison | Treatment Guide | About BOSS & FAQs
Testimonials | Resources | Purchase Product | Contact Us
© 2003, Bio-Safe One, All rights reserved. Purchase Policy

# Bio-Safe One

Home | Product Info | Comparisons | FAQs | Testimonials | Purchase | About Us | Contact Us

## Competitive Comparison

Other brands charge **retail prices (that means 2-3 times the mark up value)** for **ineffective products that are too weak to fully digest and eliminate sewage.** We ship you **manufacturer direct,** an industrial strength product with a proven track record, so **you pay wholesale price** for a treatment that really works. Take a look at our **comparison chart** that shows the price, and quantity of other septic products, and notice the overall value.

| Product Name | Average Price: 1 Month Supply | 3 Year Supply | Money Saved compared to Bio-Safe One | Experience and Company History | End Result Product Comparison |
|---|---|---|---|---|---|
| Rid-X | $9.48 | $341.28 | $112.28 | 40 Years | 4.5 million times weaker. More expensive. Less effective. |
| Bio-Safe One Septic Solution | $4.28 * (See Below) | $199.00 | $175 - $700 (Price Range of Pump-out) or $5,000 - $20,000 (System Replacement) | Over 53 years Major success: Clean up of 1989 Exxon Valdez Oil Spill Leading Manufacturer Worldwide. | Bio-Safe One saves you the cost of pump-outs and system replacement. Strength: Bacteria counts in the billions per gram. |
| Septic Helper | $2.48 | $179 for a 6 Year Supply | None, see Comparison | In/out of business due to numerous Attorney General complaints. Product resembles sawdust. | The shelf life of powder bacteria does not last 6 years. |
| Bio Clean | $6.20 | $222.44 | None, see comparison | In/out of business. | Excessive amount of bacteria needed suggests that the bacterial count is significantly low. |

\* - NOTE: Calculation for 1 month supply of Bio-Safe is based on free shipping and handling, as well as **6 free months added to every order!**

**Stop paying retail price for weaker less effective additives or products!**

WE HAVE THE SOLUTION! **Bio-SAFE ONE SEPTIC SOLUTION! (B.O.S.S.)!** Take charge of your septic system by maintaining it! You need to maintain your system! If you fail to maintain your septic system, it can costs thousands of dollars to replace it!

These savings include FREE shipping. We send you a 3.5 year supply in one shipment, so you avoid the cost of traveling back and forth to the store, along with the taxes you would have to pay, bringing more value to you, the end user.

To order, **Click Here**!

The Bio-Safe Safe One Septic Solution has the strongest formula of bacteria and enzymes on the market. Furthermore, B.O.S.S bacteria are non-oxygen surviving, difficult and expensive to produce, which clean the toxic sludge deep inside your septic tank. Bacteria counts in other competitors range in the millions, while our product has 4.5 billion active bacteria per gram. This means that the Bio-Safe One Septic Solution degrades waste faster, and prevents expensive emergencies and unnecessary pumping costs!

To order, **Click Here**!

Other reasons to buy Bio-Safe One Septic Solution:

- Experience - Over 56 years in Commercial and Industrial markets.
- Wholesale price- direct from the manufacturer
- Guarantee of authenticity of our Industrial strength, laboratory tested, bacteria and enzymes. 4.5 Billion per gram.
- 24/7 day a week, toll free #, unlimited technical support/customer service to help you with any of your needs.
- Payment Plans available upon request for customers who require more time. (No Credit Check)

Our product originated from commercial use in industries with heavy grease use that required a strong enough treatment that could clean out grease traps, septic systems and eliminate tough problems such as backups, overflows, odors and unnecessary pump-outs. Unlike other competitors such as Rid x or Septic Helper, we have a prominent history not based on commercial advertising. Our product gained its popularity and success in helping with the largest clean-up in America's history, the enormous Exxon Valdez oil spill in 1989.

Products like Rid-x: are not lab-cultivated, are "yeast-based" bacteria, lack essential other neutralizing ingredients; the bacteria per gram count is millions of times weaker than our product (which is as they advertise "in the millions" as compared with our product which has billions per gram - much stronger!). Other products can be destroyed by use of household soaps and cleaners, whereas, Bio-Safe One Septic Solution is designed to digest and neutralize these common household additives. In addition to this, you as a customer will be saving over 50% in price by buying direct from us the manufacturer whereas with Rid-x or septic helper, you must pay the retail price for a lesser supply (they want you to keep coming back to the store every month!).

Bio-Safe One Septic Solution degrades waste faster, prevents expensive emergencies, and prevents having to pay for unnecessary pumping costs! Bio-Safe One Septic Solution: The solution to all of your septic needs!

To order, Click Here!

**Click HERE to Order Bio-Safe One Online Today**

We Accept     CHECK BY PHONE OR ONLINE CHECK   Got a Question or Comment  call 1-866-424-6663  

Home | Product Details | Competitive Comparison | Treatment Guide | About BOSS & FAQs
Testimonials | Resources | Purchase Product | Contact Us
© 2003, Bio-Safe One, All rights reserved. Purchase Policy