# Bio-Safe ONE

| Home | Product Info | Comparisons | FAQs | Testimonials | Purchase | About Us | Contact Us |

## Testimonials

**Don Litchfield**
I ordered your product (5 gal. liquids,1 box boss powder) for both my septic systems. One system was already working so I just maintained it with a small portion of liquid. One year later when I called the septic guy to pump out the sludge, etc. that was "supposed" to be in the tank, there was none. The septic guy said he was pumping out only water-no scum debris, sludge etc.I know that bio-safe one enzymes cleaned up that septic tank and now the system is still working along well. The other septic tank wasn't working for a long time, at least six years and overflowed on to the lawn with fowl smelling effluent.Not only was that part of my lawn stinking, it was like a swamp. It hampered the usage of the pool.This really needed to be cleaned up. So two weeks ago I had it pumped out,then I immediately shocked the septic tank with case of boss and two gal. liquids. The system is not overflowing anymore and I have no more system backups. The fowl odor is gone also. I rejuvenated my septic system and I am very pleased. I don't have to do any expensive repairs that could easily have cost fifteen thousand dollars or more. It was the bio-safe product that rescued my system.
Thank you,
Don Litchfield, NY

PS Both my septic systems are at least seventyfive years old.

**Susan Van Cleave**
This email is intended for Chris, who helped me with my purchases in the past.

Chris, I have been using your product for about 2 years, now. I have used both the liquid and the dry powder packages. I used the liquid to seriously shock my septic system, and have maintained the system with the dry product. When I first started using the BioSafe treatments, my system was on the verge of a major disaster. (I knew I had to do something fast, as I could not afford a major plumbing bill - my husband is disabled, and our income is completely based on his disability.) The drains were getting very sluggish and making odd sounds. The run-off lines were getting blocked from material that would not break down. I noticed a continual odor in the yard. The liquid product cleared up all indications of trouble…in a matter of days!! All the visible lines were perfectly clean and clear. I was so pleasantly surprised. I have been using the dry product to keep my system running the way it should. I still check all the lines, but I never find a problem. I use extra product when I know I will have more people in my house that the usual family members. As a matter of fact, when Katrina hit New Orleans, I had 2 extra families that took refuge at my house. That was 8 extra people. But, thanks to BioSafe, my septic system was worry-free. Believe me, that really means a lot, especially during times when you really need all the household plumbing functioning properly!

Thanks, again, for all your help. I appreciate the extra effort and attention each time we talk!

**John Franklin,III**
**Orange, Va**
john.franklin@qwest.com

Hello Bio-Safe, I just wanted to compliment you on an incredible product. Two years ago we moved from city out to the country. We knew nothing about septic systems--- so we attributed the occasional outside odor to "country air". After talking with a neighbor,he suggested having our tank pumped (didn't even know we had a tank). After having the tank pumped we still had the odor on occasion. We tried Rid-X, and a few other products which had no effect. I went on-line to find out how septic systems worked and came across your product. We did the mild shock on our system and within 2 days the odor was gone. It's been almost 2 weeks and still the smell is Null and Void. Now we really can enjoy the "country air" thanks to Bio-Safe.

**Danny Dixon**
**Louisburg , North Carolina**
daldixon@earthlink.net

OK Bill….I have waited for several months just to be sure what was going to happen before I wrote you to let you know if Bio-safe One corrected my septic problems. Drum roll please……AND IT DID! You could push be over with a feather….your product actually works!!

As you recall, my septic system was built in the early 70's. We purchased the house three years ago and I have had to have the septic pumped every year..around July. Well..this year….around July the symptoms began…and I was desperate to have something done. My lot is VERY WOODED and on a steep grade and to top that, we can't locate the drain field…so any additional drain system would be VERY EXPENSIVE! I had spoken to a septic person and he said it would be very expensive to fix.

I am so glad I stumbled upon your product on the web. To be honest…although you appeared to be an honest and very nice guy, I really thought you were going to take my money and I still have my problem to fix. I had tried other products from Lowe's and Home Depot….I might as well have burned the money for the good they did! But I followed your instructions on shocking my system and have begun my monthly maintenance. Here it is November and the gurgling has gone, the toilets all flush, the washing machine doesn't spill over onto the floor. My daughter even brought her boyfriend home from college and we did ALL THEIR LAUNDRY….and still the septic system shows no signs of stress. THANK YOU!!

Bill..please talk to your company about more visible advertising…this product needs to get into ever persons hands that has a septic tank. You have saved me thousands of dollars…money I can really use since my daughter just announced her engagement!

Thanks again for your honesty, swift delivery and for being there to answer all my nit picky questions! Please feel free to use me as reference for others that may want to talk to someone who has used your product before they make the decision to purchase it. I'm just amazed and would love to share my success with others.

Take care, Bill…

**Rick Chambers**
"Hello Bio-Safe, I am truly amazed! I had a septic back-up at the tank, where about 6 inches of tank water rose up over the hatches and into a rectangular box frame around the hatch access. I and my family cut water usage drastically and saw some reduction in level of surface water, but it went right back up again as we started to use more water. I thought I was getting some leaching but not much at all. I was told by my pumping company who inspected my system that the leach field has failed and that I was facing huge repair costs to replace leach field. I tried about 8 quarts of a product to revive failing fields called D-57 and I'm not sure of the manufacturer but I bought at my hardware store. I gave it 2-3 weeks to see if it would help but nothing happened. Then I found your website and read about the product. I called and talked to Bill who advised me and I placed the order for the BOSS powder and the BIOS-112 liquid I shocked my system with two of the 5 gallon containers of the liquid and about 4 bags of powder through the drains and toilets. I also put 6 bags directly into the D-box. I couldn't believe that in 24 hours all the overflow on the tank was drained and with showers and laundry and dishes being done there is no sign of overflow!!!!!!!!!! I haven't even used the boss yet to further rejuvenate my leach field. I told Bill that if this worked I would write you my story so here it is! Thank you so much!"

**Stop paying retail price for weaker less effective additives or products!**
**WE HAVE THE SOLUTION!**
BIO-SAFE ONE
SEPTIC SOLUTION!
(B.O.S.S.)!
Take charge of your septic system by maintaining it! You need to maintain your system! If you fail to maintain your septic system, it can costs thousands of dollars to replace it!

**Charlie Sutherland**
**Mayodan , NC**
Bill,
I had to wait for a while to be sure your bugs are actually working.

As you might recall, we could not find our septic tank, but at or near a distribution box, lots of foul smelling water was coming out of the ground and painting the ground where it flowed a nice shade of shiny black. The real problem was our "family essence" was flowing into No. 10 fairway which had only recently beautifully stretched over 500 yards behind our house. Our biohazard fountain science experiment was placed perfectly at the end of a 250 yard gentle hook - just over the cart path where the gentle ebony flow could make its way several yards down the path and finally into the fairway. The sort of hazard we provided was nowhere to be found in any rule book. Some members were beginning to rightfully complain that they couldn't decide how or where or even whether they were to get a free drop. There are some places where you really don't want to take a divot. Something had to be done…. Quick.

We did discover a leaky toilet, but it was a slow leak and couldn't account for all the stuff coming out of the ground.

We dumped three bags of bugs in each of our four toilets and waited two days. After two days, the water stopped flowing out of the ground and the soil around the erstwhile fountain became much drier.

We went to the beach for a week, and when we returned, the ground had just about completely dried. In another week, water began very slowly coming out of the proper chlorinated overflow at the end of our sand trap. (Our lot doesn't perk well) The fountain was no more and the soil was getting progressively drier. The black is gone, and there is no more smell. The fairway is once more beautiful, and divots are once more acceptable.

Hooray!

We are just about to put in another shot of your bug stuff. What do you recommend? Another overkill or just the monthly dose? We have a couple of slow sink drains, so we may put it in these instead of the toilets.

Thanks a lot! Seems like you and your bugs have saved the day….

FORE!

**Tonya Washington**
I found out about BOSS on the internet while searching for something totally unrelated.  I scoured your website, which was very informative and the testimonials seemed too good.  I've lived in my home for 10-1/2 years and have never had a problem with my septic tank.  I had been using Roebek for septic tanks once per year, as recommended by a dear neighbor.  It was confusing to evaluate the many products and their applications of once per week, month or year.   However, I've witnessed two neighbors replace thiers, which made me think about preventative measures, since replacement cost is steep.  Although I did not experience problems, I did have to plunge the toilets on occasion.  I have 3 of them and one was particularly troublesome.  Anyway, I ordered the 3-year supply by phone so I could ask some questions, and anxiously awaited the delivery.  Before I went to bed for the night I shocked the system as directed and anticipated the results the next day.  All I can say is WOW, WHAT A PRODUCT!!  That was the best $199 I ever spent.  And I was about to have my tank pumped for the second time in January.  I never imagined that it was unnecessary [with proper maintenance]; I was conditioned to believe that septic tanks had to be pumped every 3-5 years.  No more toilet plunging; and the particularly troublesome toilet has NEVER flushed better.  Thank you so much.  BOSS is a fantastic product that is very reasonably priced for the benefits.  I've been raving about it to my friends and family.

**Laura Colgate**
Guess what? I recieved the Bio-Safe Product last friday 4/23 as promised. Remember I was desperate to get it by Friday 2 day air... I was desperate!!! At 3pm I shocked my system, and said a prayer.
Both toilets would not flush, the shower was overflowing, as well as the sink in the kitchen. I had 3 professionals come out a few days prior and tell me that the tank was full, and they could do nothing but dig it up and pump it, or replace the system. I logged on line and looked at all of the available products as a last resort to the alternatives listed above. When I talked to you on the phone about Bio-Safe, it was clear I needed to try this before digging up the lawn. After I shocked the system it took quite a while to get all of the product down, as everything was completely backed up. By Saturday evening the next day I was really surprised that the system was clearing up and I could run the water, take a shower, and flush the toilets again. It truly was a miracle! It has been a few days since (4) and still no problems. I have my fingers crossed. Thank you for the time you spent on the phone explaining how this product works.

**James Dennis Patrick Allowyshes Crowley**
I recently moved back to my parents home, they live in the country, the house & septic system was built in 1954. When the house was full of people (9 children & 2 adults), the septic system worked fine. My parents have lived alone for approximately 10 years now. In December of 2003 I moved back, and every time we flushed the toilet, the sinks would gurgle, if you did a load of laundry, the drain cycle would make water come up through the basement floor drains. My Father doesn't remember "Ever" having the system pumped. It was a bad deal, we were told by a professional that not only did the tank need pumping, but we also needed a totally new drain (leach/Lateral lines) system put in. Besides not being affordable ($8,000.00 was the quoted price) it was mid winter in Minnesota and it was 27º below zero, the system could not be repaired until spring. I made the order for the "Bio-Safe 1" applied the product, and the system now works perfectly normal, we can wash clothes all day while showering and flushing toilets. Thank You Bio-Safe

**Bob Nelson, Adin, CA (Rancher)**
"All my life, I had septic systems and never had any troubles... Then I put in a new system... at the end of 10 years, all of a sudden it wouldn't take water anymore... and fluid would not go out...our house was full of sewage... if poo-ed the toilet we didn't flush.
I dug it up and the walls inside the leach lines and trenches were covered with black scum... I thought for sure I'd have to tear down my leach lines and that additives such as yours were a waste of time and money, and not worth it...but now I m a believer.
We bought some Bio-Safe and put it into the septic system and what do you know! It opened up and cleaned out the trenches and leach lines... It cleaned out the scum so it wouldn't go into the soil!
It has been 15 years now and water has been moving out ever since."

**Kevin Storey**
I am so glad that I found your product. I was having odors in the house and in the yard. I shocked my septic tank and in only 3 days the odor is gone and the toilets are flushing normal again. I must admit I was a little leery of the product at first but I am going to use this product from now on.

**Steve**
Hi Bill, Well we received the bio safe and did what you said on shocking the system and so far everything is doing fine!!! The gurgle that we had in the kitchen sink has stopped, and the toilets flush much better.

**Katie Haelcher, Odem, TX**
"Water was coming up like bubbles up through my lawn ...and the toilet wouldn't flush. I started pouring 6 bags of your product down into the toilet and within only 3 days...my system cleared and I've been using your product faithfully since."

**Vicky T., Manhasset, NY**
"I had my tank pumped two weeks ago and the next day there was seepage...The lateral lines had holes clogged real bad with dirt and scum...  After flushing 1 bag once a week for 8 weeks, Bio-Safe Septic completely reversed the clogging and seepage.
I'm so lucky to have a friend recommend you."

**Anna Anable, Dublin, NH**
"I have one modem John in my house that is very temperamental and sluggish...Any time I used more than 3 sheets of paper, ...I had to use a plunger....I read your instructions favorably and put in a bag. It gurgled and went down without my help.
Ever since, my John has not gone into its old phase and is flushing properly.  I can t believe it's a coincidence ...since I had had this problem for several years before I used Bio-Safe."

**Keith Kendall, Valdez, AK**
"I always thought that products such as yours were a waste of time and money, until all of a sudden my septic system failed completely.
I didn't think it would work.... or that it was worth trying.... but ever since I've used it, Bio-Safe saved my system and saved me thousands of dollars... now I know it's not a waste of time or money."

**CLICK HERE TO ORDER BIO-SAFE ONE ONLINE TODAY**

WE ACCEPT [VISA] [MASTERCARD]  CHECK BY PHONE OR ONLINE CHECK

**Got A Question or Comment** call 1-866-424-6663

| Home | Product Details | Chemistry Comparison | Treatment Guide | About BOSS & FAQs |
| Testimonials | Resources | Purchase Product | Contact Us |
© 2003, Bio-Safe One. All rights reserved. Purchase Policy