# BIO-SAFE ONE

**Home | Product Info | Comparisons | FAQs | Testimonials | Purchase | About Us | Contact Us**

**NEW! Click here for our newest patented product for drainfield restoration BIO-112 !**

## B.O.S.S 3 Year Supply
*(36 Months of Powdered Treatment)*

**2 SPECIAL LIMITED-TIME FREE BONUS OFFERS!**

**FREE Bonus #1:**
FREE SHIPPING AND HANDLING
(A 15.00 Value)!

**FREE Bonus #2:**
FREE 6 MONTHS SUPPLY ADDED--At No Extra Charge!
(That Extends Your Supply to **42 months**)!

**Only $199.00**





Keep Your Entire Septic System Sparkling Clean, Clear and Free of Contamination!
**It's Easy!**
Just Flush the Contents of One Convenient Packet Down Your Toilet Once a Month!

## B.O.S.S 1.5 Year Supply
*(18 Months of Powdered Treatment)*

**2 SPECIAL LIMITED-TIME FREE BONUS OFFERS!**

**FREE Bonus #1:**
FREE SHIPPING AND HANDLING
(A 15.00 Value)!

**FREE Bonus #2:**
FREE 4 MONTHS SUPPLY ADDED--At No Extra Charge!
(That Extends Your Supply to **22 months**)!

**Only $139.00**



**Please note:** The smaller $139 size is recommended only for brand new septic systems. Otherwise, you will need to "shock" the system and clean out accumulated buildup. If you are unsure of what to order, please see our **Treatment Guide** 0r call us toll free : 1 (866) 424-6663.



**BIO-112**
**5+ YEAR SUPPLY**
WHEN USED FOR MAINTENANCE

ADVANCED FORMULA
550 BILLION BACTERIA/GAL

**STRONGEST SEPTIC TREATMENT ON THE MARKET.**

**WORKS AT RESTORING FAILED DRAINFIELD**

### BIO-112 Heavy Sludge Digester
If you are experiencing problems wih your drainfield, try our most powerful liquid formula BIO-112

THE **BIO-112 HEAVY SLUDGE DIGESTER** IS FORMULATED FOR THE TREATMENT OF RESIDENTIAL, HOTEL AND COMMERCIAL SEPTIC SYSTEMS, GREASE TRAPS, SLOWLY RUNNING DRAINS, FLOOR DRAINS AND PORTABLE TOILETS.
**BIO-112** IS THE LATEST TECHNOLOGICAL DEVELOPMENT IN WASTE TREATMENT FORMULATED BY THE SAME GROUP OF SCIENTISTS THAT HELPED CLEAN THE EXXON VALDEZ OIL SPILL.

THE ACTIVE INGREDIENT IN **BIO-SAFE ONE BIO-112 HEAVY SLUDGE DIGESTER** IS HIGHLY CONCENTRATED ENZYME FORTIFIED AEROBIC (OXYGEN SURVIVING) AND ANEROBIC (NON-OXYGEN SURVIVING) BACTERIA (550 BILLION BACTERIA/GAL.).

**BIO-112** COMES IN LIQUID FORM, A 5 GALLON PAIL. 55 GALLON DRUMS ARE AVAILABLE VIA BULK ORDER. UNLIKE CHEMICALS, IT IS NATURAL, SAFE AND EFFECTIVE.

IN ANY APPLICATION,THERE IS A "SEEDING" EFFECT. THAT IS, THE MICROBES IN THE INITIAL DOSE GROW TO PROVIDE AN EVER INCREASING POPULATION, DIGESTING GREASE, PAPER, AND ORGANIC SEWAGE. THE **BIO-112 HEAVY SLUDGE DIGESTER** IS EASY TO APPLY. THIS IS THE STRONGEST TREATMENT AVAILABLE ON THE MARKET AND HAS PATENTED STRAINS OF BACTERIA THAT CAN COMPLETELY DIGEST GREASE AND ALL TYPES OF SEWAGE/SLUDGE.

PLEASE SEE OUR TREATMENT GUIDE

INDUSTRIAL SEWAGE DIGESTER (DRAINS, GREASE TRAPS, SEPTIC SYSTEMS)

**Only $379.00**



**FOR BULK ORDERS CALL TOLL FREE 1-866-424-6663**

**Click here to Order Bio-Safe One Online Today**

WE ACCEPT VISA MasterCard DISCOVER | CHECK BY PHONE OR ONLINE CHECK | Got A Question or Comment call **1-866-424-6663** 

Home | Product Details | Competitive Comparison | Treatment Guide | About BOSS & FAQs
Testimonials | Resources | Purchase Product | Contact Us
© 2006, Bio-Safe One, All rights reserved. Purchase Policy




# Bio-Safe One

| Home | Product Info | Comparisons | FAQs | Testimonials | Purchase | About Us | Contact Us |

## About Our Company

Backed by over 56 years of research and development, we at **Bio-Safe One** are in the business of preventative waste treatments. We supply major industries worldwide with the safest, most technologically advanced formula of bacteria, enzymes and other natural ingredients for septic systems. The success of a similar product in the enormous Exxon Valdez oil spill in Alaska in 1989 led us to market our product residentially.

In the year 2002, we decided to make our product even more affordable to you, the consumer by eliminating the middleman, distributor and retailer. This means you can now pay the wholesale price, a saving of over 50% while still getting industrial strength!

Our competitors do not have the experience along with the 56 years of laboratory research and development to back their products. We are sending you the highest concentration and strength of a multi-spore blend of bacteria and enzymes.

Please contact us if you would like to benefit from our natural, safe and effective septic treatment called **B.O.S.S.**

**Stop paying retail price for weaker less effective additives or products!**

WE HAVE THE SOLUTION!
**BIO-SAFE ONE**
SEPTIC SOLUTION!
**(B.O.S.S)!**
Take charge of your septic system by maintaining it! You need to maintain your system! If you fail to maintain your septic system, **it can cause irrepairable damage to your property.**

**Click HERE to Order Bio-Safe One Online Today**

We Accept      CHECK BY PHONE OR ONLINE CHECK   Got a Question or Comment call **1-866-424-6663**   

Home | Product Details | Competitive Comparison | About BOSS & FAQs
Testimonials | Resources | Purchase Product | Contact Us
© 2003, Bio-Safe One, All rights reserved. Purchase Policy

# Bio-Safe One

| Home | Product Info | Comparisons | FAQs | Testimonials | Purchase | About Us | Contact Us |

## Contact Us

**Questions about our product?
Want to know more?
Feel free to send a message to a sales representative by typing in the box below:**

```
You must include your email address if you wish us to respond back to you.
Please type it in, along with your message, here.
```

[Submit Query]

**Toll Free: (866) 424-6663 or (866) 4-BIO-ONE
Fax: (718) 409-2496
E-Mail: Sales@BioSafeOne.com**

**Office hours are 9 AM to 9 PM Eastern Standard Time.**

---

**CLICK HERE TO ORDER BIO-SAFE ONE ONLINE TODAY**

WE ACCEPT   CHECK BY PHONE OR ONLINE CHECK    GOT A QUESTION OR COMMENT call 1-866-424-6663 

Home | Product Details | Competitive Comparison | About BOSS & FAQs
Testimonials | Resources | Purchase Product | Contact Us
© 2003, Bio-Safe One, All rights reserved. Purchase Policy