

Friday, August 31, 2007 3:06:10 PM.

Order Now | Shopping Cart | Order Tracking

- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- All Products



- Environmentally Safe
- Natural Septic Treatment
- Prevent Costly Repairs
- Eliminate Pump-Outs
- Clean Clogged Drainfield
- Repair Clogged Septic
- Digests Raw Sewage
- Eliminate Septic Odors
- Digests 100lbs per Day
- Pennies Per Day
- Liquefies septic Solids
- Powerful SepticTreatment



# NT-MAX Industrial Strength Septic Treatment Repairs Clogged Septic Systems and Completely Restores Your Clogged Drainfield

✔ Septic treatment with Billions of bacteria that double in numbers ever 30 minutes to absorb and digest Sludge, Grease, Paper and Solid Waste that clogs your septic and drainfield systems.


**Before NT-MAX***


**After NT-MAX***

Our Industrial Strength Formula Contains Higher Bacterial and Enzyme Counts than Any other Septic Treatment on the Market!

Commercial Grade Bacterial Enzyme septic treatment formulas were used to treat the Galapagos Island Oil Spill in 2001 and the Hurricane Katrina Spills of 2005. With over 70 years of research and development behind us, We Guarantee that our products are the most powerful septic treatments available on the market.

**Click here to order**

NT-MAX Septic Tank Treatment has the Power to Fully Restore Your Clogged Septic and Clogged Drainfield eating up to <u>100</u> lbs of Grime and Sewage Overnight! Millions of Times Stronger than Over The Counter Products and 100% Safe to Humans, Pets, Septic Systems, Septic Drainfields, Plumbing and the Environment.
**See How NT-MAX Stacks Up Against The Competition!**



 

Septic Treatment with 900 Billion sewage-digesting bacteria & enzymes are 100% guaranteed to safely eliminate grease, paper and solid waste. Helps eliminate the causes of clogged septic and drainfields, bad bacteria and odor.

### Why septic tank and drainfield systems clog

Untreated or poorly maintained septic systems can develop severe Bio-Mat (undigested raw sewage) and grime buildup throughout the entire system including the tank, lines and drainfield. This accumulated sludge builds up gradually causing system performance to degrade steadily and eventually results in system failure. Systems that have not been properly treated, or have had a decrease in bacterial populations due to everyday cleaners and other common household chemicals, have a difficult time digesting and degrading the raw septic sewage that enters the tank. Most systems see problems in the drainfield where the field lines progressively clog to a point where degradation and digestion is inhibited. The lines have small perforations that allow liquids to pass into the surrounding gravel bed to further digest and degrade. In trouble systems, the soil surrounding the inner pipes becomes extremely compacted with undigested sewage and the liquids have no where to go, leading to backups, wet spots and odors. As clogging progresses, waste sewage has no where to go and travels out into your yard, home or nearby area causing serious problems. Toilets that flush slowly, raw sewage smell and wet areas are potentially a sign of imminent backups. A clogged drainfield can either be replaced (can cost upwards of five to thirty thousand dollars), or bombarded with potent sewage eating bacteria that will digest the sludge, re-establish healthy bacterial counts and get the septic system flowing again. Naturally occurring bacterial strains found throughout your septic system are killed off by the use of many household chemicals such as bleach, paint, anti-bacterial soaps and other bacteria killing chemical products that enter your tank via drainlines. NT-MAX Septic Tank Treatment bombards your system with over 900 billion bacteria per gallon, reestablishes much needed bacterial colonies to quickly digest waste and unclog your system.

Using NT-MAX Septic Tank Treatment on a regular basis assures that sludge and bio-mat buildup does not occur. The bacterial enzymes introduced into your system by NT-MAX Septic Tank Treatment are extremely aggressive at digesting waste, are of the highest quality and purity and are guaranteed to be non-disease causing and non-hazardous. Our bacterial strains are of the most potent and densely populated counts available (see comparison chart here), containing aerobic and anaerobic cultures to attack and digest even the most compacted soils. To date, our success rate is second to none and our products are guaranteed to eliminate all organic matter, bio-mat, sludge and other degradable compounds blocking your system or lines. With 70 years of experience behind us, NT-MAX products continue to be a dominant leader in bio-remediation and septic system restoration.

NT-MAX Septic Tank Treatment can save you tens of thousands of dollars in repair or replacement costs and can have your system up and running in a matter of days. In many areas, septic tank and drainfield replacement can run $5,000 to $70,000 and in most cases is an unneeded burden on your finances. If your system is clogged, go with NT-MAX, the most powerful Septic Tank Treatment for Clogged Septic and Drainfield Systems

**Order by Phone: 1-800-509-0927  |  100% Safe Shopping Guaranteed  |  Order Septic Tank Treatment**

We Accept     

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio NT-MAX Septic Tank Treatment USA All Rights Reserved NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial septic treatments on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX septic treatment contains 900 billion bacteria per gallon and can completely restore your clogged septic and clogged drainfield to full functionality. *simulations reflect potential of NT-MAX septic tank treatment*Free shipping on item #680 and #708 only excluding Alaska, Puerto Rico, Hawaii and International orders. Other septic treatments may exclude shipping.

# NewTechBio

Friday, August 31, 2007 3:07:16 PM.    Shopping Cart | Order Tracking

- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- All Products

green earth

## NT-MAX is the Strongest Commercial Grade Clogged Septic and Clogged Drainfield Product Available on the Market Today!

Our Powerful Bacterial Strains are the Fastest, Most Effective and Strongest. NT-MAX Continually Produces Enzymes that Aggressively Digest and Consume Sludge, Grease, Fats, Paper and all Other Organic Matter Clogging Your Septic System.

- NT-MAX is Environmentally Safe - Will not harm Humans, Pet's or Plumbing
- 100% Natural Formula
- Prevent Costly Repairs and Eliminate Pump-Outs
- Clean Clogged Drainfield, clogged Septic, Pipes and Eliminate Odors
- Digests up to 100 lbs. of compacted sewage within a 24 hour period
- 900 Billion Bacteria Thrive in extreme temperatures.
- Highly resistant to soaps, paints, bleach and cleaners
- Pennies Per Day can Save you Tens of Thousands in Costly Repairs
- Commercial Grade NT-MAX Liquefies Bio-Mat and Solids

**Industrial Strength Septic Treatment. 100% Natural, Environmentally Safe, Strongest Product Available. Restore Clogged Septic and Drainfield Systems and Eliminate Pump-Outs.**



*FREE FedEx Ground*

Our superior products main advantages over our competitors:
- *Highest Bacterial Counts 900 Billion per Gallon
- *Fastest, Most Effective Commercial Grade Bacteria
- *NT-MAX Continually Digests Sewage Keeping Your System Squeaky Clean and Trouble Free

NT-MAX powder treatment comes in pre-measured biodegradable bags ready to flush down your toilet once per month to assure healthy and aggressive bacterial colonies will be present in your overall system. These colonies quickly multiply upon entering your system as the bacterial/enzymes rapidly get to work digesting the buildup in your pipes, tank, d-box and leach lines. Solids within your system, blockages and compacted soils in your drainfield are digested and broken down into water and oxygen. Fatty acids are consumed and odors disappear! NT-MAX multiplies rapidly while aggressively digesting up to 100 lbs of organic matter in a 24 hour period. System performance is restored to original condition while powerful bacterial strains continually digest blockages and organic matter until your system is restored to optimum condition (see below).



"Clogged Septic and Drainfield systems are bombarded with 900 Billion bacteria in NT-MAX – quickly reversing damage caused by years of sludge buildup and household chemicals while doubling in numbers every 20 minutes to continually digest all organic matter."

900 Billion bacteria rapidly get to work at digesting and breaking down even the most compacted soils and sludge clogged pipes. NT-MAX bacterial enzymes digests up to 100 pounds of the sludge and Bio-Mat clogging your pipes, lines, field and tank in a 24-hour period. Our superior enzymes rapidly digest septic system contents such as (1) proteins; (2) Oils, fats and grease; (3) sugars, starches, and complex carbohydrate chains; (4) Soap and laundry detergents; (5) phenols; and (6) toilet or waste papers. NT-MAX digests and dissolves ALL organic matter, digesting and degrading compacted sewage and bio-mat into harmless air and minerals. Harsh chemicals simply free up some blockage material while flooding your system with deadly toxins. NT-MAX is 100% safe for the environment and will not harm people, pets, grass, pipes or livestock.

 NT-MAX is hands down the most potent commercial grade bacterial remediation treatment available anywhere. NT-MAX remediation technologies are used throughout the globe from multi million dollar corporations to personal RV holding tanks. Our extremely aggressive bacterial strains are by far the strongest available products available. From the Galapagos Island Oil spill to the more recent Hurricane Katrina disaster, Bio-remediation technology is a key ingredient to clean and eco friendly wastewater treatment. Clogged systems generate an enormous amount of pressure due to gas buildup generated by the decay process. NT-MAX lowers pressure and frees up overall capacity in your system which allows normal flow and drainage to begin again. By eating and digesting the overflow and blockages, new solids are digested by the reestablished bacterial colonies and only septic effluent flows to your drainfield. NT-MAX digests blockages in the drainfield and lines, and reverts a clogged, weakened system back to brand new condition. Your system dries up, the smell goes away and only light maintenance may be required to assure future healthy bacterial counts. NT-MAX reduces the overall strain on your entire system from tank, to D-Box, to drainfield while adding maximum lifespan to your system. Ideally, septic systems operate successfully and are self sufficient, however, bleaches, cleaning products, washing powders, medicines, cold weather and high water flows are some of the reasons for tank and drainfield failure. In most cases, odors, blockages, backups, wet spots and noises in the drainfield occur and can be serious problems at worst or unhealthy nuisances at least.

Untreated or poorly maintained septic systems can develop severe Bio-Mat (undigested raw sewage) and grime buildup throughout the entire system including the tank, lines and drainfield. As sludge builds up, system performance degrades steadily and eventually fails. Most systems fail in the drainfield where the field lines progressively clog to a point where degradation and digestion is inhibited. The lines have small perforations that allow effluent to pass into the surrounding gravel bed to further digest and degrade. In trouble systems, the soils surrounding the inner pipes becomes extremely compacted, not allowing effluent to pass and leading to backups and wet spots. Many common household products severely diminish bacterial counts in the system leading to most all septic system problems. With NT-MAX, you do not have to change your lifestyle. NT-MAX is resistant to most household chemicals and will ensure that your system contains suitable bacteria counts for normal future function.

To date, our success rate is 100% and our products are guaranteed to eliminate sludge and alleviate your septic system blockages. Backed by over 70 years of research, NT-MAX products continue to be a world leader in bio-remediation and septic system sludge degradation. NT-MAX Septic Tank Treatment can save you tens of thousands of dollars in repair or replacement costs and can have your system up and running in a matter of days. Septic tank systems and drainfield replacement can run $5,000 to $70,000 and in most cases is an unneeded burden on your finances.

NT-MAX is highly effective in cesspools, tanks, drain and leach fields, drywells, RV's, farm animal waste lagoons, food processing plants and even compost heaps. NT-MAX is approved for all septic system applications and is completely harmless to the internal mechanics of your system. Chemical products are hazardous to people, neighbors, pets and the environment and their detrimental dislodging actions can further force solids deeper into your drainfield. Our wholesale pricing models save you more than 50% over typical retail pricing while providing you with the strongest possible bacterial septic treatment for your home.

**See How NT-MAX Stacks up to the Competition!**

Order by Phone: 1-800-509-0927   |   100% Safe Shopping Guaranteed

We Accept VISA MasterCard AMEX DISCOVER eCHECK

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio USA All Rights Reserved
NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial septic treatments on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX contains 900 billion bacteria per gallon and can completely restore your clogged septic and drainfield to full functionality.
*simulations reflect potential capabilities of NT-MAX septic treatment*On item #680 and #708 only. Other items exclude shipping.



- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- All Products





## Treatment Guide

NT-MAX has an extremely successful track record of restoring clogged systems to like new condition. To date our success rate is 100% - NT-MAX is guaranteed to completely restore your failed systems and when used as a maintenance, eliminate the need for pump-outs. Our easy to use guideline chart will help you accurately diagnose and fix your problem since different situations require various types of treatment. Please read thoroughly and note the complete treatment descriptions at the bottom of the page. Septic systems are designed to function and digest waste 100% properly when maintained and treated on a regular basis.

### Newer Systems Up to 2 years old

| Trouble Free System | Showing Signs of Trouble |
|---|---|
| **Suggested Treatment:** 2 yr. or 3.5 yr. supply of NT-MAX **OR** One 5 Gal. NT-MAX Liquid Treatment. | **Suggested Treatment:** 2 or 3.5 yr. supply of NT-MAX **AND** One 5 Gal. NT-MAX Liquid Treatment. |
| **Treatment Instructions:** Half a bag to 1 bag per month **OR** 10 to 15oz. NT-MAX liquid per month. | **Treatment Instructions:** Start with "Regular shock" treatment then follow up with 1 to 2 bio-bags per month **OR** Apply 25 oz. NT-MAX Liquid the first month followed by 15 to 25oz. per month maintenance. |

### For Systems 2 to 10 years old

| Trouble Free System | Showing Signs of Trouble |
|---|---|
| **Suggested Treatment:** 3.5 yr. supply of NT-MAX **OR** One 5 Gal. NT-MAX Liquid Treatment. | **Suggested Treatment:** 2 or 3.5 yr. supply of NT-MAX **AND** One to Two 5 Gal. NT-MAX Liquid Treatment. |
| **Treatment Instructions:** Start with "Regular Shock" followed by 1 bag per month **OR** Apply 25 oz. NT-MAX Liquid initially, followed by 10 to 25 oz. per month. | **Treatment Instructions:** Start with "Regular Shock" with NT-MAX powder followed by 1 to 2 bio-bags per month or 10 to 25oz. NT-MAX liquid per month maintenance **AND** Follow directions for "Super Liquid Shock" with NT-MAX Liquid. |

### For Systems 10+ years old

| Trouble Free System | Showing Signs of Trouble |
|---|---|
| **Suggested Treatment:** 2 yr. or 3.5 yr. supply of NT-MAX **OR** One 5 Gal. NT-MAX Liquid Treatment. | **Suggested Treatment:** 2 or 3.5 yr. supply of NT-MAX **AND** One to three 5 Gal. NT-MAX Liquid Treatment. |
| **Treatment Instructions:** Start with "Regular Shock" then 1 to 2 bio-bags per month there after **OR** 25 to 40oz. NT-MAX liquid the first month then maintain with 10 to 25 oz. per month. | **Treatment Instructions:** Start with "Power Shock" treatment then follow up with 1 to 2 bio-bags per month **OR** Apply 25 oz. NT-MAX Liquid the first month followed by 10 to 25oz. per month maintenance **AND** Follow directions for "Super Liquid Shock" with NT-MAX Liquid |

### Regular Shock, Super Shock and MAX Shock Instructions and Application Guidelines:

By "Shocking" the system, a maximum concentrated amount of powerful bacterial enzymes are dispersed throughout your entire system in order to quickly break down buildup at a much more aggressive rate than with a maintenance treatment.

**Powder Shock Treatments:**

**Regular Shock:** Begin by flushing 1 to 2 bio-degradable bags down each toilet in your home and pour 1/4 bag down each drain, sink basin, tub, shower and floor drain. After 5 days, Repeat this process and maintain your system with 1 to 2 bags per month, flushed directly down your toilet.

**Power Shock:** begin by flushing 3 to 5 bio-degradable bags down each toilet in your home and pour 1/4 bag down each drain, sink basin, tub, shower and floor drain. After 5 days, Repeat this process and maintain your system with 1 to 2 bags per month, flushed directly down your toilet.

**Super Liquid Shock Treatment:**

For single NT-MAX Liquid applications: Distribute and pour 2 gallons of NT-MAX Liquid down all drains in your home and flush the remaining 3 gallons down your toilets. 5 Gallon pails include sample Bio-bags to be flushed down your toilets right after liquid treatment. Flush 1 sample bio-bag down each toilet.

For multiple NT-MAX Liquid applications Distribute and pour 2 gallons of NT-MAX Liquid directly down your drains and flush the remaining 3 gallons down your toilets. Flush 1 sample bio-bag down each toilet and flush any remaining bags as well. After 7 days have passed, pour 5 gallons down the toilet furthest from your septic system. Any additional 5 gallon treatments should be applied once per week, flushed down the toilet furthest from your septic tank.

***Please Note:** NT-MAX Liquid or Powder can be directly added to your septic tank, drainfield, cesspool or clean-out to speed up and enhance the treatment process but be sure to leave a small amount for addition to your toilets, sinks and drains. The ideal situation is to get the products through your entire system and out to the drainfield. Administering NT-MAX to your distribution box will ensure that the activated bacteria flow directly into the drainfield where most problems arise. Septic systems contain deadly gases and should never be serviced or opened without consulting a licensed professional.

**Order by Phone: 1-800-509-0927  |  100% Safe Shopping Guaranteed  |  Order Septic Tank Treatment**

We Accept: VISA, MasterCard, AMEX, DISCOVER, eCHECK

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio NT-MAX Septic Tank Treatment USA All Rights Reserved NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial septic treatments on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX septic treatment contains 900 billion bacteria per gallon and can completely restore your clogged septic and clogged drainfield to full functionality. *simulations reflect potential of NT-MAX septic tank treatment*Free shipping on item #680 and #708 only excluding Alaska, Puerto Rico, Hawaii and International orders. Other septic treatments may exclude shipping.

# NewTechBio
## Septic Problems Eliminated

Friday, August 31, 2007 3:08:48 PM.

Shopping Cart | Order Tracking

- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- All Products

green earth

thawte 100% Secure

## NT-MAX is the Strongest Commercial Grade Clogged Septic and Clogged Drainfield Product Available on the Market Today!

No other Product Comes Close - NT-MAX Contains over 900 Billion Bacteria Per Liquid Gallon and 5 Billion Per Powder Gram. NT-MAX has the Power and Strength to Completely Restore Your Clogged Septic and Drainfield System to Like New Condition.

NT-MAX is a powerful commercial grade product developed to aggressively digest sludge, fats, grease, oils and all organic matter as rapidly as possible to potentially save you tens of thousands of dollars in repair or replacement costs. While other products may be "stopped in their tracks" by common household cleaners, NT-MAX can neutralize soaps and detergents to continue degrading waste faster!

**Industrial Strength Septic Treatment. Restore Clogged Septic and Drainfield Systems and Eliminate Pump-Outs.**

Click Here to Order NOW!



*FREE FedEx Ground

## NT-MAX vs. the Competition

| | Years in Business | 24 Hour Customer Service | 900 Billion Bacterial Count Per Liquid Gal | 5 Billion Bacterial Count Per Gram | Return Policy | Safe for the Environment Will NOT Harm Humans | Monthly Cost Conclusion |
|---|---|---|---|---|---|---|---|
| NT-MAX | 70+ | ✓ | ✓ | ✓ | ✓ | ✓ | $6.31 Per Month Liquid Highest Bacterial Count Superior Product |
| Rex-Bac-T | 24 | No | No | No | ✓ | ✓ | $98.00 More for the same Liquid Bacterial Count |
| Septic Remedy | ? | No | None | 4 Bill Gram | No | ✓ | Website Vague, unknown. Many BBB complaints. |
| Roto Rooter | 70+ | No | ? | 3 Bill Gram | ✓ | ✓ | Inferior Bacterial Count |
| Roebic K-37 | 70+ | ? | 450 Mill | 450 Mill | ✓ | ✓ | Inferior Bacterial Count |
| ZEP/Enforcer | 70+ | No | None | 700 Mill | ? | ✓ | Inferior Bacterial Count |
| RID-X | 100+ | ? | Millions per Gal | 1.5 Mill Per gram | ? | ✓ | Inferior Bacterial Count |
| Drano | 100+ | No | None | None | ? | Hazardous | Hazard rating of "high" Can cause severe intestinal damage if swallowed |

**Need Help Deciding What to Order? Click Here!**

**Order by Phone: 1-800-509-0927 | 100% Safe Shopping Guaranteed**

We Accept 

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio NT-MAX Septic Tank Treatment USA All Rights Reserved NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial septic treatments on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX septic treatment contains 900 billion bacteria per gallon and can completely restore your clogged septic and clogged drainfield to full functionality. *simulations reflect potential of NT-MAX septic tank treatment*Free shipping on item #680 and #708 only excluding Alaska, Puerto Rico, Hawaii and International orders. Other septic treatments may exclude shipping.

**NewTechBio** — Septic Problems Eliminated

Friday, August 31, 2007 3:09:26 PM.

Shopping Cart | Order Tracking

- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- All Products

1) What is NT-MAX Clogged Septic and DrainField Formula?

2) Is NT-MAX Clogged Septic formula Safe around my family and pets?

3) Why are NT-MAX Products the Best Choice?

4) How Does NT-MAX Work?

5) Does NT-MAX Eliminate Odors?

6) Will NT-MAX Unclog My Drainfield?

7) How Long Will it Take to Work?

8) How Will I Know It's Working?

9) Will NT-MAX hurt my pipes/tank/lawn/field grazing animals?

10) How Do I Know If My Septic System is Failing?

11) How Often Should I have My System Pumped?

*Additional information

Industrial Strength Septic Treatment. 100% Natural, Environmentally Safe, Strongest Product Available. Restore Clogged Septic and Drainfield Systems and Eliminate Pump-Outs.

Click Here to Order NOW!

*FREE FedEx Ground

**Need Help Deciding What to Order? Click Here!**

Order by Phone: 1-800-509-0927   |   100% Safe Shopping Guaranteed

We Accept VISA MasterCard AMEX DISCOVER Diners Club eCHECK

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio USA All Rights Reserved
NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial cleaners on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX contains 900 billion bacteria per gallon and can completely restore your clogged septic and drainfield to full functionality.
*Provided simulations reflect potential capabilities of NT-MAX *On item #680 and #708 only. Other items exclude shipping.

# NewTechBio — Septic Problems Eliminated

Friday, August 31, 2007 3:09:54 PM.                                    Shopping Cart | Order Tracking

- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- All Products





**Industrial Strength Septic Treatment. Restore Clogged Septic and Drainfield Systems and Eliminate Pump-Outs.**

Click Here to Order NOW!



*FREE FedEx Ground

## Just a Few of Our Satisfied Customer Testimonials...

Mr. Skierkowski,

As I mentioned on the phone, I had 3 separate companies inform me that I would need to replace my drainfield. Your liquid took about 7 days to completely clear up the water and the system is working perfectly now.

Thank you again,
Mark W.
Fenton, MO

---

Dear Gary,

Thank you very much for all of your help and advice. Our septic tank was a constant problem and the smell was unbearable to us and the neighbors. Your liquid shock treatment really did the trick and we can finally open the windows again. We WILL be back :)

Kerry S.
Plant City, FL

---

Newtechbio,

I just wanted to let you know that the NT-MAX did a good job and the system is working like it should now. Thank you again and yes you can use this letter.

Tracy B.
Mountaintop, PA

---

The shock treatment seems to work as you described. Our septic has been backing up for a couple of years now and we had it pumped 3 times since last September. We had terrible storms in April it backed up again. We pumped it again and I found you on the internet while looking for a solution. I poured the liquid right down the toilet as you suggested and that was roughly one month ago. The septic tank seems to be working fine now and every drain in the house is clog free. We have had alot of rain this year and so far no problems. Looks good and thanks.

Thanks,
Lorraine C.
Jackson, NJ

---

To Gary,

Just wanted to let you know that your 5 gallon liquid worked! Two contractors were bidding upwards of $22,000.00 for replacement and you really saved us! My family thanks you too!

Nicole S.
WV

---

Hello,

I bought a house at a foreclosure sale and soon found out it had a clogged septic and the drains were all slow. I have been using your product for over 5 weeks now and the drains are flowing again and the smell is no longer in the yard.

Max Stav
Midpines, CA

**Need Help Deciding What to Order? Click Here!**

Order by Phone: 1-800-509-0927    |    100% Safe Shopping Guaranteed

We Accept VISA MasterCard AMEX DISCOVER eCHECK

© Copyright 2007 NewTechBio USA All Rights Reserved
NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial cleaners on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX contains 900 billion bacteria per gallon and can completely restore your clogged septic and drainfield to full functionality.
*Provided simulations reflect potential capabilities of NT-MAX *On item #680 and #708 only. Other items exclude shipping.

**NewTechBio** — Septic Problems Eliminated

Friday, August 31, 2007 3:10:22 PM.    Shopping Cart | Order Tracking

- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- All Products




## About Us

Servicing the residential and commercial industry, NewTechBio provides the highest-quality superior strains of bacterial / enzyme formulas designed for accelerated organic waste degradation. Our products are technologically advanced to meet the harshest septic system problems. What ever the application, Our specifically (Bacterial/Enzyme Blend) with added special Bacterial Strains and All Natural Additives are designed to promote accelerated grease, waste liquefaction and digestion in all septic waste systems and drains. We also have the technical ability and the staff to engineer a solution that will meet the need of any residential or commercial requirement or treatment request. Our goal at NewTechBio is to satisfy our customer septic system challenge regardless of the nature and difficulty.

Whether you are unclogging an old septic tank system, maintaining a new system or looking to service a central modern wastewater treatment and reclamation system, we have the right product. NewTechBio is here to assist in making the best decision for your individual needs. We have the ability to custom engineer a product for your particular septic system problem regardless of the application.



The bottom line is that if you, your home septic system, farm, company, school district, or your city municipality has wastewater treatment issues that need professional attention, you need to contact NewTechBio for the best custom technical superior engineered septic system treatment solutions at affordable wholesale prices. Don't make the mistake of spending thousands replacing a good system when you can remedy the problem with a quality proven product from NewTechBio. Save time, save money and save the environment… choose NewTechBio for any septic system or drain needs regardless of the application.

**Industrial Strength Septic Treatment. 100% Natural, Environmentally Safe, Strongest Product Available. Restore Clogged Septic and Drainfield Systems and Eliminate Pump-Outs.**


Click Here to Order NOW!

*FREE FedEx Ground

### Need Help Deciding What to Order? Click Here!

Order by Phone: 1-800-509-0927    |    100% Safe Shopping Guaranteed

We Accept      eCHECK

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio USA All Rights Reserved
NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial septic treatments on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX contains 900 billion bacteria per gallon and can completely restore your clogged septic and drainfield to full functionality.
*simulations reflect potential capabilities of NT-MAX septic treatment*On item #680 and #708 only. Other items exclude shipping.

**NewTechBio** — Septic Problems Eliminated

Friday, August 31, 2007 3:10:54 PM.

Shopping Cart | Order Tracking

- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- All Products

green earth

## Contact Us:

Contacting us is easy. If you have a question, or wish to contact us about an order, please feel free to do so. We would also love to hear from you about your experience with our product and our Our Technical Service on Call 24/7

**During Normal Business Hours:**

Customer Service: 800-509-0927

Fax: 570-300-1861

International Customers: 011-570-558-3818

sales@newtechbio.com

**Our Hours:**
Monday - Friday **8:00AM – 9:00PM**
Saturday **9:00AM – 7:00PM**
Closed Sunday - Our Technical Service on Call 24/7

**Write us:**
NewTechBio
102 N. Blakely Street #206
Dunmore, PA 18512

Industrial Strength Septic Treatment. 100% Natural, Environmentally Safe, Strongest Product Available. Restore Clogged Septic and Drainfield Systems and Eliminate Pump-Outs.

Click Here to Order NOW!



*FREE FedEx Ground

Our products and costumer service have been second to none. We have the most technically Advanced products on the market...

**Need Help Deciding What to Order? Click Here!**

Order by Phone: 1-800-509-0927   |   100% Safe Shopping Guaranteed

We Accept     



Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy
© Copyright 2007 NewTechBio USA All Rights Reserved
NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial septic treatments on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX contains 900 billion bacteria per gallon and can completely restore your clogged septic and drainfield to full functionality.

*simulations reflect potential capabilities of NT-MAX septic treatment*On item #680 and #708 only. Other items exclude shipping.



**NewTechBio** — Septic Problems Eliminated

Friday, August 31, 2007 3:11:19 PM.    🛒 Shopping Cart | Order Tracking

- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- All Products

## Product Line

 **NT-MAX Grease Trap Treatment:** NT-MAX Grease Trap Treatment helps you regain control of your system and restore functionality to your grease trap system. 550 Billion specifically selected bacteria per gallon quickly digests oils, fats, grease and organics .#902

 **NT-MAX Septic and Drainfield Treatment:** NT-MAX clogged septic and drainfield treatment. 900 Billion Bacteria per gallon and 5 Billion per gram (powder) totally restores clogged septic tanks and drainfields and eliminates pump-outs.

**NT-MAX Chemical Dosage Metering Pump:** NT-MAX chemical dosage metering pump. 48 settings per day backed by full 2 year warranty. Ensure accurate bacterial administration to your grease traps and completely eliminate pump-outs and odors.

 **NT-MAX Mosquito & Insect Control Repellent:** Powerful 100% All Natural Insect Formula Contains More Insect and Mosquito Control Repellents than Any All Natural Formula on the Market! 100% Safe for You, Your Family, Pets and the Environment.

**Industrial Strength Septic Treatment. 100% Natural, Environmentally Safe, Strongest Product Available. Restore Clogged Septic and Drainfield Systems and Eliminate Pump-Outs.**

 Click Here to Order NOW!

 *FREE FedEx Ground *

green earth

Ask Us About NewTechBio's Bacteria Odor Control formulas for Hotels, Restaurants, Rest Homes, Automobiles and RV's. We also Carry Formula Specific Cesspool and Pond Treatments as well as Farm Waste Degradation and Drainfield Treatments.

**Need Help Deciding What to Order? Click Here!**

**Order by Phone: 1-800-509-0927   |   100% Safe Shopping Guaranteed**

We Accept: VISA  MasterCard  AMEX  DISCOVER  Diners Club  eCHECK

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio USA All Rights Reserved

NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial septic treatments on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX contains 900 billion bacteria per gallon and can completely restore your clogged septic and drainfield to full functionality.
*simulations reflect potential capabilities of NT-MAX septic treatment*On item #680 and #708 only. Other items exclude shipping.



**NewTechBio — Septic Problems Eliminated**

Friday, August 31, 2007 3:18:08 PM.

Shopping Cart | Order Tracking



*FREE FedEx Ground

- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- All Products

### Keep Your Entire Septic System in Like New Condition and Free of clogging and Contamination!

*It's So Easy! Simply Flush the Contents of One Convenient Packet Down Your Toilet Once a Month! Select Your Product Based on the Severity of Your Clogged Septic or Drainfield*



green earth



**NT-Max Bio Packs 3.5 Year Supply Plus 6 FREE Months Supply = 48 Months Supply.** #708

Price: $ 189.00   Quantity: [1]   Add to Cart



**NT-Max Bio Packs 2 Year Supply Plus 4 FREE Months Supply = 28 Months Supply.** #680

Price: $ 135.00   Quantity: [1]   Add to Cart



AmbironTrustWave
thawte 100% Secure



**NT-Max Liquid** The Most Powerful Industrial Strength Super Septic Waste Digester available on the market! Liquid Form with **900 Billion** Bacteria per Gallon. No other Product Comes Close! **5+ YEAR SUPPLY** WHEN USED AS MAINTENANCE. #840

Price: $ 369.00   Quantity: [1]   Add to Cart

NT-MAX is a powerful combination of 900 Billion safe, non-toxic and environmentally friendly microorganisms which are designed to completely restore clogged septic systems. NT-MAX Liquid Septic Waste Digester is Specifically Designed for the Complete Treatment of Residential, Hotel, Municipality, Industrial and Commercial Septic Treatment Stations. NT-MAX Quickly Attacks and Digests Years of Compacted Sludge, Grease, Grime and Bio-Mat Buildup in Tanks, Lines, Drainfields, Slow Drains, Agricultural Ponds, Grease Traps, RV Holding Tanks and Cesspool Collectors.

NT-MAX Liquid contains over 900 Billion powerful, highly concentrated bacterial strains that immediatly digest and degrade blockages on contact. NT-MAX Liquid ships in 5 gallon containers, 55 gallon drums and 250 gallon totes. Drum and totes ship same day, please call for pricing. NT-MAX products are 100% safe around people, pets, lines, all plumbing and the environment and are safe on all septic systems including spray head type, dual chamber and cesspool.

NT-MAX Liquid is the most powerful formula available in waste treatment and bioremediation. commercial grade bacterial enzyme septic treatment formulas were used to treat the Galapagos Island oil spill in 2001 and the hurricane Katrina Spills of 2005. We guarantee our products are by far the strongest available septic treatments available on the market and are firmly backed by over 70 years of bio-remediation related research and development.

Order by Phone: 1-800-509-0927   |   100% Safe Shopping Guaranteed

We Accept  VISA  MasterCard  AMEX  DISCOVER  Diners Club International  eCHECK

© Copyright 2007 NewTechBio NT-MAX Septic Tank Treatment USA All Rights Reserved NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial septic treatments on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX septic treatment contains 900 billion bacteria per gallon and can completely restore your clogged septic and clogged drainfield to full functionality. *simulations reflect potential of NT-MAX septic tank treatment*Free shipping on item #680 and #708 only excluding Alaska, Puerto Rico, Hawaii and International orders. Other septic treatments may exclude shipping.



**NewTechBio** — Septic Problems Eliminated

Friday, August 31, 2007 3:18:51 PM.

Shopping Cart | Order Tracking

- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- Other Products

## Articles & Information

- How Enzymes Aid in Digestion
- Sewage Treatment and Bacteria
- Controlling Septic Effluent
- Your Septic Tank Distribution Box
- History of the Septic System
- Planting on Your Drainfield or Leachfield
- Septic Tank Maintenance

*FREE FedEx Ground

Click Here to Order NOW!





- Environmentally Safe
- 100% Natural
- Prevent Costly Repairs
- Eliminate Pump-Outs
- Clean Clogged Drainfield
- Repair Clogged Septic
- Digests Raw Sewage
- Eliminate Septic Odors
- Digests 100lbs per Day
- Pennies Per Day
- Liquefies septic Solids
- Enzymes absorb Sludge

AmbironTrustWave

thawte 100% Secure



STOP SEPTIC ODORS!

Sewage-digesting bacteria & enzymes are 100% guaranteed to safely eliminate grease, paper and solid waste. Helps eliminate the causes of clogged septic and drainfields, bad bacteria and odor.

Order by Phone: 1-800-509-0927 | 100% Safe Shopping Guaranteed | Order Septic Tank Treatment

We Accept        

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio NT-MAX Septic Tank Treatment USA All Rights Reserved NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial septic treatments on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX septic treatment contains 900 billion bacteria per gallon and can completely restore your clogged septic and clogged drainfield to full functionality. *simulations reflect potential of NT-MAX septic tank treatment*Free shipping on item #680 and #708 only excluding Alaska, Puerto Rico, Hawaii and International orders. Other septic treatments may exclude shipping.



Friday, August 31, 2007 3:19:23 PM.

Shopping Cart | Order Tracking

- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- Other Products



## How Enzymes Aid in Digestion

An enzyme is a chemical catalyst that breaks up long, complex waste molecules (Hydrolytic Reaction) into smaller pieces, which can then be digested directly by the bacteria.

Enzymes are simply chemicals - they are not living things, and they cannot grow or reproduce themselves. Enzymes are manufactured by bacteria, and used by the bacteria in order to digest waste. The enzymes that are mixed into the products are actually produced by special bacteria, extracted from them in dry form, and blended into the mixture.

Enzyme are added to help them go to work faster. When added to the organic waste, the enzymes immediately go to work breaking down the waste into water - soluble nutrients for the bacteria to digest. The enzymes break the large, complex molecules of starches, proteins, carbohydrates, and cellulose into smaller, simpler pieces. These enzymes act like chemical "knives", chopping the large molecules of waste into smaller pieces of water - soluble nutrients for the bacteria. The growing bacteria will then start to produce more enzymes on their own, creating a continuing cycle of enzyme production.

**Need Help Deciding What to Order? Click Here!**

Order by Phone: 1-800-509-0927  |  100% Safe Shopping Guaranteed

We Accept VISA MasterCard AMEX DISCOVER Diners Club eCHECK

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio NT-MAX Septic Treatment USA All Rights Reserved

NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial septic treatments on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX septic treatment contains 900 billion bacteria per gallon and can completely restore your clogged septic and clogged drainfield to full functionality.
*simulations reflect potential of NT-MAX septic treatment*On item #680 and #708 only. Other septic treatments may exclude shipping.