# NewTechBio
## Septic Problems Eliminated

Friday, August 31, 2007 3:19:54 PM.  Shopping Cart | Order Tracking

- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- Other Products



- Environmentally Safe
- EPA Approved
- Prevent Costly Repairs
- Eliminate Pump-Outs
- Clean Clogged Drainfield
- Repair Clogged Septic
- Digests Raw Sewage
- Eliminate Septic Odors
- Digests 100lbs per Day
- Pennies Per Day
- Liquefies septic Solids
- Enzymes absorb Sludge

Ambiron TrustWave
thawte 100% Secure



*FREE FedEx Ground
Click Here to Order NOW!

## Sewage Treatment & Bacteria

Bacteria may be aerobic, anaerobic or facultative. Aerobic bacteria require oxygen for life support whereas anaerobes can sustain life without oxygen. Facultative bacteria have the capability of living either in the presence or in the absent of oxygen. In the typical sewage treatment plant, oxygen is added to improve the functioning of aerobic bacteria and to assist them in maintaining superiority over the anaerobes. Agitation, settling, pH and other controllable are carefully considered and employed as a means of maximizing the potential of bacterial reduction of organic in the wastewater.

Single-celled organisms grow and when they have attained a certain size, divide, becoming two. Assuming an adequate food supply, they then grow and divide again like the original cell. Every time a cell splits, approximately every 20 to 30 minutes, a new generation occurs. This is known as the exponential or logarithmic growth phase. At the exponential growth rate, the largest number of cells are produced in the shortest period of time. In nature and in the laboratory, this growth cannot be maintained indefinitely, simply because the optimum environment of growth cannot be maintained. The amount of growth is the function of two variables: - environment and food. The pattern which actually results is known as the bacterial growth rate curve. Initially dehydrated products (dry) must first re-hydrate and acclimate in a linear growth phase before the exponential rate is reached.

Microorganisms and their enzyme systems are responsible for many different chemical reactions produced in the degradation of organic matter. As the bacteria metabolize, grow and divide they produce enzymes. These enzymes are high molecular weight proteins.

It is important to recognize the fact that colonies of bacteria are literally factories for the production of enzymes. The enzymes which are manufactured by the bacteria will be appropriate to the substrate in which the enzyme will be working and so you have automatic production of the right enzyme for the biological reduction of any waste material, provided you have the right bacteria to start with. Enzymes do not reproduce whereas as bacteria do.

Enzymes in biochemical reactions act as organic catalysts. The enzymes actually become a part of the action, but after having caused it, split off from it and are themselves unchanged. After the biochemical reactions are complete and products formed, the enzyme is released to catalyze another reaction. The rate of reaction may be increase by increasing the quantity of the substrate or temperature up to a certain point, but beyond this, the rate of reaction ceases to increase because the enzyme concentration limits it.

All treatment plants should be designed to take advantage of the decomposition of organic materials by bacterial activity. This is something you can equate to lower costs, increased capacity, and an improved quality of effluent; even freedom from bad odors which may typically result when anaerobe bacteria become dominant and in their decomposition process, produce hydrogen sulfide gas and similar by-products.

Consider the fact that the total organic load of wastewater or sewage is composed of constantly changing constituent, it would be quite difficult to degrade all of these organics by the addition of one enzyme, or even several enzymes. Enzymes are specific catalysts and do not reproduce. What is needed is the addition of an enzyme manufacturing system right in the sewage that can be pre-determined as to its activity and performance and which has the initial or continuing capacity to reduce waste.

At the present time, the addition of specifically cultured bacteria seems to be the least expensive and most generally reliable way to accomplish desirable results. When you add the right bacteria in proper proportions to the environment, you have established entirely new parameters of potential for the treatment situation.

From what has been presented above, bacterial / enzyme products by NT-MAX will serve to enhance the operational performance of municipal sewage treatment plants, septic systems, grease traps, food processing waste systems, lagoons, lift stations fish ponds, water estuaries or any system where waste organics are a problem.

**Need Help Deciding What to Order? Click Here!**

Order by Phone: 1-800-888-8888 | 100% Safe Shopping Guaranteed

We Accept 

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index

© Copyright 2007 NewTechBio USA All Rights Reserved
NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial cleaners on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX contains 550 billion bacteria per gallon and can completely restore your clogged septic and drainfield to full functionality.
*Provided simulations reflect potential capabilities of NT-MAX *On item #680 and #708 only. Other items exclude shipping.

Friday, August 31, 2007 3:20:43 PM.

Shopping Cart | Order Tracking

- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- All Products

green earth

## NewTechBio Policy

### Mission

Our mission at NewTechBio is to ensure your total satisfaction with our products. For questions relating to your order, please email our customer service department at sales@newtechbio.com and to better serve you, please include your name and address with your correspondence.

Our support team will address and respond to all email inquiries within 24 hours and should you require immediate assistance, feel free to contact customer service at 800-509-0927. Product support is available 24 hours a day. After hours technicians will return your call promptly.

### Security & Privacy

NewTechBio makes every effort to protect the security of your personal information. Our Web site is hosted on secure servers and utilizes SSL secure server software. Any personal information that you provide is encrypted so that no-one can read it while it is being transmitted over the Internet. Any information collected by us is stored in private files behind a firewall designed to protect your information by denying unauthorized access by outside users.

### Shipping & Handling

Standard Shipping in the United States . Every effort is made to ensure orders are shipped within 24 hours excluding bulk orders. Shipments to Alaska, Puerto Rico, Hawaii and International orders, will incur shipping charges based upon chosen shipping methods elected at the time of your order and any additional shipping fees incurred by Newtechbio Inc. will be added to your charge once cost calculations are received from FedEx. Items that include free shipping, will incur additional shipping costs for Alaska, Puerto Rico, Hawaii and International orders. Bulk shipments and orders shipped to areas not covered by our free shipping, can normally be expedited. Our standard shipping method is Fed Ex and UPS which usually will arrive within 3-7 days of leaving our facilities.

### International Orders

International shipments are now shipped Worldwide Express via UPS. For international shipments, please call your Customer Service Representative toll-free at 800-509-0927.

### Return Policy

You may return unopened items within 30 days of delivery for a full refund. A minimal 15% restocking fee will apply to all return items. Please do not chargeback any orders for there will incur an eighty five dollar chargeback fee. We'll also pay the return shipping costs if the return is a result of our error (you received an incorrect or item.). You should expect to receive your refund within one to four weeks.

### Quality Guarantee

NT-MAX Septic products are 100% guaranteed to contains billions per gram, non-pathogenic, bacteria and enzymes.

There are different reasons that a septic system may fail such as roots, pipe collapse, structural damage or outside influences keeping the system in a detrimental state. NewTechBio does not guarantee that any of its products will reverse system failure as a result of any of the listed reasons other than clogged drainfield, leach fields and the like related to sludge buildup, which is, the most common form of failure.



**Industrial Strength Septic Treatment. 100% Natural, Environmentally Safe, Strongest Product Available. Restore Clogged Septic and Drainfield Systems and Eliminate Pump-Outs.**

Click Here to Order NOW!

*FREE FedEx Ground



**Need Help Deciding What to Order? Click Here!**

Order by Phone: 1-800-509-0927 | 100% Safe Shopping Guaranteed

We Accept VISA MasterCard AMEX DISCOVER eCHECK

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio USA All Rights Reserved
NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial septic treatments on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX contains 900 billion bacteria per gallon and can completely restore your clogged septic and drainfield to full functionality.
*simulations reflect potential capabilities of NT-MAX septic treatment*On item #680 and #708 only. Other items exclude shipping.



Friday, August 31, 2007 3:12:17 PM.          Order Now 🛒 Shopping Cart | Order Tracking

- Home
- About Bug Mace
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- All Products

# Industrial Strength Insect and Mosquito Repellent is 100% Natural Repelling and Controlling Mosquitoes, Gnats, Black Flies, Mites, Ticks and Thousands of Other Insects.

*FREE* FedEx Ground

○ Lemon Fresh Mosquito repellent spray treatment with all natural powerful ingredients quickly eliminates mosquitoes and other troublesome insects providing a safe, disease free environment for you, your family and pets.

**Click Here to Order NOW!**


green earth

○ Powerful Insect Repellent
○ Repels Over 100 Insects
○ Contains NO DEET!
○ Chemical Free
○ Lemon Fresh Scent
○ Works Instantly
○ Safe on vegetation
○ 10X Stronger than DEET
○ Spray Covers 5 Acres
○ Makes up to 10 Gallons
○ Natural Insect Repellent
○ Safe for the Ozone


**Before Bug Mace***


**After Bug Mace***

Powerful 100% All Natural Insect Spray Contains More Insect and Mosquito Control Ingredients than Any All Natural Formula on the Market!

**STOP WEST NILE!**

All Natural Insect Repellent and All Natural Mosquito Repellent with 100% all Natural ingredients gets to work quickly repelling disease laden mosquitoes, black flies, gnats, ticks and more. 100% safe for humans, pets and plants and lasts for weeks with a pleasant lemon scent.

AmbironTrustWave
thawte 100% Secure

BUG MACE is "Non-Sticky", Smells Great and is Specifically Designed for People, Pets, Plants, Grassy Areas and more! Commercial Grade Lemon Fresh Mosquito Repellent Quickly Repels insects to Help Prevent West Nile Virus, Lime Disease, Insect Bites, Equine Virus and other Diseases carried by Mosquitoes.

**Click here to order**

Bug Mace All Natural Insect Repellent is All Natural and does Not Contain **DEET** or **Permethrin**. It ets to work fast, eliminating over 50 Insect Species and Repelling over 1000 More! Bug Mace contains pure 100% Natural ingredients and is safe for your family, pets and the environment.

*Lemon Scent*

### Order Bug Off Insect Repellent Now!
### Why Does NT-MAX BUG MACE Work So Well?

BUG MACE contains very powerful ingredients such as Catnip Oil, Neem Oil, Lemongrass Oil, Karanja Oil, Citronella and more. Our main ingredient is 10 Times More Effective than DEET which is found in most over the counter repellents. *see below*



**Catnip Oil** is the most powerful mosquito repellent and insect repellent of the century proven by Iowa State University to be more than **10 Times Stronger than DEET** (*Deet is found in most over the counter sprays such as Off!, Cutter, BugOut, ZEP and Repel and known to cause Brain Cell Death, Seizures and Birth Defects*). Catnip oil contains "Nepetalactone" and is one of the most recently discovered plant chemicals which is proving to be an extremely effective all natural repellent against mosquitoes and a plethora of other insects. Research done by Iowa State University entomologist proved that pure Catnip Oil is extremely effective making it **10X stronger than DEET without the harmful side effects!** Catnip gives off a slightly "minty" aroma and blends perfectly with the lemon scent found in NT-MAX BUG MACE.

**Neem Oil** kills Aphids, Crickets, Flea beetles, Grasshoppers Japanese beetles, Lacebugs, Mealybugs, Mites, Mole crickets, Scales, Spider mites, Tent caterpillars, Thrips, and Whiteflies and more! It has been the premier insect and mosquito control formula for years in the Australian Outback, India, China, mosquito infested tundra's and a multitude of other countries gaining reputation as a "**Super Repellent**". Neem Oil contains roughly 40 different active compounds which when ingested by the insects, create hormonal disruptions which prevent the insect from feeding, breeding or metamorphosing. It is so potent that quantities as low as 1 ppm will totally repel certain insects. Insects treated with Bug Mace Mosquito repellent during the larval and pupal stages generally die within 2 - 15 days.





**Lemongrass Oil** is well known for it's insect repellent properties, has an extremely pleasant fragrance and is by far *more pleasing than deet and garlic based products*. A close relative of the Citronella Plant, the complexity of Lemongrass scent provides a "broad spectrum" protection that single scents alone cannot achieve. A recent study journal titled: *"Formulation of an effective mosquito-repellent topical product from Lemongrass oil"* cited the powerful deterrent properties found in Lemongrass oil stating: "ointment preparations of the oil exhibited =50% repellency" and the oil is "*comparable to that of a commercial mosquito repellent. Base properties of the lemongrass oil formulations influenced their effectiveness.*" As with all the natural repellents contained in NT-MAX Mosquito Shield, Lemongrass oil, is 100% safe for your family, pets and the environment when used as directed.

**Citronella Oil** is one of the most well know all natural insect controls available and is found in many products such as candles, soaps, balms, topical oils, lotions and sprays. Citronella oil is mainly derived from cultivated plant grasses, has a pleasant lemony fragrance and works on insects in a way whereby its distinctive odor may make it difficult for to locate a host. Based on extensive laboratory studies, Oil of Citronella poses minimal or no risks to wildlife and due to the low toxicity and limited uses of Oil of Citronella, it is not harmful to the you, your family or the environment. Citronella oil products are designed to protect humans, pets, and open-air spaces from the public health risks posed by mosquitoes, insects and ticks. Citronella is totally harmless to most people and the smell of oil of citronella repels blood-feeding mosquitoes, ticks, fleas, flies and more.



### Order Bug Mace Mosquito Repellent Now!
**Order by Phone: 1-800-509-0927   |   100% Safe Shopping Guaranteed**

We Accept     

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio Bug Mace All Natural Insect and All Natural Mosquito Repellent USA All Rights Reserved NewTechBio USA. The most powerful mosquito and insect repellent formula on the market in concentrated quart and gallon containers. NT-MAX Bug Mace is all natural and contains no harmful DEET or garlic. EPA required statement "EPA Registration is not required because it contains no pesticides or insecticides" NT-MAX Bug Mace All Natural Mosquito Repellent and Insect Repellent contains pure Catnip Oil, Lemongrass Oil, Neem oil, Citronella Oil and other super repellents without the harmful effects. *Free shipping via FedEx on 1 gal. containers only.



NewTechBio

Friday, August 31, 2007 3:12:52 PM.    Order Now 🛒 Shopping Cart | Order Tracking

- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- All Products


green earth

AmbironTrustWave
thawte 100% Secure

**NT-MAX is the Strongest Commercial Grade Personal and Grassy Area Mosquito Repellent and Insect Control Product Available on the Market Today!**

Our Patented Formula Contains the Most Powerful **All Natural** Mosquito and Insect Control Repellents Available in the USA. NT-MAX Mosquito Control Aggressively and continually Repels Mosquitoes and Insects for up to Weeks. Our Scientifically Selected Blends are The Fastest, Most Effective and Strongest while 100% Safe for You and Your Family.

- NT-MAX is Environmentally Safe - Safe for Humans, Pet's or Plants
- 100% Natural Formula
- Avoid Hazardous Pesticides and Insecticides
- No Horrible Garlic or DEET based Product Odor
- Spray Formula Covers Up To 5 Acres and Lasts for Weeks
- Concentrated Formula Makes 10 Gallons
- Mosquito and Insect Infestation won't diminish effectiveness
- Pennies Per Day for 100% Peace of Mind that Insects will be Gone
- Commercial Grade NT-MAX Repels over 1000 Insects

Industrial Strength Insect Repellent. 100% Natural insect control, Environmentally Safe, Strongest Product Available. Take Back Control of Your Summer.
**Click Here to Order NOW!**

FREE FedEx Ground

**Our superior products main advantages over our competitors:**
*Highest Repellent Rates When Used as Directed
*Fastest, Most Effective Commercial Grade Protection
*NT-MAX Continually Repels and is 100% Safe and Natural

NT-MAX mosquito and insect control repellent treatment comes in a 10oz personal spray. Concentrate formulas are shipped in quart, gallon and 5 gallon containers ready to dilute up to 10 times. One gallon of NT-MAX Mosquito Repellent will yield up to 10 Gallons of treatment when used as directed. The fresh lemon scent will be pleasing to the senses while powerful mosquito and insect repellents get to work fast! No unruly Garlic or DEET smells to deal with and 100% safe to spray just about anywhere. The aggressive repellents in NT-MAX ward off up to 1000 insects while protecting you, your family, pets, the environment and the ozone. Avoiding products with potential toxic effects will ensure a safe living area that is pest free without the worry of long term use of chemical agents.

## What NOT to Use

**DEET** Melts Plastic, Eats Paint off of cars and quickly passes into your bloodstream. DEET is found in "OFF!", "Cutter", "Sawyer Controlled Release Lotion", "3M Ultrathon lotion" and many other topical sprays, has been used for years by major repellent manufacturers. Recent studies at Duke University state: "With heavy exposure to DEET and other insecticides, humans may experience memory loss, headache, weakness, fatigue, muscle and joint pain, tremors and shortness of breath. These symptoms may not be evident until months or even years after exposure. The most severe damage occurs when DEET is used concurrently with other insecticides, such as permethrin, for prolonged and frequent periods of time. " and "Studies have shown that DEET causes brain cell death and behavioral changes in rats after frequent and prolonged use. This exposure causes neurons to die in regions of the brain that control muscle movement, learning, memory, and concentration. Rats treated with an average human dose of DEET (40 mg/kg body weight) performed far worse when challenged with physical tasks requiring muscle control, strength and coordination. These findings are consistent with reported human symptoms following DEET's use by the military in the Persian Gulf War.

**GARLIC** May repel pests as well as people but is also proven to be Toxic to the Brain. Stanford University conducted a research project on the effects of garlic on the human system. The study was privately funded by Dr. Robert Beck. And the results were conclusive: RAW GARLIC IS A SPECIFIC POISON FOR HIGHER LIFE FORMS. It totally de-synchronizes the left and right hemispheres of the brain, rendering you brain dead. It decreases your reaction time 2 to 3 times. You can rub a clove of raw garlic on your ankle and smell it shortly afterward on your wrist. It penetrates the blood-brain barrier. Most pilots are warned never to eat garlic or Italian food before flying and garlic is strictly forbidden in all ashrams and monasteries in India, Tibet and Nepal. garlic. As for your pets, garlic also contains substances called disulphides, which damage the surface of red blood cells and cause them to burst. The result is a disease called Heinz body **anemia** and Cats are more susceptible to this disease than dogs. As red blood cells are responsible for transporting oxygen all over the body, the pet becomes weak and breathless, tiring easily. Severely-affected animals may require a blood transfusion for recovery. The red pigment from the burst blood cells appears in the urine (called hemoglobinuria), and can be easily confused with a urinary tract problem.

**PERMETHRIN,** Found in Green Thumb Yard & Patio Fogger, Bonide Mosquito Beater Ready-to-Spray, ferti-lome Indoor/Outdoor Multi-Purpose Insect Spray, Safer Mosquito Patrol, Spectracide Bug Stop Multi-Purpose Insect Control Concentrate, Ortho Outdoor Insect Fogger, Raid Yard Guard, Hot Shot Fogger (with tetramethrin), Ford's InterCept Insect Control/Vegetable, Lawn, Garden Spray Concentrate, Cutter Bug Free Backyard and other brands, is in over 100 million applications used annually in and around U.S. homes. In a **recent published study of permethrin** from The "*American Journal of Epidemiology*" (Beyond Pesticides, January 30, 2007), state that Breast cancer groups across the country have a new issue to add to the repertoire of risk factors: Pesticide use. The study has found a **strong link between residential pesticide use and breast cancer risk in women.** Responding to the study, Susan Teitelbaum, Ph.D., assistant professor in the department of community medicine at the Mount Sinai School of Medicine in New York, says the options are simple— **"Stop using pesticides."** Permethrin, like all synthetic pyrethroids, is a neurotoxin. **Symptoms include tremors, incoordination, elevated body temperature, increased aggressive behavior, and disruption of learning.** Laboratory tests suggest that permethrin is more acutely toxic to children than to adults. Researchers report in the May edition of "*American Journal of Epidemiology*" that "*Permethrin exposure increased cancer risk even more among the men with a family history of prostate cancer*" The U.S. Environmental Protection Agency has classified permethrin as a carcinogen because it causes **lung tumors** in female mice and **liver tumors** in mice of both sexes. High levels of resistance have been documented in cockroaches, head lice, and tobacco budworm.



**Vitamin B1(Thiamine) Patches.** Another product proven to be ineffective as a mosquito repellent regardless of manufacturer claims. University studies show these types of patches to be "ineffective" and do not repel mosquitoes.
Khan A, Maibach H, Strauss W, Fenley W "Vitamin B1 is not a systemic mosquito repellent in man". Transactions of the St. John's Hospital Dermatological Society 55 (1): 99-102. PMID 4389912.
Strauss W, Maibach H, Khan A (1968). "Drugs and disease as mosquito repellents in man". Am. J. Trop. Med. Hyg. 17 (3): 461-4. PMID 4385133.

## Mechanical Insect Control Devices

**Propane and other Gas Attractants:** Aside from producing highly flammable - $CO_2$ - which is known to contribute to global warming, a **Florida A&M University study found no significant reduction of biting midges from yards with Mosquito Magnet** compared to control yards. The Maryland Department of Agriculture evaluated the Mosquito Magnet in 2001 and determined that it was helpful in collecting mosquitoes for surveillance, but that the **manufacturer's claims of controlling the population could not be corroborated.** Cornell University recently released a paper stating **"No studies exist that document the efficacy of these types of traps in significantly reducing mosquito populations to the level that they prevent bites, or decrease the risk of contracting a mosquito-borne disease."**



**Electronic Bug Zappers:** Research has been published recently on how "Bug Zappers" explode the flying insect and send microorganisms, such as bacteria, viruses and insect particles, as far as six feet away. All studies of household units in domestic situations have shown that **zappers kill everything but the occasional mosquito.** The **University of Delaware** conducted the best known study where only 31 out of 13,789 insects trapped (0.22%) were mosquitoes or biting gnats. Female mosquitoes (the ones that bite) are attracted to mammals, not the moon or light. Donald Lewis of the Department of Entomology at Iowa State University notes "*This study would indicate they are worst than worthless* because of the large number of harmless and beneficial insects they kill. Extrapolations calculated by the authors indicate that 4 million bug zappers (4 years worth of approximated sales in the U.S.) operating for 40 nights each summer, would destroy in excess of 71 billion non-target insects each year. And the number of mosquitoes would still be the same as before. It is clear you should save your money!"

**Ultrasonic repellents:** Complete waste of money and time. The U.S. Environmental Protection Agency conducted two years of tests in the mosquito-ridden area around Chesapeake Bay, trying virtually every type of electronic repellent they could lay their hands on. Not a one had any noticeable effect on mosquitoes, or, if it's any comfort, on humans (although some say the latter question hasn't been studied in sufficient depth). Subsequent research at various universities has pretty much borne out the EPA's findings. Both the EPA and the U.S. Postal Service have gone after ultrasonic repellent makers for making unsupported claims for their products.



More Insecticides and their effects

**Order Now!**

Order by Phone: 1-800-509-0927   |   100% Safe Shopping Guaranteed

We Accept 

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy
© Copyright 2007 NewTechBio NT-MAX Mosquito control repellent USA All Rights Reserved NewTechBio USA. The most powerful mosquito and insect control formula on the market in concentrated quart and gallon containers. NT-MAX Mosquito Shield is all natural and contains no harmful DEET or garlic. NT-MAX Mosquito Shield control contains pure Catnip Oil, Lemongrass Oil, Neem oil, Citronella Oil and other super repellents without the harmful effects. *Free shipping via FedEx and USPS

**NewTechBio** — Industrial Strength Mosquito Repellent

Friday, August 31, 2007 3:13:51 PM.

Order Now | Shopping Cart | Order Tracking

- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- All Products

## NT-MAX BUG MACE Concentrate Mixing & Spraying Instructions

Before Treating your area, please read application instructions carefully to optimize effectiveness. In areas that contain "standing water" such as lakes, ponds, bird baths, watering holes ect.., follow the "Standing Water" instructions for best results.



Industrial Strength Insect Repellent. 100% Natural insect control, Environmentally Safe, Strongest Product Available. Take Back Control of Your Yard and Grassy Areas.

**Click Here to Order NOW!**






*FREE FedEx Ground

### Concentrate Application and Spraying instruction Guidelines for Professionals and Consumers

- Treats up to 5 Acres
- Makes up to 10 Gallons
- Lasts up to Weeks
- No Horrible Garlic or DEET based Odor
- Commercial Grade NT-MAX Repels over 1000 Insects

### Treatment Guide for No Standing Water Areas:

| Area Conditions | Treatment Area | Dosage Rates | Treatment Interval | Application |
|---|---|---|---|---|
| Mild to Moderate Mosquito Infestation | Yards, Play Areas, Parks, Golf Courses, Farms, Fields, Lodges, Arenas, Campgrounds, Cities, Towns, Shopping areas, Outdoor Markets, Outdoor Festivals. | Mix 12 oz. NT-MAX Mosquito Control to 1 Gal. Water. Shake well and Apply. Store unused contents in cool, dry area. | Repeat as needed. Mild to Moderate control Treatments Last up to 3 Weeks. | Hand powered Trigger Sprayer or General-purpose pressure sprayer. |
| Severe Mosquito and Insect Infestation | | Mix 24 to 48 oz. NT-MAX Mosquito Control to 1 Gal. Water. Shake well and Apply. Store unused contents in cool, dry area. | Repeat as needed. Severe Control Treatments Last up to 3 Weeks. | Hand powered Trigger Sprayer or General-purpose pressure sprayer. |

### Treatment Guide for Standing Water Areas:

| Area Conditions | Treatment Area | Dosage Rates | Treatment Interval | Application |
|---|---|---|---|---|
| Mild to Moderate Mosquito Infestation | Pond, Lake, cesspool and like-kind water land borders. Play Areas, Parks, Golf Courses, Farms, Fields, Lodges, Arenas, Campgrounds, Cities, Towns, Shopping areas, Outdoor Markets, Outdoor Festivals. | Mix 12 oz. NT-MAX Mosquito Control AND 2 ounces soybean or canola oil to 1 Gal. Water. Shake well and Apply. Store unused contents in cool, dry area. | Repeat as needed. Mild to Moderate control Treatments Last up to 3 Weeks. | Hand powered Trigger Sprayer or General-purpose pressure sprayer. |
| Severe Mosquito and Insect Infestation | | Mix 12 oz. NT-MAX Mosquito Control AND 2 ounces soybean or canola oil to 1 Gal. Water. Shake well and Apply. Store unused contents in cool, dry area. | Repeat as needed. Severe Control Treatments Last up to 3 Weeks. | Hand powered Trigger Sprayer or General-purpose pressure sprayer. |

**NT-MAX Mosquito Repellent Control Spray Directions:**
Spray liberally using a sweeping motion to completely coat and cover your treatment area. Trigger sprayers are effective for smaller treatment areas and pressurized or pump canister sprayers work best for larger applications.

*Professionals and maintenance persons applying NT-MAX refer to commercial sprayer guidelines and follow NT-MAX treatment guide for application rates. Dosing at no lower than 8 oz per gallon.

Avoid spraying materials that might be damaged or discolored when contact with water or liquid occurs. Although NT-MAX Mosquito Control has been tested to be safe on vegetation and fish ponds, you may want to cross reference check the ingredients affects of NT-MAX when contacted with certain fish and flora species.

One gallon of **NT-MAX Mosquito Repellent Control** will cover 1/2 acre for roughly 30 weeks and should last through an entire summer when used as directed. Avoid treatment prior to rainfall for heavy dilution may reduce effectiveness.

TIPS ON SPRAYING:

1. **NT-MAX Mosquito Repellent Control** arrives fully emulsified and ready to mix with water. Always shake contents prior to application once mixed with water.

2. When spraying grass with a wand end spray system, make sweeping sprays roughly 8 to 10 inches above the grass or treatment area. Complete coverage and saturation is key to protection duration.

3. Spray all dark places such as under porches, stationary yard objects such as play equipment and sheds. Spray vents, fences, trees, house exteriors, rock coverings, driveways and all other non-grassy areas for optimum results and repellency.

**NT-MAX Mosquito Repellent Control** has a 4 year shelf life when stored in a cool dry place out of direct sunlight.

Unlike Garlic, DEET and Permethrin based products, **NT-MAX Mosquito Repellent Control** has no potential adverse affects and is 100% safe and natural. NT-MAX Mosquito Repellent Control repels over 200 insects while safely protecting you, your family, pets and the environment all summer long.

### Order Now!

Order by Phone: 1-800-509-0927  |  100% Safe Shopping Guaranteed


We Accept VISA, MasterCard, AMEX, DISCOVER, Diners, eCHECK

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy
© Copyright 2007 NewTechBio NT-MAX Mosquito control repellent USA All Rights Reserved NewTechBio USA. The most powerful mosquito and insect control formula on the market in concentrated quart and gallon containers. NT-MAX Mosquito Shield is all natural and contains no harmful DEET or garlic. NT-MAX Mosquito Shield control contains pure Catnip Oil, Lemongrass Oil, Neem oil, Citronella Oil and other super repellents without the harmful effects. *Free shipping on 1 gal. containers only all other products normal shipping costs will apply.

# NewTechBio - Industrial Strength Mosquito Repellent

Friday, August 31, 2007 3:14:21 PM.

Order Now | Shopping Cart | Order Tracking

- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- All Products




**NT-MAX is the strongest 100% Natural Mosquito and Insect Control Repellent Product Available on the Market Today!**

Weaker, Less Effective Brands Cost up to 400% More While Offering Inferior Results. NT-MAX Contains Super Repellents scientifically proved to be 10X Stronger than leading products while safe for you, your family and pets.

NT-MAX is a commercial grade product developed to completely rid grassy and other outdoor areas of mosquito and insect infestation. NT-MAX controls Mosquitoes, Ticks, Flies, Gnats, Ants, Termites and over 1000 other pests without the worry of harmful chemicals and other toxins that need to be reapplied and absorbed into your bloodstream every few hours.

Industrial Strength Insect Repellent. 100% Natural insect control, Environmentally Safe, Strongest Product Available.

**Click Here to Order NOW!**



*FREE FedEx Ground

## Competitive Comparison Chart

| | Years in Business | 24 Hour Customer Service | All Natural ingredients | Ozone Safe | Return Policy | Safe for prolonged exposure | Active Ingredient conclusion |
|---|---|---|---|---|---|---|---|
| NT-MAX | 70+ | ● | ● | ● | ● | ● | 10X Stronger than DEET. Safe for people, pets, plants and the environment. |
| OFF! | 100+ | ? | No | No | ? | No | DEET. Can be harmful to children and can cause brain damage. *see references |
| Avon Skin So Soft | 100+ | ● | No | ● | ? | ? | IR3535. 23 minute protection time. Ineffective and needs constant re-application |
| Backwoods Cutter | 35+ | ? | No | No | ? | No | DEET. Can be harmful to children and can cause brain damage. *see references |
| Repel Sportsmen Max Formula | 100+ | ? | No | No | ? | No | DEET. Can be harmful to children and can cause brain damage. *see references |
| Mosquito Barrier | 17+ | No | ● | ● | ● | ? | Unpleasant odor. Studies show product ineffective. *see references |
| Raid Yard Guard | 100+ | ? | No | No | ? | No | Contains Permethrin linked to breast cancer |
| Garlic Barrier | 17+ | No | ● | ● | ● | ? | Unpleasant odor. Studies show product ineffective. *see references |

**References:**
**Deet based products:**
Duke Pharmacologist Says Animal Studies on DEET's Brain Effects Warrant Further Testing and Caution in Human Use

**Garlic based products:**
North Carolina State University - Tom Glasgow, Horticulture Agent. *"At this time, research results are not promising. Efficacy has not been demonstrated"*

"Insect Pests of Vegetable Crops in the Southern United States" Dr. Mary Peet, NCSU - *"the garlic barrier product was no more effective than water."*

University of Maryland - Annual Report for Cooperative Regional Project S-300 *"A garlic-based mosquito repellent formulation designed to protect outside premises from mosquito attack was tested in two urban/suburban settings. Neither of the two formulation strengths applied had an effect on mosquito activity in the areas treated."*

**IR3535 based products:**
"In our tests, this repellent fared poorly" New England Journal of Medicine - Comparative Efficacy of Insect Repellents against Mosquito Bites.

Colorado State University "23 minutes protection time" - Skin-So-Soft Bug Guard Plus - Frank Peairs and Whitney Cranshaw Department of Bioagricultural Sciences and Pest Management Colorado State University

**Permethrin based products:**
Linked to Cancer and Lung Tumors - According to the U.S. Environmental Protection Agency (EPA), permethrin is a possible human carcinogen (chemical that causes cancer).

**Order Now!**
Order by Phone: 1-800-509-0927 | 100% Safe Shopping Guaranteed

We Accept 

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio NT-MAX Mosquito control repellent USA All Rights Reserved NewTechBio USA. The most powerful mosquito and insect control formula on the market in concentrated quart and gallon containers. NT-MAX Mosquito Shield is all natural and contains no harmful DEET or garlic. NT-MAX Mosquito Shield control contains pure Catnip Oil, Lemongrass Oil, Neem oil, Citronella Oil and other super repellents without the harmful effects. *Free shipping on 1 gal. containers only all other products normal shipping costs will apply.

**NewTechBio** — Strenght Mosquito Repellent

Friday, August 31, 2007 3:14:51 PM.    Order Now 🛒 Shopping Cart | Order Tracking

- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- All Products




**NT-MAX is the strongest 100% Natural Mosquito and Insect Control Repellent Product Available on the Market Today!**

1) Is NT-MAX Mosquito Repellent Safe around People?

2) How Does NT-MAX Work?

3) How Will I Know It's Working?

4) Is NT-MAX All Natural?

5) Why Should I Use NT-MAX Mosquito Repellent?

6) How Does NT-MAX Eliminate Insects?

7) Will NT-MAX Affect My Plants?

8) How Long Will it Take to Work?

9) Will NT-MAX hurt my lawn/field grazing animals?

10) How Do I Store leftover Product?

11) How Often Should I Spray?

**Industrial Strength Insect Repellent. 100% Natural insect control, Environmentally Safe, Strongest Product Available.**

Click Here to Order NOW!

*FREE FedEx Ground



**Order Now!**

Order by Phone: 1-800-509-0927  |  100% Safe Shopping Guaranteed

We Accept      eCHECK

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio NT-MAX Mosquito control repellent USA All Rights Reserved NewTechBio USA. The most powerful mosquito and insect control formula on the market in concentrated quart and gallon containers. NT-MAX Mosquito Shield is all natural and contains no harmful DEET or garlic. NT-MAX Mosquito Shield control contains pure Catnip Oil, Lemongrass Oil, Neem oil, Citronella Oil and other super repellents without the harmful effects. *Free shipping on 1 gal. containers only all other products normal shipping costs will apply.