# NewTechBio

**Industrial Strength Mosquito Repellent**

Friday, August 31, 2007 3:15:10 PM.

Order Now | Shopping Cart | Order Tracking

- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- All Products



green earth

AmbironTrustWave

## Just a Few of Our Satisfied Customer Testimonials...

**Hello Gary,**

Thank you for the wonderful product as we use it daily as a repellant and it really keeps EVERYTHING OFF of us. I have also misted it on my vegetable garden and the flies that always hang around the pumpkin plants scatter as soon as I start spraying (They don't come back all day!) It really does a great job and again, thank you.

Nikki
Roanoke, VA

---

**Mr. Skierkowski,**

As we talked about earlier, your mosquito treatment really does a great job. I only had to spray twice this month so far and the difference is really noticeable.

Thanks again,
Gary S.
Naples, FL

---

**Dear Gary,**

Thank you very much for all of your help and advice. Our yard gets infested every year and it is unbearable to us and the neighbors. Your liquid has done very well and I even sprayed my neighbors yard. WILL be back :)

Janet K.
Reno, NV

---

**Newtechbio,**

I just wanted to let you know that the NT-MAX did a good job and our pond and field are more or less insect free. Thank s again and yes you can use this letter.

Paulette B.
Falls, PA

---

The mosquito repellent works as you described. Our back yard has always been a problem and your product makes things much, much easier. We love the fact that it is all natural and feel safe using it. Keep up the good work and thank you!.

Thanks,
Michael C.
Bradley Beach, NJ

---

**To Gary,**

Just wanted to let you know that your spray liquid worked great! Two of our friends will be calling soon.

Susan S.
MO

---

**Hello,**

My spouse and I have been avid campers for the last 20 years and have tried everything imaginable. We tried your product last weekend and we actually got to enjoy sitting outside the tent and camper without worrying about the bugs. I was not bitten once and we both noticed a big difference in the amount of insects around our site. It is nice to be able to enjoy the outdoors which we both love so much. Thank you very much for a great product.

Mrs. and Mrs. Hunt
Slumber Valley Campground
Meshoppen, PA

---

**Industrial Strength Insect Repellent. 100% Natural insect control, Environmentally Safe, Strongest Product Available.**

**Click Here to Order NOW!**



*FREE FedEx Ground

---

### Order Now!
**Order by Phone: 1-800-509-0927 | 100% Safe Shopping Guaranteed**

We Accept      eCHECK

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio NT-MAX Mosquito control repellent USA All Rights Reserved NewTechBio USA. The most powerful mosquito and insect control formula on the market in concentrated quart and gallon containers. NT-MAX Mosquito Shield is all natural and contains no harmful DEET or garlic. NT-MAX Mosquito Shield control contains pure Catnip Oil, Lemongrass Oil, Neem oil, Citronella Oil and other super repellents without the harmful effects. *Free shipping on 1 gal. containers only all other products normal shipping costs will apply.

**NewTechBio** — Industriel Strenght Mosquito Repellent

Friday, August 31, 2007 3:15:48 PM.

Order Now | Shopping Cart | Order Tracking

- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- All Products





## About Us

Servicing the residential and commercial industry, NewTechBio provides the highest-quality superior natural formulas designed for accelerated results. Our products are technologically advanced to meet the harshest problems and we commit to offering only top quality products that are result oriented. Our All Natural Additives are designed to promote accelerated response and we have the technical ability and the staff to engineer a solution that will meet the need of any residential or commercial requirement or treatment request. Our goal at NewTechBio is to satisfy our customer septic system challenge regardless of the nature and difficulty.

Whether you are treating a small yard area or controlling an entire municipality, NewTechBio is here to assist in making the best decision for your individual needs. We have the ability to custom engineer a product for your particular insect problem regardless of the application.



The bottom line is that if you, your farm, company, school district, or your city municipality has mosquito and insects treatment issues that need professional attention, you need to contact NewTechBio for the best custom technical superior engineered mosquito and insect treatment solutions at affordable wholesale prices. Don't make the mistake of spending hard earned dollars on ineffective products that are not scientifically proven to be effective and safe for you, your family and the environment.

**Industrial Strength Insect Repellent. 100% Natural insect control, Environmentally Safe, Strongest Product Available. Take Back Control of Your Yard and Grassy Areas.**

Click Here to Order NOW!



*FREE FedEx Ground

### Order Now!

Order by Phone: 1-800-509-0927  |  100% Safe Shopping Guaranteed

We Accept:       

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio NT-MAX Mosquito control repellent USA All Rights Reserved NewTechBio USA. The most powerful mosquito and insect control formula on the market in concentrated quart and gallon containers. NT-MAX Mosquito Shield is all natural and contains no harmful DEET or garlic. NT-MAX Mosquito Shield control contains pure Catnip Oil, Lemongrass Oil, Neem oil, Citronella Oil and other super repellents without the harmful effects. *Free shipping on 1 gal. containers only all other products normal shipping costs will apply.



**Industriel Strenght Mosquito Repellent**

Friday, August 31, 2007 3:16:20 PM.

Order Now | Shopping Cart | Order Tracking

- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- All Products




## Contact Us:

Contacting us is easy. If you have a question, or wish to contact us about an order, please feel free to do so. We would also love to hear from you about your experience with our product and our Our Technical Service on Call 24/7

**During Normal Business Hours:**

Customer Service: 800-509-0927

Fax: 570-300-1861

International Customers: 011-570-558-3818

sales@newtechbio.com

**Our Hours:**
Monday - Friday **8:00AM – 9:00PM**
Saturday **9:00AM – 7:00PM**
Closed Sunday - Our Technical Service on Call 24/7

**Write us:**
NewTechBio
102 N. Blakely Street #206
Dunmore, PA 18512

Our products and costumer service have been second to none. We have the most technically Advanced products on the market...

Industrial Strength Insect Repellent. 100% Natural insect control, Environmentally Safe, Strongest Product Available.

Click Here to Order NOW!



*FREE FedEx Ground

### Order Now!
Order by Phone: 1-800-509-0927  |  100% Safe Shopping Guaranteed

We Accept      



Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio NT-MAX Mosquito control repellent USA All Rights Reserved NewTechBio USA. The most powerful mosquito and insect control formula on the market in concentrated quart and gallon containers. NT-MAX Mosquito Shield is all natural and contains no harmful DEET or garlic. NT-MAX Mosquito Shield control contains pure Catnip Oil, Lemongrass Oil, Neem oil, Citronella Oil and other super repellents without the harmful effects. *Free shipping on 1 gal. containers only all other products normal shipping costs will apply.



Friday, August 31, 2007 3:16:57 PM.

Order Now | Shopping Cart | Order Tracking



- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- All Products

## Make Your Summer Mosquito and Insect free with the Most Powerful 100% All Natural Repellent Available.

*It's So Easy! Just Apply and Watch as the Insects Disappear! Bug Mace Mosquito and Insect Control Treatment Guards and Protects Like No Other All Natural Product on the Market!*





Larger Image

**100% All Natural Bug Mace Personal Repellent 8 oz Pump Spray. Repels Black Flies, Mosquitoes, Ticks, Gnats and More!** #407 In Stock/Ships Today

Price: $ 8.97 Quantity: [1] Add to Cart



**Bug Mace Mosquito and Insect Repellent 32 oz Concentrate For Yards and Grassy Areas Makes 2.5 gal.** #408 In Stock/Ships Today

Price: $ 22.95 Quantity: [1] Add to Cart





**Bug Mace 1 Gallon Concentrate for Yards and Grassy Areas. Makes 10 Gallons - up to 5 Acre Coverage Area. FREE SHIPPING** #409 In Stock/Ships Today

Price: $ 84.95 Quantity: [1] Add to Cart

*BUG MACE 8 oz SPRAY IS A NON-STICKY TOPICAL MIST PERFECT FOR PERSONAL PROTECTION AGAINST MOSQUITOES, BLACK FLIES, TICKS, GNATS, NO-SEE-UM'S AND MORE. 32 oz AND 1 GALLON CONTAINERS CAN BE USED AS A TOPICAL REFILL OR STAND ALONE TREATMENT FOR GRASSY AREAS, OUTBUILDINGS, PARKS AND OTHER OUTDOOR AREAS.

NT-MAX IS THE STRONGEST TREATMENT IN MOSQUITO AND INSECT CONTROL WITH SUPER REPELLENT AND CONTROL INGREDIENTS USED WORLDWIDE AS A TOTAL SOLUTION TO INSECT INFESTATION, CROP DEGRADATION, RECREATIONAL AREA PROTECTION, MUNICIPALITY SCOPE CONTROL AND INDIVIDUAL YARD PROTECTION. SCIENTIFICALLY PROVEN TO BE 10 TIMES MORE EFFECTIVE THAN LEADING BRANDS AND COMPLETELY WITH SHORT AND LONG TERM USE.

THE ACTIVE INGREDIENTS IN NT-MAX MOSQUITO AND INSECT CONTROL ARE SPECIFICALLY SELECTED AND CHOSEN FOR THEIR PROVEN REPELLENCY AND CONTROL PROPERTIES VIA UNIVERSITY AND SCIENTIFIC STUDIES.

NT-LIQUID SHIPS IN QUART, GALLON AND 5 GALLON CONTAINERS. 55 GALLON DRUMS ARE AVAILABLE VIA BULK ORDER. UNLIKE CHEMICALS, IT IS NATURAL, SAFE AND EFFECTIVE.

Order by Phone: 1-800-509-0927   |   100% Safe Shopping Guaranteed

We Accept     

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio NT-MAX Mosquito control repellent USA All Rights Reserved NewTechBio USA. The most powerful mosquito and insect control formula on the market in concentrated quart and gallon containers. NT-MAX Mosquito Shield is all natural and contains no harmful DEET or garlic. NT-MAX Mosquito Shield control contains pure Catnip Oil, Lemongrass Oil, Neem oil, Citronella Oil and other super repellents without the harmful effects. *Free shipping via FedEx or USPS Included.