EXHIBIT F

Most websites selling septic treatment chemicals use before and after photos of various types. This photo is taken from http://www.jsplumber.com/bc_page.htm



This photo is taken from
http://septictanktreatment.info/ENVIRO_FLO_INFORMATION.html



This photo is taken from http://www.1biotechnology.com



This photo is taken from http://www.greenpigsolutions.com/PAGE5.asp



EXHIBIT **G**

This photo is taken from http://www.accepta.com/biological-treatment/septic-tank-maintenance.asp



This photo is taken from http://www.amerisep.com/Septic%20Maintenance.html



The following are septic system diagrams
found on sites which sell similar if not identical products.

This first picture is the same exact picture as on plaintiffs' website.  Hawks contacted this company and spoke to a gentleman named Wyatt at 877-224-6356 x 709 who informed him  that this picture was "created by Envirologics Laboratories" or was of the public domain.
This first photo is taken from http://septictanktreatment.info



The following photo was taken from http://www.herchem.com/septic/septicwork.html



The following photo was taken from
http://www.septicare.com/Septic%20tank%20schematics.php



The following photo was taken from
http://www.septicprotector.com/Howsepticsfunction.html



Again, the plaintiff's picture in question is found on another online retailer. http://www.natureclean.com/SepticClean-33.html



Photo taken from http://www.septic-1.com/index.php?page=user2&action=work&PHPSESSID=6d924a09021a9cc57ac99978fe26675d



Photo taken from http://www.travena.co.uk/septic.htm



Photo taken from
http://www.hungribac.com/index.cfm?fuseaction=browse&id=2534&pageid=23

