EXHIBIT **H**

This link shows an online retailer selling the same product, in various quantities and similar pricing, with the same links as the plaintiff. Here is the "FAQ" section of that website.
http://www.rex-bac-t.com/site/805986/page/52666



An online merchant with a very similar FAQ section to that of the plaintiffs.
http://www.jsplumber.com/bc_page.htm



Another FAQ section from a competing site similar to the plaintiffs' website.
http://www.1biotechnology.com/FAQ.html



EXHIBIT I

Plaintiffs' comparison chart.



EXHIBIT **J**

Defendants' comparison chart.



## EXHIBIT K

The following website shows that
"comparison charts" are not uniquely plaintiffs' idea and many products available online have a comparison section. Defendants' comparison chart is different and compares with different companies than that of plaintiffs.

This septic treatment website offers a full comparison chart, has been online since 1999 and been in business long before the plaintiffs entered the online septic product marketplace.
http://www.baproducts.com/1flush.htm



Another website with the same comparison chart.
http://www.healthyhomemall.com/one-flush-information.asp



Compost may be produced by using ONE FLUSH™, in as little as two weeks, depending on particle size and material type. The smaller the particle size, the faster the digestion. Pre-dissolve one or two packs of ONE FLUSH™ in one or two gallons of very warm water. Sprinkle between layers of material to be composted.

### PRODUCT COMPARISONS

| PRODUCT | AEROBIC BACTERIA/GRAM | ANAEROBIC BACTERIA/GRAM |
| --- | --- | --- |
| ONE FLUSH™ Septic & Plumbing Treatment Concentrate | 4,700,000,000 (4.7 BILLION) | 5,000,000,000 (5 BILLION) |
| ZEP®/ENFORCER® | 700,000,00 (700 MILLION) | 500,000,000 (500 MILLION) |
| ROEBIC® K-37 | 450,000,000 (450 MILLION) | 2,400,000 (2.4 MILLION) |
| RID-X® Septic System Treatment | 2,800,000 (2.8 MILLION) | 1,400,00 (1.4 MILLION) |

ONE FLUSH™ is the most versatile and powerful bacterial product available. The natural ingredients , reduced packaging and reduced storage make it ecologically sound.
ONE FLUSH™ also biodegrades pollutants that would normally enter the environment and conserves water because it goes down in one flush

Easy To Use - Just drop one pack in the toilet and flush! The polyvinyl alcohol pack (PVA) will dissolve in a minute and will biodegrade in the water in just a few hours.

Keep Out Of Reach Of Children - ONE FLUSH™ is nontoxic, however it does contain bacteria and should not be ingested. The bacteria in ONE FLUSH™ are certified non-pathogenic, non-opportunistic and susceptible to ordinary antibiotics. The PVA pack may pose as a choking danger to infants and small children. Prevent any contact with children.

*NOTE: Since every system is different and subject to abuse beyond our control, liability and guarantee is limited only to refund of purchase price.

Prolabs brochure with comparison chart
http://www.prolabinc.com/oneflush_brochure_new.pdf



A comparison chart taken from
http://trailerbullet.com/unique.htm

## Laboratory Evaluation of Septic Additives:

|  | Number of Bacteria per gram (or cc) | Number of Bacteria per Container |
|---|---|---|
| Unique Septic System Digester | 68,800,000 | 65 Billion! |
| Unique Super Digest-It Safe Drain Opener | 68,800,000 | 65 Billion! |
| RID-X | 1,500,000 | 680 Million |
| Roebic K-37 | 50,000 | 47 Million |
| FLUSH | 10,000,000 | 9.5 Billion |

**EXHIBIT L**

A message from yahoo.com technical support shows proof that defendants never used plaintiff's company name to attract clients.

The email message arrived 08/21/07 after Hawks contacted technical support about the claimed issue.

The response came from:
"Yahoo! Search Marketing" [customersolutions-ysm@yahoo-inc.com]

The case # assigned "Re: Case #153946991"

The message:

"Aug 21 2007  14:14 PT

Dear Robert,

Thank you for contacting Yahoo! Search Marketing.

The ad displaying for "bio safe one" was appearing as a result of our
advanced matching technology.  I've added "bio safe one" to your
accounts list of excluded terms so this ad should no longer appear for
these searches moving forward.

Please do not hesitate to contact us if we can be of any further
assistance. Thank you for choosing Yahoo! Search Marketing!

David Holt
Technical Services
Yahoo! Search Marketing"

## EXHIBIT M

The plaintiff accuses the defendants of using similar text ads on google.com to deceive consumers into purchasing from defendant while searching for the plaintiff's product.

This link on google.com shows roughly 8 advertisers using similar if not identical phrasing as the plaintiff.
http://www.google.com/sponsoredlinks?num=10&hl=en&newwindow=1&safe=off&q=septic+tank+treatment



Yahoo.com shows the same (note the merchants on the right hand side)

http://search.yahoo.com/search;_ylt=A0geu8N3SstGDwwA6p5XNyoA?p=septic+tank+treatment&fr=yfp-t-488



Typical msn.com advertiser wording.
http://search.live.com/results.aspx?q=septic+tank+treatment&form=QBRE



**EXHIBIT N**

**ODETTE J. WILKENS**
ATTORNEY-AT-LAW
67-30 DARTMOUTH STREET, SUITE 7M
FOREST HILLS, NEW YORK 11375
718.575.8784
OWILKENS@NYC.RR.COM

August 21, 2007

VIA FEDERAL EXPRESS
VIA EMAIL: abuse@lunarpages.com
VIA FACSIMILE: 714.521.8195

Mr. Chad Riddle
Corporate Secretary
Add2Net, Inc.
100 E. La Habra Boulevard
La Habra, CA 90631

RE: NOTICE OF COPYRIGHT INFRINGEMENT

Dear Mr. Riddle:

I represent Bio-Safe One, Inc. (the "Owner"). This is to notify you and Lunar Pages as required under Sections 512(c)(3) and 512(d)(3) of the Digital Millennium Copyright Act (17 U.S.C. §§512(c)(3) and 512(d)(3)) that:

- The Owner is the exclusive copyright owner of the "biosafeone.com" website (the "Bio-Safe One Website"); and

- The website currently known as "newtechbio.com" has infringed on the Owner's exclusive copyright by having created and distributed unauthorized copies and unauthorized derivative works of the Bio-Safe One Website (the present website "newtechbio.com" being the progeny directly derived from this infringement); and

- The Owner has commenced a lawsuit in federal district court in the Southern District of New York seeking a permanent injunction against the following defendants from operating the Infringing Website and infringing on the Owner's copyright, among other things (the "Infringing Website" means the website currently known as "newtechbio.com"): Robert Hawks, Brad Skierkowski, Newtechbio, USA a/k/a Brad & Company, Inc. d/b/a www.newtechbio.com, www.jumbomortgages101.com a/k/a jumbomortgages.net, and BCI Funding Group (see http://dockets.justia.com/docket/court-nysdce/case_no-1:2007cv06764/case_id-310637/).

Pursuant to 17 U.S.C. §512(d)(3), please promptly remove or disable all access to the Infringing Website, including without limitation, all webpages and references to the Infringing Website.

I have a good faith belief that the use of the Infringing Website is not authorized by the Owner, its agents or the law. The information in this Notice of Copyright Infringement is accurate, and under penalty of perjury I am authorized to act on behalf of the Owner.

If you need any further information, please contact me.

Sincerely,

*Odette J. Wilkens*

Odette J. Wilkens

cc: Bio-Safe One, Inc.

**EXHIBIT O**

# ARTHUR L. LESSLER
### Patent Attorney

U.S. and Foreign
Patent, Trademark and
Copyright Causes

540 Old Bridge Turnpike
South River, New Jersey 08882
Facsimile (732) 254-7630
Telephone (732) 254-5155
E-Mail Lessler@Compuserve.com

August 27, 2007

Chad Riddle
Lunarpages.com

Via Facsimile to
(714) 521-8195

Re: www.newtechbio.com Website

Dear Mr. Riddle:

I represent Robert Hawks and Bradley Skierkowski who operated the www.newtechbio.com website formerly hosted by your company.

That website has been edited by my clients who inform me they have removed from it each and every item which has been objected to by Biosafe-One, Inc. and its principal, Chris Jorgensen who have instituted a lawsuit against my clients in the United States District Court for the Southern District of New York.

Wanting to do away with the competition presented by the www.newtechbio.com website, Biosafe-One and Jorgensen seek to shut down that website by sending accusatory letters under the Digital Millennium Copyright Act, knowing that hosting companies prefer to shut down websites as soon as they are made aware of pending litigation.

However, at a conference this morning before Judge Chin who is the assigned judge in the lawsuit, he made it clear that he would not grant preliminary injunction relief shutting down the website, but at most would order that any material he found to infringe upon the intellectual property rights of Biosafe-One and/or Jorgensen be excised from the website. That determination will be made by Judge Chin at or after a hearing which is scheduled for September 21, 2007.

At this point in time there is no court order impairing the right of my clients to operate the newtechbio.com website.

Letter to Chad Riddle
Re: www.newtechbio.com Website
August 27, 2007


        Given these facts, I ask that you resume hosting of the
www.newtechbio.com website.

                              Sincerely,

                              LESSLER & LESSLER

                              Arthur L. Lessler

ALL:ca

**EXHIBIT P**

# CHAPMAN, GLUCKSMAN & DEAN
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
11900 WEST OLYMPIC BOULEVARD
EIGHTH FLOOR
LOS ANGELES, CALIFORNIA 90064-0704
www.cgdlaw.com

TELEPHONE:
(310) 207-7722

FACSIMILE:
(310) 207-6550

JEFFREY A. COHEN
CHAIR, INTERNET & TECHNOLOGY

EMAIL:
jcohen@cgdlaw.com

August 28, 2007

Arthur L. Lessler
540 Old Bridge Turnpike
South River, New Jersey 08882

Via Facsimile
(732) 254-5155

Re:    DMCA Infringement Notice
       Domain Name:      <www.newtechbio.com>
       Our File Number:   7017.001

Dear Mr. Lessler:

Please be advised that this office represents the interests of Add2Net, Inc. dba Lunarpages with respect to the above referenced matter. We ask that you kindly direct all further communications regarding this matter directly to this office.

We are in receipt of your letter to our client dated August 27, 2007. This shall respond thereto.

As you are aware, our client was provided with a properly formatted Digital Millennium Copyright Act (the "Act") notice pursuant to 18 U.S.C. §512(c)(3). Our client responded by expeditiously moving to remove, or disable access to, the material that was claimed to be infringing.

Your client then provided this office with a counter-notice under 18 U.S.C. §512 (g)(2)(B). However, this notice was deficient in that it did not contain the required elements to be effective.

Furthermore, our client has been notified of the existence of a lawsuit dealing with the issues presented in the original notice. Therefore, at this time even if our client were to receive a properly formatted counter-notice under the Act, our client would be prevented from taking any further action regarding access to the subject website absent a specific court order directing our client's actions.

Your letter indicates that the court in your case refused an initial injunction. This is insufficient, however, for our client to take any action under the act because the site

LOS ANGELES · ORANGE COUNTY · BAY AREA · SACRAMENTO

Arthur L. Lessler
August 28, 2007
Page 2 of 2

was disabled pursuant to our client's obligations under the Act. If you should secure an order from the court directing our client to re-activate the site our client will comply in that regard. Under no circumstances will our client become involved in editing the site or making any judgment as to whether your client has done so sufficiently. Such an order should be drafted specifically ordering our client to reactivate the site. You may provide such order directly to this office.

Once you secure a proper order from the court we will endeavor to comply expeditiously. We trust that this fully addresses your concerns.

Very Truly Yours,

CHAPMAN, GLUCKSMAN & DEAN
A Professional Corporation

JEFFREY A. COHEN

JAC:kw
L-Lessler.doc

EXHIBIT **Q**

**ODETTE J. WILKENS**
ATTORNEY-AT-LAW
67-30 DARTMOUTH STREET, SUITE 7M
FOREST HILLS, NEW YORK 11375
718.575.8784
OWILKENS@NYC.RR.COM

August 26, 2007

VIA CERTIFIED MAIL
VIA EMAIL: copyrightclaims@godaddy.com
VIA FACSIMILE: 480.505.8844

Godaddy.com
Mr. Ben Butler
Copyright Department
14455 N. Hayden Road
Suite 219
Scottsdale, AZ 85260

RE: NOTICE OF COPYRIGHT INFRINGEMENT

Dear Mr. Butler:

I represent Bio-Safe One, Inc. (the "Owner").  This is to notify you as required under Sections 512(c)(3) and 512(d)(3) of the Digital Millennium Copyright Act (17 U.S.C. §§512(c)(3) and 512(d)(3)) that:

- The Owner is the exclusive copyright owner of the "biosafeone.com" website (the "Bio-Safe One Website"); and

- The website currently known as "cloggeddrainfield.com" has infringed on the Owner's exclusive copyright by having created and distributed unauthorized copies and unauthorized derivative works of the Bio-Safe One Website (the present website "cloggeddrainfield.com" being the progeny directly derived from this infringement); and

- The Owner has commenced a lawsuit in federal district court in the Southern District of New York seeking a permanent injunction against the following defendants from operating the Infringing Website and infringing on the Owner's copyright, among other things (the "Infringing Website" means the website currently known as "cloggeddrainfield.com"): Robert Hawks, Brad Skierkowski, Newtechbio, USA a/k/a Brad & Company, Inc. d/b/a www.newtechbio.com, www.jumbomortgages101.com a/k/a Jumbomortgages.net, and BCI Funding Group (see http://dockets.justia.com/docket/court-nysdce/case_no-1:2007cv06764/case_id-310637/).

Pursuant to 17 U.S.C. §512(d)(3), please promptly remove or disable all access to the Infringing Website, including without limitation, all webpages and references to the Infringing Website.

I have a good faith belief that the use of the Infringing Website is not authorized by the Owner, its agents or the law. The information in this Notice of Copyright Infringement is accurate, and under penalty of perjury I am authorized to act on behalf of the Owner.

If you need any further information, please contact me.

Sincerely,

/s/
Odette J. Wilkens

cc:  Bio-Safe One, Inc.

**Arthur L. Lessler**

| | |
|---|---|
| **From:** | Arthur L. Lessler [Lessler@Compuserve.com] |
| **Sent:** | Monday, August 27, 2007 5:10 PM |
| **To:** | Odette J. Wilkens, Esq. (OWilkens@nyc.rr.com) |
| **Cc:** | Vikrant Pawar, Esq. (vik@pawarlaw.com) |
| **Subject:** | Biosafe-One, Inc. et. al. v. Hawks et al. - USDC-NY Case No. 07-6764 |

Dear Ms. Wilkens:

    Last night you sent a DMCA notice letter to hosting company godaddy.com which falsely states that my client's website cloggeddrainfield.com "has infringed on the Owner's exclusive copyright by having created and distributed unauthorized copies and unauthorized derivative works of the Bio-Safe One Website".

    Unless within 24 hours you either (1) point out to me exactly what significant text or graphics on the cloggeddrainfield.com website is a copy of what protected material on the Biosafe-One website or (2) withdraw your DMCA notice letter, I will file a third party complaint against you in the aforementioned action for damages and injunctive relief for intentional interference with my client's contract rights and intentional interference with their prospective economic advantage.

Arthur L. Lessler
Lessler & Lessler
540 Old Bridge Turnpike
South River, NJ  08882
Tel (732) 254-5155
Fax (732) 254-7630
REPLY TO: Lessler@Compuserve.com

CONFIDENTIALITY NOTICE:
    This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If you have received this communication in error, please do not read or distribute it and please notify the sender immediately by e-mail or by telephone at (732) 254-5155 and delete the original message.
    Thank you.

**EXHIBIT S**

ODETTE J. WILKENS
ATTORNEY-AT-LAW
67-30 DARTMOUTH STREET, SUITE 7M
FOREST HILLS, NEW YORK 11375
718.575.8784
OWILKENS@NYC.RR.COM

September 5, 2007

By Mail
By Email: Lessler@Compuserve.com

Arthur L. Lessler, Esq.
Lessler & Lessler
540 Old Bridge Turnpike
South River, NJ 08882

Re:  Biosafe-One, Inc. et. al. v. Hawks et al. – USDC-NY Case No. 07-6764

Dear Mr. Lessler:

I have received your intemperate email dated August 27, 2007.

Dealing with the substance of your email first, the www.cloggeddrainfield.com website is substantially similar to www.newtechbio.com website, save for the name of the website, the substitution of "NT-Max" for "NewTech" and other minor modifications. While either website continues to infringe on my client's exclusive copyright to the "biosafeone.com" website, the Digital Millenium Copyright Act ("DMCA") provides appropriate safeguards, of which my client has availed itself, unless the court orders otherwise.

Information regarding the copies and derivative works created by your clients in violation of my client's copyright in the "biosafeone.com" website will be provided and is forthcoming.

The balance of your email is a transparent effort to deprive my clients of their choice of counsel by creating a fictitious conflict of interest, and to personalize the disputes between our respective clients.  Insofar as you or your clients are attempting or intending to interfere with the defense of this case, as well as my client's rights under the DMCA, Rule 11 sanctions will be sought.

Very Truly Yours,

Odette J. Wilkens

cc:  Christopher Jorgensen,
     Chief Executive Officer of Bio-Safe One, Inc.
     Anthony Wilger, Esq.
     Vik Pawar, Esq.