# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

LESSLER & LESSLER
Attorneys for Defendants
540 Old Bridge Turnpike
South River, New Jersey 08882
Tel. (732) 254-5155

```
* * * * * * * * * * * * *  *  Hon. Denny Chin, USDJ
                               Hon. Douglas F. Eaton , USMJ
BIOSAFE-ONE, INC. d/b/a               *
www.biosafeone.com and                   Civ. No. 07-6764 (DC)(DFE)
CHRIS JORGENSEN,                      *
                    Plaintiffs
                                      *
      -against-
                                      *
ROBERT HAWKS, BRAD SKIERKOWSKI;
NEWTECHBIO, USA a/k/a Brad & Company,  *
Inc. d/b/a www.newtechbio.com;
WWW.JUMBOMORTGAGES101.COM a/k/a        *
jumbomortgages.net, and BCI FUNDING
GROUP,                                *
                    Defendants
* * * * * * * * * * * * *  *
```

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September, 2007, I served the following document(s) upon the plaintiffs and upon counsel for Add2Net, Inc. d/b/a Lunarpages by overnight mail to the persons listed below.

s/ Arthur L. Lessler

_____
Arthur L. Lessler (AL6649)

Re: Biosafe-One, Inc. et al. v. Hawks et al.                                    Civ. No. 07-6764
Certificate of Service
September 12, 2007

        Document(s): Defendants' Notice of Cross-Motion For a
Preliminary Injunction and Order to Reactivate Website, Defen-
dants' Memorandum of Law in Opposition to Plaintiffs' Motion
for a Preliminary Injunction and in Support of Defendants'
Cross-Motion For a Preliminary Injunction and Order to Reacti-
vate Website with Exhibits A to S, Declaration of Robert Hawks,
and compact disk containing the foregoing documents.


        Addressees:

        Vikrant Pawar, Esq.
        Attorney for Plaintiffs
        321 Broadway, Suite 200
        New York, New York 10007
         Tel (212) 571-2266
         Fax (212)656-1645
         E-Mail vik@pawarlaw.com

        Anthony M. Wilger, Esq.
        Attorney for Plaintiffs
        67 Wall Street, Suite 2211
        New York, NY 10005
         Tel (866) 424-6663

        Odette J. Wilkens, Esq.
        Attorney for Plaintiffs (not of record)
        67-30 Dartmouth Street
        Forest Hills, New York 11375
         Tel (718) 575-8784
         E-Mail owilkens@nyc.rr.com

        Jeffrey A Cohen, Esq.
        Chapman Glucksman & Dean
        Attorneys for Website Hosting Company
        Add2Net, Inc. d/b/a Lunarpages
        11900 West Olympic Boulevard, Suite 800
        Post Office Box 64704
        Los Angeles, California 90064-0704
         Tel (310) 207-7722
         Fax (310) 207-6550
         E-Mail jcohen@cgdlaw.com


                                2