UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
LESSLER & LESSLER
Attorneys for Defendants
540 Old Bridge Turnpike
South River, New Jersey 08882
Tel. (732) 254-5155
```

* * * * * * * * * * * * *   *  Hon. Denny Chin, USDJ
                               Hon. Douglas F. Eaton , USMJ
BIOSAFE-ONE, INC. d/b/a      *
www.biosafeone.com and          Civ. No. 07-6764 (DC)(DFE)
CHRIS JORGENSEN,             *
            Plaintiffs
                             *

    -against-
                             *    RULE 7.1 STATEMENT
ROBERT HAWKS, BRAD SKIERKOWSKI;
NEWTECHBIO, USA a/k/a Brad & Company, *
Inc. d/b/a www.newtechbio.com;
WWW.JUMBOMORTGAGES101.COM a/k/a  *
jumbomortgages.net, and BCI FUNDING
GROUP,                       *
            Defendants
* * * * * * * * * * * * *   *

	Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Brad & Company, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

	None.

Dated September 14, 2007

s/ Arthur L. Lessler
_____
Arthur L. Lessler (AL6649)