# VIK PAWAR
ATTORNEY AT LAW

WRITER'S EMAIL
VIK@PAWARLAW.COM

321 BROADWAY, SUITE 200
NEW YORK, NEW YORK 10007
TEL (212) 571-2266
FAX (212) 656-1645
www.pawarlaw.com

NEW JERSEY OFFICE:
35 AIRPORT ROAD, SUITE 330
MORRISTOWN, NJ 07960
(973)-267-4800

PLEASE REPLY TO THE
NEW YORK OFFICE

**MEMO ENDORSED**

September 18, 2007



**BY FACSIMILE**

The Honorable Denny Chin
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Biosafe-One, Inc., et al., v. Robert Hawks, et al.*, 07 CV 6764 (DC) (DFE)

Dear Judge Chin:

    As Your Honor is aware, I represent the plaintiffs in the above-referenced matter. I write to the Court seeking a brief extension of time to file plaintiffs' reply papers to defendants' opposition to plaintiffs' motion. This is the first such request. I left a message with defense counsel after business hours today seeking his consent but presumably he had already left the office.

    By way of background, plaintiffs' reply papers were due on or before September 19, 2007 and the hearing was to take place on September 25, 2007.[1] Defendants filed a voluminous opposition and plaintiffs need additional time to adequately respond to those papers. As such, I respectfully request that the Court give us until September 25, 2007 to file reply papers. It is my understanding from Your Honor's Deputy Mr. Tam that Your Honor is available on October 2, 2007 at 2 p.m. for the hearing.

    In light of the foregoing, plaintiffs respectfully request that the Court grant this first request for extension and allow plaintiffs to file reply papers on or before September 25, 2007 and reschedule the hearing for a final date of October 2, 2007 at 2 p.m.

Approved.
SO ORDERED.

---

[1] The conference was initially scheduled for September 21, 2007, but the Court changed the date to September 25.

USDJ 9/19/07