UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
BIOSAFE-ONE, INC. d/b/a www.biosafeone.com
and CHRISTOPHER JORGENSEN,

                              Plaintiffs,

                              -v-

ROBERT HAWKS; BRAD SKIERKOWSKI;
NEWTECHBIO, USA a/k/a BRAD & COMPANY,
INC., d/b/a www.newtechbio.com;
www.jumbomortgages101.com a/k/a
JUMBOMORTAGES.NET; and
BCI FUNDING GROUP, et al.,

                             Defendants.
-----------------------------------------------------------------x

**CERTIFICATION OF VIKRANT PAWAR**

07 CV 6764 (DC)(DFE)

      VIKRANT PAWAR, an attorney duly admitted to practice in the State of New York and before this Court, declares, under penalty of perjury and pursuant to 28 U.S.C. Section 1746, that the following statements are true to the best of my knowledge:

1. Attached as Exhibit 1 is a true and correct copy of Christopher Jorgensen's Declaration.
2. Attached as Exhibit 2 is a true and correct copy of Odette J. Wilkens' Declaration.

Dated: New York, New York
       September 25, 2007

                                                      Vik Pawar, Esq (VP9101)