# **EXHIBIT 1**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
BIOSAFE-ONE, INC. d/b/a www.biosafeone.com
and CHRISTOPHER JORGENSEN,

                Plaintiffs,

             -v-

ROBERT HAWKS; BRAD SKIERKOWSKI;
NEWTECHBIO, USA a/k/a BRAD & CO.,
INC., d/b/a www.newtechbio.com;
www.jumbomortgages101.com a/k/a
JUMBOMORTGAGES.NET; and
BCI FUNDING GROUP, et al.,

                Defendants.
-------------------------------------------------------------x

**DECLARATION OF
CHRISTOPHER JORGENSEN**

07 CV 6764 (DC)(DFE)

        CHRISTOPHER JORGENSEN, declares, under penalty of perjury and pursuant to 28 U.S.C. §1746, that the following statements are true to the best of my knowledge:

1.      I am the Chief Executive Office of Bio-Safe One, Inc., and am fully familiar with the facts contained in plaintiffs' complaint and the memoranda of law submitted in support of plaintiffs' request for a preliminary injunction.

2.      Attached to this Declaration are true, accurate copies of my telephone bills and emails received from defendants. The numbers located and marked on these telephone bills belongs to defendants.

3.      As the attachment indicates, Robert Hawks and/or his acquaintance have called me numerous times since my original mortgage. In April of this year, we spoke on the telephone for an extended period of time. Mr. Hawks also emailed me many times during this 18 months period (see attached emails). This is indisputable evidence that defendant Robert Hawks misled the Court when he indicated that he had not contacted me for over 18 months.

4.      During these phone conversations, Roberts Hawks was eliciting confidential business information from me in guise of appearing to be my fiduciary/mortgage agent.

5.      On or about May of this year, I received a call from my supplier sales representative Morris Gills who mentioned to me that some guys from Pennsylvania had been calling mentioning my company and requesting information about the liquid

product that is sold on my website www.biosafeone.com called the BIO-112 Heavy Sludge Digester (a specific product name which I created).

6.    The name of my supplier/vendor as well as information pertaining to the strength, specific special use of this product for septic system drainfield restoration that I had discovered through trial and error as well as through proven customer feedbacks was a heavily guarded trade secret.

7.    I informed Mr. Gills that the only person in Pennsylvania that I knew was my mortgage person, Robert Hawks. Mr. Gills interrupted me and confirmed that Robert Hawks was one of the people who had been calling him. Mr. Gills also stated that Brad Skierskowsky was also one of the other individuals who called him repeatedly

8.    During my conversation with Mr. Gills he stated that defendants Robert Hawks and Brad Skierskowsky had called him repeatedly for 6-8 weeks asking a lot of questions attempting to open up an account mentioning that they knew for sure that Bio-Safe One had ordered a powerful liquid product and they demanded to have this product supplied to them immediately.

9.    Defendants Robert Hawks and Brad Skierskowsky both knew that my products were excellent product especially the BIO-112. See a copy of an email that shows that Mr. Hawks knew about the quality and results that my products delivered. He conversed with Bio-Safe One customer "Nancy 101" and testified to the strength of my products learned with surety through fiduciary discussions with me during the mortgage process.

10.    Mr. Gills went on to state that Robert Hawks and Brad Skierskowsky coerced him into admitting that Bio-Safe One not only used this product to sell to their customers but that they got it from his company and they wanted the "same product and that they already knew the facts." They revealed my purchase volumes through my financial information and promised that they would buy higher volumes than me.

11.    Later that month, Mr. Gills called me and directed me to a website now known as www.newtechbio.com and said "Chris this guy definitely copied you down to the T."

12.    This was the first time that I became aware that defendant Robert Hawks and Brad Skierskowsky had gone in competition with me by locating my supplier/vendor/product ingredient whose secret was heavily guarded by me. This left me feeling abject.

13.    Defendants were able to ascertain this information from information provided to them by me that included bank statements, website web logs, federal express account #'s listed on fronts of checks, and other found on fronts of checks, and credit cardd records.

14.    For the Court's information, "web hosting server logs" also can be referred to as "web logs" and are a record of visits to a website from computers across the Internet. Web logs contain "IP addresses" (which are the distinct confidential computer addresses

of the consumer-a physical address of a computer in the computer world.) When a customer orders a product online or visits the website, his IP address is revealed. The content of a weblog is used to analyze visitor traffic (determining location and information about a website visitor) and report the number of visitors, page views, menu options and banners clicked, most common navigation paths taken, most downloaded files and so on. Web logs reveal where customers are located and critical information"

15.In addition, for the Courts information, it is fairly easy to locate customers, suppliers, and vendors from a Fed-Ex account. If you provide Fed Ex with your account number and other pertinent information (for eg. Date of birth, social security number), which defendants possessed you can get all of this information.

16.The name and account # of multiple phone accounts is found on the bank statements this can be used similar to Fed Ex to obtain full customer phone list upon request.

17.Attached hereto are three emails from my customers. Jim Hanzakos states that there were so many similarities in two web sites that he thought defendants' web site was my company "under a new name for advertising purposes". John Howard states that defendants' web site is "strikingly similar" to plaintiffs' web site. Radstyle states that defendants' web site "looks like the same item" and seems "to say the same things.".

18. In addition, some of my customers have been diverted to defendants' website. It is unclear and how many other customers have similarly been confused and have been scared off from ordering my products including repeat customers.

19.When I contacted the defendants about their conduct, I was threatened by them physically and Robert Hawks threatened to send to my website a criminal internet destructive device called a "proxy" which basically would destroy my website and its ability to make sales without being detected. I also received the threat of continued "click fraud" another illegal device that would remove the presence of my website on a daily basis. Attached is a copy of a police report of the unlawful communication.

20.Contrary to opposing counsels assertion of lack of secondary meaning, Bio-Safe One products have acquired through common law trademark protection (1) $100,000's of consistent daily, non-stop advertising monies spent over 5 years (2) Strong sales: millions of dollars of sales volumes comprising of thousands of loyal customers (3) over 5 years of trade mark and written materials use makes our marks incontestable (4) Publicity, Promotion including mass mailings, radio exposure, online forums, and over 17,000 links in the internet with our name!

21.I hope the Court can view these uncontroverted proof and rule against the defendants and grant plaintiffs a Temporary or Permanent Injunction so that defendants are not able to further harm us pending this action and do not benefit from their criminal activities.

Dated: September 25, 2007.

Christopher   Jorgensen

**COPY**

# AGENCY I.D. INCIDENT REPORT
SCO 070000

**ORIGINAL**

| CASE NUMBER | NCIC NO. ENTD |
|---|---|
| 20070504-374 | |

| INCIDENT TYPE | COMPLETED | FORCED ENTRY | PREMISE TYPE | UNITS ENTERED | TYPE VICTIM |
|---|---|---|---|---|---|
| 1. Unlawful Communication | ☒ YES ☐ NO | ☐ YES ☒ NO | Apartment | | ☒ Individual ☐ Business ☐ Financial Inst |
| 2. | ☐ YES ☐ NO | ☐ YES ☐ NO | | | ☐ Government ☐ Relig. Orgn. ☐ Soc./Public |
| 3. | ☐ YES ☐ NO | ☐ YES ☐ NO | | | ☐ Other ☐ Unknown ☐ Police Off. |

| INCIDENT LOCATION (SUBDIVISION, APARTMENT AND NUMBER, STREET NAME AND NUMBER) | ZIP CODE | WEAPON TYPE |
|---|---|---|
| 80 Paddle Boat Lane #802 - Hilton Head Island - South Carolina | 29928 | None |

| INCIDENT DATE | TIME/CLOCK | TO | DATE | END/CLOCK | DISPATCH DATE/TIME 24 HR. CLOCK | | | | LOCATION NO. |
|---|---|---|---|---|---|---|---|---|---|
| 05-03-07 | 1100 | | | | DISP. DATE 05-04-07 | DISP. TIME 1412 | TIME ARRIVED 1412 | DEPART TIME 1503 | 5C01 |

| COMPLAINANT'S NAME (LAST, FIRST, MIDDLE) | RELATIONSHIP TO SUBJECT | RESIDENT | RACE | SEX | AGE | ETH | DAY TIME PHONE | EVENING PHONE |
|---|---|---|---|---|---|---|---|---|
| Same as Victim | | (1)(I)(O) | | | | | | |

| ADDRESS | CITY | STATE | ZIP CODE | LOCATION NO. |
|---|---|---|---|---|

| VICTIM'S NAME (LAST, FIRST, MIDDLE) | RELATIONSHIP TO SUBJECT | RESIDENT | RACE | SEX | AGE | ETH | DAY TIME PHONE | EVENING PHONE |
|---|---|---|---|---|---|---|---|---|
| Jorgensen, Christopher | Acquaintance | (1)(I)(O) | W | M | 37 | N | 718-704-7949 (646) 483-4433 | |

| HEIGHT | WEIGHT | HAIR | EYES | FACIAL HAIR, SCARS, TATOOS, GLASSES, CLOTHING, PHYSICAL PECULIARITIES, ETC. |
|---|---|---|---|---|
| 511 | 170 | Bro | Bro | |

| ADDRESS | CITY | STATE | ZIP CODE | LOCATION NO. |
|---|---|---|---|---|
| 80 Paddle Boat Lane #802 | Hilton Head Island | SC | 29928 | |

| VISIBLE INJURY (VICT.1) ☐ YES NO ☒ EXPLAIN – | COMPLAINT OF ANY NON-VISIBLE INJURIES: ☐ YES NO ☒ |
|---|---|

| VICTIM (NO.1) USING ALCOHOL ☐ YES NO ☒ UNK ☐ | DRUGS ☐ YES NO ☒ UNK ☐ | TYPE: |
|---|---|---|

| TWO-MAN VEH. ☐ | ONE-MAN VEH. ☐ | DETECTIVE/SPLT. ASSNT. ☐ | OTHER ☐ | ALONE ☐ | ASSISTED ☐ | J - This Jurisdiction S-State O-Out of State U-Unknown |
|---|---|---|---|---|---|---|

| | NAME (LAST, FIRST, MIDDLE) | RACE | SEX | AGE | ETH | DATE OF BIRTH | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|---|
| ☒ SUBJECT | Hawks, Robert | U | M | 00 | U | Unknown | U | U | U | U |
| ☐ RUNAWAY | FACIAL HAIR, SCARS, TATOOS, GLASSES, CLOTHING, PHYSICAL PECULIARITIES, ETC. | | | | | | | | | |
| ☐ WANTED | Phone #'s: (570)283-3262   (570)362-8164   (570)558-6340 | | | | | | | | | |
| ☐ WARRANT | ADDRESS | | | CITY | | STATE | ZIP CODE | LOCATION NO. | | |
| ☐ ARREST | Unknown | | | Unknown | | PA | U | | | |
| ☐ JAIL | SUBJECT (NO.1) USING ALCOHOL: ☐ YES NO ☐ UNK ☒ | ARRESTED NEAR SCENE ☐ YES NO ☐ | DATE/TIME OF OFFENSE | DATE/TIME OF ARREST | | | | | | |
| ☐ SUMMONS | DRUGS: ☐ YES NO ☐ UNK ☒ TYPE: | TOTAL # ARRESTED | | | | | | | | |

Synopsis:

On 05-04-06 at approximately 1412 hours, I was dispatched to 80 Paddle Boat Lane #802 in reference to an incidence of unlawful communication.

Provided by: Beaufort County Sheriff's Office
Criminal Records Division

Released by: _[signature]_   Date: 9-17-07

| | | | | JURISDICTION OF THEFT LAW ENFORCEMENT AGENCY | JURISDICTION OF RECOVERY LAW ENFORCEMENT AGENCY |
|---|---|---|---|---|---|

| TYPE (GROUP) | | | | | TOTAL VALUE |
|---|---|---|---|---|---|
| STOLEN | | | | | |
| DAMAGED | | | | | |
| BURNED | | | | | |
| RECOVERED | | | | | |
| SEIZED | | | | | |

| SUBJECT IDENTIFIED | SUBJECT LOCATED | ☐ ACTIVE | ☐ ADM. CLOSED | ☐ ARRESTED UNDER 18 | ☒ EX-CLEAR UNDER 18 |
|---|---|---|---|---|---|
| ☒ YES NO ☐ | ☐ YES NO ☐ | ☐ UNFOUNDED | | ☐ ARRESTED 18 AND OVER | ☒ EX-CLEAR 18 AND OVER |

REASON FOR EXCEPTIONAL CLEARANCE: 1☐ OFFENDER DEATH   2☒ NO PROSECUTION   3☐ EXTRADITION DENIED   4☐ VICTIM DECLINES COOPERATION   5☐ JUVENILE - NO CUSTODY

| REPORTING OFFICER(S) | DATE | UNIT NUMBER | APPROVING OFFICER | DATE | UNIT NUMBER |
|---|---|---|---|---|---|
| T. Kaminski | 05-04-07 | K7605 | _(A)_ | 5/4/07 | L147 |
| | | | FOLLOW - UP INVESTIGATION ☐ YES NO ☒ OFFICER | | |

| AGENCY I.D.<br>SCO 070000 | SUPPLEMENTAL INCIDENT REPORT | CASE NUMBER<br>20070504-374 | NCIC<br>INQ. | ENT'D |
|---|---|---|---|---|

| ☒ ORIGINAL REPORT<br>☐ MODIFIES ORIGINAL | ☐ SUPPLEMENTAL REPORT<br>☐ CASE STATUS CHANGE | ☐ ADDITIONAL VICTIM<br>☐ ADDITIONAL OFFENDERS | ☐ ADDITIONAL STOLEN PROPERTY<br>☐ ADDITIONAL RECOVERED PROPERTY | PAGE **2** OF **2** PAGES |
|---|---|---|---|---|

**Interview with Victim (Christopher Jorgensen):**

Jorgensen stated that his mortgage broker, Robert Hawks, of whom he has never personally met, threatened his life during a phone conversation. Jorgensen stated that while Hawks was setting up his mortgage in South Carolina, Hawks began using his personal business information to undercut his internet business. Jorgensen had discovered that Hawks was using his financial portfolio through a vendor of his and called Hawks on the phone. During their discussion, Hawks stated that he had in his possession a gun and that he had stashed away $450k and in the event Jorgensen messes with his mortgage licensing he would have him killed. Jorgensen stated that Hawks hung up the phone on him. Jorgensen stated that he has never had anyone say or do this to him and he fears that the suspect is serious and that is why he contacted BCSO. Jorgensen stated that his business with Hawks started while he was living in New York and preparing to move to South Carolina. Hawks is located in Pennsylvania, but Jorgensen was unable to recall the city.

**Deputy's Actions:**

I advised the victim of warrant procedures and to document any further calls he makes or receives from the suspect. The victim did not have any further personal information regarding the suspect due to them never meeting. I made several attempts to contact the suspect and met with negative results. I left messages for Hawks, but as of today he has not responded. I had a case number drawn and issued to the victim.

| SUBJECT IDENTIFIED<br>☒ YES  NO ☐ | SUBJECT LOCATED<br>☐ YES  NO ☒ | ☐ ACTIVE  ☐ ADM. CLOSED<br>☐ UNFOUNDED | ☐ ARRESTED UNDER 18<br>☐ ARRESTED 18 AND OVER | ☐ EX-CLEAR UNDER 18<br>☐ EX-CLEAR 18 AND OVER |
|---|---|---|---|---|

REASON FOR EXCEPTIONAL CLEARANCE: 1. ☐ OFFENDER DEATH  2. ☐ NO PROSECUTION  3. ☐ EXTRADITION DENIED  4. ☐ VICTIM DECLINES COOPERATION  5. ☐ JUVENILE - NO CUSTODY

| REPORTING OFFICER(S) | DATE | UNIT NUMBER | APPROVING OFFICER | DATE | UNIT NUMBER |
|---|---|---|---|---|---|
| T. Kaminski | 05-04-07 | K7605 | | | |

FOLLOW-UP INVESTIGATION ☐ YES  NO ☐    OFFICER

## Amanda M. Hayde

**From:** "Bio-Safe One" <sales@biosafeone.com>
**To:** <vik@pawarlaw.com>
**Sent:** Tuesday, September 25, 2007 3:51 AM
**Subject:** Fw: Summerhouse/Investment Opp

----- Original Message -----
**From:** Robert Hawks
**To:** 'Bio-Safe One, Inc.'
**Sent:** Wednesday, March 22, 2006 1:31 PM
**Subject:** FW: Summerhouse/Investment Opp

Hi Rob,

I received an e-mail on this....looks very interesting to me.  It is an apartment/condo conversion on HHI.  These typically do very well!  I am looking very seriously at purchasing one myself.  If you know of anyone else that might be interested, please let me know so that I can register them first.  Please don't send them to the website.........as I won't get compensated if they purchase.  Thanks Rob............Let me know what you think of this.

Dee

Dee Gramoy
Century 21 Realty
843-384-1525

9/25/2007

## Amanda M. Hayde

| | |
|---|---|
| **From:** | "Bio-Safe One" <sales@biosafeone.com> |
| **To:** | <vik@pawarlaw.com> |
| **Sent:** | Tuesday, September 25, 2007 3:51 AM |
| **Subject:** | Fw: a |

----- Original Message -----
**From:** Robert Hawks
**To:** 'Bio-Safe One, Inc.'
**Sent:** Saturday, January 28, 2006 11:42 AM
**Subject:** RE: a

1214 Paris Avenue, Port Royal, South Carolina

**Robert Hawks**
**Ph: 800-807-0840**
**Fax: 570-558-2852**
Email: Robert@jumbomortgages101.com

-----Original Message-----
**From:** Bio-Safe One, Inc. [mailto:sales@biosafeone.com]
**Sent:** Saturday, January 28, 2006 10:32 AM
**To:** Robert Hawks
**Subject:** Re: a

http://www.apexrealty.com/PortRoyal/

----- Original Message -----
**From:** Robert Hawks
**To:** 'Bio-Safe One, Inc.'
**Sent:** Saturday, January 28, 2006 10:29 AM
**Subject:** a

http://images.google.com/imgres?
imgurl=http://www.hiltonheadsouthcarolinarealestate.com/images/region_closeup/map_d_portroyal.gif&i
3Fq%3Dport%2Broyal%2Bhilton%2Bhead%26svnum%3D100%26hl%3Den%26lr%3Dlang_en%
26newwindow%3D1%26safe%3Doff%26sa%3DG

## Amanda M. Hayde

**From:** "Bio-Safe One" <sales@biosafeone.com>
**To:** <vik@pawarlaw.com>
**Sent:** Tuesday, September 25, 2007 3:52 AM
**Subject:** Fw: Registration Confirmation for Summer House Hilton Head

----- Original Message -----
**From:** Robert Hawks
**To:** 'Bio-Safe One, Inc.'
**Sent:** Wednesday, March 22, 2006 3:10 PM
**Subject:** FW: Registration Confirmation for Summer House Hilton Head

**Robert Hawks**
**Ph: 800-807-0840**
**Fax: 570-558-2852**
Email: Robert@jumbomortgages101.com

-----Original Message-----
**From:** Summer House Hilton Head [mailto:info@summerhousehiltonhead.com]
**Sent:** Wednesday, March 22, 2006 10:15 AM
**To:** roberthawks@epix.net
**Subject:** Registration Confirmation for Summer House Hilton Head

Dear Robert,

Your name is now registered on the Summer House Hilton Head Priority Buyers List. In the next few weeks, a sales representative will be contacting you with regard to setting up a private appointment to preview our community and take advantage of our special pre-opening pricing. We look forward to meeting with you.

Thank You!
Julian LeCraw and Company, LLC
www.summerhousehiltonhead.com

## Amanda M. Hayde

**From:**     "Peter M. Agulnick" <Peter@AgulnickLaw.com>
**To:**       "'Amanda M. Hayde'" <Amanda@AgulnickLaw.com>
**Cc:**       <vik@pawarlaw.com>
**Sent:**     Tuesday, September 25, 2007 2:32 PM
**Subject:**  FW: Contact with Plaintiff

```
==============================
```
Peter M. Agulnick
Attorney at Law
E-mail: Peter@AgulnickLaw.com
--------------------
Law Firm of
PETER M. AGULNICK, P.C.
321 Broadway, Suite 200
New York, NY 10007
U.S.A.
Tel. 212-571-2266
Fax 212-656-1645
Webpage: www.AgulnickLaw.com
```
==============================
```

**From:** Vik Pawar [mailto:vik@pawarlaw.com]
**Sent:** Tuesday, September 25, 2007 2:21 PM
**To:** Peter M. Agulnick
**Subject:** Contact with Plaintiff


----- Original Message -----
**From:** Bio-Safe One
**To:** vik@pawarlaw.com
**Sent:** Tuesday, September 25, 2007 3:50 AM
**Subject:** Fw: a


----- Original Message -----
**From:** Robert Hawks
**To:** 'Bio-Safe One, Inc.'
**Sent:** Saturday, January 28, 2006 11:29 AM
**Subject:** a


http://images.google.com/imgres?
imgurl=http://www.hiltonheadsouthcarolinarealestate.com/images/region_closeup/map_d_portroyal.gif&imgrefurl
3Fq%3Dport%2Broyal%2Bhilton%2Bhead%26svnum%3D100%26hl%3Den%26lr%3Dlang_en%
26newwindow%3D1%26safe%3Doff%26sa%3DG

## Amanda M. Hayde

| | |
|---|---|
| **From:** | "Peter M. Agulnick" <Peter@AgulnickLaw.com> |
| **To:** | "'Amanda M. Hayde'" <Amanda@AgulnickLaw.com> |
| **Cc:** | <vik@pawarlaw.com> |
| **Sent:** | Tuesday, September 25, 2007 2:32 PM |
| **Subject:** | FW: Contact with plaintiff |

===============================
Peter M. Agulnick
Attorney at Law
E-mail: Peter@AgulnickLaw.com
--------------------
Law Firm of
PETER M. AGULNICK, P.C.
321 Broadway, Suite 200
New York, NY 10007
U.S.A.
Tel. 212-571-2266
Fax 212-656-1645
Webpage: www.AgulnickLaw.com
===============================

**From:** Vik Pawar [mailto:vik@pawarlaw.com]
**Sent:** Tuesday, September 25, 2007 2:22 PM
**To:** Peter M. Agulnick
**Subject:** Contact with plaintiff


----- Original Message -----
**From:** Bio-Safe One
**To:** vik@pawarlaw.com
**Sent:** Tuesday, September 25, 2007 3:50 AM
**Subject:** Fw: a


----- Original Message -----
**From:** Robert Hawks
**To:** 'Bio-Safe One, Inc.'
**Sent:** Saturday, January 28, 2006 11:29 AM
**Subject:** a


http://images.google.com/imgres?
imgurl=http://www.hiltonheadsouthcarolinarealestate.com/images/region_closeup/map_d_portroyal.gif&imgrefur
3Fq%3Dport%2Broyal%2Bhilton%2Bhead%26svnum%3D100%26hl%3Den%26lr%3Dlang_en%
26newwindow%3D1%26safe%3Doff%26sa%3DG

## Amanda M. Hayde

**From:**      "Peter M. Agulnick" <Peter@AgulnickLaw.com>
**To:**        "'Amanda M. Hayde'" <Amanda@AgulnickLaw.com>
**Cc:**        <vik@pawarlaw.com>
**Sent:**      Tuesday, September 25, 2007 2:33 PM
**Subject:**   FW: Contact with Plaintiff

```
==============================
```
Peter M. Agulnick
Attorney at Law
E-mail: Peter@AgulnickLaw.com
--------------------
Law Firm of
PETER M. AGULNICK, P.C.
321 Broadway, Suite 200
New York, NY 10007
U.S.A.
Tel. 212-571-2266
Fax 212-656-1645
Webpage: www.AgulnickLaw.com
```
==============================
```

**From:** Vik Pawar [mailto:vik@pawarlaw.com]
**Sent:** Tuesday, September 25, 2007 2:22 PM
**To:** Peter M. Agulnick
**Subject:** Contact with Plaintiff


----- Original Message -----
**From:** Bio-Safe One
**To:** vik@pawarlaw.com
**Sent:** Tuesday, September 25, 2007 3:50 AM
**Subject:** Fw: a

----- Original Message -----
**From:** Robert Hawks
**To:** 'Bio-Safe One, Inc.'
**Sent:** Saturday, January 28, 2006 11:37 AM
**Subject:** a


http://www.skypic.com/sc.htm

## Amanda M. Hayde

**From:** "Bio-Safe One" <sales@biosafeone.com>
**To:** <vik@pawarlaw.com>
**Sent:** Tuesday, September 25, 2007 3:53 AM
**Subject:** Fw: From: Chris Jorgensen Re: Greenspan article on Sub prime lending

----- Original Message -----
**From:** Robert Hawks
**To:** 'Bio-Safe One'
**Sent:** Friday, March 16, 2007 10:57 AM
**Subject:** RE: From: Chris Jorgensen Re: Greenspan article on Sub prime lending

No problem at all...Sorry to hear about your friend ☹

**Robert Hawks**
**Ph: 800-807-0840**
**Fax: 570-558-2852**
Email: Robert@jumbomortgages101.com

-----Original Message-----
**From:** Bio-Safe One [mailto:sales@biosafeone.com]
**Sent:** Friday, March 16, 2007 12:35 AM
**To:** Robert Hawks
**Subject:** From: Chris Jorgensen Re: Greenspan article on Sub prime lending

Hi Rob,

I apologize for being out of it the other day. I just lost a close business contact to a major heart attack who had helped me get some large sales for my business. Very Sad. Anyhow, check this out.

Chris

http://news.moneycentral.msn.com/provider/providerarticle.aspx?
Feed=OBR&Date=20070315&ID=6619759&GT1=9145

**Amanda M. Hayde**

**From:** "Bio-Safe One" <sales@biosafeone.com>
**To:** <vik@pawarlaw.com>
**Sent:** Tuesday, September 25, 2007 3:53 AM
**Subject:** Fw: cleint (this one especially!)

----- Original Message -----
**From:** Robert Hawks
**To:** 'Bio-Safe One, Inc.'
**Sent:** Wednesday, May 10, 2006 3:49 PM
**Subject:** cleint

Hey Chris and Lilly hope all is well...
I have a client looking for drainfield help.
John Schondek
609-575-3552 cell
609-737-7355 home...

Good luck!

Talk to you later,

Rob

## Amanda M. Hayde

**From:**    "Peter M. Agulnick" <Peter@AgulnickLaw.com>
**To:**    "'Amanda M. Hayde'" <Amanda@AgulnickLaw.com>
**Cc:**    <vik@pawarlaw.com>
**Sent:**    Tuesday, September 25, 2007 2:30 PM
**Subject:**    FW: Contact with Plaintiff

===============================
Peter M. Agulnick
Attorney at Law
E-mail: Peter@AgulnickLaw.com
---------------------
Law Firm of
PETER M. AGULNICK, P.C.
321 Broadway, Suite 200
New York, NY 10007
U.S.A.
Tel. 212-571-2266
Fax 212-656-1645
Webpage: www.AgulnickLaw.com
===============================

**From:** Vik Pawar [mailto:vik@pawarlaw.com]
**Sent:** Tuesday, September 25, 2007 2:20 PM
**To:** Peter M. Agulnick
**Subject:** Contact with Plaintiff

----- Original Message -----
**From:** Bio-Safe One
**To:** vik@pawarlaw.com
**Sent:** Tuesday, September 25, 2007 3:44 AM
**Subject:** Fw: From: Chris Jorgensen

----- Original Message -----
**From:** Robert Hawks
**To:** 'Bio-Safe One'
**Sent:** Friday, April 27, 2007 1:01 PM
**Subject:** RE: From: Chris Jorgensen

Ok thanks Chris, have a safe trip and thanks for the offer. I had a walk-in yesterday and they sat here until 8:30(nightmare) please tell Lily I'm sorry. Enjoy the weekend and I'll keep Anthony in mind for anything that comes up.

Ttys,

Rob

**From:** Bio-Safe One [mailto:sales@biosafeone.com]
**Sent:** Friday, April 27, 2007 12:48 PM
**To:** Robert Hawks
**Subject:** From: Chris Jorgensen
**Importance:** High

Hey Rob,

Hope all is well. Lily called you yesterday because Anthony was here. She wanted to know if you need help with legal services ie your leases, etc. Anthony is available and has time to help you. His number is 1-201-679-7932 and fax is 1-201-521-1656. If you want to call me about it my numbers are listed below. Again I hope things are going well for you. We may be moving to Hilton Head very soon. I may possible be leaving this weekend. If you need any favors while I am down there let me know. Be in touch.

Chris Jorgensen
1-718-874-9259 Phone
1-646-483-4433 Cell

*ATY ~ VIK PAWAR* (handwritten)

**Christopher Jorgensen**

| | |
|---|---|
| **From:** | "Christopher Jorgensen" <Fidelityrealty@msn.com> |
| **To:** | "Vik Pawar" <vik@pawarlaw.com>; "Odette Wilkens" <owilkens@nyc.rr.com>; "amw962" <amw962@aol.com> |
| **Sent:** | Sunday, September 16, 2007 1:21 AM |
| **Subject:** | This is for argument of relevancy of keyword : Bio Safe One" and "secondary meaning" |

This applies to only one keyword "Bio Safe One" that I is being used to expose the lies of the defendants claims. Please note we have had so much more exposure than just this one keyword its ridiculous. We use more than over 700 search engines when you submit a site. Online millions of people search the internet daily from all of these different search engines all over the world. www.biosafeone.com has been doing business online since March of 2002 so it has had tremendous exposure over the years enough to have established definite "secondary meaning" to for its trademarks. Plaintives website in fact dominated the online septic business since it came online. So more people than can be counted have seen and come to know our site that have searched for a septic product or cleaning product or grease trap product. Also plaintives have outstanding reputation with no complaints since co. started. Plaintives have 200 or more keywords per search engine there are more than 700 search engines, Yahoo, Google, and MSN are only the top three. You have Lycos, Alta Vista, Aol, etc. The defendants atty is claiming that we had not established "secondary meaning" and that "Bio Safe One" a sponsered keyword which they bought from the search engines illegally to purposely divert traffic away from plaintives website and confuse plaintives customers to draw plaintives customers the defendant's site to usurp their corporate image in the market place using copywritten images and text which clearly belonged to plaintives even the gramatical errors they copied.

Heres proof that defedants claim of no one searching for "Bio Safe One" as a keyword in totally false. Also please not that if it was not profitable that they purchase this keyword then why in fact did they go out of their way to purchase it?.... to steal business away from plaintives. See one Search Engine Optimizations Tool for checking a keyword and his explanation. We will use the keyword "Bio Safe One" as the example.
I have pasted in links the results;

SEO explanation:

Well this nice little bit of code will tell you where you
rank for links for any particluar keyword!

Goto www.google.com and type in the search bar the particular keyword with the allinanchor before the word then put a column after it then type in the keyword:

allinanchor:keyword

So if your keyword is fottball boots type in

allinanchor:football boots

If you are ranked number 7 for "football boots" that means that
you have the 7th placed site for getting links with "football
boots" in the anchor text!

Here is a link to the results for keyword "Bio Safe One" http://www.google.com/search?hl=en&q=allinanchor%3ABio+Safe+One

9/16/2007

You will see that 17,500 web pages point or link back and forth from other websites back to www.biosafeone.com
One of these site on the bottom of page one show a radio station in Milwaukee which I am sure has tremendous exposure. So www.biosafeone.com definitely has secondary meaning.

9/16/2007

*Keyword* "Bio Safe One"

Web   Images   Video   News   Maps   Gmail   more ▼

Sign in

# Google

| allinanchor:Bio Safe One |

Advanced Search
Preferences

New! View and manage your web history

**Web**

Results **1 - 10** of about **17,600** for **allinanchor:Bio Safe One.** (0.14 seconds)

## BioSafeOne Septic Tank Cleaner: Keep Your Septic System Sparkling ...
Bio-Safe One - Keep Your Entire Septic System Sparkling Clean, Clear and Free of Contamination! It's Easy! Just Flush One Convenient Packet Down Your Toilet ...
www.**biosafeone**.com/ - 15k - Cached - Similar pages

## MARINELAND.COM - MARINELAND LABS
Marineland Aquarium Products, manufacturer of aquatic filtration equipment and systems for consumer, commercial and research applications.
www.marineland.com/products/mllabs/ML_**biosafe**.asp - 22k - Cached - Similar pages

## VirgilStore.com - Septic Tank Preventative Maintenance
Septic Tank Preventative Maintenance. Having problems with your septic tank? Had it pumped once or twice, and you still get some back up? ...
www.virgilstore.com/**biosafeone**.htm - 9k - Cached - Similar pages

## City of Villains: Screenshots
View high quality, high resolution screenshots from your favoriate game titles on the GameAmp Network.
cityofvillains.gameamp.com/gallery/viewGalleries - 62k - Cached - Similar pages

## Nurses get bionic "power suit" - 27 July 2001 - New Scientist
A strap-on robotic exoskeleton will allow nurses to lift patients without damaging their backs.
media.newscientist.com/article.ns?id=dn1072 - 38k - Cached - Similar pages

## gliderhouse gazebo with glider swing ! window treatment hardware2c ...
gliderhouse gazebo with glider swing ! window treatment hardware2c swing arm curtain bracket and james l venable necking' on the swing with pictures of ...
znlteizzszpz.cn/345.html - 57k - Cached - Similar pages

## null ! geico caveman bio and cavemen tools with caveman pad
null ! geico caveman bio and cavemen tools with caveman pad.
ysmvmiymjmjs.cn/433.html - 44k - 17 hours ago - Cached - Similar pages

## Purina: purina puppy chow call backs purina ha dog food purina ...
Purina: purina puppy chow call backs purina ha dog food purina benneful dog food cat food recall purina.
www.hnqkzsev.cn/purina37.html - 17 hours ago - Similar pages

## ansel adams 2003 calendar ! ansel adams wikipedia and ansel adams ...
ansel adams 2003 calendar ! ansel adams wikipedia and ansel adams quotes with ansel adams free downloads.
mnfbypmvjvcc.cn/903.html - 48k - 18 hours ago - Cached - Similar pages

Sponsored Links

## Septic Tank Cleaners
Safe & Easy Way To Clean Your Septic Tank. Try Us For Free!
www.SepticRemedy.com

## Buy Bio-Safe For Less
Wide selection of discount aquarium supplies. Low price guarantee!
www.petsolutions.com

## Powerful Septic Treatment
Advanced Formula Wipes-Out Sludge All-Natural - Safe & Cost Effective
www.rex-bac-t.com

## Bio Safe One For Less
Looking for Bio Safe One? Find exactly what you want today.
www.eBay.com

[milwaukee television stations ! bayside milwaukee and milwaukee ...](#)
milwaukee television stations ! bayside milwaukee and milwaukee wine shop with pete july
+ milwaukee.
uwyrfdryysps.cn/821.html - 44k - 15 hours ago - Cached - Similar pages

1 2 3 4 5 6 7 8 9 10    **Next**

Try Google Desktop: search your computer as easily as you search the web.

---

| allinanchor:Bio Safe One | | Search |

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

---

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

Verizon Wireless - Voice Details

Español | About Us | Contact Us | Store Locator | ☐ Cart Empty

verizon wireless

Logout

Search

My Account

Phones & Accessories | Plans | Features & Downloads | Messaging | Business | Support

© 2007 Verizon Wireless

Site Map | Privacy | Legal Notices | Website
Use | Customer Agreement | Return Policy |
My Account Terms and Conditions | Why
sales@hosafeone.com | My Profile

Acct No: 582421760-00001

Download Adobe Acrobat Reader

**Billing Options**
# Voice Details

**Statement Date:**
May 10, 2007
Billing cycle: 04/11/2007 - 05/10/2007

**Cell Phone Number:**
718-704-7948

## Details for Chris Jorgensen 718-704-7948

| Date | Time | ☎ | ☎ | Number Showing Alone | Rate | Usage Type | Origination | Destination | Mins | Airtime Chgs | L.D./ Other | TOTAL |
|------|------|---|---|---------|------|-----------|-------------|-------------|------|-------------|------------|-------|
| 4/19 | 7:05PM | | | 646-483-4433 | Peak | IN Allow | New York NY | New York NY | 1 | - | - | - |
| 4/19 | 7:12PM | | | 201-679-7932 | Peak | IN Allow | New York NY | Hackensack NJ | 2 | - | - | - |
| 4/19 | 7:35PM | | | 646-483-4433 | Peak | IN Allow | New York NY | Incoming CL | 2 | - | - | - |
| 4/19 | 7:45PM | | | 201-679-7932 | Peak | IN Allow | New York NY | Hackensack NJ | 1 | - | - | - |
| 4/19 | 7:45PM | | | 646-483-4433 | Peak | IN Allow | New York NY | New York NY | 6 | - | - | - |
| 4/19 | 8:02PM | | | 201-679-7932 | Peak | IN Allow | New York NY | Hackensack NJ | 1 | - | - | - |
| 4/19 | 8:04PM | | | 201-679-7932 | Peak | IN Allow | New York NY | Incoming CL | 1 | - | - | - |
| : | : | | | | | | | : | : | : | : | : |

# Verizon Wireless - Voice Details

| Date | Time | | Number | | | | | | Charge |
|---|---|---|---|---|---|---|---|---|---|
| 4/19 | 9:20PM | 📵 | 718-874-9259 | Off-Peak | N&W | New York NY | Incoming CL | 2 | -- |
| 4/19 | 9:26PM | 📵 | 718-874-9259 | Off-Peak | N&W | New York NY | Incoming CL | 1 | -- |
| 4/19 | 10:27PM | 📵 | 718-874-9259 | Off-Peak | M&W | Bronx NY | Incoming CL | 2 | -- |
| 4/20 | 5:19PM | 📵 | 516-487-6131 | Peak | PlanAllow | Bronx NY | Great Neck NY | 1 | -- |
| 4/20 | 6:48PM | 📵 | 203-544-8565 | Peak | PlanAllow | Bronx NY | Incoming CL | 21 | -- |
| 4/20 | 7:26PM | 📵 | 718-381-6789 | Peak | PlanAllow | Bronx NY | Brooklyn NY | 3 | -- |
| 4/20 | 7:34PM | 📵 | 570-559-6340 | Peak | PlanAllow | Bronx NY | Scranton PA | 1 | -- |
| 4/20 | 7:39PM | 📵 | 570-559-6340 | Peak | PlanAllow | Bronx NY | Incoming CL | 19 | -- |
| 4/20 | 7:55PM | 📵 | 570-559-6340 | Peak | PlanAllow | Bronx NY | Scranton PA | 2 | -- |
| 4/20 | 7:57PM | 📵 | 516-487-6131 | Peak | PlanAllow | Bronx NY | Incoming CL | 9 | -- |

**Total Voice Usage Charges:** .00

**Total Data Usage Charges:** .00

**TOTAL USAGE CHARGES:** .00

View all pages | <Prev. 8|7 |8|9 |10 Next>

* Edit address book

** L.D./Other - Long Distance and Other Charges

<< Back to Usage Charges

Free Guarantee | Best Network

Verizon Wireless - Voice Details

Page 1 of 2

**verizon**wireless

Español | About Us | Contact Us | Store Locator | Cart Empty

Logout

Search

| My Account | Phones & Accessories | Plans | Features & Downloads | Messaging | Business | Support |

**Billing Options**

## Voice Details

**Statement Date:**
May 10, 2007
Billing cycle: 04/11/2007 - 05/10/2007

**Cell Phone Number:**
718-704-7949

### Details for Chris Jorgensen 718-704-7949

| Date | Time | | | Number Share/Voice Name | Rate | Usage Type | Origination | Destination | Mins | Airtime Chgs | LD./ Other* | TOTAL |
|------|------|--|--|--------------------------|------|------------|-------------|-------------|------|--------------|-------------|-------|
| 4/18 | 4:09PM | | | 914-664-1704 | Peak | PlanAllow | Bronx NY | MT Vernon NY | 1 | -- | -- | -- |
| 4/18 | 4:39PM | | | 215-540-1891 | Peak | PlanAllow | Bronx NY | Amber PA | 12 | -- | -- | -- |
| 4/18 | 5:14PM | | | 386-506-8036 | Peak | PlanAllow | Bronx NY | Daytonabch FL | 1 | -- | -- | -- |
| 4/18 | 5:24PM | | | 212-213-6155 | Peak | PlanAllow | Bronx NY | New York NY | 2 | -- | -- | -- |
| 4/18 | 5:35PM | | | 201-675-7932 | Peak | IN Allow | Bronx NY | Hackensack NJ | 1 | -- | -- | -- |
| 4/18 | 7:56PM | | | 570-876-2465 | Peak | PlanAllow | Bronx NY | Jermyn PA | 2 | -- | -- | -- |
| 4/18 | 11:21PM | | | 212-463-7886 | Off-Peak | N&W | Bronx NY | New York NY | 89 | -- | -- | -- |

© 2007 Verizon Wireless

Site Map | Privacy | Legal Notices | Website
Use | Customer Agreement | Return Policy |
My Account Terms and Conditions | Worx

Acct No: 582421760-00001
sales@noisefone.com | My Profile

Download Adobe Acrobat Reader

Gerald Batts
Wayli Stone
Francis
Friend of Robert Hurt

| Date | Time | | Number | Rate | Allow | | | | Charge |
|---|---|---|---|---|---|---|---|---|---|
| 4/19 | 3:13PM | | 646-483-4433 | Peak | IN Allow | Great Neck NY | Incoming CL | 1 | - |
| 4/19 | 3:20PM | | 646-483-4433 | Peak | IN Allow | Great Neck NY | New York NY | 1 | - |
| 4/19 | 3:22PM | | 646-483-4433 | Peak | IN Allow | Great Neck NY | New York NY | 1 | - |
| 4/19 | 3:30PM | | 516-808-9376 | Peak | IN Allow | Hempstead NY | Incoming CL | 1 | - |
| 4/19 | 5:40PM | | 646-483-4433 | Peak | IN Allow | New York NY | New York NY | 1 | - |
| 4/19 | 5:40PM | | 201-879-7832 | Peak | IN Allow | New York NY | Hackensack NJ | 1 | - |
| 4/19 | 5:45PM | | 718-874-9259 | Peak | Plan Allow | New York NY | Newyorgzn15 NY | 1 | - |
| 4/19 | 5:46PM | | 718-408-4263 | Peak | Plan Allow | New York NY | Bronx NY | 1 | - |
| 4/19 | 5:47PM | | 646-483-4433 | Peak | IN Allow | New York NY | New York NY | 1 | - |
| 4/19 | 5:57PM | | 646-483-4433 | Peak | IN Allow | New York NY | New York NY | 1 | - |

| | | |
|---|---|---|
| Total Voice Usage Charges: | | .00 |
| Total Data Usage Charges: | | .00 |
| TOTAL USAGE CHARGES: | | .00 |

View all pages |<Prev 8 | 7 | 8 | 9 | 10 Next>

* Edit address book
** L.D./Other - Long Distance and Other Charges

<< Back to Usage Charges

Free Guarantee | Best Network

Verizon Wireless - Voice Details

Español | About Us | Contact Us | Store Locator | ☞ Cart Empty

Search

Logout

My Account

Phones & Accessories | Plans | Features & Downloads | Messaging | Business | Support

**Billing Options**

# Voice Details

**Statement Date:**
May 10, 2007
Billing cycle: 04/11/2007 - 05/10/2007

Cell Phone Number:
718-704-7949

© 2007 Verizon Wireless
Site Map | Privacy | Legal Notices | Website
Use | Customer Agreement | Return Policy
My Account Terms and Conditions | Voice

Acct No: 582421780-00001
sales@bizsellsone.com | My Profile

Download Adobe Acrobat Reader

**Details for Chris Jorgensen 718-704-7949**

| Date | Time | ☎ | Number Dialed/Received | Rate | Usage Type | Origination | Destination | Mins | Airtime Chgs | L.D./ Other | TOTAL |
|------|------|---|------|------|------|------|------|------|------|------|------|
| 4/18 | 4:09PM | ☎ | 914-664-4704 | Peak | PlanAllow | Bronx NY | Mt Vernon NY | 1 | -- | -- | -- |
| 4/18 | 4:39PM | ☎ | 215-540-1891 | Peak | PlanAllow | Bronx NY | Ambler PA | 12 | -- | -- | -- |
| 4/18 | 5:14PM | ☎ | 386-506-8036 | Peak | PlanAllow | Bronx NY | Daytonabch FL | 1 | -- | -- | -- |
| 4/18 | 5:24PM | ☎ | 212-219-6155 | Peak | PlanAllow | Bronx NY | New York NY | 2 | -- | -- | -- |
| 4/18 | 5:33PM | ☎ | 201-679-7832 | Peak | IN Allow | Bronx NY | Hackensack NJ | 1 | -- | -- | -- |
| 4/18 | 7:55PM | ☎ | 570-876-2455 | Peak | PlanAllow | Jarmyn PA | 2 | -- | -- | -- |
| 4/18 | 11:21PM | ☎ | 212-463-7886 | Off-Peak | N&W | Bronx NY | New York NY | 99 | -- | -- | -- |

Gerald Betty

Verizon Wireless - Voice Details

| Date | Time | | Number | Rate | Plan | From | To | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/19 | 3:13PM | | 646-483-4433 | Peak | IN Allow | Great Neck NY | Incoming CL | 1 | - | - | - |
| 4/19 | 3:20PM | | 646-483-4433 | Peak | IN Allow | Great Neck NY | New York NY | 1 | - | - | - |
| 4/19 | 3:22PM | | 646-483-4433 | Peak | IN Allow | Great Neck NY | New York NY | 1 | - | - | - |
| 4/18 | 3:30PM | | 516-808-9376 | Peak | IN Allow | Hempstead NY | Incoming CL | 1 | - | - | - |
| 4/19 | 5:40PM | | 646-483-4433 | Peak | IN Allow | New York NY | New York NY | 1 | - | - | - |
| 4/19 | 5:40PM | | 646-483-4433 | Peak | IN Allow | New York NY | New York NY | 1 | - | - | - |
| 4/19 | 5:45PM | | 201-678-7832 | Peak | IN Allow | New York NY | Hackensack NJ | 1 | - | - | - |
| 4/19 | 5:45PM | | 718-874-9269 | Peak | Plan/Allow | New York NY | Neytroyzn15 NY | 1 | - | - | - |
| 4/18 | 5:46PM | | 718-409-4253 | Peak | Plan/Allow | New York NY | Bronx NY | 8 | - | - | - |
| 4/19 | 5:47PM | | 645-483-4433 | Peak | IN Allow | New York NY | New York NY | 1 | - | - | - |
| 4/19 | 5:57PM | | 846-483-4433 | Peak | IN Allow | New York NY | New York NY | 1 | - | - | - |

Total Voice Usage Charges:  .00

Total Data Usage Charges:  .00

TOTAL USAGE CHARGES:  .00

View all pages |<Prev 6 | 7 | 8 | 9 | 10 Next>

* Edit address book
* E911 charges
** LD/Other - Long Distance and Other Charges

<< Back to Usage Charges

Free Guarantee | Best Network



verizon wireless

| Phones & Accessories | Plans | Features & Downloads | Messaging | Business | Support |

Español | About Us | Contact Us | Store Locator | ☷ Cart Empty
Logout
Search

**My Account**

## Billing Options
# Voice Details

**Statement Date:**
May 10, 2007
Billing cycle: 04/11/2007 - 05/10/2007

**Cell Phone Number:**
718-704-7949

**Details for Chris Jorgensen 718-704-7949**

| Date | Time | B. | Number Dialed/Type | Rate | Usage Type | Origination | Destination | Mins | Airtime Chgs | LD./ Other* | TOTAL |
|------|------|-----|--------------------|------|------------|-------------|-------------|------|--------------|-------------|-------|
| 4/26 | 6:52PM | | 718-874-9259 | Peak | PlanAllow | Bronx NY | Incoming CL | 1 | -- | -- | -- |
| 4/25 | 8:55PM | | 718-874-9259 | Peak | PlanAllow | Bronx NY | Incoming CL | 1 | -- | -- | -- |
| 4/25 | 7:50PM | | 646-483-4433 | Peak | PlanAllow | Bronx NY | New York NY | 1 | -- | -- | -- |
| 4/25 | 7:04PM | | 718-874-9259 | Peak | PlanAllow | Bronx NY | Incoming CL | 1 | -- | -- | -- |
| 4/25 | 7:42PM | | 646-483-4433 | Peak | IN Allow | Bronx NY | New York NY | 1 | -- | -- | -- |
| 4/25 | 7:52PM | | 646-483-4433 | Peak | IN Allow | Bronx NY | Incoming CL | 1 | -- | -- | -- |
| 4/25 | 8:18PM | | 917-597-1159 | Peak | PlanAllow | Bronx NY | New York NY | 1 | -- | -- | -- |
| 4/25 | | | | | ... | | ... | ... | -- | ... | ... |

Acct No: 5824211780-00001
© 2007 Verizon Wireless
sales@wirelestone.com
Site Map | Privacy | Legal Notices | Website
User | Customer Agreement | Return Policy |
My Account Terms and Conditions | Worry
My Account Terms and Conditions | Worry

Download Adobe Acrobat Reader

Verizon Wireless - Voice Details

| Date | Time | Number | Rate | Plan | Location | City | Min |
|---|---|---|---|---|---|---|---|
| 4/25 | 8:34PM | 386-868-4320 | Peak | PlanAllow | Bronx NY | Daytonabch FL | 1 |
| 4/25 | 9:16PM | 718-381-6789 | Off-Peak | N&W | Maspeth NY | Brooklyn NY | 1 |
| 4/25 | 9:34PM | 516-526-1626 | Off-Peak | N&W | Long Islan NY | Gardencity NY | 36 |
| 4/25 | 3:13PM | 718-874-8259 | Peak | PlanAllow | Bronx NY | Nwyrcgen15 NY | 1 |
| 4/26 | 3:14PM | 386-508-8038 | Peak | PlanAllow | Bronx NY | Daytonabch FL | 2 |
| 4/26 | 3:23PM | 386-508-8038 | Peak | PlanAllow | Bronx NY | Incoming CL | 16 |
| 4/26 | 3:49PM | 570-876-2455 | Peak | PlanAllow | Bronx NY | Jermyn PA | 4 |
| 4/26 | 4:02PM | 718-874-9259 | Peak | PlanAllow | Bronx NY | Incoming CL | 3 |
| 4/26 | 4:18PM | 516-487-6131 | Peak | PlanAllow | Bronx NY | Incoming CL | 4 |
| 4/26 | 4:32PM | 718-874-8259 | Peak | PlanAllow | Bronx NY | Incoming CL | 2 |

Total Voice Usage Charges: .00

Total Data Usage Charges: .00

TOTAL USAGE CHARGES: .00

View all pages | <Prev, 11 12 13 14 15 Next>

<< Back to Usage Charges

* E-Mail address book
** LD /Other - Long Distance and Other Charges

Free Guarantee | Best Network

Verizon Wireless - Voice Details

Search

Logout

# verizon wireless

| Phones & Accessories | Plans | Features & Downloads | Messaging | Business | Support |

My Account

© 2007 Verizon Wireless

Site Map | Privacy | Legal Notices | Website
Use | Customer Agreement | Return Policy |
My Account Terms and Conditions | Worry

Acct No : 582421760-00001
sallaw@dcoastfone.com | My Profile

Download Adobe Acrobat Reader

## Billing Options
# Voice Details

**Statement Date:**
May 10, 2007
Billing cycle: 04/11/2007 - 05/10/2007

**Cell Phone Number:**
718-704-7949

## Details for Chris Jorgensen 718-704-7949

| Date | Time | Number Dialed/Pkts Name | Rate | Usage Type | Origination | Destination | Mins | Airtime Chrgs | L.D./ Other | TOTAL |
|------|------|------------------------|------|-----------|-------------|-------------|------|---------------|-------------|-------|
| 5/02 | 5:53PM | 201-679-7932 | Peak | IN Allow | Bluffton/ SC | Hackensack NJ | 2 | - | - | - |
| 5/02 | 5:54PM | 570-876-2466 | Peak | Plan/Allow | Bluffton/ SC | Jermyn PA | 1 | - | - | - |
| 5/02 | 6:11PM | 386-506-8036 | Peak | Plan/Allow | Bluffton/ SC | Daytonabch FL | 14 | - | - | - |
| 5/02 | 6:34PM | 386-506-8036 | Peak | Plan/Allow | Bluffton/ SC | Daytonabch FL | 9 | - | - | - |
| 5/02 | 6:45PM | 201-679-7932 | Peak | IN Allow | Bluffton/ SC | Hackensack NJ | 2 | - | - | - |
| 5/02 | 6:55PM | 201-679-7932 | Peak | IN Allow | Bluffton/ SC | Hackensack NJ | 1 | - | - | - |
| 5/02 | 7:04PM | 516-487-6131 | Peak | Plan/Allow | Bluffton/ SC | Great Neck NY | 3 | - | - | - |
| ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |

Verizon Wireless - Voice Details

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5/02 | 8:02PM | ✆ | 201-679-7932 | Peak | IN Allow | Bluffton/ SC | Hackensack NJ | 1 |
| 5/02 | 8:17PM | ✆ | 201-679-7932 | Peak | IN Allow | Bluffton/ SC | Hackensack NJ | 1 |
| 5/02 | 8:26PM | ✆ | 917-399-1224 | Peak | Plan/Allow | Bluffton/ SC | Nwyrcyzn02 NY | 1 |
| 5/02 | 8:32PM | ✆ | 386-506-8036 | Peak | Plan/Allow | Bluffton/ SC | Daytonabch FL | 2 |
| 5/02 | 8:48PM | ✆ | 201-679-7932 | Peak | IN Allow | Bluffton/ SC | Hackensack NJ | 1 |
| 5/02 | 8:54PM | ✆ | 201-679-7932 | Peak | IN Allow | Bluffton/ SC | Hackensack NJ | 2 |
| 5/02 | 10:07PM | ✆ | 386-506-8036 | Off-Peak | N&W | Bluffton/ SC | Incoming CL | 36 |
| 5/03 | 12:47AM | ✆ | 212-463-7986 | Off-Peak | N&W | Savannah/A GA | New York NY | 11 |
| 5/03 | 12:58AM | ✆ | 848-483-4433 | Off-Peak | IN Allow, CallWai | Savannah/A GA | Incoming CL | 6 |
| 5/03 | 1:28AM | ✆ | 386-506-8036 | Off-Peak | N&W | Savannah/A GA | Daytonabch FL | 1 |

View all pages | <Prev | 16 | 17 | 18 | 19 | 20 Next>

* Edit address book
** L.D./Other - Long Distance and Other Charges

<< Back to Usage Charges

Free, Guarantee | Best Network

| | |
|---|---|
| Total Voice Usage Charges: | .00 |
| Total Data Usage Charges: | .00 |
| TOTAL USAGE CHARGES: | .00 |

VERIFY
VeriSign
Secured
POWERED BY
VERISIGN TRUST NETWORK
PRIVACY
BBBOnLine
RELIABILITY
PROGRAM

https://ebillpay.verizonwireless.com/vzw/accountholder/displayView.do?viewName=&viewType=&subViewName=DetVoice&...     9/16/2007

# verizonwireless

My Account | Phones & Accessories | Plans | Features & Downloads | Messaging | Business | Support

Español | About Us | Contact Us | Store Locator | ☎ Cart Empty

Search    Logout

## Billing Options
## Voice Details

**Statement Date:**
May 10, 2007
Billing cycle: 04/11/2007 - 05/10/2007

**Cell Phone Number:**
718-704-7949 ▓▓▓

© 2007 Verizon Wireless
Site Map | Privacy | Legal Notices | Website
Use | Customer Agreement | Return Policy |
My Account, Terms and Conditions | Worry
sales@fabsolecns.com | My Profile

**Acct No: 582421760-00001**



Download Adobe Acrobat Reader

### Details for Chris Jorgensen 718-704-7949

| Date | Time | ☎ | Number Dialed/New Issued | Rate | Usage Type | Origination | Destination | Mins | Airtime Chgs | L.D./ Other | TOTAL |
|------|------|---|------|------|------|------|------|------|------|------|------|
| 5/02 | 9:11AM | ☎ | 386-506-8036 | Peak | PlanAllow | Bluffton/ SC | Daytonabch FL | 2 | -- | -- | -- |
| 5/02 | 9:13AM | ☎ | 317-462-2702 | Peak | PlanAllow | Bluffton/ SC | Greenfield IN | 22 | -- | -- | -- |
| 5/02 | 9:38AM | ☎ | 718-405-6253 | Peak | PlanAllow | Bluffton/ SC | Bronx NY | 2 | -- | -- | -- |
| 5/02 | 9:50AM | ☎ | 843-836-1313 | Peak | PlanAllow | Bluffton/ SC | Bluffton SC | 1 | -- | -- | -- |
| 5/02 | 10:11AM | ☎ | 843-422-0074 | Peak | IN Allow | Bluffton/ SC | Mobile CL | 2 | -- | -- | -- |
| 5/02 | 10:19AM | ☎ | 843-422-0074 | Peak | IN Allow | Bluffton/ SC | Incoming CL | 2 | -- | -- | -- |
| 5/02 | 10:46AM | ☎ | Unavailable | Peak | PlanAllow | Bluffton/ SC | Incoming CL | 1 | -- | -- | -- |
| 5/02 | 11:31AM | ☎ | 843-422-0074 | Peak | IN Allow | Bluffton/ SC | Incoming CL | -- | -- | -- | -- |

# Verizon Wireless - Voice Details

| 5502 | | | | | | | |
|------|------|-------------|------|----------------|-------------|--------------|---|
| 5502 | 3:39PM | 208-390-7094 | Peak | IN Allow | Bluffton SC | Seattle WA | 15 | – | – | – |
| 5502 | 3:54PM | 843-836-1513 | Peak | Plan/Allow | Columbia SC | Bluffton SC | 5 | – | – | – |
| 5502 | 3:59PM | 800-617-0388 | Peak | Plan/Allow | Bluffton SC | Bluffton SC | 1 | – | – | – |
| 5502 | 4:00PM | 800-617-0388 | Peak | Plan/Allow | Bluffton SC | Toll-Free CL | 3 | – | – | – |
| 5502 | 4:05PM | 388-506-8038 | Peak | Plan/Allow | Bluffton SC | Incoming CL | 14 | – | – | – |
| 5502 | 4:20PM | 843-298-2602 | Peak | Plan/Allow | Bluffton SC | Hilton head SC | 3 | – | – | – |
| 5502 | 4:24PM | 777-000-0001 | Peak | Plan/Allow,Data | Bluffton SC | Data CL | 1 | – | – | – |
| 5502 | 4:28PM | 570-876-2455 | Peak | Plan/Allow | Bluffton SC | Jermyn PA | 12 | – | – | – |
| 5502 | 5:00PM | 570-876-2455 | Peak | Plan/Allow | Bluffton SC | Jermyn PA | 2 | – | – | – |
| 5502 | 5:00PM | 843-838-1313 | Peak | Plan/Allow | Bluffton SC | Bluffton SC | 7 | – | – | – |

Total Voice Usage Charges: .00

Total Data Usage Charges: .00

**TOTAL USAGE CHARGES:** .00

View all pages | <Prev, 16 | 17 | 18 | 19 | 20 Next>

* Ea address book
* "L.D./Other - Long Distance and Other Charges

<< Back to Usage Charges

Free Guarantee | Best Network

Español | About Us | Contact Us | Store Locator | Cart Empty

Search   Logout

My Account    Phones & Accessories    Plans    Features & Downloads    Messaging    Business    Support

verizon wireless

## Billing Options
## Voice Details

**Statement Date:** May 10, 2007
Billing cycle: 04/11/2007 - 05/10/2007

© 2007 Verizon Wireless
Site Map | Privacy | Legal Notices | Website Use | Customer Agreement | Return Policy | My Account Terms and Conditions | Vbery
sales@hinesellphone.com | My Profile
**Acct No: 582421760-00001**

Download Adobe Acrobat Reader

**Cell Phone Number:** 718-704-7949

### Details for Chris Jorgensen 718-704-7949

| Date | Time | | Number/Shortlist Name | Rate | Usage Type | Origination | Destination | Mins | Airtime Chgs | LD/Other** | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/03 | 4:03PM | | 843-422-0074 | Peak | IN Allow | Bluffton SC | Yilonhead SC | 1 | -- | -- | -- |
| 5/03 | 4:04PM | | 410-239-4847 | Peak | PlanAllow | Bluffton SC | Reisterstn MD | 1 | -- | -- | -- |
| 5/03 | 4:05PM | | 718-408-4283 | Peak | PlanAllow | Bluffton SC | Bronx NY | 2 | -- | -- | -- |
| 5/03 | 4:07PM | | 718-874-9299 | Peak | PlanAllow | Bluffton SC | Bronx NY | 2 | -- | -- | -- |
| 5/03 | 4:07PM | | 718-874-9299 | Peak | PlanAllow | Bluffton SC | Nwyrcyzn15 NY | 3 | -- | -- | -- |
| 5/03 | 4:10PM | | 310-497-4321 | Peak | PlanAllow | Bluffton SC | Beverlyhls CA | 2 | -- | -- | -- |
| 5/03 | 4:11PM | | 718-590-2050 | Peak | PlanAllow | Bluffton SC | Bronx NY | 7 | -- | -- | -- |
| 5/03 | 4:18PM | | 718-590-2050 | Peak | PlanAllow | Bluffton SC | Bronx NY | 5 | -- | -- | -- |

Verizon Wireless - Voice Details

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/03 | 5:19PM | ☎ | 843-422-5207 | Peak | IN Allow | Hiltonhead SC | Hiltonhead SC | 1 | – | .. |
| 5/03 | 5:20PM | ☎ | 718-409-4253 | Peak | PlanAllow | Bluffton/ SC | Bronx NY | 2 | – | – |
| 5/03 | 5:22PM | ☎ | 718-516-9505 | Peak | PlanNow | Bluffton/ SC | Bronx NY | 4 | – | – |
| 5/03 | 6:06PM | ☎ | 201-679-7832 | Peak | IN Allow | Bluffton/ SC | Hackensack NJ | 1 | – | – |
| 5/03 | 6:07PM | ☎ | 718-409-4253 | Peak | PlanNow | Bluffton/ SC | Bronx NY | 1 | – | – |
| 5/03 | 6:08PM | ☎ | 917-399-1234 | Peak | PlanAllow | Bluffton/ SC | Nwyrcyznd2 NY | 3 | – | – |
| 5/03 | 6:11PM | ☎ | 877-438-4338 | Peak | PlanAllow | Bluffton/ SC | Toll-Free CL | 40 | – | – |
| 5/03 | 7:09PM | ☎ | 201-679-7932 | Peak | IN Allow | Bluffton/ SC | Hackensack NJ | 3 | – | – |
| 5/03 | 7:12PM | ☎ | 212-791-5386 | Peak | PlanNow | Bluffton/ SC | New York NY | 2 | – | – |
| 5/03 | 7:15PM | ☎ | 310-497-1321 | Peak | PlanNow | Bluffton/ SC | Beverlyhls CA | 1 | – | .. |

View all pages | <Prev 21 | 22 | 23 | 24 | 25 Next>

* Edit address book
** L.D./Other - Long Distance and Other Charges

<< Back to Usage Charges

Free Guarantee | Best Network

Total Voice Usage Charges: .00

Total Data Usage Charges: .00

TOTAL USAGE CHARGES: .00

Verizon Wireless - Voice Details

**verizon** wireless

Search

Logout

Phones & Accessories    Plans    Features & Downloads    Messaging    Business    Support

My Account

## Billing Options
# Voice Details

© 2007 Verizon Wireless

Site Map | Privacy | Legal Notices | Website
Use | Customer Agreement | Return Policy |
My Account Terms and Conditions | Worry

Acct No: 582421760-00001
sales@bossafeone.com | My Profile

**Statement Date:**
May 10, 2007
Billing cycle: 04/11/2007 - 05/10/2007

Download Adobe Acrobat Reader

**Cell Phone Number:**
718-704-7949

**Details for Chris Jorgensen 718-704-7949**

| Date | Time | | Number<br>Should Ike Inance | Rate | Usage Type | Origination | Destination | Mins | Airtime<br>Chgs | L.D./<br>Other* | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/03 | 7:16PM | 📱 | 718-918-1740 | Peak | PlanAllow | Bluffton/ SC | Bronx NY | 2 | -- | -- | -- |
| 5/03 | 7:53PM | 📱 | 202-324-3000 | Peak | PlanAllow | Bluffton/ SC | Washington DC | 3 | -- | -- | -- |
| 5/03 | 7:58PM | 📱 | 212-384-1000 | Peak | PlanAllow | Bluffton/ SC | New York NY | 26 | -- | -- | -- |
| 5/03 | 8:25PM | 📱 | 843-589-2104 | Peak | PlanAllow | Bluffton/ SC | Incoming CL | 6 | -- | -- | -- |
| 5/03 | 8:30PM | 📱 | 843-589-2104 | Peak | PlanAllow | Bluffton/ SC | Yemassee SC | 1 | -- | -- | -- |
| 5/03 | 9:24PM | 📱 | 800-331-1212 | Off-Peak | N&W | Bluffton/ SC | Toll-Free CL | 7 | -- | -- | -- |
| 5/03 | 11:47PM | 📱 | 201-679-7932 | Off-Peak | IN Allow | Bluffton/ SC | Hackensack NJ | 63 | -- | -- | -- |
| 5/04 | 8:14AM | 📱 | 212-384-1000 | Peak | PlanAllow | Bluffton/ SC | New York NY | 3 | -- | -- | -- |
| 5/04 | 8:17AM | 📱 | 800-251-3221 | Peak | PlanAllow | Bluffton/ SC | Toll-Free CL | 3 | -- | -- | -- |
| 5/04 | 8:19AM | 📱 | 212-384-1000 | Peak | PlanAllow | Bluffton/ SC | New York NY | 12 | -- | -- | -- |
| 5/04 | 8:54AM | 📱 | 917-693-3274 | Peak | PlanAllow | Bluffton/ SC | New York NY | 1 | -- | -- | -- |
| 5/04 | 9:01AM | 📱 | 800-859-2972 | Peak | PlanAllow | Bluffton/ SC | Toll-Free CL | 2 | -- | -- | -- |
| 5/04 | 9:04AM | 📱 | 570-918-1457 | Peak | IN Allow | Bluffton/ SC | Scranton PA | 1 | -- | -- | -- |
| 5/04 | 9:05AM | 📱 | 914-961-2161 | Peak | PlanAllow | Bluffton/ SC | Tuckahoe NY | 3 | -- | -- | -- |
| 5/04 | 9:09AM | 📱 | 212-483-7986 | Peak | PlanAllow | Bluffton/ SC | New York NY | 12 | -- | -- | -- |
| 5/04 | 9:21AM | 📱 | Unavailable | Peak | PlanAllow | Bluffton/ SC | Incoming CL | 6 | -- | -- | -- |
| 5/04 | 9:27AM | 📱 | 877-269-7125 | Peak | PlanAllow | Bluffton/ SC | Toll-Free CL | 2 | -- | -- | -- |
| 5/04 | 9:29AM | 📱 | 212-791-5396 | Peak | PlanAllow | Bluffton/ SC | New York NY | 2 | -- | -- | -- |
| 5/04 | 9:32AM | 📱 | 800-859-2972 | Peak | PlanAllow | Bluffton/ SC | Toll-Free CL | 1 | -- | -- | -- |
| 5/04 | 9:50AM | 📱 | 212-709-3530 | Peak | PlanAllow | Bluffton/ SC | New York NY | 2 | -- | -- | -- |

Total Voice Usage Charges:    $.00

View all pages | <Prev 21 | 22 | 23 | 24 | 25 Next>

Total Data Usage Charges:    $.00

\* Edit address book
~ L.D./Other - Long Distance and Other Charges

<< Back to Usage Charges

**TOTAL USAGE CHARGES:**    $.00

Verizon Wireless - Voice Details View All                                                    Page 1 of 2



Español | About Us | Contact Us | Store Locator | ☒ Cart Empty

Search

Logout

Phones & Accessories      Plans      Features & Downloads      Messaging      Business      Support

My Account

Billing Options
# Voice Details

**Statement Date:**
May 10, 2007
Billing cycle: 04/11/2007 - 05/10/2007

Acct No: 582421760-00001
sales@blossffaone.com | My Profile

Download Adobe Acrobat Reader

**Cell Phone Number:**
718-704-7949

**Details for Chris Jorgensen 718-704-7949**

| Date | Time | | Number | Rate | Usage Type | Origination | Destination | Mins | Airtime Chgs | L.D./ Other** | TOTAL |
|------|------|--|--------|------|------------|-------------|-------------|------|--------------|---------------|-------|
| 4/11 | 12:22AM | ☎ | 212-463-7986 | Off-Peak | PromoAllow | Bronx NY | New York NY | 57 | -- | -- | -- |
| 4/11 | 12:59PM | ☎ | 516-487-6131 | Peak | PlanAllow | Bronx NY | Great Neck NY | 1 | -- | -- | -- |
| 4/11 | 3:27PM | ☎ | 718-874-9259 | Peak | PlanAllow | Bronx NY | Nwyrcyzn15 NY | 1 | -- | -- | -- |
| 4/11 | 3:52PM | ☎ | 718-874-9259 | Peak | PlanAllow | Bronx NY | Incoming CL | 1 | -- | -- | -- |
| 4/11 | 3:59PM | ☎ | 718-874-9259 | Peak | PlanAllow | Bronx NY | Nwyrcyzn15 NY | 1 | -- | -- | -- |
| 4/11 | 4:04PM | ☎ | 718-874-9259 | Peak | PlanAllow | Bronx NY | Incoming CL | 2 | -- | -- | -- |
| 4/11 | 4:07PM | ☎ | 914-664-1704 | Peak | PlanAllow | Bronx NY | MT Vernon NY | 1 | -- | -- | -- |
| 4/11 | 11:15PM | ☎ | 917-389-1234 | Off-Peak | PromoAllow | Bronx NY | Nwyrcyzn02 NY | 3 | -- | -- | -- |
| 4/11 | 11:30PM | ☎ | 900-555-1212 | Off-Peak | PromoAllow | Bronx NY | Toll-Free CL | 1 | -- | -- | -- |
| 4/11 | 11:31PM | ☎ | 800-331-1212 | Off-Peak | PromoAllow | Bronx NY | Toll-Free CL | 1 | -- | -- | -- |
| 4/11 | 11:33PM | ☎ | 800-331-1212 | Off-Peak | PromoAllow | Bronx NY | Toll-Free CL | 6 | -- | -- | -- |
| 4/11 | 11:39PM | ☎ | 914-997-2305 | Off-Peak | PromoAllow | Bronx NY | White Pl NY | 8 | -- | -- | -- |
| 4/12 | 9:39AM | ☎ | 203-797-0321 | Peak | PlanAllow | Bronx NY | Danbury CT | 58 | -- | -- | -- |
| 4/12 | 12:08PM | ☎ | 203-797-0321 | Peak | PlanAllow | Bronx NY | Incoming CL | 3 | -- | -- | -- |
| 4/12 | 1:20PM | ☎ | 917-389-1234 | Peak | PlanAllow | Bronx NY | Nwyrcyzn02 NY | 1 | -- | -- | -- |
| 4/12 | 1:22PM | ☎ | 718-874-9259 | Peak | PlanAllow | Bronx NY | Nwyrcyzn15 NY | 2 | -- | -- | -- |
| 4/12 | 1:27PM | ☎ | 917-399-1234 | Peak | PlanAllow | Bronx NY | Incoming CL | 1 | -- | -- | -- |
| 4/12 | 2:04PM | ☎ | 718-874-9259 | Peak | PlanAllow | Bronx NY | Nwyrcyzn15 NY | 1 | -- | -- | -- |
| 4/12 | 2:09PM | ☎ | 718-874-9259 | Peak | PlanAllow | Bronx NY | Nwyrcyzn13 NY | 1 | -- | -- | -- |
| 4/12 | 2:34PM | ☎ | 718-874-9259 | Peak | PlanAllow | Bronx NY | Nwyrcyzn16 NY | 1 | -- | -- | -- |
| 4/12 | 2:39PM | ☎ | 718-874-9259 | Peak | PlanAllow | Bronx NY | Incoming CL | 1 | -- | -- | -- |
| 4/12 | 3:48PM | ☎ | 646-483-4433 | Peak | IN Allow | New York NY | Incoming CL | 1 | -- | -- | -- |
| 4/12 | 4:01PM | ☎ | 212-213-5165 | Peak | PlanAllow | New York NY | New York NY | 2 | -- | -- | -- |
| 4/12 | 4:03PM | ☎ | 646-483-4433 | Peak | IN Allow | New York NY | Mobile CL | 1 | -- | -- | -- |
| 4/12 | 4:31PM | ☎ | 646-483-4433 | Peak | IN Allow | New York NY | New York NY | 1 | -- | -- | -- |
| 4/12 | 5:24PM | ☎ | 646-483-4433 | Peak | IN Allow | New York NY | Incoming CL | 2 | -- | -- | -- |

| Date | Time | | Number | Rate | Usage Type | Origination | Destination | Min | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/12 | 6:24PM | | 646-483-4433 | Peak | IN Allow | New York NY | Incoming CL | 2 | -- | -- | -- |
| 4/12 | 11:06PM | | 917-628-1700 | Off-Peak | N&W | Bronx NY | Nwyrcyzn02 NY | 30 | -- | -- | -- |
| 4/12 | 11:36PM | | 646-483-4433 | Off-Peak | IN Allow | Bronx NY | New York NY | 2 | -- | -- | -- |
| 4/12 | 11:37PM | | 917-628-1700 | Off-Peak | N&W,CallWait | Bronx NY | Incoming CL | 19 | -- | -- | -- |
| 4/12 | 11:56PM | | 917-628-1700 | Off-Peak | N&W | Bronx NY | Incoming CL | 21 | -- | -- | -- |
| 4/13 | 12:46AM | | 000-000-0086 | Off-Peak | N&W,CallVM | Bronx NY | Voice Mail CL | 5 | -- | -- | -- |
| 4/13 | 7:59AM | | 203-797-0321 | Peak | PlanAllow | Bronx NY | Danbury CT | 10 | -- | -- | -- |
| 4/13 | 8:00AM | | 718-228-7628 | Peak | PlanAllow | Bronx NY | Nwyrcyzn06 NY | 1 | -- | -- | -- |
| 4/13 | 8:10AM | | 716-427-8416 | Peak | PlanAllow | Bronx NY | Nwyrcyzn04 NY | 1 | -- | -- | -- |
| 4/13 | 8:22AM | | 718-744-5783 | Peak | IN Allow | Bronx NY | Brooklyn NY | 1 | -- | -- | -- |
| 4/13 | 10:59AM | | 203-994-5301 | Peak | PlanAllow | Fairfield CT | Danbury CT | 3 | -- | -- | -- |
| 4/13 | 11:26AM | | 203-994-5301 | Peak | PlanAllow | Fairfield CT | Danbury CT | 6 | -- | -- | -- |
| 4/13 | 11:48AM | | 718-409-4253 | Peak | PlanAllow | Fairfield CT | Bronx NY | 1 | -- | -- | -- |
| 4/13 | 4:03PM | | 570-876-2455 | Peak | PlanAllow | Fairfield CT | Jermyn PA | 98 | -- | -- | -- |
| 4/13 | 5:42PM | | 201-679-7932 | Peak | IN Allow | Fairfield CT | Hackensack NJ | 1 | -- | -- | -- |
| 4/13 | 6:04PM | | 516-596-7192 | Peak | PlanAllow | Fairfield CT | Lynbrook NY | 16 | -- | -- | -- |
| 4/13 | 9:55PM | | 201-679-7932 | Off-Peak | IN Allow | Bronx NY | Hackensack NJ | 4 | -- | -- | -- |
| 4/13 | 10:07PM | | 201-679-7932 | Off-Peak | IN Allow | Bronx NY | Hackensack NJ | 1 | -- | -- | -- |

*Handwritten notes:*

98 minute call with Gerald Betty in presence of Marge Lanzara in CT other office

took another mortgage appraisal

Also spoke to Shermin Chan — his assoc.

# FACSIMILE



(843) 689-7500
Fax (843) 681-2017

239 BEACH CITY ROAD
HILTON HEAD ISLAND, SC 29926

* Horizontal Property Regime

**NAME:** Christopher Jorgensen

**ORGANIZATION:** _____

**FAX:** 954- 454 1304

**PHONE:** 646-483 4453

**FROM:** Randolph Anderson

**DATE:** 9/17/2007

**SUBJECT:** INCIDENT REPORT

**PAGES (INCLUDING COVER):** 2

**Comments:** TAKE CARE

AGENCY I.D.  **COPY** INCIDENT REPORT

SCO 070000

CASE NUMBER  20070504-374

NCIC  ENTD.

**ORIGINAL**

| INCIDENT TYPE | | COMPLETED | FORCED ENTRY | PREMISE TYPE | UNITS ENTERED | TYPE VICTIM |
|---|---|---|---|---|---|---|
| 1. Unlawful Communication | | ☒YES ☐NO | ☐YES ☒NO | Apartment | | ☐ Individual ☐ Business ☐ Financ'l Inst ☐ Government ☐ Relig. Orgn. ☐ Soc/Public ☐ Other ☐ Unknown ☐ Police Off. |
| 2. | | ☐YES ☐NO | ☐YES ☐NO | | | |
| 3. | | ☐YES ☐NO | ☐YES ☐NO | | | |

INCIDENT LOCATION (SUBDIVISION, APARTMENT AND NUMBER, STREET NAME AND NUMBER)
80 Paddle Boat Lane #802 – Hilton Head Island - South Carolina

ZIP CODE 29928   WEAPON TYPE None

| INCIDENT DATE | BEGIN CLOCK | TO | DATE | END CLOCK | DISPATCH DATE/TIME IN 24 HR. CLOCK | | | | LOCATION NO. |
|---|---|---|---|---|---|---|---|---|---|
| 05-03-07 | 1100 | | | | DISP. DATE 05-04-07 | DISP. TIME 1412 | TIME ARRIVED 1412 | TIME DEPART. FROM 1503 | SC01 |

| COMPLAINANT'S NAME (LAST, FIRST, MIDDLE) | RELATIONSHIP TO SUBJECT #1 #2 | RESIDENT RACE SEX AGE ETH DAY TIME PHONE | EVENING PHONE |
|---|---|---|---|
| Same as Victim | | 01603 | |

ADDRESS                    CITY                    STATE ZIP CODE   LOCATION NO.

| VICTIM'S NAME (LAST, FIRST, MIDDLE) | RELATIONSHIP TO SUBJECT #1 #2 | RESIDENT RACE SEX AGE ETH DAY TIME PHONE | EVENING PHONE |
|---|---|---|---|
| Jorgensen, Christopher | Acquaintance | 01603 W M 37 N 718-704-7949 | 646-483-4433 |

| HEIGHT | WEIGHT | HAIR | EYES | FACIAL HAIR, SCARS, TATOOS, GLASSES, CLOTHING, SURGICAL PECULIARITIES, ETC. |
|---|---|---|---|---|
| 5'11 | 170 | Bro | Bro | |

ADDRESS 80 Paddle Boat Lane #802   CITY Hilton Head Island   STATE SC   ZIP CODE 29928   LOCATION NO.

VISIBLE INJURY (VICT.1) ☐YES ☒NO  EXPLAIN -
VICT. (NO.1) USING ALCOHOL ☐YES ☒NO  DRUGS: ☐YES ☒NO  TYPE:
COMPLAINT OF ANY NON-VISIBLE INJURIES: ☐YES ☒NO

TWO-MAN VEH. ☒  ONE-MAN VEH. ☐  DETECTIVE/ASST.ASMT. ☐  OTHER ☐  ALONE ☐  ASSISTED ☐  J-This Jurisdiction S-State O-Out of State U-Unknown

| | NAME (LAST, FIRST, MIDDLE) | RACE | SEX | AGE | STN. | DATE OF BIRTH | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|---|
| ☒ SUBJECT | Hawks, Robert | U | M | 00 | U | Unknown | U | U | U | U |
| ☐ RUNAWAY | FACIAL HAIR, SCARS, TATOOS, GLASSES, CLOTHING, PHYSICAL PECULIARITIES, ETC. | | | | | | | | | |
| ☐ WANTED | Phone #'s: (570)283-3262  (570)362-8164  (570)558-6340 | | | | | | | | | |
| ☐ WARRANT | ADDRESS Unknown | | | | CITY Unknown | | | STATE PA | ZIP CODE U | LOCATION NO. |
| ☐ ARREST | | | | | | | | | | |
| ☐ I.ID. ☐ SUMMONS | SUBJECT (NO.1) USING ALCOHOL ☐YES NO☐ UNK. ☒ | ARRESTED NEAR SCENE ☐YES NO☐ | DATE/TIME OF OFFENSE | DATE/TIME OF ARREST |
| | DRUGS: ☐YES NO☐ UNK. ☒ TYPE: | TOTAL # ARRESTED | | |

Synopsis:
On 05-04-06 at approximately 1412 hours, I was dispatched to 80 Paddle Boat Lane #802 in reference to an incidence of unlawful communication.

Provided by: Beaufort County Sheriff's Office
Criminal Records Division
Released by: _____ Date 9-17-07

| | | JURISDICTION OF THEFT LAW ENFORCEMENT AGENCY | JURISDICTION OF RECOVERY LAW ENFORCEMENT AGENCY |
|---|---|---|---|
| TYPE (GROUP) | | | TOTAL VALUE |
| STOLEN | | | |
| DAMAGED | | | |
| BURNED | | | |
| RECOVERED | | | |
| SEIZED | | | |

| SUBJECT IDENTIFIED | SUBJECT LOCATED | ☐ ACTIVE | ☐ ADM. CLOSED | ☐ ARRESTED UNDER 18 | ☐ EX-CLEAR UNDER 18 |
|---|---|---|---|---|---|
| ☒YES NO☐ | ☐YES NO☒ UNK. ☐ | ☐ UNFOUNDED | | ☐ ARRESTED 18 AND OVER | ☒ EX-CLEAR 18 AND OVER |

REASON FOR EXCEPTIONAL CLEARANCE: 1☐OFFENDER DEATH  2☐NO PROSECUTION  3☐EXTRADITION DENIED  4☒VICTIM DECLINES COOPERATION  5☐JUVENILE - NO CUSTODY

| REPORTING OFFICER(S) | DATE | UNIT NUMBER | APPROVING OFFICER | DATE | UNIT NUMBER |
|---|---|---|---|---|---|
| T. Kaminski | 05-04-07 | K7605 | | 05/4/07 | L747 |

FOLLOW-UP INVESTIGATION ☐YES NO☒  OFFICER

AGENCY I.D.
SCO 070000

## SUPPLEMENTAL INCIDENT REPORT

CASE NUMBER: 20070504-374    NCIC INQ. ENTD.

☑ ORIGINAL REPORT    ☐ SUPPLEMENTAL REPORT    ☐ ADDITIONAL VICTIM    ☐ ADDITIONAL STOLEN PROPERTY    PAGE 2 OF 2 PAGES
☐ MODIFIED ORIGINAL    ☐ CASE STATUS CHANGE    ☐ ADDITIONAL OFFENDERS    ☐ ADDITIONAL RECOVERED PROPERTY

**Interview with Victim (Christopher Jorgensen):**

Jorgensen stated that his mortgage broker, Robert Hawks, of whom he has never personally met, threatened his life during a phone conversation. Jorgensen stated that while Hawks was setting up his mortgage in South Carolina, Hawks began using his personal business information to undercut his internet business. Jorgensen had discovered that Hawks was using his financial portfolio through a vendor of his and called Hawks on the phone. During their discussion, Hawks stated that he had in his possession a gun and that he had stashed away $450k and in the event Jorgensen messes with his mortgage licensing he would have him killed. Jorgensen stated that Hawks hung up the phone on him. Jorgensen stated that he has never had anyone say or do this to him and he fears that the suspect is serious and that is why he contacted BCSO. Jorgensen stated that his business with Hawks started while he was living in New York and preparing to move to South Carolina. Hawks is located in Pennsylvania, but Jorgensen was unable to recall the city.

**Deputy's Actions:**

I advised the victim of warrant procedures and to document any further calls he makes or receives from the suspect. The victim did not have any further personal information regarding the suspect due to them never meeting. I made several attempts to contact the suspect and met with negative results. I left messages for Hawks, but as of today he has not responded. I had a case number drawn and issued to the victim.

| SUBJECT IDENTIFIED | SUBJECT LOCATED | ☐ ACTIVE    ☐ ADM. CLOSED | ☐ ARRESTED UNDER 18 | ☐ EX-CLEAR UNDER 18 |
| ☑ YES  NO ☐ | ☐ YES  NO ☑ | ☐ UNFOUNDED | ☐ ARRESTED 18 AND OVER | ☐ EX-CLEAR 18 AND OVER |

REASON FOR EXCEPTIONAL CLEARANCE:  1. ☐ OFFENDER DEATH  2. ☐ NO PROSECUTION  3. ☐ EXTRADITION DENIED  4. ☐ VICTIM DECLINES COOPERATION  5. ☐ JUVENILE - NO CUSTODY

| REPORTING OFFICER(S) | DATE | UNIT NUMBER | APPROVING OFFICER | DATE | UNIT NUMBER |
|---|---|---|---|---|---|
| T. Kaminski | 05-04-07 | K7605 | | | |
| | | | FOLLOW-UP INVESTIGATION ☐ YES  NO ☐    OFFICER | | |

## Amanda M. Hayde

**From:**  "Peter M. Agulnick" <Peter@AgulnickLaw.com>
**To:**  "'Amanda M. Hayde'" <Amanda@AgulnickLaw.com>
**Cc:**  <vik@pawarlaw.com>
**Sent:**  Tuesday, September 25, 2007 2:29 PM
**Subject:**  FW: Customer-Nancy

```
===============================
```
Peter M. Agulnick
Attorney at Law
E-mail: Peter@AgulnickLaw.com
--------------------
Law Firm of
PETER M. AGULNICK, P.C.
321 Broadway, Suite 200
New York, NY 10007
U.S.A.
Tel. 212-571-2266
Fax 212-656-1645
Webpage: www.AgulnickLaw.com
```
===============================
```

**From:** Vik Pawar [mailto:vik@pawarlaw.com]
**Sent:** Tuesday, September 25, 2007 2:15 PM
**To:** Peter M. Agulnick
**Subject:** Customer-Nancy
**Importance:** High


----- Original Message -----
**From:** Bio-Safe One
**To:** vik@pawarlaw.com
**Cc:** amw962@aol.com ; owilkens@nyc.rr.com
**Sent:** Wednesday, September 05, 2007 12:38 AM
**Subject:** Fw: a (This email contradicts clients statement whereby he commits purjury)


----- Original Message -----
**From:** Bio-Safe One
**To:** john.leo@ic.fbi.gov
**Sent:** Thursday, May 17, 2007 3:00 AM
**Subject:** Fw: a


----- Original Message -----
**From:** Robert Hawks
**To:** 'Bio-Safe One, Inc.'

**Sent:** Saturday, November 05, 2005 4:19 PM
**Subject:** a

Thanks... We did actually use the Biosafe about 18 months ago - People around here swear by it, that was responsible for the buying us extra time this last year and a half. I figure let the old owner replace it now (he'll be sharing the cost with the attorney's estate 50/50). We'd eventually have to do it anyway.

As for the interest only - I didn't realize that was an option... when you mention pre-pay penalty - if I'm understanding correctly - after the initial time and credit got better we'd be able to refinance at better rate and not be penalized for paying the original loan off early? Remember - my experience with mortages was limited to the nice broker who told us yes and then disappeared - he kept telling us "I only see the glass half full." ;-)

So, I'm waiting to hear back from owner - I have no idea when he will close with the estate - he's been trying to push them along, but they've been dragging their feet. There are apparently a lot of properties they're dealing with that were under their dad's business. I'm assuming we'll then sit down and hammer out the lease option agreement, etc.

Leads to my next question... Since this will effectively be a "new" agreement will we need a certain period of time for it to be in force or can it be worded as a continuatio of the original (for purposes of uninterrupted time)?

Quote:
_____

Originally Posted by **jumbomortgages101.com**
*Before you replace the septic.... I strongly suggest you call this company. 1-866-424-6663 or visit http://www.biosafeone.com . The guy is out of brooklyn and is straight and honest about what his product does. May save you thousands....*

*Lots of score tricks.... some basics: pay down debt, get errors wiped off, dont allow pulls on your report..ect..ect... Your rate is going to move roughly .20 for every 20 points you gain so no major worry. Its a non conforming deal either way. If were me, buy the prop with a 2 yr interest only arm(no pre-pay in NJ)... work hard on credcit for 6 months and get into a position to do a nice 30 year fixed. If the rates move from now till then, use some equity to buy the rates back down to todays levels....*

*I mentioned previously about the income - mine is 1099, but can't actually document my husband's income - it's obviously there though we've been paying the house up till now. Will that present a problem or send up any red flags?*

*Finally... I'm assuming you are able to do business in NJ?*

Quote:
_____

Originally Posted by **Nancy101**
*Yup, drainfield/leechfield whatever it's called is pouring water back into tank - Had MAJOR flooding issues two weeks ago. It's probably about time to have it replaced. Pretty much everyone who moves ends up having to replace them prior to moving. Sewers have been in the works since I've been here - I'm figuring they won't get to our street anytime in my lifetime.*

*The FHA guy/deal - That was about seven years ago - I've since realized there was NO WAY we*

*could have qualified for that - silly me!* 😊

*As for the scores.. Definitely better off than a few years ago - a lot of items died with the seven year thing. Working on the student loan issue -*

*I'll try to work on getting the credit report this weekend/early next week - works just been busy - I provide medical transcription service - it's a seven day a week thing so free time is hard to come by.*

*What is the best approach for moving the scores up or is it a hit/miss type thing?*

*[QUOTE=jumbomortgages101.com]Ok I see. Tell me more about the septic... is the drainfield clogged? What is the problem there...?*

*FHA is too tricky to play with for you... I wouldnt go that route. This can be done as a refinance. Try to grab a copy of your trimerge if possible...maybe myfice.com or something similar. Let me know if you need any help moving the scores up too.....*

*I am here 12 hours a day so no worry about the disappearing* 😊

*[QUOTE=Nancy101]We're in Mine Hill, NJ (Morris County). Prices have been climbing like crazy the past few years, but as you mention I have a feeling they're going to stop shortly. I know the "old owner" is going to have to come up with half to even get the house back to his name so we can negotiate - so I'm assuming approx $140,000 right there. Then, the septic is failing so he's in the process of getting proposals on that - I'm sure he'll be looking to recoup part of that. He's not looking to make a killing. He would like to see us stay here because we've developed close relationship with neighbors whom he first met when he was just starting his family out - she's kind of the surrogate "nana" so there's a sentimental issue here he's going with.*

*As for income, I probably should have mentioned earlier - we can't "document" my husband's income (auto mechanic)- I am self-employed (actually independent contractor status) for two medical transcription companies (i.e. work steady, but pay my own taxes). My income is reported on 1099. ]*

**Robert Hawks**
**Branch Manager**
**Dana Capital Group, Inc.**
**Ph: 800-971-4012**
**Fax: 570-558-2852**
Email: Robert@jumbomortgages101.com



# DANA CAPITAL GRO

we make the differ

9/25/2007

**A member of the Better Business Bureau and the Mortgage Bankers Association**
This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. It is simply not possible to guarantee that any e-mail transmission is secure or error-free in that information can be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of this e-mail transmission. If verification of this e-mail or any part thereof is required please request a hard-copy version.

9/25/2007

## Amanda M. Hayde

**From:**     "Peter M. Agulnick" <Peter@AgulnickLaw.com>
**To:**       '"Amanda M. Hayde'" <Amanda@AgulnickLaw.com>
**Cc:**       <vik@pawarlaw.com>
**Sent:**     Tuesday, September 25, 2007 2:29 PM
**Subject:**   FW: Contact with Plaintiff

```
==============================
```
Peter M. Agulnick
Attorney at Law
E-mail: Peter@AgulnickLaw.com
```
--------------------
```
Law Firm of
PETER M. AGULNICK, P.C.
321 Broadway, Suite 200
New York, NY 10007
U.S.A.
Tel. 212-571-2266
Fax 212-656-1645
Webpage: www.AgulnickLaw.com
```
==============================
```

**From:** Vik Pawar [mailto:vik@pawarlaw.com]
**Sent:** Tuesday, September 25, 2007 2:18 PM
**To:** Peter M. Agulnick
**Subject:** Contact with Plaintiff


----- Original Message -----
**From:** Bio-Safe One
**To:** vik@pawarlaw.com
**Sent:** Tuesday, September 25, 2007 3:42 AM
**Subject:** Fw: sss


----- Original Message -----
**From:** Robert Hawks
**To:** sales@biosafeone.com
**Sent:** Wednesday, February 21, 2007 9:31 PM
**Subject:** sss

http://www.realtor.com/FindHome/HomeListings.asp?
frm=bymap&nearbyZp=&lid=Enter+MLS+ID&pgnum=1&ss_aywr=&optInCheckbox=&st=NJ&mls=xmls&lnksrc=8

9/25/2007

**Amanda M. Hayde**

| | |
|---|---|
| **From:** | "Peter M. Agulnick" <Peter@AgulnickLaw.com> |
| **To:** | "'Amanda M. Hayde'" <Amanda@AgulnickLaw.com> |
| **Cc:** | <vik@pawarlaw.com> |
| **Sent:** | Tuesday, September 25, 2007 2:29 PM |
| **Subject:** | FW: Contact with Plaintiff |

===============================
Peter M. Agulnick
Attorney at Law
E-mail: Peter@AgulnickLaw.com
---------------------
Law Firm of
PETER M. AGULNICK, P.C.
321 Broadway, Suite 200
New York, NY 10007
U.S.A.
Tel. 212-571-2266
Fax 212-656-1645
Webpage: www.AgulnickLaw.com
===============================

**From:** Vik Pawar [mailto:vik@pawarlaw.com]
**Sent:** Tuesday, September 25, 2007 2:19 PM
**To:** Peter M. Agulnick
**Subject:** Contact with Plaintiff

----- Original Message -----
**From:** Bio-Safe One
**To:** vik@pawarlaw.com
**Sent:** Tuesday, September 25, 2007 3:42 AM
**Subject:** Fw: qqq

----- Original Message -----
**From:** Robert Hawks
**To:** sales@biosafeone.com
**Sent:** Wednesday, February 21, 2007 9:34 PM
**Subject:** qqq

http://www.realtor.com/FindHome/HomeListings.asp?
mlsttl=&frm=bymap&pgnum=1&mls=xmls&js=on&target=&ct=Monroe&st=NJ&sbint=&sbls=&sblo=&lnksrc=SRP-
ModSearch&stype=&areaid=92760&areaid=45426&areaid=5365&areaid=4051&areaid=79917&areaid=59242&a