# **EXHIBIT 2**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BIOSAFE-ONE, INC. d/b/a www.biosafeone.com
and CHRISTOPHER JORGENSEN,

       Plaintiffs,      **CERTIFICATION OF**
                **ODETTE J. WILKENS**
   -v-
                07 CV 6764 (DC)(DFE)

ROBERT HAWKS; BRAD SKIERKOWSKI;
NEWTECHBIO, USA a/k/a BRAD & COMPANY,
INC., d/b/a www.newtechbio.com;
www.jumbomortgages101.com a/k/a
JUMBOMORTAGES.NET; and
BCI FUNDING GROUP, et al.,

       Defendants.
------------------------------------------------------------x

  ODETTE J. WILKENS, an attorney duly admitted to practice in the State of New York and before this Court, declares, under penalty of perjury and pursuant to 28 U.S.C. Section 1746, that the following statements are true to the best of my knowledge:

  1.  Plaintiff's www.biosafeone.com website, certain portions of which were printed from the internet on August 29, 2007 and other portions printed from the internet on August 31, 2007, in each instance by Christopher Jorgensen or at his direction, is contained in Exhibits 1 through 5 and Exhibit 11;

  2.  Three versions of defendants' websites, portions of which are also contained in Exhibits 1 through 5 and Exhibit 11, are:

    a. www.newtechbio.com printed from the internet on or about August 31, 2007 beginning on or about 1:57 a.m. by Christopher Jorgensen or at his direction;

  b. www.cloggeddrainfield.com printed from the internet on or about August 27, 2007 by Christopher Jorgensen or at his direction; and

  c. www.newtechbio.com printed from the internet on or about September 10, 2007, an even more updated version than provided in defendants' Memorandum.

 3. References to "Websites" herein means the websites specified in paragraphs 1 and 2 above, typically in that order. Similarities to plaintiffs' www.biosafeone.com website are underscored in red on all three versions of defendants' websites. Plaintiffs' www.biosafeone.com website is underscored in red to show similarities to defendants' website, www.newtechbio.com, that was printed on August 31, 2007 beginning at 1:57 a.m., and to show in many instances similarities to plaintiffs' www.cloggeddrainfield.com website. Exhibits 1 to 5 and Exhibit 11 contain pages from the Websites, also typically in the order specified in paragraphs 1 and 2 above.

 4. Attached as Exhibit 1 is a true and correct copy of the Websites' respective "Home" pages.

 5. Attached as Exhibit 2 is a true and correct copy of the Websites' respective product information pages generally referred to by plaintiffs as "Product Info" and by defendants as "About NT-MAX."

 6. Attached as Exhibit 3 is a true and correct copy of the Websites' respective "Treatment Guide" pages. There are two sets of plaintiffs' Treatment Guide pages: one compared against defendants' www.newtechbio.com website as printed from the internet on August 31, 2007, beginning on or about 1:57 a.m.; the second compared generally against

defendants' websites www.cloggeddrainfield.com and www.newtechbio.com printed from the internet on September 10, 2007.

7. Attached as Exhibit 4 is a true and correct copy of the Websites' respective Frequently Asked Questions or FAQs pages.

8. Attached as Exhibit 5 is a true and correct copy of the Websites' respective Order or Purchase pages.

9. Attached as Exhibit 6 is a true and correct copy of the Websites' respective before and after pictures of spectic tanks, one of which is an illustration prepared at counsel's request.

10. Attached as Exhibit 7 is a true and correct copy of the Websites' respective product boxes printed from the internet in a side-by-side comparison, prepared at counsel's request.

11. Attached as Exhibit 8 is an illustration of the similarities between plaintiffs' and defendants' buckets, prepared at counsel's request.

12. Attached as Exhibit 9 is an illustration of the similarities between plaintiffs' and defendants' four-bubble design, prepared at counsel's request.

13. Attached as Exhibit 10 is a true and correct copy of Louis Flanigan's affidavit.

14. Attached as Exhibit 11 is a true and correct copy of the respective Websites' charts comparing the competition.

15. Attached as Exhibit 12 is a true and correct copy of plaintiffs' DMCA notices.

16. Attached as Exhibit 13 is a true and correct copy of a letter from the counsel for Add2Net, Inc. doing business as Lunarpages to defendants' counsel that is included in defendants' Memorandum as Exhibit P.

17. Attached as Exhibit 14 are true and correct copies of correspondence between plaintiffs' counsel and defendants' counsel: one dated August 27, 2007 and the other dated September 5, 2007.

18. Attached as Exhibit 15 are true and correct copies of an email from Lunarpages to plaintiffs' counsel dated August 22, 2007, and email from defendant Bradley Skierkowski with attached letter purportedly from Bradley Skierkowski to Ben Butler of Godaddy.com.

19. Attached as Exhibit 16 is a true and correct copy of what purports to be defendants' domain registration and the server that purportedly connects to HostingPanama, apparently defendants' present hosting company, and a web page from that hosting company.

20. The following is a comparison of the "Home" pages corresponding to Exhibit 1 above.

## "Home" Pages

| From Plaintiffs' "Home" Page | Copied By Defendants' on their "Home" Page (and on other pages cited below) |
|---|---|
| "Eliminate Pump-Outs" | "Eliminate Pump-Outs" (appears on many pages – see Exhibits 1 to 5, generally) |
| "Completely Restore Clogged Drainfields" | "Completely Restores ... Clogged Drainfield" ("Restore Clogged ... Drainfield" appears on many pages – see Exhibits 1 to 5, generally) |
| "Industrial Strength Bacterial /Enzyme [sic] Treatment" | "Industrial Strength ... Bacterial ... Enzyme ... Treatment" |
| See "Product Info" page, Exhibit 2 | "Digests 100lbs [sic] per Day" |
| "Pennies per day, save tens of thousands of dollars in costly repairs and replacement bills" | "Pennies Per Day"<br><br>"save tens of thousands of dollars in repair or replacement costs" (also on "About NT-MAX" page, Exhibit 2)<br>" ... save ... tens of thousands of |

|  | dollars in costly repairs or replacement" (on "FAQ's" page in pop-up window response to the question on Defendants' "How Do I Know If My Septic System is Failing?" Exhibit 4) |
|---|---|
| "We guarantee that our products are the strongest on the market and are backed by over 56 years of research and development. Click here to order." | "With over 70 years of research and development behind us, We [sic] Guarantee [sic] that our products are the most powerful … on the market. Click here to order." (In copying Plaintiffs' wording, Defendants copied the capitalized "W" in "We.") |
| "Sewage-digesting, … bacteria & enzymes are 100% guaranteed to safely eliminate grease, paper and solid waste. Helps eliminate bad bacteria … and odor." | "… sewage-digesting bacteria & enzymes are 100% guaranteed to safely eliminate grease, paper and solid waste. Helps eliminate … bad bacteria and odor." (This is arranged in a similar position on Defendants' "Home" page as on Plaintiffs' "Home" page.) |

21. The following is a comparison of the Product Information pages corresponding to Exhibit 2 above.

## Product Information Pages

| From Plaintiffs' "Product Info" Page (unless otherwise noted) | Copied By Defendants On Their "About NT-MAX" Page (unless otherwise noted) |
|---|---|
| "Completely Restore Clogged Drainfields" (on "Home" Page)  "Eliminate Pump-Outs" (on "Home" Page) | "Restore Clogged … Drainfield"  "Eliminate Pump-Outs" |
| "Pennies per day, save tens of thousands of dollars in costly repairs and replacement" (on "Home" Page) | "Pennies Per Day can Save you Tens of Thousands in Costly Repairs" [sic] |
| "4.5 billion bacteria … double every | "900 Billion [sic] bacteria … |

| | |
|---|---|
| twenty minutes …" | doubling … every 20 minutes …" |
| "Can save you tens of thousands of dollars in costly repairs and replacement bills." | See below. |
| "B.O.S.S [sic] digests up to 100 pounds of sludge/ scum within a 24 hour period." (at top of the page)<br><br>"B.O.S.S [sic] digests up to 100 lbs … within a 24 hour period" (lower on the page) | "Digests up to 100 lbs. of compacted sewage within a 24 hour period" (at top of the page)<br><br>"NT-MAX bacterial enzymes digests [sic] up to 100 pounds … in a 24-hour period." (lower on the page) |
| "B.O.S.S [sic] treatment comes in pre-measured bags containing … oxygen … and … non-oxygen bacteria … flush … one bag down your commode once a month." | "NT-MAX … treatment comes in pre-measured … bags containing oxygen, and non-oxygen surviving bacterial blends … flush one bag down your toilet once a month." |
| "Through it's [sic] superior enzymatic activity against specific substrates such as … grease … protein … paper … and … starch …, B.O.S.S [sic] digests and dissolves organic matter …" | "Our superior enzymes … digest septic system contents such as … proteins … grease … starches … ; and papers. NT-MAX digests and dissolves ALL organic matter …" |
| "Most systems fail due to problems in the drainfield when the drain field lines and soil gets [sic] clogged with biomat …" | "Most systems fail in the drainfield where the field lines progressively clog …" |
| "B.O.S.S. can save you tens of thousands of dollars in costly repairs … It can cost from $10,000 to $70,000 to repair or replace your septic system." | "NT-MAX Septic Tank Treatment can save you tens of thousands of dollars in repair or replacement costs … Septic tank systems … can run $10,000 to $70,000 …"<br><br>Also on "Home" page:<br>"NT-MAX Septic Tank Treatment can save you tens of thousands of dollars in repair or replacement costs and can … run $5,000 to $70,000 …" |
| "B.O.S.S [sic] is highly effective in cesspools, … and lagoons and is approved for all septic system applications. Chemical products are dangerous … With B.O.S.S [sic] you | "NT-MAX is highly effective in cesspools, … and … lagoons … NT-MAX is approved for all septic system applications … Chemical products are hazardous … Our |

| | |
|---|---|
| receive an industrial strength treatment … at wholesale cost, saving you the 50% retail mark-up while providing you with the best possible septic treatment for your home." | wholesale pricing models save you more than 50% over typical retail pricing while providing you with the strongest possible bacterial septic treatment for your home." |

22. The following is a comparison of the Treatment Guide pages corresponding to Exhibit 3 above. There are two Treatment Guide comparisons below -- first against defendants' website www.newtechbio.com as printed from the internet on August 31, 2007 beginning after 1:57 a.m., and second against both defendants' www.cloggeddrainfield.com, and www.newtechbio.com as printed from the internet on September 10, 2007. These are only representative similarities. See attached webpages marked in red to show more extensive similarities.

This is the first comparison against defendants' website www.newtechbio.com as printed from the internet on August 31, 2007 beginning after 1:57 a.m.

## Treatment Guides

| From Plaintiffs' "Treatment Guide" Page | Copied By Defendants On Their "Treatment Guide" Page |
|---|---|
| Headings on the chart:<br>"Age of Septic System"<br>"Condition"<br>"What to Order"<br>"How to Apply" | Similar headings on the chart:<br>"Age of Septic System"<br>"Condition of System"<br>"Recommended Product"<br>"How to Use" |
| Condition:<br>"Normal"<br>"Problematic" | Condition of System:<br>"No Problems"<br>"Having Problems" |
| Under the heading "What to Order:" | Under the heading "Recommended |

| From Plaintiffs' "Treatment Guide" Page | Copied By Defendants On Their "Treatment Guide" Page |
|---|---|
| For "Normal" Condition for "New to 1 Year Old:"<br><br>"1.5 yr. or 3 yr. Supply of B.O.S.S [sic] OR 5 gal. of BIO-112"<br><br>For "Problematic" Condition for "New to 1 Year Old:"<br><br>"3 yr. Supply of B.O.S.S [sic] OR One 5 gal. of BIO 112" | Product:"<br><br>For "No Problems" for "New Systems:"<br><br>"1.5 yr. or 3 yr. supply of NT-MAX OR One 5 Gal. NT-MAX Liquid Treatment"<br><br>For "Having Problems" for "New Systems:"<br><br>"3 yr. Supply of NT-MAX OR One 5 Gal. NT-MAX Liquid Treatment" |
| Under the heading "How to Apply"<br>For "Normal" Condition for "New to 1 Year Old:"<br>"1 bag per month [or] 10 oz. per month"<br>For "Problematic" Condition for "New to 1 Year Old:"<br>"Follow directions for "Medium Shock" then maintain with one bag per month [or] Apply 20 oz. the first month then maintain with 10 oz. per month" | Under the heading "How to Use" For "No Problems" for "New Systems:"<br><br>"1 to 2 bags per month or 10 to 20 oz. ... per month"<br>For "Having Problems" for "New Systems:"<br>"Start with "Medium Shock" treatment then follow up with 1 bag per month or Apply 20 oz. ... the first month followed by 10 to 20 oz. per month maintenance" |
| Light Shock<br>Medium Shock<br>Heavy Shock<br><br>"Light Shock:<br>Week one: 1 to 2 bags flushed per toilet & ¼ bag down each drain in your home.<br>Week two: repeat directions for week one except for drains ...<br>Week four ... one bag flushed down the commode the furthest away from the septic system per month." | "light shock" [sic]<br>"Medium Shock"<br>"Heavy Shock"<br><br>"Light Shock<br>1st week:Flush [sic] 1 to 2 bags down each toilet and ... ½ bag down each drain in your home ...<br>2nd and 3rd week:Flush [sic] 1 to 2 bags down each toilet. Do not include drains this time.<br>4th week:Flush [sic] 1 to 2 bags down the toilet that is furthest away from your septic system, each month." |

| From Plaintiffs' "Treatment Guide" Page | Copied By Defendants On Their "Treatment Guide" Page |
|---|---|
| | |
| "Medium Shock:<br>… use 2-3 bags per toilet for the first, second and third weeks (week four … one bag per month)."<br><br>Also repeats from "Light Shock" above with minor variations. | "Medium Shock:<br>1st week:Flush [sic] 2 to 3 bags down each toilet and pour ½ bag down each drain in your home … "<br><br>2nd and 3rd week:Flush [sic] 2 to 3 bags down each toilet. Do not include drains this time.<br>4th week:Flush [sic] 1 … to 2 bags down each drain in your home … " |
| "Heavy shock:<br>… apply 3-5 bags per toilet for the first, second and third weeks. Week four … one bag per month."<br><br>Also repeats from "Light Shock" above with minor variations. | "Max Shock:<br>1st week:Flush [sic] 3 to 5 bags down each toilet and pour ½ bag down each drain in your home … "<br>2nd and 3rd week:Flush [sic] 3 to 5 bags down each toilet. Do not include drains this time.<br>4th week:Flush [sic] 1 to 2 bags down the toilet that is furthest away from your septic system, each month." |
| Under "Shock Treatment for BIO-112:"<br><br>"Pour 2 gal. Of [sic] BIO-112 down the drains in your home then apply 3 Gallons [sic] to your commode and flush."<br><br>"When using 2 of the 5 gallons of BIO-112 … : apply 2 gallons down your drains and 3 down the toilet furthest away from your septic system."<br>(also at bottom of page) | Under "MAX Shock" and "Liquid Shock:"<br><br>"For 5 gal. applications: Pour 2 gal. NT-MAX Liquid down the drains in your home and flush the remaining 3 gallons down your commode."<br><br>"For 2 or more 5 gal. applications of NT-MAX Liquid, pour 1 gal. … down your drains and … 4 gallons down your commode furthest from your septic tank …"<br><br>"… pour 5 gal. down the toilet |

| From Plaintiffs' "Treatment Guide" Page | Copied By Defendants On Their "Treatment Guide" Page |
|---|---|
| "For any additional 5 gallon containers, wait one week between treatments to apply product." | furthest from your septic system … Any additional 5 gal. treatments should be applied once every 10 days … down the commode furthest from your septic system." |
| "BIO-112 may be directly added to cesspool, clean-out, septic tank or drainfield …" | "NT-MAX Liquid can be directly added to your septic tank, drainfield, cesspool or or [sic] clean-out …" |

This is the second comparison against both defendants' www.cloggeddrainfield.com and www.newtechbio.com as printed from the internet on September 10, 2007. These are only representative similarities. See attached webpages marked in red to show more extensive similarities.

| From Plaintiffs' "Treatment Guide" Page | Copied By Defendants On Their "Treatment Guide" Page |
|---|---|
| Condition:<br>"Normal"<br>"Problematic" | Condition of System:<br>"Trouble Free System"<br>"Showing Signs of Trouble" |
| Under the heading "What to Order:"<br><br>For "Normal" Condition for "New to 1 Year Old:"<br><br>"1.5 yr. or 3 yr. Supply of B.O.S.S [sic] OR 5 gal. of BIO-112"<br><br>For "Problematic" Condition for "New to 1 Year Old:" | Under the heading "Suggested Treatment:"<br><br>For "Trouble Free System" for "Newer Systems Up to 2 years old:"<br><br>"2 yr. or 3.5 yr. supply of NT-MAX OR One 5 Gal. NT-MAX Liquid Treatment"<br><br>For "Showing Signs of Trouble" for "Newer Systems Up to 2 years old:" |

| From Plaintiffs' "Treatment Guide" Page | Copied By Defendants On Their "Treatment Guide" Page |
|---|---|
| "3 yr. Supply of B.O.S.S [sic] OR One 5 gal. of BIO 112" | "… 3.5 yr. supply of NT-MAX AND One 5 Gal. NT-MAX Liquid Treatment" |
| Under the heading "How to Apply" For "Normal" Condition for "New to 1 Year Old:"<br><br>"1 bag per month [or] 10 oz. per month"<br><br>For "Problematic" Condition for "New to 1 Year Old:"<br><br>"Follow directions for "Medium Shock" then maintain with one bag per month [or] Apply 20 oz. the first month then maintain with 10 oz. per month" | Under the heading "Treatment Instructions" For "Newer Systems Up to 2 years:"<br><br>"1 bag per month OR 10 oz. per month"<br><br>For "Showing Signs of Trouble" for "Newer Systems Up to 2 years:"<br><br>"Start with "Regular shock" treatment then follow up with 1 bag … per month OR Apply 25 oz. … the first month followed by 15 … oz. per month maintenance" |
| Under "Usage and Shock Treatment:"<br><br>Light Shock<br>Medium Shock<br>Heavy Shock<br><br>"Light Shock:<br>Week one: 1 to 2 bags flushed per toilet & ¼ bag down each drain in your home.<br><br>"Heavy Shock:<br>"… apply 3-5 bags per toilet …" | Under "Powder Shock Treatments:"<br><br>Regular Shock<br>Super Shock<br><br>"Regular Shock:<br>Begin by flushing 1 to 2 … bags down each toilet … and pour ¼ bag down each drain … "<br><br>"Super Shock:<br>begin [sic] by flushing 3 to 5 … bags down each toilet in your home and pour ¼ bag down each drain …" |
| Under "Shock Treatment for BIO-112:"<br><br>"Pour 2 gal. Of [sic] BIO-112 down the | Under "Max Liquid Shock Treatment:"<br><br>"Pour 2 gal. NT-MAX Liquid down |

| From Plaintiffs' "Treatment Guide" Page | Copied By Defendants On Their "Treatment Guide" Page |
|---|---|
| drains in your home then apply 3 Gallons [sic] to your commode and flush." | the drains in your home and flush the remaining 3 gallons down your toilets." |
| "When using 2 of the 5 gallons of BIO-112 ... : apply 2 gallons down your drains and 3 down the toilet furthest away from your septic system." (also at bottom of page) | "For 2 or more 5 gal. applications of NT-MAX Liquid, pour 2 gal. directly down your drains and flush the remaining 3 gallons down your commode furthest from your septic tank ..." |
| "One week later pour 5 gallons of BIO-112 down [sic] toilet furthest from your system. For any additional 5 gallon containers, wait one week between treatments to apply product." | "After 7 days ... pour 5 gal. down the toilet furthest from your septic system ... Any additional 5 gal. treatments should be applied once per week." |
| "BIO-112 may be directly added to cesspool, clean-out, septic tank or drainfield ..." | " ... NT-MAX Liquid can be directly added to your septic tank, drainfield, cesspool or clean-out ... " |

23.     The following is a comparison of the Frequently Asked Questions (FAQs) pages corresponding to Exhibit 4 above.

## Frequently Asked Questions (FAQs) Pages

| Plaintiffs' "FAQs" | Defendants' "FAQs"[1] |
|---|---|
| -- 1. What is Bio-Safe One Septic Solution (BOSS)? | -- 1. What is NT-MAX Clogged Septic and Drainfield Formula? |
| -- 2. How does Bio-Safe One Septic Solution work? | -- 2. How Does NT-Max Work? |

---

[1] The pop-up answers on the "FAQs" page for www.cloggeddrainfield.com were not available at the time of this comparison since the website was taken down by the hosting company.

| Plaintiffs' "FAQs" | Defendants' "FAQs"[1] |
|---|---|
| -- 3. How do I know if Bio-Safe One Septic Solution works?<br><br>-- 5. Is Bio-Safe One Septic Solution safe?<br><br>-- 7. How do I know if my system is not working properly? | -- 8. How Will I Know It's Working?<br><br>-- 2. Is NT-Max Clogged Septic formula Safe [sic] ... ?<br><br>-- 10. How Do I Know If My Septic System is Failing? |
| Answer to question #1:<br>"Backed by over fifty three years of research and development, B.O.S.S. is a ... treatment which cleans, eliminates odors and maintains septic systems."<br><br>"B.O.S.S [sic] is a ... fortified multiple spore blend of highly specific bacteria ... designed to provide continuous digestion and liquefaction of organic wastes ..." | Answer to question #1:<br>"With over 70 years of research and development, NT-MAX is an environmentally safe ... treatment which cleans ... eliminates odors and restores full septic system function."<br><br>"NT-MAX is a super concentrated bacterial blend specifically designed to provide maximum digestion and liquefaction of organic wastes ..." |
| Answer to question #2:<br>"Spore colonies in B.O.S.S. double every 20 minutes and replenish bacteria ... that have been destroyed by everyday use of soaps and chemicals ... B.O.S.S. digests ... organic matter ..." | Answer to question #4:<br>"Once NT-MAX enters your septic system, ... cultures go to work ... digesting all organic matter ... Our ... strains double ... every 20 minutes to rejuvenate ... bacterial counts ... that has [sic] been killed off [sic] everyday use of ... soaps ... and ... chemicals." |
| Answer to question #4:<br>"B.O.S.S. cleans and clears clogs throughout your entire system and eliminates the need for frequent pump-outs. By digesting up to 100 pounds of sludge ... in only a 24-hour period ... " | Answer to question #3:<br>"NT-MAX digests ... sludge ... throughout your entire system and eliminates the need for ... frequent pump-outs. NT-MAX ... digests up to 100 pounds of ... sludge per day ..." |
| Answer to question #5:<br>"The ... cultures ... are laboratory tested and guaranteed 100% ... non-hazardous ... " | Answer to question #2:<br>"NT-Max ... cultures are laboratory tested and guaranteed 100% non-hazardous." |

| Plaintiffs' "FAQs" | Defendants' "FAQs"[1] |
|---|---|
| Answer to question #6:<br>"B.O.S.S [sic] improves drainage and makes the ... system run smoother. B.O.S.S [sic] reverses years of organic build up ... in the drain field. Most importantly, it prevents you from ever having to have your drain field unclogged ... [I]t would be extremely costly to repair ..." | Answer to question #6:<br>"NT-MAX maximizes drainage and the results are a smoother running ... system. It reverses years of ... organic build up in the drain field and most importantly, it prevents you from ever having to have your drain field unclogged ... Drainfield replacement can be extremely costly ..." |
| Answer to question #8:<br>"B.O.S.S. will reduce the need for frequent pump-outs ... Depending on your family's habits, tanks should be pumped for un-dissolved solids that cannot be broken down such as plastics and metals." | Answer to #11:<br>"NT-MAX will reduce ... the need for frequent pump-outs ... Depending on your family habits, tanks should be pumped for un-dissolved solids that cannot be broken down such as plastics and metals ..." |

24.   The following is a comparison of the Purchase / Order pages corresponding to Exhibit 5 above.

## Purchase / Order Pages[2]

| Plaintiffs' "Purchase" Page | Defendants' "Order Now" Page |
|---|---|
| "Keep Your Entire Septic System Sparkling Clean, Clear and Free of Contamination! It's Easy! Just Flush the Contents of One Convenient Packet Down Your Toilet Once a Month!" | "Keep Your Entire Septic System ... Free of ... Contamination! It's ... Easy! Simply Flush the Contents of One Convenient Packet Down Your Toilet Once a Month!" |
| "B.O.S.S [sic] 1.5 Year Supply ... | "NT-MAX Bio Packs 2 Year Supply |

---

[2] The "Order" page for www.cloggeddrainfield.com was not available at the time of this comparison since the website was taken down by the hosting company.

| Plaintiffs' "Purchase" Page | Defendants' "Order Now" Page |
|---|---|
| FREE 4 MONTHS SUPPLY … (That Extends Your Supply to 22 months)! Only $139.00" | Plus 4 FREE Months Supply = 28 Months Supply. Price: $135.00" |
| "B.O.S.S [sic] 3 Year Supply … FREE 6 MONTHS SUPPLY … (That Extends Your Supply to 42 months)! Only $199.00" | "NT-MAX Bio Packs 3.5 Year Supply Plus 6 FREE Months Supply = 48 Months Supply. Price: $189.00" |
| "THE BIO-112 HEAVY SLUDGE DIGESTER IS FORMULATED FOR THE TREATMENT OF RESIDENTIAL, HOTEL AND COMMERCIAL SEPTIC SYSTEMS … ONLY $379.00" | "NT-MAX Liquid Septic Waste Digester is Specifically Designed for the Complete Treatment of Residential, Hotel, … and Commercial Septic Treatment Stations." "Price: $369.00" |

Dated: September 25, 2007
     New York, New York

_____
Odette J. Wilkens, Esq.