# EXHIBIT 1

Case 1:07-cv-06764-DC Document 23 Filed 09/22/2009 Page 2 of 25



# BIO-SAFE ONE

| Home | Product Info | Comparisons | FAQs | Testimonials | Purchase | About Us | Contact Us |

**Patented Maintenance Treatment for Septic Tanks, Cesspools, Sewers, Grease Traps, Drywells Holding Tanks or Lagoons...**

# Eliminate Pump-Outs, Completely Restore Clogged Drainfields and Keep Your Entire Septic System Sparkling Clean, Clear and Free of Contamination!

*Our proven bacterial formula was used to treat the Exxon Valdez Oil Spill in 1989. We guarantee that our products are the strongest on the market and are backed by over 56 years of research and development. Click here to order.*

**Photographs of a Septic Tank**




**Before B.O.S.S**   **After B.O.S.S**

When B.O.S.S is added to sludge/scum buildup as shown in the photographs, the sludge/scum buildup is eliminated, as shown in right photograph. Notice the reflection of the photographer on the right over what is now clear water.

Millions of times stronger than Rid-X!

## Bio-Safe One Septic Solution! (B.O.S.S)

Industrial Strength Patented Bacterial /Enzyme Maintenance Treatments

- **Bio-friendly, safe, money-saving way to clean your septic system**
- **For pennies per day, save tens of thousands of dollars in costly repairs and replacement bills**
- **Strong enough to eliminate pump-outs, backups, odors and restore drainage to clogged drainfields**
- **Can save you from**

## Stop paying retail price for weaker less effective additives or products!

**ORDER NOW ONLINE**

WE HAVE THE SOLUTION!
**BIO-SAFE ONE SEPTIC SOLUTION! (B.O.S.S)!**
Take charge of your septic system by maintaining it! You need to maintain your system! If you fail to maintain your septic system, it can cause irreparable damage to your property and put your life at risk.

Sewage-digesting, lab-cultivated patented bacteria & enzymes are 100% guaranteed to safely eliminate grease, paper and solid waste. Helps eliminate bad.

BioSafeOne Septic Tank Cleaner - Keep Your Septic System Sparkling Clean. Clear and ... Page 2 of 2

Case 1:07-cv-06784-DC Document 25 Filed 09/29/2009 Page 3 of 25

**Helps restore drainage to clogged drainfields!**

**having to replace your drainfield!**

<u>bacteria</u> that cause disease <u>and odor</u>.

Free Unlimited Technical Support.
Call Toll Free: 1 (866) 424-6663

## Need Help? Don't Know What to Order? Click Here!

We at Bio-Safe One have been in the forefront of research and development of preventative maintenance for septic systems for over 56 years and have developed the most technologically advanced treatment to combat your septic needs. To find out more about our company click here.

## CLICK HERE TO ORDER BIO-SAFE ONE ONLINE TODAY

WE ACCEPT     CHECK BY PHONE OR ONLINE CHECK

GOT A QUESTION OR COMMENT
call 1-866-424-6663



Home | Product Details | Competitive Comparison | Treatment Guide | About BOSS & FAQs
Testimonials | Resources | Purchase Product | Contact Us
© 2003, Bio-Safe One, All rights reserved. Purchase Policy

## <u>WWW.NEWTECHBIO.COM</u> WEBSITE

## PRINTED FROM THE INTERNET ON 8/31/07
## BEGINNING AT ABOUT 1:57 A.M.

**NewTechBio**   Total M...

August 31, 2007 2:11:04 AM EDT.

Order Now    Shopping Cart I Order Tracking

- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- All Products


green earth

- Environmentally Safe
- Natural Septic Treatment
- Prevent Costly Repairs
- Eliminate Pump-Outs
- Clean Clogged Drainfield
- Repair Clogged Septic
- Digests Raw Sewage
- Eliminate Septic Odors
- Digests 100lbs per Day
- Pennies Per Day
- Liquefies septic Solids
- Powerful SepticTreatment


Ambron [illegible]

thawte
100%
Secure

# NT-MAX Industrial Strength Septic Treatment Repairs Clogged Septic Systems and Completely Restores Your Clogged Drainfield

⊘ *Septic treatment with Billions of bacteria that double in numbers ever 30 minutes to absorb and digest Sludge, Grease, Paper and Solid Waste that clogs your septic and drainfield systems.*



**Before NT-MAX***


**After NT-MAX***

Our Industrial Strength Formula Contains Higher Bacterial and Enzyme Counts than Any other Septic Treatment on the Market!



**Commercial Grade Bacterial Enzyme septic treatment formulas were used to treat the Galapagos Island Oil Spill in 2001 and the Hurricane Katrina Spills of 2005. With over 70 years of research and development behind us, We Guarantee that our products are the most powerful septic treatments available on the market.**

Click here to order

**NT-MAX Septic Tank Treatment has the Power to Fully Restore Your Clogged Septic and Clogged Drainfield eating up to 100 lbs of Grime and Sewage Overnight! Millions of Times Stronger than Over The Counter Products and 100% Safe to Humans, Pets, Septic Systems, Septic Drainfields, Plumbing and the Environment.**

## See How NT-MAX Stacks Up Against The Competition!

### Why septic tank and drainfield systems clog

Untreated or poorly maintained septic systems can develop severe Bio-Mat (undigested raw sewage) and grime buildup throughout the entire system including the tank, lines and drainfield. This accumulated sludge builds up gradually causing system performance to degrades steadily and eventually fail. Systems that have not been properly treated or have had a decrease in bacterial populations due to everyday cleaners and other common household chemicals, have a difficult time digesting and degrading the raw septic sewage that enters the tank. Most systems see


FREE ✓ FedEx Ground

**Click Here to Order NOW!**

**STOP SEPTIC ODORS!**


Septic Treatment with 900 Billion sewage-digesting bacteria & enzymes are 100% guaranteed to safely eliminate grease, paper and solid waste. Helps eliminate the causes of clogged septic and drainfields, bad bacteria and odor.

problems in the drainfield where the field lines progressively clog to a point where degradation and digestion is inhibited. The lines have small perforations that allow liquids to pass into the surrounding gravel bed to further digest and degrade. In trouble systems, the soil surrounding the inner pipes becomes extremely compacted with undigested sewage and the liquids have no where to go, leading to backups, wet spots and odors. As clogging progresses, waste sewage has no where to go and travels out into your yard, home or nearby area causing serious problems. Toilets that flush slowly, raw sewage smell and wet areas are potentially a sign of imminent backups. A clogged drainfield can either be replaced (can cost upwards of five to thirty thousand dollars), or bombarded with potent sewage eating bacteria that will digest the sludge, re-establish healthy bacterial counts and get the septic system flowing again. Naturally occurring bacterial strains found throughout your septic system are killed off by the use of many household chemicals such as bleach, paint, anti-bacterial soaps and other bacteria killing chemical products that enter your tank via drainlines. NT-MAX Septic Tank Treatment bombards your system with over 900 billion bacteria per gallon, reestablishes much needed bacterial colonies to quickly digest hundreds of pounds of waste per day!

Using NT-MAX Septic Tank Treatment on a regular basis assures that sludge and bio-mat buildup does not occur. The bacterial enzymes introduced into your system by NT-MAX Septic Tank Treatment are extremely aggressive at digesting waste, are of the highest quality and purity and are guaranteed to be non-disease causing and non-hazardous. Our bacterial strains are of the most potent and densely populated counts available (see comparison chart here), containing aerobic and anaerobic cultures to attack and digest even the most compacted soils. To date, our success rate is second to none and our products are guaranteed to eliminate all organic matter, bio-mat, sludge and other degradable compound blocking your system or lines. With 70 years of experience behind us, NT-MAX products continue to be a dominant leader in bio-remediation and septic system remediation.

NT-MAX Septic Tank Treatment can save you tens of thousands of dollars in repair or replacement costs and can have your system up and running in a matter of days. In many areas, septic tank and drainfield replacement can run $5,000 to $70,000 and in most cases is an unneeded burden on your finances. If your system is clogged, go with NT-MAX, the most powerful Septic Tank Treatment for Clogged Septic and Drainfield Systems

**Order by Phone: 1-800-509-0927  ⌐  100% Safe Shopping Guaranteed  ⌐  Order Septic Tank Treatment**

We Accept 

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio NT-MAX Septic Tank Treatment USA All Rights Reserved NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial septic treatments on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX septic treatment contains 900 billion bacteria per gallon and can completely restore your clogged septic and clogged drainfield to full functionality. *simulations reflect potential of NT-MAX septic tank treatment*Free shipping on item #680 and #708 only excluding Alaska, Puerto Rico, Hawaii and International orders. Other septic treatments may exclude shipping.

**WWW.CLOGGEDDRAINFIELD.COM   WEBSITE**

**PRINTED FROM THE INTERNET ON 8/26/07**

Septic Tank Treatment and Septic Tank Maintenance Treatment

Page 1 of 3

# NT-Max Bio • Septic Problems Eliminated !

Order Now | Shopping Cart | Order Tracking

FREE FedEx Ground

Sunday, August 26, 2007 1:26:20 PM.

- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- All Products

green earth



- Environmentally Safe
- Natural Septic Treatment
- Prevent Costly Repairs
- Eliminate Pump-Outs
- Clean Clogged Drainfield
- Repair Clogged Septic
- Digests Raw Sewage
- Eliminate Septic Odors
- Digests 100lbs per Day
- Pennies Per Day
- Liquefies septic Solids
- Powerful SepticTreatment

## NT-MAX Industrial Strength Septic Treatment Repairs Clogged Septic Systems and Completely Restores Your Clogged Drainfield

Septic treatment with Billions of bacteria that double in numbers over 30 minutes to absorb and digest Sludge, Grease, Paper and Solid Waste that clogs your septic and drainfield systems.

Our Industrial Strength Formula Contains Higher Bacterial and Enzyme Counts than Any other Septic Treatment on the Market!

Click Here to Order NOW!

STOP SEPTIC ODORS!

Septic Treatment with 900 Billion sewage-digesting bacteria & enzymes are 100% guaranteed to safely eliminate grease, paper and solid waste. Helps eliminate the causes of clogged septic and drainfields, bad bacteria and odor.

**Before NT-MAX\***     **After NT-MAX\***




Commercial Grade Bacterial Enzyme septic treatment formulas were used to treat the Galapagos Island Oil Spill in 2001 and the Hurricane Katrina Spills of 2005. With over 70 years of research and development behind us, We Guarantee that our products are the most powerful septic treatments available on the market.

Click here to order!

NT-MAX Septic Tank Treatment has the Power to Fully Restore Your Clogged Septic and Clogged Drainfield eating up to 100 lbs of Grime and Sewage Overnight! Millions of Times Stronger than Over The Counter Products and 100% Safe to Humans, Pets, Septic Systems, Septic Drainfields, Plumbing and the

http://www.cloggeddrainfield.com/

8/26/2007

Septic Tank Treatment and Septic Tank Maintenance Treatment

Environment.



**See How NT-MAX Stacks Up Against The Competition!**

**Why septic tank and drainfield systems clog**

Untreated or poorly maintained septic systems can develop severe Bio-Mat (undigested raw sewage) and grime buildup

http://www.cloggeddrainfield.com/

8/26/2007

## Septic Tank Treatment and Septic Tank Maintenance Treatment

throughout the entire system including the tank, lines and drainfield. As sludge builds up, system performance degrades steadily and eventually fails. Most systems fail in the drainfield where the field lines progressively clog to a point where degradation and digestion is inhibited. The lines have small perforations that allow effluent to pass into the surrounding gravel bed to further digest and degrade. In trouble systems, the soils surrounding the inner pipes becomes extremely compacted, not allowing effluent to pass and leading to backups and wet spots. As clogging progresses, waste sewage has no where to go and travels out into your yard, home or nearby area causing serious problems. Slow flushes, raw sewage smell and wet areas are potentially a sign of imminent backups. Systems that have not been properly treated or have had a decrease in bacterial populations due to everyday cleaners and other common household chemicals, have a difficult time digesting and degrading the raw septic sewage that enters the tank. A clogged drainfield can either be replaced (can cost upwards of five to thirty thousand dollars), or bombarded with potent sewage eating bacteria that will digest the sludge, re-establish healthy bacterial counts and get the septic system flowing again. Naturally occurring bacterial strains found throughout your septic system are killed off by the use of many household chemicals such as bleach, paint, anti-bacterial soaps and other bacteria killing chemical products that enter your tank via drainlines. NT-MAX Septic Tank Treatment bombards your system with over 900 billion bacteria per gallon, reestablishes much needed bacterial colonies to quickly digest hundreds of pounds of waste per day!

Using NT-MAX Septic Tank Treatment on a regular basis assures that buildup does not occur. The bacterial enzymes introduced into your system by NT-MAX Septic Tank Treatment are laboratory produced and tested to assure highest quality and purity and are guaranteed to be non-disease causing and non-hazardous. Our bacterial strains are of the most potent and densely populated counts available (see comparison chart here), containing aerobic and anaerobic cultures to attack and digest even the most compacted soils. To date, our success rate is second to none and our products are guaranteed to eliminate all organic matter, bio-mat, sludge and other degradable compound blocking your system or lines. With 70 years of experience behind us, NT-MAX products continue to be a dominant leader in bio-remediation and septic system remediation.

<u>NT-MAX Septic Tank Treatment can save you tens of thousands of dollars in repair or replacement costs and can have your system up and running in a matter of days. In many areas, septic tank and drainfield replacement can run $5,000 to $70,000</u> and in most cases is an unneeded burden on your finances. If your system is clogged, go with NT-MAX, the most powerful Septic Tank Treatment for Clogged Septic and Drainfield Systems

**Order by Phone: 1-800-509-0927  |  100% Safe Shopping Guaranteed  |  Order Septic Tank Treatment**

We Accept

CHANGED FROM NEW TECH BIO

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NT-MAX Bio NT-MAX Septic Tank Treatment USA All Rights Reserved NT-MAX Bio USA provides the most powerful clogged septic cleaning enzyme and bacterial septic treatments on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX septic treatment contains 900 billion bacteria per gallon and can completely restore your clogged septic and clogged drainfield to full functionality. *simulations reflect potential of NT-MAX septic tank treatment *Free shipping on item #680 and #708 only excluding Alaska, Puerto Rico, Hawaii and International orders. Other septic treatments may exclude shipping.

<u>**WWW.NEWTECHBIO.COM**</u> **WEBSITE**

**PRINTED FROM THE INTERNET ON 9/10/07**

# NewTechBio

September 10, 2007 11:25:21 PM EDT.

Order Now     Shopping Cart I Order Tracking

- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- All Products

## NT-MAX Industrial Strength Septic Treatment Repairs Clogged Septic Systems and <u>Completely Restores</u> Your Clogged Drainfield

⊘*Septic treatment with Billions of bacteria that double in numbers ever 30 minutes to absorb and digest Sludge, Grease, Paper and Solid Waste that clogs your septic and drainfield systems.*



**FREE** FedEx. Ground

**Click Here to Order NOW!**

green earth.

- ⊘ Environmentally Safe
- ⊘ Natural Septic Treatment
- ⊘ Prevent Costly Repairs
- ⊘ Eliminate Pump-Outs
- ⊘ Clean Clogged Drainfield
- ⊘ Repair Clogged Septic
- ⊘ Digests Raw Sewage
- ⊘ Eliminate Septic Odors
- ⊘ Digests 100lbs per Day
- ⊘ Pennies Per Day
- ⊘ Liquefies septic Solids
- ⊘ Powerful SepticTreatment





**Before NT-MAX\***          **After NT-MAX\***

Our <u>Industrial Strength</u> Formula Contains Higher <u>Bacterial</u> and <u>Enzyme</u> Counts than Any other Septic <u>Treatment</u> on the Market!

**STOP SEPTIC ODORS!**

Septic Treatment with 900 Billion sewage-digesting bacteria & enzymes are 100% guaranteed to safely eliminate grease, paper and solid waste. Helps eliminate the causes of clogged septic and drainfields, bad bacteria and odor.

**Commercial Grade Bacterial Enzyme septic treatment formulas were used to treat the Galapagos Island Oil Spill in 2001 and the Hurricane Katrina Spills of 2005. With over 70 years of research and development behind us, We Guarantee that our products are the most powerful septic treatments available on the market.**

<u>Click here to order</u>

**NT-MAX <u>Septic Tank Treatment has the Power to Fully Restore Your Clogged Septic and Clogged Drainfield eating up to 100 lbs of Grime and Sewage Overnight! Millions of Times Stronger than Over The Counter Products and 100% Safe to Humans, Pets, Septic Systems, Septic Drainfields, Plumbing and the Environment.</u>**



## <u>See How NT-MAX Stacks Up Against The Competition!</u>

### Why septic tank and drainfield systems clog

Untreated or poorly maintained septic systems can develop severe Bio-Mat (undigested raw sewage) and grime buildup throughout the entire system including the tank, lines and drainfield. This accumulated sludge builds up gradually causing system performance to degrade steadily and eventually results in system failure. Systems that have not been properly treated, or have had a decrease in bacterial populations due to everyday cleaners and other common

household chemicals, have a difficult time digesting and degrading the raw septic sewage that enters the tank. Most systems see problems in the drainfield where the field lines progressively clog to a point where degradation and digestion is inhibited. The lines have small perforations that allow liquids to pass into the surrounding gravel bed to further digest and degrade. In trouble systems, the soil surrounding the inner pipes becomes extremely compacted with undigested sewage and the liquids have no where to go, leading to backups, wet spots and odors. As clogging progresses, waste sewage has no where to go and travels out into your yard, home or nearby area causing serious problems. Toilets that flush slowly, raw sewage smell and wet areas are potentially a sign of imminent backups. A clogged drainfield can either be replaced (can cost upwards of five to thirty thousand dollars), or bombarded with potent sewage eating bacteria that will digest the sludge, re-establish healthy bacterial counts and get the septic system flowing again. Naturally occurring bacterial strains found throughout your septic system are killed off by the use of many household chemicals such as bleach, paint , anti-bacterial soaps and other bacteria killing chemical products that enter your tank via drainlines. NT-MAX Septic Tank Treatment bombards your system with over 900 billion bacteria per gallon, reestablishes much needed bacterial colonies to quickly digest waste and unclog your system.

Using NT-MAX Septic Tank Treatment on a regular basis assures that sludge and bio-mat buildup does not occur. The bacterial enzymes introduced into your system by NT-MAX Septic Tank Treatment are extremely aggressive at digesting waste, are of the highest quality and purity and are guaranteed to be non-disease causing and non-hazardous. Our bacterial strains are of the most potent and densely populated counts available (see comparison chart here), containing aerobic and anaerobic cultures to attack and digest even the most compacted soils. To date, our success rate is second to none and our products are guaranteed to eliminate all organic matter, bio-mat, sludge and other degradable compounds blocking your system or lines. With 70 years of experience behind us, NT-MAX products continue to be a dominant leader in bio-remediation and septic system restoration.



NT-MAX Septic Tank Treatment can save you tens of thousands of dollars in repair or replacement costs and can have your system up and running in a matter of days. In many areas, septic tank and drainfield replacement can run $5,000 to $70,000 and in most cases is an unneeded burden on your finances. If your system is clogged, go with NT-MAX, the most powerful Septic Tank Treatment for Clogged Septic and Drainfield Systems

**Order by Phone: 1-800-509-0927  l  100% Safe Shopping Guaranteed  l  Order Septic Tank Treatment**

We Accept

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio NT-MAX Septic Tank Treatment USA All Rights Reserved NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial septic treatments on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX septic treatment contains 900 billion bacteria per gallon and can completely restore your clogged septic and clogged drainfield to full functionality. *simulations reflect potential of NT-MAX septic tank treatment*Free shipping on item #680 and #708 only excluding Alaska, Puerto Rico, Hawaii and International orders. Other septic treatments may exclude shipping.

# EXHIBIT 2

## WWW.BIOSAFEONE.COM WEBSITE

## PRINTED FROM THE INTERNET ON 8/29/07
## AND ON 8/31/07

Case 1:07-cv-06764-DC     Document 23     Filed 09/27/2007     Page 16 of 25



# BIO-SAFE ⃝NE

| Home | Product Info | Comparisons | FAQs | Testimonials | Purchase | About Us | Contact Us |

## Product Info



- Maintains and cleans commercial/residential systems: septic tanks, grease traps, sewers, drains, RV's, cesspools, drywells, lagoons, outhouses, holding tanks, aerobic/mound, lift station and any other type of system.
- Reduces and eliminates sludge, scum and grease in pipes, tank, cesspool, lateral lines and drainfield.
- Industrial strength:strong enough to eliminate pump-outs, reverse backups, clogging, odors and surface water.
- Out-performs all other "yeast" or "enzyme" based septic products.
- 4.5 billion bacteria per gram (millions times more than any other septic product), double every twenty minutes when they hit water/sewage.
- Highly advanced formula of aerobic and anaerobic bacterial spores, freeze dried on bran powder
- Lowers energy, repairs and pump bills. Can save you tens of thousands of dollars in replacement bills.
- Safe to humans, pets, plumbing and the environment.
- Long lasting, doses decrease over time.
- **B.O.S.S** digests up to 100 lbs. of sludge/ scum within a 24 hour period.
- **B.O.S.S** bacteria survive and thrive in extreme temperatures. Everyday use of soaps and cleaners will no diminish effectiveness.
- Similar product was used to clean America's largest clean-up, the Exxon Valdez Oil Spill, 1989.

Our product has three main advantages over our competitors: the highest bacteria counts, patented bacterial strains that are the fastest, most effective available. The bacteria in **B.O.S.S.** produce enzymes and continuousl digest sewage, keeping your entire system clear, clean and free of contamination.

**B.O.S.S** treatment comes in pre-measured bags containing aerobic (oxygen surviving) and anaerobic (non-

oxygen surviving) bacteria conveniently freeze dried or dried. We direct you to flush the contents of one bag down your commode once a month. B.O.S.S aerobic bacteria come to life when they touch water and digest the top layer of the cesspool or septic tank called the 'scum' layer (fats, soaps). The more difficult to cultivate anaerobic bacteria in B.O.S.S digest the lower heavier solid or 'sludge' layer (see diagram below of a septic system).



**Diagram of a septic system**

Sewage digesting bacteria in **B.O.S.S** double every 20 minutes and replenish bacteria in the tank that have been destroyed by everyday use of soaps and cleaners. Through it's superior enzymatic activity against specific substrates such as lipase (grease), protease (protein), cellulase (mold, vegetables and paper) and amylase (starch), **B.O.S.S** digests and dissolves organic matter, breaking down its molecular structure and recycles water, minerals and carbon dioxide back into the environment.

**B.O.S.S** digests up to 100 pounds of sludge and scum in a 24-hour period, With such a high digestion rate, **B.O.S.S** reduces the depth of sewage in the tank and increases the overall capacity of your tank. This process lowers the pressure in the septic tank which allows proper digestion to take place, making sure that sludge or scum does not flow into the drainfield where it clogs the drainfield pipes ands soil. **B.O.S.S** reduces strain on your whole system, and increases system longevity.

According to the EPA, trouble signs in your system are difficult to detect and if your system is not properly maintained, it will eventually fail. Most systems fail due to problems in the drainfield when the drain field lines and soil gets clogged with biomat (black tar-like sewage residue) and sewage. The sewage water has no place to go. Waste is then forced back into the tank, up through your pipes and into your home! When there is not enough bacteria in the tank, proper digestion can not take place. You need to add bacteria to your system to avoid sewage accumulation in your tank and field.

Additionally, sludge buildup results in loss of ¼" - ½" of space every 4 years along the walls of your pipes, limiting the amount and rate of sewage flowing through your system. Using B.O.S.S. on a monthly basis assures that buildup does not occur.

The bacterial cultures introduced by **B.O.S.S** are laboratory produced and tested. We guarantee t be non-disease causing and non-hazardous. The specific types and volume of bacterial strains developed by our laboratories, especially the anaerobic cultures necessary to combat difficult wastes such as grease and paper have been developed over 56 years, the most effective means c dissolving wastes available.

Case 1:07-cv-06764-DC    Document 23    Filed 09/27/2007    Page 18 of 25

**B.O.S.S.** can save you tens of thousands of dollars in costly repairs and prevent you from having replace your septic system  It can cost from $10,000 to $70,000 to repair or replace your septic system.

**B.O.S.S** is highly effective in cesspools, drywells, and lagoons and is approved for all septic syste applications. Chemical products are dangerous and cost more  With **B.O.S.S** you receive an industrial strength treatment that is safe for your family at wholesale cost, saving you the 50% retail mark-up while providing you with the best possible septic treatment for your home.

## CLICK HERE TO ORDER BIO-SAFE ONE ONLINE TODAY

WE ACCEPT     CHECK BY PHONE OR ONLINE CHECK    GOT A QUESTION OR COMMENT call 1-866-424-6663    

Home | Product Details | Competitive Comparison | Treatment Guide | About BOSS & FAQs
Testimonials | Resources | Purchase Product | Contact Us

© 2003, Bio-Safe One, All rights reserved. Purchase Policy

## WWW.NEWTECHBIO.COM WEBSITE

## PRINTED FROM THE INTERNET ON 8/31/07
## BEGINNING AT ABOUT 1:57 A.M.

# NewTechBio    Septic Problems Eliminated

August 31, 2007 2:12:17 AM EDT.

Shopping Cart I Order Tracking

Home
About NT-MAX
Treatment Guide
Compare
FAQ's
Testimonials
About Us
Contact Us
All Products

green earth

## NT-MAX is the Strongest Commercial Grade Clogged Septic and Clogged Drainfield Product Available on the Market Today!

**Our Powerful Bacterial Strains are the Fastest, Most Effective and Strongest. NT-MAX Continually Produces Enzymes that Aggressively Digest and Consume Sludge, Grease, Fats, Paper and all Other Organic Matter Clogging Your Septic System.**

**✓NT-MAX is Environmentally Safe - Will not harm Humans, Pet's or Plumbing
✓100% Natural Formula
✓Prevent Costly Repairs and Eliminate Pump-Outs
✓Clean Clogged Drainfield, clogged Septic, Pipes and Eliminate Odors
✓Digests up to 100 lbs. of compacted sewage within a 24 hour period
✓900 Billion Bacteria Thrive in extreme temperatures.
✓Highly resistant to soaps, paints, bleach and cleaners
✓Pennies Per Day can Save you Tens of Thousands in Costly Repairs
✓Commercial Grade NT-MAX Liquefies Bio-Mat and Solids**

Industrial Strength Septic Treatment. 100% Natural, Environmentally Safe, Strongest Product Available. Restore Clogged Septic and Drainfield Systems and Eliminate Pump-Outs.

**Click Here to Order NOW!**




FREE ✓ FedEx. Ground *

**Our superior products main advantages over our competitors:**
*Highest Bacterial Counts 900 Billion per Gallon
*Fastest, Most Effective Commercial Grade Bacteria
*NT-MAX Continually Digests Sewage Keeping Your System Squeaky Clean and Trouble Free

**NT-MAX powder treatment comes in pre-measured** biodegradable **bags containing oxygen, and non-oxygen surviving bacterial blends** which rapidly multiply upon entering your system. Simply **flush one bag down your toilet once a month** and the bacterial/enzymes quickly get to work digesting the buildup in your pipes, tank walls and leach lines. The sludge at the bottom of your tank, effluent, scum layer and compacted soils throughout your field are quickly broken down and digested into water and oxygen at a rate of up to 100lbs overnight. Pressure is relieved and odors are eliminated while powerful bacterial strains continually digest blockages and organic matter until your system is restored to optimum condition (see below).



*"Clogged Septic and Drainfield systems are bombarded with 900 Billion bacteria in NT-MAX - quickly reversing damage caused by years of sludge buildup and household chemicals while doubling in numbers every 20 minutes to continually digest all organic matter."*

900 Billion bacteria rapidly get to work at digesting and breaking down even the most compacted soils and sludge clogged pipes. NT-MAX bacterial enzymes digests up to 100 pounds of the sludge and Bio-Mat clogging your pipes, lines, field and tank in a 24-hour period. Our superior enzymes rapidly digest septic system contents such as (1) proteins; (2) Oils, fats and grease; (3) sugars, starches, and complex carbohydrate chains; (4) Soap and laundry detergents; (5) phenols; and (6) toilet or waste papers. NT-MAX digests and dissolves ALL organic matter, digesting and degrading compacted sewage and bio-mat into harmless air and minerals. Harsh chemicals simply free up some blockage material while flooding your system with deadly toxins. NT-MAX is 100% safe for the environment and will not harm people, pets, grass, pipes or livestock.

NT-MAX is hands down the most potent commercial grade bacterial remediation treatment available anywhere. NT-MAX remediation technologies are used throughout the globe from multi million dollar corporations to personal RV holding tanks. Our extremely aggressive bacterial strains are by far the strongest available products available. From the Galapagos Island Oil spill to the more recent Hurricane Katrina disaster, Bio-remediation technology is a key ingredient to clean and eco friendly wastewater treatment. Clogged systems generate an enormous amount of pressure due to gas buildup generated by the decay process. NT-MAX lowers pressure and frees up overall capacity in your system which allows normal flow and drainage to begin again. By eating and digesting the overflow and blockages, new solids are digested by the reestablished bacterial colonies and only septic effluent flows to your drainfield. NT-MAX digests blockages in the drainfield and lines, and reverts a clogged, weakened system back to brand new condition. Your system dries up, the smell goes away and only light maintenance may be required to assure future healthy bacterial counts. NT-MAX reduces the overall strain on your entire system from tank, to D-Box, to drainfield while adding maximum lifespan to your system. Ideally, septic systems operate successfully and are self sufficient, however, bleaches, cleaning products, washing powders, medicines, cold weather and high water flows are some of the reasons for tank and drainfield failure. In most cases, odors, blockages, backups, wet spots and noises in the drainfield occur and can be serious problems at worst or unhealthy nuisances at least.

Untreated or poorly maintained septic systems can develop severe Bio-Mat (undigested raw sewage) and grime buildup throughout the entire system including the tank, lines and drainfield. As sludge builds up, system performance degrades steadily and eventually fails. Most systems fail in the drainfield where the field lines progressively clog to a point where degradation and digestion is inhibited. The lines have small perforations that allow effluent to pass into the surrounding gravel bed to further digest and degrade. In trouble systems, the soils surrounding the inner pipes becomes extremely compacted, not allowing effluent to pass and leading to backups and wet spots. Many common household products severely diminish bacterial counts in the system leading to most all septic system problems. With NT-MAX, you do not have to change your lifestyle. NT-MAX is resistant to most household chemicals and will ensure that your system contains suitable bacteria counts for normal future function.

To date, our success rate is 100% and our products are guaranteed to eliminate sludge and alleviate your septic system blockages. Backed by over 70 years of research, NT-MAX products continue to be a world leader in bio-remediation and septic system sludge degradation. NT-MAX Septic Tank Treatment can save you tens of thousands of dollars in repair or replacement costs and can have your system up and running in a matter of days. Septic tank systems and drainfield replacement can run $10,000 to $70,000 and in most cases is an unneeded burden on your finances.

NT-MAX is highly effective in cesspools, tanks, drain and leach fields, drywells, RV's, farm animal waste lagoons, food processing plants and even compost heaps. NT-MAX is approved for all septic system applications and is completely harmless to the internal mechanics of your system. Chemical products are hazardous to people, neighbors, pets and the environment and their detrimental dislodging actions can further force solids deeper into your drainfield. Our wholesale pricing models save you more than 50% over typical retail pricing while providing you with the strongest possible bacterial septic treatment for your home.

## See How NT-MAX Stacks up to the Competition!

**Order by Phone: 1-800-509-0927  |  100% Safe Shopping Guaranteed**

We Accept    

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio USA All Rights Reserved

NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial septic treatments on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX contains 900 billion bacteria per gallon and can completely restore your clogged septic and drainfield to full functionality.
*simulations reflect potential capabilities of NT-MAX septic treatment*On item #680 and #708 only. Other items exclude shipping.

**WWW.CLOGGEDDRAINFIELD.COM    WEBSITE**

**PRINTED FROM THE INTERNET ON 8/26/07**



# NT-Max Bio

## Septic Problems Eliminated

Sunday, August 26, 2007 1:27:05 PM.

Shopping Cart | Order Tracking

Industrial Strength
Septic Treatment. 100%
Natural,
Environmentally Safe,
Strongest Product
Available. Restore
Clogged Septic and
Drainfield Systems and
Eliminate Pump-Outs.



- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- All Products

## NT-MAX is the Strongest Commercial Grade Clogged Septic and Clogged Drainfield Product Available on the Market Today!

**Our Powerful Bacterial Strains are the Fastest, Most Effective and Strongest. NT-MAX Continually Produces Enzymes that Aggressively Digest and Consume Sludge, Grease, Fats, Paper and all Other Organic Matter Clogging Your Septic System.**

- NT-MAX Is Environmentally Safe - Will not harm Humans, Pet's or Plumbing
- 100% Natural Formula
- Prevent Costly Repairs and Eliminate Pump-Outs
- Clean Clogged Drainfield, clogged Septic, Pipes and Eliminate Odors
- Digests up to 100 lbs. of compacted sewage within a 24 hour period
- 900 Billion Bacteria Thrive in extreme temperatures.
- Highly resistant to soaps, paints, bleach and cleaners
- Pennies Per Day can Save you Tens of Thousands in Costly Repairs.
- Commercial Grade NT-MAX Liquefies Bio-Mat and Solids



Click Here to
ORDER NOW!

* FREE FedEx. Ground *

Our superior products main advantages over our competitors;
*Highest Bacterial Counts 900 Billion per Gallon
*Fastest, Most Effective Commercial Grade Bacteria
*NT-MAX Continually Digests Sewage Keeping You System
 Squeaky Clean and Trouble Free



NT-MAX powder treatment comes in pre-measured biodegradable bags which rapidly multiply upon entering your system. Simply flush one bag down your toilet once a month and the bacterial/enzymes quickly get to work digesting the buildup in your pipes, tank walls and leach lines. The sludge at the bottom of your tank, effluent, scum layer and compacted soils throughout your field are quickly digested into water and oxygen. Pressure is relieved and odors are eliminated. Our

NT-MAX clogged septic treatment product information

bacterial strains continually digest blockages and organic matter until your system is restored to optimum condition (see below).

*"Clogged Septic and Drainfield systems are bombarded with 900 Billion bacteria in NT-MAX - quickly reversing damage caused by years of sludge buildup and household chemicals while doubling in numbers every 20 minutes."*



900 Billion bacteria rapidly get to work at digesting and breaking down even the most compacted soils and sludge clogged pipes. Our superior enzymes rapidly digest septic system contents such as (1) proteins; (2) Oils, fats and grease; (3) sugars, starches, and complex carbohydrate chains; (4) Soap and laundry detergents; (5) phenols; and (6) toilet or waste papers. NT-MAX digests and dissolves ALL organic matter, digesting and degrading compacted sewage and bio-mat into harmless air and minerals. Harsh chemicals simply free up some blockage material while flooding your system with deadly toxins. NT-MAX is 100% safe for the environment and will not harm people, pets, grass, pipes or livestock.

NT-MAX bacterial enzymes digests up to 100 pounds of the sludge and Bio-Mat clogging your pipes, lines, field and tank in a 24-hour period. NT-MAX is hands down the most potent commercial grade bacterial remediation treatment available anywhere. NT-MAX remediation technologies are used throughout the globe from multi million dollar corporations to RV holding tanks. Our extremely competitive bacterial strains are by far the strongest available products available. From the Galapagos Island Oil spill to the more recent Hurricane Katrina disaster, Bio-remediation technology is a key ingredient to clean and eco friendly wastewater treatment. NT-MAX digests blockages in the drainfield and lines, and reverts a clogged, weakened system back to brand new condition. Clogged systems generate an enormous amount of pressure due to gas buildup generated by the decay process. NT-MAX lowers pressure and frees up overall capacity in your system which allows normal flow and drainage to begin again. By eating and digesting the overflow and blockages, new solids are digested by the reestablished bacterial colonies and only septic effluent flows to your drainfield. Your system dries up, the smell goes away and only light maintenance may be required to assure future healthy bacterial counts. NT-MAX reduces the overall strain on your entire system from tank, to D-Box. to drainfield while adding maximum lifespan to your system.

Untreated or poorly maintained septic systems can develop severe Bio-Mat (undigested raw sewage) and grime buildup