throughout the entire system including the tank, lines and drainfield. As sludge builds up, system performance degrades steadily and eventually fails. Most systems fail in the drainfield where the field lines progressively clog to a point where degradation and digestion is inhibited. The lines have small perforations that allow effluent to pass into the surrounding gravel bed to further digest and degrade. In trouble systems, the soils surrounding the inner pipes becomes extremely compacted, not allowing effluent to pass and leading to backups and wet spots. Many common household products severely diminish bacterial counts in the system leading to most all septic system problems. With NT-MAX, you do not have to change your lifestyle. NT-MAX is resistant to most household chemicals and will ensure that your system contains suitable bacteria counts for normal function.

To date, our success rate is 100% and our products are guaranteed to eliminate sludge and alleviate your septic system blockages. Backed by over 70 years of research, NT-MAX products continue to be a world leader in bio-remediation and septic system sludge degradation. NT-MAX Septic Tank Treatment can save you tens of thousands of dollars in repair or replacement costs and can have your system up and running in a matter of days. Septic tank systems and drainfield replacement can run $10,000 to $70,000 and in most cases is an unneeded burden on your finances.

NT-MAX is highly effective in cesspools, tanks, drain and leach fields, drywells, RV's, farm animal waste lagoons, food processing plants and even compost heaps. NT-MAX is approved for all septic system applications and is completely harmless to the internal mechanics of your system. Chemical products are hazardous to people, neighbors, pets and the environment and their detrimental dislodging actions can further force solids deeper into your drainfield. With NT-MAX, you receive an industrial strength bioremediation treatment that is safe for your family and pets. Our wholesale pricing models save you more than 50% over typical retail pricing while providing you with the strongest possible bacterial septic treatment for your home.

**See How NT-MAX Stacks up to the Competition!**

**Order by Phone: 1-800-509-0927 | 100% Safe Shopping Guaranteed**

We Accept

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NT-MAX Bio USA All Rights Reserved

NT-MAX Bio USA provides the most powerful clogged septic cleaning enzyme and bacterial septic treatments on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX contains 900 billion bacteria per gallon and can completely restore your clogged septic and drainfield to full functionality.
*simulations reflect potential capabilities of NT-MAX septic treatment*On item #680 and #708 only. Other items exclude shipping.

CHANGED FROM "NEW TECH BIO"

**WWW.NEWTECHBIO.COM WEBSITE**

**PRINTED FROM THE INTERNET ON 9/10/07**

NewTechBio Septic Problems Eliminated

September 10, 2007 11:28:07 PM EDT.

Order Now Shopping Cart | Order Tracking

- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- All Products

green earth

# NT-MAX is the Strongest Commercial Grade Clogged Septic and Clogged Drainfield Product Available on the Market Today!

**Our Powerful Bacterial Strains are the Fastest, Most Effective and Strongest. NT-MAX Continually Produces Enzymes that Aggressively Digest and Consume Sludge, Grease, Fats, Paper and all Other Organic Matter Clogging Your Septic System.**

- NT-MAX is Environmentally Safe - Will not harm Humans, Pet's or Plumbing
- 100% Natural Formula
- Prevent Costly Repairs and Eliminate Pump-Outs
- Clean Clogged Drainfield, clogged Septic, Pipes and Eliminate Odors
- Digests up to 100 lbs. of compacted sewage within a 24 hour period
- 900 Billion Bacteria Thrive in extreme temperatures.
- Highly resistant to soaps, paints, bleach and cleaners
- Pennies Per Day can Save you Tens of Thousands in Costly Repairs
- Commercial Grade NT-MAX Liquefies Bio-Mat and Solids

Industrial Strength Septic Treatment. 100% Natural, Environmentally Safe, Strongest Product Available. Restore Clogged Septic and Drainfield Systems and Eliminate Pump-Outs.

Click Here to Order NOW!

FREE FedEx. Ground *

**Our superior products main advantages over our competitors:**

*Highest Bacterial Counts 900 Billion per Gallon
*Fastest, Most Effective Commercial Grade Bacteria
*NT-MAX Continually Digests Sewage Keeping Your System Squeaky Clean and Trouble Free

**NT-MAX powder treatment comes in pre-measured biodegradable bags ready to flush down your toilet once per month to assure healthy and aggressive bacterial colonies will be present in your overall system. These colonies quickly multiply upon entering your system as the bacterial/enzymes rapidly get to work digesting the buildup in your pipes, tank, d-box and leach lines. Solids within your system, blockages and compacted soils in your drainfield are digested and broken down into water and oxygen. Fatty acids are consumed and odors disappear! NT-MAX multiplies rapidly while aggressively digesting up to 100 lbs of organic matter in a 24 hour period. System performance is restored to original condition while powerful bacterial strains continually digest blockages and organic matter until your system is restored to optimum condition (see below).**

*"Clogged Septic and Drainfield systems are bombarded with 900 Billion bacteria in NT-MAX - quickly reversing damage caused by years of sludge buildup and household chemicals while doubling in numbers every 20 minutes to continually digest all organic matter."*

Dual Compartment Septic Tank

900 Billion bacteria rapidly get to work at digesting and breaking down even the most compacted soils and sludge clogged pipes. NT-MAX bacterial enzymes digests up to 100 pounds of the sludge and Bio-Mat clogging your pipes, lines, field and tank in a 24-hour period. Our superior enzymes rapidly digest septic system contents such as (1) proteins; (2) Oils, fats and grease; (3) sugars, starches, and complex carbohydrate chains; (4) Soap and laundry detergents; (5) phenols; and (6) toilet or waste papers. NT-MAX digests and dissolves ALL organic matter, digesting and degrading compacted sewage and bio-mat into harmless air and minerals. Harsh chemicals simply free up some blockage material while flooding your system with deadly toxins. NT-MAX is 100% safe for the environment and will not harm people, pets, grass, pipes or livestock.

NT-MAX is hands down the most potent commercial grade bacterial remediation treatment available anywhere. NT-MAX remediation technologies are used throughout the globe from multi million dollar corporations to personal RV holding tanks. Our extremely aggressive bacterial strains are by far the strongest available products available. From the Galapagos Island Oil spill to the more recent Hurricane Katrina disaster, Bio-remediation technology is a key ingredient to clean and eco friendly wastewater treatment. Clogged systems generate an enormous amount of pressure due to gas buildup generated by the decay process. NT-MAX lowers pressure and frees up overall capacity in your system which allows normal flow and drainage to begin again. By eating and digesting the overflow and blockages, new solids are digested by the reestablished bacterial colonies and only septic effluent flows to your drainfield. NT-MAX digests blockages in the drainfield and lines, and reverts a clogged, weakened system back to brand new condition. Your system dries up, the smell goes away and only light maintenance may be required to assure future healthy bacterial counts. NT-MAX reduces the overall strain on your entire system from tank, to D-Box, to drainfield while adding maximum lifespan to your system. Ideally, septic systems operate successfully and are self sufficient, however, bleaches, cleaning products, washing powders, medicines, cold weather and high water flows are some of the reasons for tank and drainfield failure. In most cases, odors, blockages, backups, wet spots and noises in the drainfield occur and can be serious problems at worst or unhealthy nuisances at least.

Untreated or poorly maintained septic systems can develop severe Bio-Mat (undigested raw sewage) and grime buildup throughout the entire system including the tank, lines and drainfield. As sludge builds up, system performance degrades steadily and eventually fails. Most systems fail in the drainfield where the field lines progressively clog to a point where degradation and digestion is inhibited. The lines have small perforations that allow effluent to pass into the surrounding gravel bed to further digest and degrade. In trouble systems, the soils surrounding the inner pipes becomes extremely compacted, not allowing effluent to pass and leading to backups and wet spots. Many common household products severely diminish bacterial counts in the system leading to most all septic system problems. With NT-MAX, you do not have to change your lifestyle. NT-MAX is resistant to most household chemicals and will ensure that your system contains suitable bacteria counts for normal future function.

To date, our success rate is 100% and our products are guaranteed to eliminate sludge and alleviate your septic system blockages. Backed by over 70 years of research, NT-MAX products continue to be a world leader in bio-remediation and septic system sludge degradation. NT-MAX Septic Tank Treatment can save you tens of thousands of dollars in repair or replacement costs and can have your system up and running in a matter of days. Septic tank systems and drainfield replacement can run $5,000 to $70,000 and in most cases is an unneeded burden on your finances.

NT-MAX is highly effective in cesspools, tanks, drain and leach fields, drywells, RV's, farm animal waste lagoons, food processing plants and even compost heaps. NT-MAX is approved for all septic system applications and is completely harmless to the internal mechanics of your system. Chemical products are hazardous to people, neighbors, pets and the environment and their detrimental dislodging actions can further force solids deeper into your drainfield. Our wholesale pricing models save you more than 50% over typical retail pricing while providing you with the strongest possible bacterial septic treatment for your home.

**See How NT-MAX Stacks up to the Competition!**

**Order by Phone: 1-800-509-0927 | 100% Safe Shopping Guaranteed**

We Accept    

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio USA All Rights Reserved

NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial septic treatments on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX contains 900 billion bacteria per gallon and can completely restore your clogged septic and drainfield to full functionality.
*simulations reflect potential capabilities of NT-MAX septic treatment*On item #680 and #708 only. Other items exclude shipping.

# EXHIBIT 3

**WWW.BIOSAFEONE.COM WEBSITE**

**PRINTED FROM THE INTERNET ON 8/29/07
AND ON 8/31/07**

BioSafeOne Septic Tank Cleaner: Keep Your Septic System Sparkling Clean, Clear, and Free of Contamination! Stronger than Rid-X 08/31/2007 12:41 PM

Home Product Info Comparisons FAQs Testimonials Purchase About Us Contact Us

# Treatment Guide

| Age of Septic System | Condition | What to Order | How to Apply |
|---|---|---|---|
| New to 1 Year Old | Normal | 1.5 yr. or 3 yr. Supply of B.O.S.S | 1 bag per month |
| | | OR One 5 gal. of BIO-112 | 10 oz. per month |
| | Problematic | 3 yr. Supply of B.O.S.S | Follow directions for "Medium Shock" then maintain with one bag per month |
| | | OR One 5 gal. of BIO-112 | Apply 20 oz. the first month then maintain with 10 oz. per month |
| 1 Year to 5 Years | Normal | 3 yr. Supply of B.O.S.S | Follow directions for "Light Shock" then maintain with 1 bag per month |
| | Problematic | 3 yr. Supply of B.O.S.S and One 5 gal. of BIO-112 | Shock with BIO-112. Follow directions for "Medium Shock" for B.O.S.S then maintain with one bag per month |
| 5 Years to 15 Years | Normal | 3 yr. Supply of B.O.S.S | Follow directions for "Medium Shock" then maintain with 1 bag per month |
| | | OR One 5 gal. of BIO-112 | Apply 20 oz. the first month then maintain with 10 oz. per month |
| | Problematic | Two to Three 5 gal. of BIO-112 and 3 yr. Supply of B.O.S.S | Shock with BIO-112. Follow directions for "Heavy Shock" for B.O.S.S then maintain with one bag per month |
| 15 Years to 30+ Years | Normal | 3 yr. Supply of B.O.S.S | Follow directions for "Medium Shock" then maintain with 1 bag per month |
| | | OR One 5 gal. of BIO-112 | Apply 20 oz. the first month then maintain with 10 oz. per month |
| | Problematic | Three to Eleven 5 gal. of BIO-112 and | Shock with BIO-112. Follow directions for "Heavy Shock" for B.O.S.S then maintain with one bag per month |

http://www.biosafeone.com/treatmentguide.html Page 1 of 4

BioSafeOne Septic Tank Cleaner: Keep Your Septic System Sparkling Clean, Clear, and Free of Contamination! Stronger than Rid-X 08/31/2007 12:41 PM

We guarantee that we have a greater than 99% rate of success at restoring failed drainfields & septic systems when used as directed

## General Information

**Bio Safe One Inc.** [illegible] an [illegible] ated [illegible] strains of sewage-digesting enzyme fortified bacteria in the billions per gram and gallon count. **BIO**-112 and **B.O.S.S** are successful in maintaining and remediating failed systems. **BIO-112** liquid is designed for the drainfield and contains patented strains of bacteria that specialize in eliminating grease, a major culprit of clogged lines. **B.O.S.S** is formulated primarily as a preventative maintenance treatment. The microorganisms in **BOSS** and **BIO-112** [illegible] the walls of your pipes, septic tank (cesspool) and drainfield. **B.O.S.S** and BIO-112 are used in commercial grease traps and can be used in any septic system.

When you order our treatments, we send you a list of **"Dos and Don'ts"** (products compatible with a septic system) as well as **"Tips"**, on how to care for your septic system. We work with you on an individual basis to ascertain your needs. We have an extremely high rate of success (over 99%) due to the fact that most systems experience problems due to organic buildup of sludge in the soil or drainfield due to lack of proper maintenance. **B.O.S.S** and **BIO-112** treatments quickly and effectively digest sludge, cut through years of accumulated sewage buildup and open lines. This process percolates and oxygenates the soil; the microorganisms in the soil digest the sewage water which restores proper air and water flow, improving and optimizing the performance of your entire system.

A properly functioning septic system has almost a zero % chance of contamination. If your soil is clogged, contaminants (infectious viruses and bacteria) can travel by gravity thousands of feet away from your property, contaminating neighboring land, air and water. Faulty septic systems carry with it over 500 different disease causing viruses and bacteria; your property and water supply (well water) are at risk and most importantly your life!

**Stop paying retail price**
**for weaker less effective additives or products!**

**ORDER NOW ONLINE**

WE HAVE THE SOLUTION
**BIO-SAFE ONE**
SEPTIC SOLUTION!
**(B.O.S.S.)!**
**Take charge of your septic system by maintaining it!** You need to maintain your system! If you fail to maintain your septic system, it can **cause irrepairable damage to your property and put your life at risk.**

## Signs of a Problematic Septic System

**If your system shows any of the following signs, then you may have a clogged drainfield or cesspool:**

- **Frequent pump-outs**
- **Slowly moving drains**
- **Gurgling sounds in your pipes**
- **Odors inside or outside your home**
- **Tests showing presence of bacteria in your well water**
- **Water backing-up into drains and home**

http://www.biosafeone.com/treatmentguide.html Page 2 of 4

- Pumper noticing water backing into tank from drainfield
- Inability to use water in the house , toilets do not flush water does not move or moves slowly into drains
- Grass growing over drainfield is discolored or greener than other parts of your lawn
- Flooding, standing or puddled water over your drainfield
- Static effluent above outlet in the D box
- Static effluent levels over the top of baffles in the septic tank

## Usage and Shock Treatment

### SHOCK TREATMENT

When a shock treatment is applied, a higher initial dosage of sewage digesting bacteria is added to the septic system to create an ever increasing amount of microorganisms that double every twenty minutes. This process cleans sludge buildup along the walls of your pipes, septic tank, cesspool and drainfield

**Light Shock:** Week one: 1 to 2 bags flushed per toilet & 1/4 bag down each drain in your home. Week two: repeat directions for week one except for drains. Week three: repeat directions for week two. Week four is "maintenance level". one bag flushed down the commode the furthest away from the septic system per month.

**Medium Shock:** Follow directions for "light shock" except use 2-3 bags per toilet for the first, second and third weeks (week four is "maintenance level" or one bag per month).

**Heavy Shock:** Follow directions for "light shock" except apply 3-5 bags per toilet for the first, second and third weeks. Week four begins regular maintenance one bag per month.

### SHOCK TREATMENT for BIO-112

**POUR 2 gal. Of BIO-112 down the drains in your home then apply 3 Gallons to your commode and flush. When using 2 of the 5 gallons of BIO-112 (10 gallons); apply 2 gallons down your drains and 3 down the toilet furthest away from your septic system. One week later pour 5 gallons of BIO-112 down toilet furthest from your system. For any additional 5 gallon containers , wait one week between treatments to apply product.**

**For faster results: BIO-112 may be directly added to cesspool, clean-out, septic tank or drainfield by a professional (for your safety).**

**Following "shock" application, is "maintenance level": either 10 oz. per month of BIO-112 or 1 bag of B.O.S.S per month.**

## Usage for BOSS and BIO-112

**Maintenance Level for B.O.S.S : Flush contents of one bag per month down commode furthest away from the septic system..**

**Maintenance Level for BIO-112 : Flush 10 oz. per month down commode furthest away from the septic system.**

BioSafeOne Septic Tank Cleaner: Keep Your Septic System Sparkling Clean, Clean, and Free of Contamination Stronger Than Rid-X 08/31/2007 12:41 PM

CLICK HERE TO ORDER BIO-SAFE ONE ONLINE TODAY

We Accept   CHECK BY PHONE OR ONLINE CHECK

GOT A QUESTION OR COMMENT call 1-866-424-6663

Home | Product Details | Competitive Comparison | Treatment Guide | About BOSS & FAQs
Testimonials | Resources | Purchase Product | Contact Us
© 2003, Bio-Safe One, All rights reserved. Purchase Policy

http://www.biosafeone.com/treatmentguide.html

Page 4 of 4

**WWW.NEWTECHBIO.COM WEBSITE**

**PRINTED FROM THE INTERNET ON 8/31/07
BEGINNING AT ABOUT 1:57 A.M.**

**NewTechBio** Septic Problems Eliminated

August 31, 2007 2:13:36 AM EDT.

Shopping Cart | Order Tracking

Home
About NT-MAX
Treatment Guide
Compare
FAQ's
Testimonials
About Us
Contact Us
All Products

green earth

thawte
100% Secure

# Treatment Guide

**Our success rate is extremely high at restoring clogged septic and drainfield systems when NT-MAX products are administered per application guidelines. Please refer to the bottom of this page for complete descriptions of the various treatment guidelines. Septic systems are designed to function 100% properly when maintained and treated on a regular basis.**

| Age of Septic System | Condition of System | Recommended Product | How to Use |
|---|---|---|---|
| New Systems | No Problems | 1.5 yr. or 3 yr. supply of NT-MAX **OR** One 5 Gal. NT-MAX Liquid Treatment | 1 to 2 bags per month or 10 to 20 oz. NT-MAX liquid per month |
| | Having Problems | 3 yr. Supply of NT-MAX **OR** One 5 Gal. NT-MAX Liquid | Start with "Medium Shock" treatment then follow up with 1 bag per month or Apply 20 oz. NT-MAX Liquid the first month followed by 10 to 20 oz. per month maintenance |
| 1 to 6 years Old | No Problems | 3 yr. supply of NT-MAX **OR** One 5 Gal. NT-MAX Liquid | Start with "Light Shock" then 1 bag per month there after or 20 oz. liquid the first month then maintain with 10 to 20 oz. monthly |
| | Having Problems | 3 year supply of NT-MAX **AND** One 5 gal. NT-MAX Liquid | Start with "Medium Shock" treatment then follow up with 1 to 2 bags per month **AND** Follow instructions for NT-MAX Liquid Shock |
| | | 3 yr. supply of NT-MAX | Start with "Medium Shock" followed by 1 to 2 bags per month |

Industrial Strength Septic Treatment. 100% Natural, Environmentally Safe, Strongest Product Available. Restore Clogged Septic and Drainfield Systems and Eliminate Pump-Outs.

**Click Here to** Order NOW!

NewTechBio

FREE
FedEx
Ground



| | | | |
|---|---|---|---|
| **6 to 20 years old** | No Problems | **OR** One 5 Gal. NT-MAX Liquid Treatment | or Apply 20 oz. NT-MAX Liquid initially, followed by 10 to 20 oz. per month |
| | Having Problems | 3 yr. supply of NT-MAX **AND** Two 5 gal. NT-MAX Liquid | "MAX Shock" with NT-MAX followed by 1 to 2 bags bag per month **AND** Follow directions for "Liquid Shock" with NT-MAX Liquid |
| **20 years or older** | No Problems | 3 yr. supply of NT-MAX **OR** One 5 Gal. NT-MAX Liquid | Start with medium Shock then 1 to 2 bags per month there after or 20 oz. NT-MAX liquid the first month then maintain with 10 to 20 oz. monthly |
| | Having Problems | 3 year supply of NT-MAX **AND** Two to five 5 gal. of NT-MAX Liquid | Start with NT-MAX "MAX Shock" treatment then follow up with 1 to 2 bags per month **AND** Follow directions for "Liquid Shock" with NT-MAX Liquid |

**NT-MAX powdered Shock Treatment Directions:**

**By "Shocking" the system, an increased dose of sludge digesting bacteria is introduced at an accelerated rate to aggressively attack and digest sewage clogging your system.**

**"light shock", "Medium Shock" and "Heavy Shock" refer to NT-MAX powder and "Liquid Shock" refers to NT-MAX Liquid.**

**Light Shock: 1st week:** Flush 1 to 2 bags down each toilet and pour 1/2 bag down each drain in your home (include shower, bath, kitchen and basement drains)

| | |
|---|---|
| **Light Shock** | **1st week:** Flush 1 to 2 bags down each toilet and pour 1/2 bag down each drain in your home (include shower, bath, kitchen and basement drains).<br>**2nd and 3rd week:** Flush 1 to 2 bags down each toilet. Do not include drains this time.<br>**4th week:** Flush 1 to 2 bags down the toilet that is furthest away from your septic system, each month. |
| | **1st week:** Flush 2 to 3 bags down each toilet and pour 1/2 bag down each drain in your home (include shower, bath, kitchen |

and basement drains).

**Medium Shock** **2nd and 3rd week:** Flush 2 to 3 bags down each toilet. Do not include drains this time.

**4th week:** Flush 1 bag to 2 bags down the toilet that is furthest away from your septic system, each month.

**MAX Shock**

**1st week:** Flush 3 to 5 bags down each toilet and pour 1/2 bag down each drain in your home (include shower, bath, kitchen and basement drains).

**2nd and 3rd week:** Flush 3 to 5 bags down each toilet. Do not include drains this time.

**4th week:** Flush 1 to 2 bags bag down the toilet that is furthest away from your septic system, each month.

**Liquid Shock**

For 5 gal. applications: Pour 2 gal. NT-MAX Liquid down the drains in your home and flush the remaining 3 gallons down your commode.

For 2 or more 5 gal. applications of NT-MAX Liquid, pour 1 gal. directly down your drains and flush the remaining 4 gallons down your commode furthest from your septic tank. After 10 days have passed, pour 5 gal. down the toilet furthest from your septic system. Any additional 5 gal. treatments should be applied once every 10 days, flushed down the commode furthest from your septic system.

Please Note: NT-MAX Liquid can be directly added to your septic tank, drainfield, cesspool or or clean-out to accelerate the treatment process. We suggest consulting a licensed professional for this type of dosing. Adding NT-MAX Liquid to your distribution box or "D-Box" will ensure that the product quickly hits the drainfield which is responsibly for most problems.

*After any "Liquid Shock" treatment, maintain your system with either 1 bag NT-MAX or 10 to 20 oz. NT-MAX Liquid per month down the toilet furthest away from your septic system.

**Need Help Deciding What to Order? Click Here!**

**Order by Phone: 1-800-509-0927 | 100% Safe Shopping Guaranteed**

We Accept VISA AMEX eCHECK

© Copyright 2007 NewTechBio USA All Rights Reserved
NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial cleaners on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX contains 900 billion bacteria per gallon and can completely restore your clogged septic and drainfield to full functionality.
*Provided simulations reflect potential capabilities of NT-MAX *On item #680 and #708 only. Other items exclude shipping.

**WWW.BIOSAFEONE.COM WEBSITE**

**PRINTED FROM THE INTERNET ON 8/29/07 AND ON 8/31/07**

ioSafeOne Septic Tank Cleaner: Keep Your Septic System Sparkling Clean, Clear, and Free of Contamination! Stronger than Rid-X 08/31/2007 12:41 PM

BIO-SAFE ONE

Home | Product Info | Comparisons | FAQs | Testimonials | Purchase | About Us | Contact Us

# Treatment Guide

| Age of Septic System | Condition | What to Order | How to Apply |
|---|---|---|---|
| New to 1 Year Old | Normal | 1.5 yr. or 3 yr. Supply of B.O.S.S | 1 bag per month |
| | | OR One 5 gal. of BIO-112 | 10 oz. per month |
| | Problematic | 3 yr. Supply of B.O.S.S | Follow directions for "Medium Shock" then maintain with one bag per month |
| | | OR One 5 gal. of BIO-112 | Apply 20 oz. the first month then maintain with 10 oz. per month |
| 1 Year to 5 Years | Normal | 3 yr. Supply of B.O.S.S | Follow directions for "Light Shock" then maintain with 1 bag per month |
| | Problematic | 3 yr. Supply of B.O.S.S and One 5 gal. of BIO-112 | Shock with BIO-112. Follow directions for "Medium Shock" for B.O.S.S then maintain with one bag per month |
| 5 Years to 15 Years | Normal | 3 yr. Supply of B.O.S.S | Follow directions for "Medium Shock" then maintain with 1 bag per month |
| | | OR One 5 gal. of BIO-112 | Apply 20 oz. the first month then maintain with 10 oz. per month |
| | Problematic | Two to Three 5 gal. of BIO-112 and 3 yr. Supply of B.O.S.S | Shock with BIO-112. Follow directions for "Heavy Shock" for B.O.S.S then maintain with one bag per month |
| 15 Years to 30+ Years | Normal | 3 yr. Supply of B.O.S.S | Follow directions for "Medium Shock" then maintain with 1 bag per month |
| | | OR One 5 gal. of BIO-112 | Apply 20 oz. the first month then maintain with 10 oz. per month |
| | Problematic | Three to Eleven 5 gal. of BIO-112 and | Shock with BIO-112. Follow directions for "Heavy Shock" for B.O.S.S then maintain |

http://www.biosafeone.com/treatmentguide.html Page 1 of 4

BioSafeOne Septic Tank Cleaner: Keep Your Septic System Sparkling Clean, Clear, and Free of Contamination! Stronger than Rid-X 08/31/2007 12:41 PM

3 yr. Supply of B.O.S.S ... one bag per month

**We guarantee that we have a greater than 99% rate of success at restoring failed drainfields & septic systems when used as directed**

## General Information

Bio-Safe One Inc., products are lab cultivated, highly concentrated strains of sewage-digesting enzyme fortified bacteria in the billions per gram and gallon count. BIO-112 and B.O.S.S are successful in maintaining and remediating clogged systems. BIO-112 liquid is designed for the drainfield and contains patented strains of bacteria that specialize in eliminating grease, a major culprit of clogged lines. B.O.S.S is formulated primarily as a preventative maintenance treatment. The microorganisms in BOSS and BIO-112 clean the walls of your pipes, septic tank (cesspool) and drainfield. B.O.S.S and BIO-112 are used in commercial grease traps and can be used in any septic system.

When you order our treatments, we send you a list of "Dos and Don'ts" (products compatible with a septic system) as well as "Tips" on how to care for your septic system. We work with you on an individual basis to ascertain your needs. We have an extremely high rate of success (over 99%) due to the fact that most systems experience problems due to organic buildup of sludge in the soil or drainfield due to lack of proper maintenance. B.O.S.S and BIO-112 treatments quickly and effectively digest sludge, cut through years of accumulated sewage buildup and open lines. This process percolates and oxygenates the soil; the microorganisms in the soil digest the sewage water which restores proper air and water flow, improving and optimizing the performance of your entire system.

A properly functioning septic system has almost a zero % chance of contamination. If your soil is clogged, contaminants (infectious viruses and bacteria) can travel by gravity thousands of feet away from your property, contaminating neighboring land,air and water. Faulty septic systems carry with it over 500 different disease causing viruses and bacteria; your property and water supply (well water) are at risk and most importantly your life!

**Stop paying retail price for weaker less effective additives or products!**

ORDER NOW ONLINE

WE HAVE THE SOLUTION!
BIO-SAFE ONE
SEPTIC SOLUTION!
**(B.O.S.S.)!**
Take charge of your septic system by maintaining it! You need to maintain your system! If you fail to maintain your septic system it can cause irrepairable damage to your property and put your life at risk.

## Signs of a Problematic Septic System

If your system shows any of the following signs, then you may have a clogged drainfield or cesspool:

- Frequent pump-outs
- Slowly moving drains
- Gurgling sounds in your pipes
- Odors inside or outside your home
- Tests showing presence of bacteria in your well water
- Water backing-up into drains and home

http://www.biosafeone.com/treatmentguide.html Page 2 of 4

- Pumper noticing water backing into tank from drainfield
- Inability to use water in the house : toilets do not flush, water does not move or moves slowly into drains
- Grass growing over drainfield is discolored or greener than other parts of your lawn
- Flooding, standing or puddled water over your drainfield
- Static effluent above outlet in the D-box
- Static effluent levels over the top of baffles in the septic tank

## Usage and Shock Treatment

SHOCK TREATMENT

When a "shock" treatment is applied, a higher initial dosage of sewage-digesting bacteria is added to the septic system to create an ever increasing amount of microorganisms that double every twenty minutes. This process cleans sludge buildup along the walls of your pipes, septic tank, cesspool and drainfield.

**Light Shock:** Week one: 1 to 2 bags flushed per toilet & 1/4 bag down each drain in your home. Week two: repeat directions for week one except for drains. Week three: repeat directions for week two Week four is "maintenance level" one bag flushed down the commode the furthest away from the septic system per month.

**Medium Shock:** Follow directions for "light shock" except use 2-3 bags per toilet for the first, second and third weeks (week four is "maintenance level" or one bag per month)

**Heavy Shock:** Follow directions for "light shock" except apply 3-5 bags per toilet for the first, second and third weeks. Week four begins regular maintenance: one bag per month.

## SHOCK TREATMENT for BIO-112

POUR 2 gal. Of BIO-112 down the drains in your home then apply 3 Gallons to your commode and flush. When using 2 of the 5 gallons of BIO-112 (10 gallons); apply 2 gallons down your drains and 3 down the toilet furthest away from your septic system. One week later pour 5 gallons of BIO-112 down toilet furthest from your system. For any additional 5 gallon containers , wait one week between treatments to apply product.

For faster results: BIO-112 may be directly added to cesspool, clean-out, septic tank or drainfield by a professional (for your safety).

Following "shock" application, is "maintenance level": either 10 oz. per month of BIO-112 or 1 bag of B.O.S.S per month.

## Usage for BOSS and BIO-112

Maintenance Level for B.O.S.S : Flush contents of one bag per month down commode furthest away from the septic system..

Maintenance Level for BIO-112 : Flush 10 oz. per month down commode furthest away from the septic system.

BioSafeOne Septic Tank Cleaner: Keep Your Septic System Sparkling Clean, Clear, and Free of Contamination! Stronger than Rid-X 08/31/2007 12:41 PM

CLICK HERE TO ORDER BIO-SAFE ONE ONLINE TODAY

WE ACCEPT    CHECK BY PHONE OR ONLINE CHECK

GOT A QUESTION OR COMMENT call 1-866-424-6663

Home | Product Details | Competitive Comparison | Treatment Guide | About BOSS & FAQs
Testimonials | Resources | Purchase Product | Contact Us
© 2003, Bio-Safe One, All rights reserved. Purchase Policy

http://www.biosafeone.com/treatmentguide.html Page 4 of 4

**WWW.CLOGGEDDRAINFIELD.COM  WEBSITE**

**PRINTED FROM THE INTERNET ON 8/26/07**



NT-Max Bio
Septic Problems Eliminated

Sunday, August 26, 2007 1:41:55 PM.

Shopping Cart | Order Tracking

- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- All Products

## Treatment Guide

Our success rate at completely restoring failed systems to like new condition is 100% to date and our easy to use guideline chart will help you accurately diagnose and fix your problem. Different situations require various types of treatment. Please read thoroughly and note the complete treatment descriptions at the bottom of the page. Septic systems are designed to function and digest waste 100% properly when maintained and treated on a regular basis.

Click Here to
Order NOW!
NT-Max Bio
*FREE FedEx Ground

| Newer Systems Up to 2 years old | |
|---|---|
| **Trouble Free System** | **Showing Signs of Trouble** |
| **Suggested Treatment:** 2 yr. or 3.5 yr. supply of NT-MAX **OR** One 5 Gal. NT-MAX Liquid Treatment. | **Suggested Treatment:** 2 or 3.5 yr. supply of NT-MAX **AND** One 5 Gal. NT-MAX Liquid Treatment. |
| **Treatment Instructions:** Half a bag to 1 bag per month **OR** 10 to 15oz. NT-MAX liquid per month. | **Treatment Instructions:** Start with "Regular shock" treatment then follow up with 1 to 2 bio-bags per month<br>**OR** Apply 25 oz. NT-MAX Liquid the first month followed by 15 to 25oz. per month maintenance. |
| **For Systems 2 to 10 years old** | |
| **Trouble Free System** | **Showing Signs of Trouble** |
| **Suggested Treatment:** 3.5 yr. supply of NT-MAX **OR** One 5 Gal. NT-MAX Liquid Treatment. | **Suggested Treatment:** 2 or 3.5 yr. supply of NT-MAX **AND** One to Two 5 Gal. NT-MAX Liquid Treatment. |

| | |
|---|---|
| **Treatment Instructions:** Start with "Regular Shock" followed by 1 bag per month<br>**OR**<br>Apply 25 oz. NT-MAX Liquid initially, followed by 10 to 25 oz. per month. | **Treatment Instructions:** Start with "Super Shock" with NT-MAX powder followed by 1 to 2 bio-bags per month or 10 to 25oz. NT-MAX liquid per month maintenance<br>**AND**<br>Follow directions for "Max Liquid Shock" with NT-MAX Liquid. |
| **For Systems 10+ years old** | |
| **Trouble Free System** | **Showing Signs of Trouble** |
| **Suggested Treatment:** 2 yr. or 3.5 yr. supply of NT-MAX **OR** One 5 Gal. NT-MAX Liquid Treatment.<br><br>**Treatment Instructions:** Start with "Regular Shock" then 1 to 2 bio-bags per month there after **OR** 25 to 40oz. NT-MAX liquid the first month then maintain with 10 to 25 oz. per month. | **Suggested Treatment:** 2 or 3.5 yr. supply of NT-MAX **AND** One to three 5 Gal. NT-MAX Liquid Treatment.<br><br>**Treatment Instructions:** Start with "Super Shock" treatment then follow up with 1 to 2 bio-bags per month<br>**OR** Apply 25 oz. NT-MAX Liquid the first month followed by 10 to 25oz. per month maintenance **AND** Follow directions for "Max Liquid Shock" with NT-MAX Liquid |

## Regular Shock, Super Shock and MAX Shock Instructions and Application Guidelines:

By "Shocking" the system, a maximum concentrated amount of powerful bacterial enzymes are flooded throughout your system in order to quickly break down buildup at a much more aggressive rate than with a maintenance treatment.

**Powder Shock Treatments:**

**Regular Shock:** Begin by flushing 1 to 2 bio-degradable bags down each toilet in your home and pour 1/4 bag down each drain, sink basin, tub, shower and floor drain. After 5 days, Repeat this process and maintain your system with 1 to 2 bags per month, flushed down your toilet.

**Super Shock:** begin by flushing 3 to 5 bio-degradable bags down each toilet in your home and pour 1/4 bag down each drain, sink basin, tub, shower and floor drain. After 5 days, Repeat this process and maintain your system with 1 to 2 bags per month, flushed down your toilet.

**Max Liquid Shock Treatment:**

For Single 5 gal. applications: Pour 2 gal. NT-MAX Liquid down the drains in your home and flush the remaining 3 gallons down your toilets. 5 Gallon pails include sample Bio-bags to be flushed down your toilets right after liquid treatment.

For 2 or more 5 gal. applications of NT-MAX Liquid, pour 2 gal. directly down your drains and flush the remaining 3 gallons

down your commode furthest from your septic tank and flush 1 sample bio-bag down each toilet. After 7 days have passed, pour 5 gal. down the toilet furthest from your septic system and flush 1 sample bio-bag down each toilet. Any additional 5 gal. treatments should be applied once per week, flushed down the toilet furthest from your septic tank.

*Please Note: NT-MAX Liquid or Powder can be directly added to your septic tank, drainfield, cesspool or clean-out to speed up and enhance the treatment process. The ideal situation is to get the products through your entire system and out to the drainfield. We suggest consulting a licensed professional for this type of dosing.

**Order by Phone: 1-800-509-0927 | 100% Safe Shopping Guaranteed | Order Septic Tank Treatment**

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NT-MAX Bio NT-MAX Septic Tank Treatment USA All Rights Reserved NT-MAX Bio USA provides the most powerful clogged septic cleaning enzyme and bacterial septic treatments on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX septic treatment contains 900 billion bacteria per gallon and can completely restore your clogged septic and clogged drainfield to full functionality. *simulations reflect potential of NT-MAX septic tank treatment*Free shipping on item #680 and #708 only excluding Alaska, Puerto Rico, Hawaii and International orders. Other septic treatments may exclude shipping.

CHANGED FROM "NEWTECHBIO"

**WWW.NEWTECHBIO.COM WEBSITE**

**PRINTED FROM THE INTERNET ON 9/10/07**

NewTechBio Totally Restore Clogged

September 10, 2007 11:30:31 PM EDT. Order Now Shopping Cart | Order Tracking

- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- All Products

green earth

# Treatment Guide

Click Here to
Order NOW!

NewTechBio

FREE FedEx. Ground

**NT-MAX has an extremely successful track record of restoring clogged systems to like new condition. To date our success rate is 100% - NT-MAX is guaranteed to completely restore your failed systems and when used as a maintenance, eliminate the need for pump-outs. Our easy to use guideline chart will help you accurately diagnose and fix your problem since different situations require various types of treatment. Please read thoroughly and note the complete treatment descriptions at the bottom of the page. Septic systems are designed to function and digest waste 100% properly when maintained and treated on a regular basis.**

## Newer Systems Up to 2 years old

### Trouble Free System

**Suggested Treatment:** 2 yr. or 3.5 yr. supply of NT-MAX **OR** One 5 Gal. NT-MAX Liquid Treatment.

**Treatment Instructions:** Half a bag to 1 bag per month **OR** 10 to 15oz. NT-MAX liquid per month.

### Showing Signs of Trouble

**Suggested Treatment:** 2 or 3.5 yr. supply of NT-MAX **AND** One 5 Gal. NT-MAX Liquid Treatment.

**Treatment Instructions:** Start with "Regular shock" treatment then follow up with 1 to 2 bio-bags per month.
**OR** Apply 25 oz. NT-MAX Liquid the first month followed by 15 to 25oz. per month maintenance.

## For Systems 2 to 10 years old

### Trouble Free System

**Suggested Treatment:** 3.5 yr. supply of NT-MAX **OR** One 5 Gal. NT-MAX Liquid Treatment.

**Treatment Instructions:** Start with "Regular Shock" followed by 1 bag per month
**OR**
Apply 25 oz. NT-MAX Liquid initially, followed by 10 to 25 oz. per month.

### Showing Signs of Trouble

**Suggested Treatment:** 2 or 3.5 yr. supply of NT-MAX **AND** One to Two 5 Gal. NT-MAX Liquid Treatment.

**Treatment Instructions:** Start with "Regular Shock" with NT-MAX powder followed by 1 to 2 bio-bags per month or 10 to 25oz. NT-MAX liquid per month maintenance
**AND**
Follow directions for "Super Liquid Shock" with NT-MAX Liquid.

## For Systems 10+ years old

### Trouble Free System

**Suggested Treatment:** 2 yr. or 3.5 yr. supply of NT-MAX **OR** One 5 Gal. NT-MAX Liquid Treatment.

**Treatment Instructions:** Start with "Regular Shock"

### Showing Signs of Trouble

**Suggested Treatment:** 2 or 3.5 yr. supply of NT-MAX **AND** One to three 5 Gal. NT-MAX Liquid Treatment.

**Treatment Instructions:** Start with "Power Shock"

hen 1 to 2 bio-bags per month there after **OR** 25 to 10oz. NT-MAX liquid the first month then maintain with 10 to 25 oz. per month.

treatment then follow up with 1 to 2 bio-bags per month.

**OR** Apply 25 oz. NT-MAX Liquid the first month followed by 10 to 25oz. per month maintenance

**AND**

Follow directions for "Super Liquid Shock" with NT-MAX Liquid

## Regular Shock, Super Shock and MAX Shock Instructions and Application Guidelines:

3y "Shocking" the system, a maximum concentrated amount of powerful bacterial enzymes are dispersed throughout your entire system in order to quickly break down buildup at a much more aggressive rate than with a maintenance treatment.

### Powder Shock Treatments:

**Regular Shock:** Begin by flushing 1 to 2 bio-degradable bags down each toilet in your home and pour 1/4 bag down each drain, sink basin, tub, shower and floor drain. After 5 days, Repeat this process and maintain your system with 1 to 2 bags per month, flushed directly down your toilet.

**Power Shock:** begin by flushing 3 to 5 bio-degradable bags down each toilet in your home and pour 1/4 bag down each drain, sink basin, tub, shower and floor drain. After 5 days, Repeat this process and maintain your system with 1 to 2 bags per month, flushed directly down your toilet.

### Super Liquid Shock Treatment:

For single NT-MAX Liquid applications: Distribute and pour 2 gallons of NT-MAX Liquid down all drains in your home and flush the remaining 3 gallons down your toilets. 5 Gallon pails include sample Bio-bags to be flushed down your toilets right after liquid treatment. Flush 1 sample bio-bag down each toilet.

For multiple NT-MAX Liquid applications Distribute and pour 2 gallons of NT-MAX Liquid directly down your drains and flush the remaining 3 gallons down your toilets. Flush 1 sample bio-bag down each toilet and flush any remaining bags as well. After 7 days have passed, pour 5 gallons down the toilet furthest from your septic system. Any additional 5 gallon treatments should be applied once per week, flushed down the toilet furthest from your septic tank.

***Please Note:** NT-MAX Liquid or Powder can be directly added to your septic tank, drainfield, cesspool or clean-out to speed up and enhance the treatment process but be sure to leave a small amount for addition to your toilets, sinks and drains. The ideal situation is to get the products through your entire system and out to the drainfield. Administering NT-MAX to your distribution box will ensure that the activated bacteria flow directly into the drainfield where most problems arise. Septic systems contain deadly gases and should never be serviced or opened without consulting a licensed professional.

**Order by Phone: 1-800-509-0927 | 100% Safe Shopping Guaranteed | Order Septic Tank Treatment**

We Accept 

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio NT-MAX Septic Tank Treatment USA All Rights Reserved NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial septic treatments on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX septic treatment contains 900 billion bacteria per gallon and can completely restore your clogged septic and clogged drainfield to full functionality. *simulations reflect potential of NT-MAX septic tank treatment*Free shipping on item #680 and #708 only excluding Alaska, Puerto Rico, Hawaii and International orders. Other septic treatments may exclude shipping.

# EXHIBIT 4

**WWW.BIOSAFEONE.COM WEBSITE**

**PRINTED FROM THE INTERNET ON 8/29/07
AND ON 8/31/07**

BIO-SAFE ONE

Home Product Info Comparisons FAQs Testimonials Purchase About Us Contact Us

# About BOSS & Frequently Asked Questions

***Clicking on the questions will take you to the full answers.***

**1. What is Bio-Safe One Septic Solution (BOSS)?**
**2. How does Bio-Safe One Septic Solution work?**
**3. How do I know if Bio-Safe One Septic Solution works?**
**4. Why should I use Bio-Safe Septic Solution (BOSS)?**
**5. Is Bio-Safe One Septic Solution safe?**
**6. How does Bio-Safe One Septic Solution (BOSS) protect my soil?**
**7. How do I know if my system is not working properly?**
**8. When do I need to pump my tank?**
**9. What should I know about odors and my system?**
**10. How can Bio-Safe One Septic Solution (BOSS) help me save money and avoid future problems?**

**Stop paying retail price for weaker less effective additives or products!**

WE HAVE THE SOLUTION!
**BIO-SAFE ONE**
SEPTIC SOLUTION!
(B.O.S.S.)!
**Take charge of your septic system by maintaining it!**
You need to maintain your system! If you fail to maintain your septic system, **it can costs thousands of dollars to replace it!**

1. What is Bio-Safe One Septic Solution (BOSS)?

Backed by over fifty three years of research and development, B.O.S.S is a natural, safe, effective, money-saving preventative

treatment which cleans, eliminates odors and maintains septic systems. B.O.S.S is a ready-to-use enzyme-fortified multiple spore blend of highly specific bacteria (and other natural ingredients) designed to provide continuous digestion and liquefaction of organic wastes found in both aerobic (oxygen) and

