

BioSafeOne: Keep Your Septic System Sparkling Clean, Clear, and Free of Contamination! Stronger than Rid-X    Page 1 of 7

Case 1:07-cv-06764-DC    Document 25    Filed 09/27/2007    Page 1 of 25                8/29/2007

# BIO-SAFE ONE

Home | Product Info | Comparisons | FAQs | Testimonials | Purchase | About Us | Contact Us

## About BOSS & Frequently Asked Questions

*Clicking on the questions will take you to the full answers.*

1. What is Bio-Safe One Septic Solution (BOSS)?
2. How does Bio-Safe One Septic Solution work?
3. How do I know if Bio-Safe One Septic Solution works?
4. Why should I use Bio-Safe Septic Solution (BOSS)?
5. Is Bio-Safe One Septic Solution safe?
6. How does Bio-Safe One Septic Solution (BOSS) protect my soil?
7. How do I know if my system is not working properly?
8. When do I need to pump my tank?
9. What should I know about odors and my system?
10. How can Bio-Safe One Septic Solution (BOSS) help me save money and avoid future problems?

**Stop paying retail price for weaker less effective additives or products!**

WE HAVE THE SOLUTION!
**BIO-SAFE ONE**
SEPTIC SOLUTION!
(B.O.S.S.)!
Take charge of your septic system by maintaining it! You need to maintain your system! If you fail to maintain your septic system, it can costs thousands of dollars to replace it!

1. **What is Bio-Safe One Septic Solution (BOSS)?**
Backed by over fifty three years of research and development, B.O.S.S is a natural, safe, effective, money-saving preventative treatment which cleans, eliminates odors and maintains septic systems. B.O.S.S is a ready-to-use enzyme-fortified multiple spore blend of highly specific bacteria (and other natural ingredients) designed to provide continuous digestion and liquefaction of organic wastes found in both aerobic (oxygen) and



anaerobic (non-oxygen) environments. By it's accelerated break-down process, B.O.S.S assures that wastewater gets filtered through the soil without backing up into your tank or household plumbing, allowing uninterrupted air and water flow throughout your entire system from your pipes to your absorption area.

back to the top

## 2.  How does Bio-Safe One Septic Solution work?

When B.O.S.S is flushed down your toilet into your septic tank, a large volume and variety of bacteria are activated immediately upon contact with sludge and scum. <u>Spore colonies in B.O.S.S double every 20 minutes and replenish bacteria in the tank that have been destroyed by everyday use of soaps and chemicals.</u> Through it's superior enzymatic activity against specific substrates such as: lipase (grease), protease (protein and hair), cellulose (mold, vegetables and paper) and amylase (starch), <u>B.O.S.S digests and dissolves organic matter,</u> breaks down their molecular structure and recycles wastes into minerals, water and oxygen.

back to the top

## 3.  How do I know if Bio-Safe One Septic Solution works?

Trouble signs such as gurgling in pipes, surface water, slow drainage and odors will be reversed. Blockage caused by other factors such as an obstruction, damaged lines or a failed drain field, should be checked by a licensed professional.

**In a one year study on 3 separate sites, B.O.S.S reduces the depth of the "scum" and "sludge" layers by about 80%.**



This shows how the use of B.O.S.S reduces the depth of the light fats, soaps and oils, or "scum" layer by 4-2/3 inches, or 78%.



This graph shows how B.O.S.S reduces the heavy bottom solids or "sludge" layer from an average of 8 inches to 2-2/3 inches, giving 6 more inches or capacity to the tank. In the tanks treated with B.O.S.S, sludge is reduced by 77%, compared to 14% for the untreated control sites.

**Photographs of the field test sites provide visual support of the surface scum thickness measurements data.**

BioSafeOne: Keep Your Septic System Sparkling Clean, Clear, and Free of Contamination! Stronger than Rid-X

Page 4 of 7

Case 1:07-cv-06764-DC    Document 25    Filed 09/27/2007    Page 4 of 25



Before
Bio-Safe One

After
Bio-Safe One

The "before" picture shows that there is a thick layer of dirty scum. You can see that the water level is almost to the top of the stained sides of the tank.

The "after" picture show how clean the water is. Since the sewage has been consumed, you can see the reflection of the photographer on the surface.

back to the top

**4. Why should I use Bio-Safe Septic Solution (BOSS)?**

When used as directed, B.O.S.S cleans and clears clogs throughout your entire system and eliminates the need for frequent pump-outs. By digesting up to 100 pounds of sludge and scum in only a 24-hour period, B.O.S.S reduces the depth of these layers and increases the capacity of your tank. Poorly maintained systems have less than half their capacity because the depth of the scum and sludge layers take up more than 50% of the tank's volume. Contrary to popular belief, the bacteria that are already in your tank and "yeast" that you may add to it, do Not produce the specific enzymes that dissolve difficult wastes and do Not have the neutralizing agents found in B.O.S.S that combat detergents.

It takes years to cultivate the specific types and volume of bacterial strands developed by our laboratories, especially the anaerobic cultures necessary to combat difficult wastes such as grease and paper. B.O.S.S has billions of bacteria per gram, versus other

BioSafeOne: Keep Your Septic System Sparkling Clean, Clear, and Free of Contamination! Stronger than Rid-X

Case 1:07-cv-06764-DC    Document 25    Filed 09/27/2007    Page 5 of 25

Page 5 of 7

brands that have only millions per gram.
back to the top

## 5. Is Bio-Safe One Septic Solution safe?

The bacterial cultures introduced by B.O.S.S are laboratory tested and guaranteed 100% gram positive and non-pathogenic (non-hazardous). Unlike chemicals, B.O.S.S is the most effective means of dissolving wastes and is environmentally friendly and safe. It is harmless to humans, plants and animals as well as to your pipes, lines and water supply. A similar product was successfully used to clear the Alaskan Exxon Valdez oil spill in 1989.

back to the top

## 6. How does Bio-Safe One Septic Solution (BOSS) protect my soil?

The microorganisms, enzymes and neutralizing agents in B.O.S.S dissolve accumulated solids, soaps, greases and oils that cause your drain pipes, drain field and soil to clog. B.O.S.S rapidly digests organic wastes in the tank and stops wastewater from backing up into your tank and home along with foul odors.

B.O.S.S reduces the volume of sewage in the tank and increases the '"clear zone" or the water layer that flows into the leach field. This process lowers the water pressure, which slows the rate of water flow into your tank and allows more time for digestion. If waste is not digested rapidly enough, un-dissolved solids migrate into your soil and harden it.

B.O.S.S improves drainage and makes the operation of your entire system run smoother. B.O.S.S reverses years of organic build up and soil contamination in the drain field. Most importantly, it prevents you from ever having to have your drain field unclogged. Should this occur, it would be extremely costly to repair and detrimental to your health and safety.
back to the top

BioSafeOne: Keep Your Septic System Sparkling Clean, Clear, and Free of Contamination! Stronger than Rid-X

Page 6 of 7

Case 1:07-cv-06764-DC    Document 25    Filed 09/27/2007    Page 6 of 25

**7. How do I know if my system is not working properly?**
It is not easy to diagnose the cause of back-ups. Some good
indications of back-up are: slowly draining sinks and toilets,
gurgling and backup sounds in the plumbing, sewage odors in the
home, tests showing the presence of bacteria in well water and
baffles or tees that are not intact or positioned properly.

Two signs of failed soil are:

- If grass is observed greener or more lush over the drain field
  (sewage water is puddled underneath).
- When a licensed pumper notices water backing up into your
  tank.

back to the top

**8. When do I need to pump my tank?**
Have your tank checked once a year by a licensed pumper for safe
levels of sludge and scum. Have the pumper make sure that your
baffles are intact so that water does not back up into your home
(see diagram 1.) B.O.S.S will reduce the need for frequent pump-
outs. If a system is maintained from the beginning, the probability
that you would never see a pump-out is realistic! Depending on
your family's habits, tanks should be pumped for un-dissolved
solids that cannot be broken down such as plastics and metals.
back to the top

**9. What should I know about odors and my system?**
Untreated sewage has a build up of odorous fatty acids. The
presence of an odor means that there is a problem due to
incomplete digestion and insufficient amounts of anaerobic bacteria
in your tank. The anaerobic bacteria introduced into your system by
B.O.S.S, reverse odors by breaking down grimy solids and fats to

BioSafeOne: Keep Your Septic System Sparkling Clean, Clear, and Free of Contamination! Stronger than Rid-X

Case 1:07-cv-06764-DC    Document 25    Filed 09/27/2007    Page 7 of 25

Page 7 of 7

carbon dioxide, water and minerals.

back to the top

**10.  How can Bio-Safe One Septic Solution (BOSS) help me save money and avoid future problems?**

Most cesspools and septic systems fail due to problems in the drain field caused by lack of proper maintenance. With regular monthly use of B.O.S.S, your entire system from tank to leach lines and drain field will remain clean and clear of organic debris and operate at it's optimum level. BOSS reduces frequent pump-outs, improves drain field percolation, and extends the life of your system, saving you thousands of dollars in upkeep and repairs.

It is important to know that clogs in your pipes and lines may not be visible and odors may go unnoticed. Years of neglecting to maintain your system will eventually cause a faulty system and contaminate your soil. This can have a serious affect on your health, livelihood and finances. It can cost anywhere from $5,000 to over $20,000 to build a new system, whereas B.O.S.S preventative maintenance costs only a few dollars per month.

back to the top

**We at Bio-Safe One have been in the forefront of research and development of Preventative Maintenance for Septic Systems for over 53 years and have developed the most technologically advanced treatment to combat your septic needs. To find out more about our company,** click here.

# CLICK HERE TO ORDER BIO-SAFE ONE ONLINE TODAY 

WE ACCEPT     CHECK BY PHONE OR ONLINE CHECK    GOT A QUESTION OR COMMENT call 1-866-424-6663

Home | Product Details | Competitive Comparison | About BOSS & FAQs
Testimonials | Resources | Purchase Product | Contact Us
© 2003, Bio-Safe One, All rights reserved. Purchase Policy

## WWW.NEWTECHBIO.COM WEBSITE

## PRINTED FROM THE INTERNET ON 8/31/07
## BEGINNING AT ABOUT 1:57 A.M.



August 31, 2007 2:08:57 AM EDT.

**Home**
**About NT-MAX**
**Treatment Guide**
**Compare**
**FAQ's**
**Testimonials**
**About Us**
**Contact Us**
**All Products**

green earth



Ambron HealthVon

thawte 100% Secure

**1) What is NT-MAX Clogged Septic and DrainField Formula?**

**2) Is NT-MAX Clogged Septic formula Safe around my family and pets?**

**3) Why are NT-MAX Products the Best Choice?**

**4) How Does NT-MAX Work?**

**5) Does NT-MAX Eliminate Odors?**

**6) Will NT-MAX Unclog My Drainfield?**

**7) How Long Will it Take to Work?**

**8) How Will I Know It's Working?**

**9) Will NT-MAX hurt my pipes/tank/lawn/field grazing animals?**

**10) How Do I Know If My Septic System is Failing?**

**11) How Often Should I have My System Pumped?**

**\*Additional information**

Shopping Cart I Order Tracking

Industrial Strength Septic Treatment, 100% Natural, Environmentally Safe, Strongest Product Available. Restore Clogged Septic and Drainfield Systems and Eliminate Pump-Outs.

**Click Here to Order NOW!**

**FREE** FedEx. Ground

**Need Help Deciding What to Order? Click Here!**

**Order by Phone: 1-800-509-0927  I  100% Safe Shopping Guaranteed**

We Accept    

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio USA All Rights Reserved
NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial cleaners on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX contains 900 billion bacteria per gallon and can completely restore your clogged septic and drainfield to full functionality.
\*Provided simulations reflect potential capabilities of NT-MAX \*On item #680 and #708 only. Other items exclude shipping.

Frequently asked questions on NT-MAX clogged septic treatment.    Case 1:07-cv-06754-DC    Document 25    Filed 09/27/2007    Page 10 of 25

08/31/2007 01:57 AM

# NewTechBio

## Powerful Waste Digesting Bacteria

August 31, 2007 1:57:38 AM EDT.

Shopping Cart I Order Tracking

**Home**
**About NT-MAX**
**Treatment Guide**
**Compare**
**FAQ's**
**Testimonials**
**About Us**
**Contact Us**
**All Products**

1) What is NT-MAX Clogged Septic and DrainField Formula?

2) Is NT-MAX Clogged Sep

3) Why are NT-MAX Produ

4) How Does NT-MAX Wor

5) Does NT-MAX Eliminate

6) Will NT-MAX Unclog My

7) How Long Will It Take to

8) How Will I Know It's Wo

9) Will NT-MAX hurt my pipes/tank/lawn/field grazing animals?

10) How Do I Know If My Septic System is Failing?

11) How Often Should I have My System Pumped?

*Additional information

Industrial Strength
Septic Treatment.
100% Natural,
entally
ngest
vailable.
logged
d Drainfield
nd
Pump-

With over 70 years of research and development, NT-MAX is an environmentally safe and effective commercial grade septic system treatment which cleans clogged septic and drainfield systems, eliminates odors and restores full septic system function. NT-MAX is a super concentrated bacterial blend specifically designed to provide maximum digestion and liquefaction of organic wastes found throughout the tank, D-Box and leachfield. With its powerful digestion properties, NT-MAX eats away at blockages and allows effluent to once again filter through the soil - thus alleviating the clogging. Wet spots disappear, odors cease and free-flow is once again restored.

Here to
NOW!





**FREE** FedEx. Ground

## Need Help Deciding What to Order? Click Here!

**Order by Phone: 1-800-509-0927  I  100% Safe Shopping Guaranteed**

We Accept     

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio USA All Rights Reserved
NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial cleaners on the market in a powder or liquid form.
Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX contains 900 billion bacteria per gallon
and can completely restore your clogged septic and drainfield to full functionality.
*Provided simulations reflect potential capabilities of NT-MAX *On item #680 and #708 only. Other items exclude shipping.

requently asked questions — NT-MAX clogged septic treatment.    Case 1:07-cv-00764-DC    Document 25    Filed 09/27/2007    Page 11 of 25

08/31/2007 01:58 AM



**An Environmentally Safe Product**

ugust 31, 2007 1:58:30 AM EDT.

Shopping Cart I Order Tracking

Home
About NT-MAX
Treatment Guide
Compare
FAQ's
Testimonials
About Us
Contact Us
All Products

Industrial Strength
Septic Treatment.
100% Natural,
Environmentally
Safe, Strongest
ailable.
logged
Drainfield
nd
Pump-

Here to
NOW!

**1) What is NT-MAX Clogged Septic and DrainField Formula?**

**2) Is NT-MAX Clogged Septic formula Safe around my family and pets?**

**3) Why are NT-MAX Produ**

**4) How Does NT-MAX Work**

**5) Does NT-MAX Eliminate**

**6) Will NT-MAX Unclog My**

**7) How Long Will it Take to**

100% Safe and ozone friendly! NT-MAX bacterial and enzyme cultures are laboratory tested and guaranteed 100% non-hazardous. NT-MAX is completely safe to humans, pets, plants, livestock, plumbing and the environment. Bio-remediation is a rapidly growing key element in solving wastewater issues while remaining earth friendly and people safe. Bacterial enzyme formulas were used in the Galapagos Island cleanup in 2001 as well as the Hurricane Katrina Spills of 2005.

**8) How Will I Know It's Working?**

**9) Will NT-MAX hurt my pipes/tank/lawn/field grazing animals?**

**10) How Do I Know If My Septic System is Failing?**

**11) How Often Should I have My System Pumped?**

*Additional information



FREE FedEx.
Ground

green earth

Ambiron TrustWave

thawte
100%
Secure

## Need Help Deciding What to Order? Click Here!

**Order by Phone: 1-800-509-0927  I  100% Safe Shopping Guaranteed**

We Accept  VISA  AMEX  DISCOVER  eCHECK

© Copyright 2007 NewTechBio USA All Rights Reserved

NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial cleaners on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX contains 900 billion bacteria per gallon and can completely restore your clogged septic and drainfield to full functionality.

*Provided simulations reflect potential capabilities of NT-MAX *On item #680 and #708 only. Other items exclude shipping.

Frequently asked questions Clogged septic treatment.   Case 0:00-cv-00054-EGT    Document 25    Filed 09/27/2007    Page 12 of 25

08/31/2007 01:59 AM

# NewTechBio

Can Eliminate

August 31, 2007 1:59:11 AM EDT.

Shopping Cart | Order Tracking

**Home**
**About NT-MAX**
**Treatment Guide**
**Compare**
**FAQ's**
**Testimonials**
**About Us**
**Contact Us**
**All Products**

**1) What is NT-MAX Clogged Septic and DrainField Formula?**

**2) Is NT-MAX Clogged Septic formula Safe around my family and pets?**

**3) Why are NT-MAX Products the Best Choice?**

**4) How Does NT-MAX Work?**

**5) Does NT-MAX Eliminate Od**

**6) Will NT-MAX Unclog My Dr**

**7) How Long Will it Take to W**

**8) How Will I Know It's Workin**

**9) Will NT-MAX hurt my pipes/**

**10) How Do I Know If My Sept**

**11) How Often Should I have N**

*Additional information

Industrial Strength
Septic Treatment.
100% Natural,
Environmentally
Safe, Strongest
Product Available.
Restore Clogged
rainfield

NT-MAX digests and degrades blockages, sludge, vegetable matter, protein, fats, oils, grease and bio-mat throughout your entire system and eliminates the need for repetitive and frequent pump-outs. NT-MAX quickly multiplies when contacting water and digests up to 100 pounds of pipe blocking sludge per day while freeing up soil and gravel in your field that has been heavily compacted over the years. NT-MAX breaks down and absorbs sludge blockage that restricts your systems overall handling ability. Our cultivated bacteria strains are the highest quality and contain the most bacteria per gram counts available on the commercial market. Highly specified hand picked strains are specifically designed to eliminate blockages quicker, faster and better than all other leading brands.





## Need Help Deciding What to Order? Click Here!

**Order by Phone: 1-800-509-0927  |  100% Safe Shopping Guaranteed**

We Accept     

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio USA All Rights Reserved
NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial cleaners on the market in a powder or liquid form.
Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX contains 900 billion bacteria per gallon
and can completely restore your clogged septic and drainfield to full functionality.
*Provided simulations reflect potential capabilities of NT-MAX *On item #680 and #708 only. Other items exclude shipping.

requently asked questions on NT-MAX clogged septic treatment.  Case 1:07-cv-00764-DC  Document 25  Filed 09/27/2007  Page 13 of 25

08/31/2007 01:59 AM

# NewTechBio

August 31, 2007 1:59:50 AM EDT.

Shopping Cart I Order Tracking

**Home**
**About NT-MAX**
**Treatment Guide**
**Compare**
**FAQ's**
**Testimonials**
**About Us**
**Contact Us**
**All Products**




1) **What is NT-MAX Clogged Septic and DrainField Formula?**

2) **Is NT-MAX Clogged Septic formula Safe around my family and pets?**

3) **Why are NT-MAX Products the Best Choice?**

4) **How Does NT-MAX Work?**

5) **Does NT-MAX Eliminat**

6) **Will NT-MAX Unclog M**

7) **How Long Will it Take**

8) **How Will I Know It's W**

9) **Will NT-MAX hurt my p**

10) **How Do I Know If My**

11) **How Often Should I h...**

Industrial Strength Septic Treatment. 100% Natural. Environmentally Safe, Strongest Product Available. Restore Clogged Septic and Drainfield Systems and ... Pump-

NT-MAX contains specifically formulated strains of beneficial bacteria that thrive on the grease, soaps, detergents, food wastes, toilet tissue, and other organics clogging your septic system. Once NT-MAX enters your septic system, our superior cultures go to work immediately, eating and digesting all organic matter and in turn remedying clog and backup problems. Our ever multiplying hungry strains double in numbers roughly every 20 minutes to rejuvenate beneficial bacterial counts throughout your system that has been killed off everyday use of household products such as soaps, bleach, paints, cleaners and other chemicals.

k Here to
r NOW!

FedEx.
Ground

*Additional information

## Need Help Deciding What to Order? Click Here!

**Order by Phone: 1-800-509-0927  |  100% Safe Shopping Guaranteed**

We Accept    

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio USA All Rights Reserved
NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial cleaners on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX contains 900 billion bacteria per gallon and can completely restore your clogged septic and drainfield to full functionality.
*Provided simulations reflect potential capabilities of NT-MAX *On item #680 and #708 only. Other items exclude shipping.

Frequently asked questions on NT-MAX Clogged Septic treatment.    Document 25    Filed 09/27/2007    Page 14 of 25

08/31/2007 02:00 AM

# NewTechBio

## An Environmentally Safe Product

August 31, 2007 2:00:27 AM EDT.

Shopping Cart | Order Tracking

**Home**
**About NT-MAX**
**Treatment Guide**
**Compare**
**FAQ's**
**Testimonials**
**About Us**
**Contact Us**
**All Products**

1) What is NT-MAX Clogged Septic and DrainField Formula?

2) Is NT-MAX Clogged Septic formula Safe around my family and pets?

3) Why are NT-MAX Products the Best Choice?

4) How Does NT-MAX Work?

5) Does NT-MAX Eliminate Odors?

6) Will NT-MAX Unclog

7) How Long Will it Tak

8) How Will I Know It's

9) Will NT-MAX hurt m

10) How Do I Know If

11) How Often Should I have My System Pumped?

*Additional information

Industrial Strength
Septic Treatment.
100% Natural,
Environmentally
Safe, Strongest
Product Available.
Restore Clogged
Septic and Drainfield
Systems and
Eliminate Pump-
Outs.

In weakened or suffering system, fatty odorous acids buildup and are responsible for the excessive smell that goes hand in hand with failing systems. NT-MAX gets to work right away at digesting and breaking down these fats and converting them into harmless water and minerals where they later absorb into the soils below your Drainfield. Once the acids are digested, the smell goes away permanently!

Click Here to Order NOW!


FREE ✓ FedEx. Ground

## Need Help Deciding What to Order? Click Here!

**Order by Phone: 1-800-509-0927  |  100% Safe Shopping Guaranteed**

We Accept 

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio All Rights Reserved
NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial cleaners on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX contains 900 billion bacteria per gallon and can completely restore your clogged septic and drainfield to full functionality.
*Provided simulations reflect potential capabilities of NT-MAX *On item #680 and #708 only. Other items exclude shipping.

# NewTechBio

## Waste Digesting Bacteria

August 31, 2007 2:01:28 AM EDT.

Shopping Cart I Order Tracking

**Home**
**About NT-MAX**
**Treatment Guide**
**Compare**
**FAQ's**
**Testimonials**
**About Us**
**Contact Us**
**All Products**

green earth

1) What is NT-MAX Clogged Septic and DrainField Formula?

2) Is NT-MAX Clogged Septic formula Safe around my family and pets?

3) Why are NT-MAX Products the Best Choice?

4) How Does NT-MAX Work?

5) Does NT-MAX Eliminate Odors?

6) Will NT-MAX Unclog My Drainfield?

7) How Long Will it T

8) How Will I Know It

9) Will NT-MAX hurt

10) How Do I Know If

11) How Often Should

*Additional informati

**Need Help**

Industrial Strength Septic Treatment. 100% Natural. Environmentally Safe, Strongest Product Available. Restore Clogged Septic and Drainfield Systems and Eliminate Pump-Outs.

**Click Here to Order NOW!**

The NT-MAX liquid shock treatment is designed to give maximum opportunity for total drainfield restoration by quickly and aggressively digesting all organic matter found throughout your entire system. NT-MAX liquefies solids and assures that only liquid is allowed to pass out of your tank and into your digestion system. NT-MAX maximizes drainage and the results are a smoother running, more efficient system. It reverses years of sludge and organic build up in the drain field and most importantly, it prevents you from ever having to have your drain field unclogged or replaced. Drainfield replacement can be extremely costly and is in most cases, absolutely unnecessary.

**Order by Phone: 1-800-509-0927  |  100% Safe Shopping Guaranteed**

We Accept     

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio USA All Rights Reserved
NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial cleaners on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX contains 900 billion bacteria per gallon and can completely restore your clogged septic and drainfield to full functionality.
*Provided simulations reflect potential capabilities of NT-MAX *On item #680 and #708 only. Other items exclude shipping.

Frequently asked questions on NT-MAX clogged septic treatment.
Case 1:07-cv-06764-DC    Document 25    Filed 09/27/2007    Page 16 of 25
08/31/2007 02:02 AM

# NewTechBio    Can Eliminate

August 31, 2007 2:02:53 AM EDT.

Shopping Cart I Order Tracking

**Home**
**About NT-MAX**
**Treatment Guide**
**Compare**
**FAQ's**
**Testimonials**
**About Us**
**Contact Us**
**All Products**

**1) What is NT-MAX Clogged Septic and DrainField Formula?**

**2) Is NT-MAX Clogged Septic formula Safe around my family and pets?**

**3) Why are NT-MAX Products the Best Choice?**

**4) How Does NT-MAX Work?**

**5) Does NT-MAX Eliminate Odors?**

**6) Will NT-MAX Unclog My Drainfield?**

**7) How Long Will it Take to Work?**

**8) How Will I Know It's Wor**

**9) Will NT-MAX hurt my pip**

**10) How Do I Know If My Se**

**11) How Often Should I hav**

**\*Additional information**

**Need Help Deci**

**Order by Phone: 1-800-509-0927   |   10(**

We Accept   VISA

Industrial Strength
Septic Treatment.
100% Natural,
Environmentally
Safe, Strongest
Product Available.
Restore Clogged
Septic and Drainfield
Systems and
Eliminate Pump-
Outs.

**Click Here to**
**Order NOW!**

NT-MAX activates immediately upon hitting water!
Both the liquid and powder formula can be added
directly to you D-Box, Tank or commodes. The
Bacterial Enzyme reaction will start working against
odors instantly and should create a noticeable
change in just a number of days. As odors
disappear, bacteria and enzymes continue to rapidly
multiply and quickly digest sludge, oils, fats, grease,
pulp and other organic matter. For more very
severe problems in the tank and leach field, higher
doses or longer corrective periods may are required.
Most systems see a reduction in wet spots and odors
within a few days and complete alleviation within 1
to 2 weeks time.

green
earth

Ambion

thawte
100%
Secure

edEx.
Ground

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio USA All Rights Reserved
NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial cleaners on the market in a powder or liquid form.
Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX contains 900 billion bacteria per gallon
and can completely restore your clogged septic and drainfield to full functionality.
*Provided simulations reflect potential capabilities of NT-MAX *On item #680 and #708 only. Other items exclude shipping.

Frequently asked questions about NT-MAX clogged septic treatment.   Document 25   Filed 09/27/2007   Page 17 of 25

08/31/2007 02:03 AM

# NewTechBio

## Total

August 31, 2007 2:03:51 AM EDT.

Shopping Cart I Order Tracking

**Home**
**About NT-MAX**
**Treatment Guide**
**Compare**
**FAQ's**
**Testimonials**
**About Us**
**Contact Us**
**All Products**

**1) What is NT-MAX Clogged Septic and DrainField Formula?**

**2) Is NT-MAX Clogged Septic formula Safe around my family and pets?**

**3) Why are NT-MAX Products the Best Choice?**

**4) How Does NT-MAX Work?**

**5) Does NT-MAX Eliminate Odors?**

**6) Will NT-MAX Unclog My Drainfield?**

**7) How Long Will it Take to Work?**

**8) How Will I Know It's Working?**

**9) Will NT-MAX hurt my**

**10) How Do I Know If My**

**11) How Often Should I H**

**\*Additional information**

Industrial Strength
Septic Treatment.
100% Natural,
Environmentally
Safe, Strongest
Product Available.
Restore Clogged
Septic and Drainfield
Systems and
Eliminate Pump-
Outs.

**Click Here to**
**Order NOW!**

green earth

Amberen tools.

thawte
100%
Secure

The first thing you will notice is that the odors go away while wet spots, slow drainage and gurgling sounds normally disappear soon after. As NT-MAX clears the years of buildup in your lines and field, your entire system will be fully restored to like new condition! NT-MAX is highly resistant to all common household chemicals such as bleach, detergents, paints, soaps, cleansers and other household products that normally kill off the beneficial bacteria in your system.

FedEx
Ground

**Need Help De**

**Order by Phone: 1-800-509-0927   I   100% Safe Shopping Guaranteed**

We Accept  VISA  AMEX  DISC  CHECK

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio USA All Rights Reserved
NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial cleaners on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX contains 900 billion bacteria per gallon and can completely restore your clogged septic and drainfield to full functionality.
*Provided simulations reflect potential capabilities of NT-MAX *On item #680 and #708 only. Other items exclude shipping.

Frequently asked questions about NT-MAX clogged septic treatment.   Document 25   Filed 09/27/2007   Page 18 of 25

08/31/2007 02:04 AM

# NewTechBio

## Strongest Commercial Product Available®

August 31, 2007 2:04:26 AM EDT.

Shopping Cart | Order Tracking

**Home**
**About NT-MAX**
**Treatment Guide**
**Compare**
**FAQ's**
**Testimonials**
**About Us**
**Contact Us**
**All Products**

green earth

Ambeon DooISoo

thawte
100%
Secure

**1) What is NT-MAX Clogged Septic and DrainField Formula?**

**2) Is NT-MAX Clogged Septic formula Safe around my family and pets?**

**3) Why are NT-MAX Products the Best Choice?**

**4) How Does NT-MAX Work?**

**5) Does NT-MAX Eliminate Odors?**

**6) Will NT-MAX Unclog My Drainfield?**

**7) How Long Will it Take to Work?**

**8) How Will I Know It's Working?**

**9) Will NT-MAX hurt my pipes/tank/lawn/field grazing animals?**

**10) How Do I Know If My S**

**11) How Often Should I hav**

**\*Additional information**

Industrial Strength Septic Treatment. 100% Natural. Environmentally Safe, Strongest Product Available. Restore Clogged Septic and Drainfield Systems and Eliminate Pump-Outs.

**Click Here to Order NOW!**

NewTechBio

FedEx. Ground

No, NT-MAX is 100% environmentally safe and friendly and will not harm people, animals, plants or any type of tank or pipes.

## Need Help Deciding What to Order? Click Here!

**Order by Phone: 1-800-509-0927  |  100% Safe Shopping Guaranteed**

We Accept  VISA  AMEX  DISCOVER  eCHECK

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio USA All Rights Reserved
NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial cleaners on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX contains 900 billion bacteria per gallon and can completely restore your clogged septic and drainfield to full functionality.
*Provided simulations reflect potential capabilities of NT-MAX *On item #680 and #708 only. Other items exclude shipping.

# NewTechBio    Powerful Waste

August 31, 2007 2:05:12 AM EDT.

Shopping Cart I Order Tracking

**Home**
**About NT-MAX**
**Treatment Guide**
**Compare**
**FAQ's**
**Testimonials**
**About Us**
**Contact Us**
**All Products**

**1) What is NT-MAX Clogged Septic and DrainField Formula?**

**2) Is NT-MAX Clogged Septic formula Safe around my family and pets?**

**3) Why are NT-MAX Products the Best Choice?**

**4) How Does NT-MAX Work?**

**5) Does NT-MAX Eliminate Odors?**

**6) Will NT-MAX Unclog My Drainfield?**

**7) How Long Will it Take to Work?**

**8) How Will I Know it's Working?**

**9) Will NT-MAX hurt my pipes/tank/lawn/field grazing animals?**

**10) How Do I Know if My Septic System is Failing?**

**11) How Often Should I ha**

**\*Additional information**

Industrial Strength
Septic Treatment.
100% Natural,
Environmentally
Safe, Strongest
Product Available.
Restore Clogged
Septic and Drainfield
Systems and
Eliminate Pump-
Outs.

**Click Here to**
**Order NOW!**







FedEx.
Ground

Some symptoms may include slow running toilets or drains, odors, wet areas, greener grass on or around your septic system or leech field. Luckily, all of these conditions are reversible with NT-MAX. Restoring Clogged Septic and drainfields has been our mission for over 70 years. NT-MAX can restore your system to like-new condition and save you tens of thousands of dollars in costly repairs or replacement.

**Need Help Deci**

**Order by Phone: 1-800-509-0927   I   10**

We Accept VISA

Home - Product Info - Compare - FAQ's -

© Copyright 2007 NewTechBio USA All Rights Reserved
NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial cleaners on the market in a powder or liquid form.
Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX contains 900 billion bacteria per gallon
and can completely restore your clogged septic and drainfield to full functionality.
*Provided simulations reflect potential capabilities of NT-MAX *On item #680 and #708 only. Other items exclude shipping.

# NewTechBio

# Septic Problems Eliminated

August 31, 2007 2:08:03 AM EDT.

Shopping Cart | Order Tracking

**Home**
**About NT-MAX**
**Treatment Guide**
**Compare**
**FAQ's**
**Testimonials**
**About Us**
**Contact Us**
**All Products**

1) What is NT-MAX Clogged Septic and DrainField Formula?

2) Is NT-MAX Clogged Septic formula Safe around my family and pets?

3) Why are NT-MAX Products the Best Choice?

4) How Does NT-MAX Work?

5) Does NT-MAX Eliminate Odors?

6) Will NT-MAX Unclog My Drainfield?

7) How Long Will it Take to Work?

8) How Will I Know It's Working?

9) Will NT-MAX hurt my pipes/tank/lawn/field grazing animals?

10) How Do I Know If My Septic System is Failing?

11) How Often Should I have My System Pumped?

*Additional information

Industrial Strength Septic Treatment. 100% Natural, Environmentally Safe, Strongest Product Available. Restore Clogged Septic and Drainfield Systems and Eliminate Pump-Outs.

green earth

Ambron TrustWave

thawte
100%
Secure

**Click Here to**
**Order NOW!**



'FREE

Your system should generally be checked by a professional one a year. Septic systems are a relatively simple design but mechanical problems do occasionally occur. When used as directed, NT-MAX will reduce or eliminate the need for frequent pump-outs since a regular addition of healthy bacteria will continually digest solids allowing only effluent into the drain or leach field. With regular bacterial maintenance, most systems will never again require pumping! Depending on your family habits, tanks should be pumped for un-dissolved solids that cannot be broken down such as plastics and metals and yearly licensed inspections are recommended.

## Need Help Deciding What to

**Order by Phone: 1-800-509-0927  |  100% Safe Shoppi**

We Accept  VISA  AMEX  DISC

Home - Product Info - Compare - FAQ's - Testimonials - About Us

© Copyright 2007 NewTechBio USA All
NewTechBio USA provides the most powerful clogged septic cleaning enzyme and
Clogged septic systems and clogged drainfields can cost tens of thousands of dolla
and can completely restore your clogged septic and
*Provided simulations reflect potential capabilities of NT-MAX *On item

**WWW.CLOGGEDDRAINFIELD.COM   WEBSITE**

**PRINTED FROM THE INTERNET ON 8/26/07**

Frequently asked questions on NT-MAZ clogged septic treatment.



# NT-Max Bio

Shopping Cart | Order Tracking

Industrial Strength
Septic Treatment.
100% Natural,
Environmentally
Safe, Strongest
Product Available.
Restore Clogged
Septic and Drainfield
Systems and
Eliminate Pump-Outs.

Sunday, August 26, 2007 3:18:41 PM.



- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- All Products

1) What is NT-MAX Clogged Septic and DrainField Formula?

2) Is NT-MAX Clogged Septic formula Safe around my family and pets?

3) Why are NT-MAX the Best Choice?

4) How Does NT-MAX Work?

5) Does NT-MAX Eliminate Odors?

6) Will NT-MAX Unclog My Drainfield?

7) How Long Will it Take to Work?

8) How Will I Know It's Working?

9) Will NT-MAX hurt my pipes/tank/lawn/field grazing animals?

10) How Do I Know If My Septic System is Failing?

11) How Often Should I have My System Pumped?



**Click Here to Order NOW!**



FREE FedEx. Ground

### Need Help Deciding What to Order? Click Here!

**Order by Phone: 1-800-509-0927  |  100% Safe Shopping Guaranteed**

We Accept VISA

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

Frequently asked questions on NT-MAZ clogged septic treatment.

© Copyright 2007 NT-MAX Bio USA All Rights Reserved

NT-MAX Bio USA provides the most powerful clogged septic cleaning enzyme and bacterial cleaners on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX contains 900 billion bacteria per gallon and can completely restore your clogged septic and drainfield to full functionality.

*Provided simulations reflect potential capabilities of NT-MAX *On item #680 and #708 only. Other items exclude shipping.

CHANGED FROM " NEW TECH BIO"

8/26/2007

**WWW.NEWTECHBIO.COM** WEBSITE

**PRINTED FROM THE INTERNET ON 9/10/07**

# NewTechBio

## Septic Problems Eliminated

September 10, 2007 11:36:14 PM EDT.    Order Now    Shopping Cart I Order Tracking

- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- All Products

green earth





1) What is NT-MAX Clogged Septic and DrainField Formula?

2) Is NT-MAX Clogged Septic formula Safe around my family and pets?

3) Why are NT-MAX Products the Best Choice?

4) How Does NT-MAX Work?

5) Does NT-MAX Eliminate Odors?

6) Will NT-MAX Unclog My Drainfield?

7) How Long Will it Take to Work?

8) How Will I Know It's Working?

9) Will NT-MAX hurt my pipes/tank/lawn/field grazing animals?

10) How Do I Know If My Septic System is Failing?

11) How Often Should I have My System Pumped?

*Additional information

Industrial Strength Septic Treatment. 100% Natural, Environmentally Safe, Strongest Product Available. Restore Clogged Septic and Drainfield Systems and Eliminate Pump-Outs.

**Click Here to Order NOW!**

*FREE FedEx Ground

## Need Help Deciding What to Order? Click Here!

**Order by Phone: 1-800-509-0927  I  100% Safe Shopping Guaranteed**

We Accept    

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio USA All Rights Reserved
NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial cleaners on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX contains 900 billion bacteria per gallon and can completely restore your clogged septic and drainfield to full functionality.
*Provided simulations reflect potential capabilities of NT-MAX *On item #680 and #708 only. Other items exclude shipping.