Frequently asked questions on NT-MAX clogged septic treatment.
Case 3:07-cv-00764-DC Document 26 Filed 09/27/2007 Page 1 of 28

09/10/2007 08:16 PM



# NewTechBio

## Can Eliminate Pump-Outs and Back Ups

September 10, 2007 8:16:28 PM EDT.

Order Now    Shopping Cart I Order Tracking

- **Home**
- **About NT-MAX**
- **Treatment Guide**
- **Compare**
- **FAQ's**
- **Testimonials**
- **About Us**
- **Contact Us**
- **All Products**



green earth

Ambiron TrustWave
thawte
100%
Secure

**1) What is NT-MAX Clogged Septic and DrainField Formula?**

**2) Is N[T-MAX safe for my pets?**

**3) Why**

**4) How**

**5) Does**

**6) Will**

**7) How**

**8) How**

> With over 70 years of research and development, NT-MAX is an environmentally safe and effective commercial grade septic system treatment which cleans clogged septic and drainfield systems, eliminates odors and restores full septic system function. NT-MAX is a super concentrated bacterial blend specifically designed to provide maximum digestion and liquefaction of organic wastes found throughout the tank, D-Box and leachfield. With its powerful digestion properties, NT-MAX eats away at blockages and allows effluent to once again filter through the soil - thus alleviating the clogging. Wet spots disappear, odors cease and free-flow is once again restored.

**9) Will NT-MAX hurt my pipes/tank/lawn/field grazing animals?**

**10) How Do I Know If My Septic System is Failing?**

**11) How Often Should I have My System Pumped?**

**\*Additional information**

Industrial Strength Septic Treatment. 100% Natural, Environmentally Safe, Strongest Product Available. Restore Clogged Septic and Drainfield Systems and Eliminate Pump-Outs.

**Click Here to Order NOW!**





**FREE** FedEx. Ground

## Need Help Deciding What to Order? Click Here!

**Order by Phone: 1-800-509-0927  I  100% Safe Shopping Guaranteed**

We Accept      

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio USA All Rights Reserved
NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial cleaners on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX contains 900 billion bacteria per gallon and can completely restore your clogged septic and drainfield to full functionality.
*Provided simulations reflect potential capabilities of NT-MAX *On item #680 and #708 only. Other items exclude shipping.

# NewTechBio

September 10, 2007 8:15:24 PM EDT.                    Order Now    Shopping Cart I Order Tracking

- **Home**
- **About NT-MAX**
- **Treatment Guide**
- **Compare**
- **FAQ's**
- **Testimonials**
- **About Us**
- **Contact Us**
- **All Products**

green earth.



**1) What is NT-MAX Clogged Septic and DrainField Formula?**

**2) Is NT-MAX Clogged Septic formula Safe around my family and pets?**

**3) Why are**

**4) How Do**

**5) Does N**

**6) Will NT**

**7) How Lo**

> 100% Safe and ozone friendly! NT-MAX bacterial and enzyme cultures are laboratory tested and guaranteed 100% non-hazardous. NT-MAX is completely safe to humans, pets, plants, livestock, plumbing and the environment. Bio-remediation is a rapidly growing key element in solving wastewater issues while remaining earth friendly and people safe. Bacterial enzyme formulas were used in the Galapagos Island cleanup in 2001 as well as the Hurricane Katrina Spills of 2005.

**8) How Will I Know It's Working?**

**9) Will NT-MAX hurt my pipes/tank/lawn/field grazing animals?**

**10) How Do I Know If My Septic System is Failing?**

**11) How Often Should I have My System Pumped?**

**\*Additional information**

Industrial Strength Septic Treatment. 100% Natural, Environmentally Safe, Strongest Product Available. Restore Clogged Septic and Drainfield Systems and Eliminate Pump-Outs.

**Click Here to Order NOW!**




**FREE FedEx.** Ground

## Need Help Deciding What to Order? Click Here!

**Order by Phone: 1-800-509-0927  I  100% Safe Shopping Guaranteed**

We Accept    

© Copyright 2007 NewTechBio USA All Rights Reserved
NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial cleaners on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX contains 900 billion bacteria per gallon and can completely restore your clogged septic and drainfield to full functionality.
\*Provided simulations reflect potential capabilities of NT-MAX \*On item #680 and #708 only. Other items exclude shipping.

# NewTechBio — Waste Digesting Bacteria

September 10, 2007 10:13:58 PM EDT.                Order Now        Shopping Cart I Order Tracking

- **Home**
- **About NT-MAX**
- **Treatment Guide**
- **Compare**
- **FAQ's**
- **Testimonials**
- **About Us**
- **Contact Us**
- **All Products**

**Industrial Strength Septic Treatment. 100% Natural, Environmentally Safe, Strongest Product Available. Restore Clogged Septic and**

**1) What is NT-MAX Clogged Septic and DrainField Formula?**

**2) Is NT-MAX Clogged Septic formula Safe around my family and pets?**

**3) Why are NT-MAX Products the Best Choice?**

**4) How Does NT-MAX Work?**

**5) Does NT-MAX Eliminate Odors?**

**6) Will NT-MAX Unclog My Drainfield?**

**7) How Long Will it Take to Work?**

**8) How Will I Know It's Working?**

**9) Will NT-MAX hurt my pipes/tank/lawn/fie**

**10) How Do I Know If My Septic System is**

**11) How Often Should I have My System P**

green earth 

NT-MAX digests and degrades blockages, sludge, vegetable matter, protein, fats, oils, grease and bio-mat throughout your entire system and eliminates the need for repetitive and frequent pump-outs. NT-MAX quickly multiplies when contacting water and digests up to 100 pounds of pipe blocking sludge per day while freeing up soil and gravel in your field that has been heavily compacted over the years. NT-MAX breaks down and absorbs sludge blockage that restricts your systems overall handling ability. Our cultivated bacteria strains are the highest quality and contain the most bacteria per gram counts available on the commercial market. Highly specified hand picked strains are specifically designed to eliminate blockages quicker, faster and better than all other leading brands.

**\*Additional information**

## Need Help Deciding What to Order? Click Here!

**Order by Phone: 1-800-509-0927  I  100% Safe Shopping Guaranteed**

We Accept 

Home – Product Info – Compare – FAQ's – Testimonials – About Us – Contact Us – Articles – Index – Purchase Policy

© Copyright 2007 NewTechBio USA All Rights Reserved
NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial cleaners on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX contains 900 billion bacteria per gallon and can completely restore your clogged septic and drainfield to full functionality.
*Provided simulations reflect potential capabilities of NT-MAX *On item #680 and #708 only. Other items exclude shipping.

# NewTechBio

## Septic Problems Eliminated

September 10, 2007 11:53:05 PM EDT.     Order Now     Shopping Cart | Order Tracking

- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- All Products

**1) What is NT-MAX Clogged Septic and DrainField Formula?**

**2) Is NT-MAX Clogged Septic formula Safe around my family and pets?**

**3) Why are NT-MAX Products the Best Choice?**

**4) How Does NT-MAX Work?**

**5) Does NT...**

**6) Will NT-...**

**7) How Lon...**

**8) How Will...**

**9) Will NT-...**

**10) How Do...**

**11) How Off...**

NT-MAX contains specifically formulated strains of beneficial bacteria that thrive on the grease, soaps, detergents, food wastes, toilet tissue, and other organics clogging your septic system. Once NT-MAX enters your septic system, our superior cultures go to work immediately, eating and digesting all organic matter and in turn remedying clog and backup problems. Our ever multiplying hungry strains double in numbers roughly every 20 minutes to rejuvenate beneficial bacterial counts throughout your system that has been killed off everyday use of household products such as soaps, bleach, paints, cleaners and other chemicals.

Industrial Strength Septic Treatment. 100% Natural, Environmentally Safe, Strongest Product Available. Restore Clogged Septic and Drainfield Systems and Eliminate Pump-Outs.



**Click Here to Order NOW!**





green earth



**'FREE** FedEx. Ground

***Additional information**

## Need Help Deciding What to Order? Click Here!

**Order by Phone: 1-800-509-0927   |   100% Safe Shopping Guaranteed**

We Accept VISA AMEX eCHECK

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio USA All Rights Reserved
NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial cleaners on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX contains 900 billion bacteria per gallon and can completely restore your clogged septic and drainfield to full functionality.
*Provided simulations reflect potential capabilities of NT-MAX *On item #680 and #708 only. Other items exclude shipping.

# NewTechBio

## Strongest Commercial Product Available

September 10, 2007 10:14:53 PM EDT.                    Order Now        Shopping Cart I Order Tracking

**Home**
**About NT-MAX**
**Treatment Guide**
**Compare**
**FAQ's**
**Testimonials**
**About Us**
**Contact Us**
**All Products**

green earth

**1) What is NT-MAX Clogged Septic and DrainField Formula?**

**2) Is NT-MAX Clogged Septic formula Safe around my family and pets?**

**3) Why are NT-MAX Products the Best Choice?**

**4) How Does NT-MAX Work?**

**5) Does NT-MAX Eliminate Odors?**

**6) Will NT-MAX Unclog My Drainfield?**

**7) How Long Will it Take to Work?**

**8) How Will I Know It's Working?**

**9) Will NT-MAX hurt my pipes/tank/lawn/fie**

**10) How Do I Know If My Septic System is**

**11) How Often Should I have My System Pumped?**

*Additional information

Industrial Strength
Septic Treatment.
100% Natural,
Environmentally Safe,
Strongest Product
Available. Restore
Clogged Septic and
Drainfield Systems
and Eliminate Pump-
Outs.

In weakened or suffering system, fatty odorous acids buildup and are responsible for the excessive smell that goes hand in hand with failing systems. NT-MAX gets to work right away at digesting and breaking down these fats and converting them into harmless water and minerals where they later absorb into the soils below your Drainfield. Once the acids are digested, the smell goes away permanently!

*FREE FedEx. Ground

## Need Help Deciding What to Order? Click Here!

**Order by Phone: 1-800-509-0927   I   100% Safe Shopping Guaranteed**

We Accept      

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio USA All Rights Reserved
NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial cleaners on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX contains 900 billion bacteria per gallon and can completely restore your clogged septic and drainfield to full functionality.
*Provided simulations reflect potential capabilities of NT-MAX *On item #680 and #708 only. Other items exclude shipping.

# NewTechBio

September 10, 2007 10:15:50 PM EDT.    Order Now    Shopping Cart I Order Tracking

**Home**
**About NT-MAX**
**Treatment Guide**
**Compare**
**FAQ's**
**Testimonials**
**About Us**
**Contact Us**
**All Products**

green earth

**1) What is NT-MAX Clogged Septic and DrainField Formula?**

**2) Is NT-MAX Clogged Septic formula Safe around my family and pets?**

**3) Why are NT-MAX Products the Best Choice?**

**4) How Does NT-MAX Work?**

**5) Does NT-MAX Eliminate Odors?**

**6) Will NT-MAX Unclog My Drainfield?**

**7) How Long Will it Take to Work?**

**8) How Will I Know It's Working?**

**9) Will NT-MAX hurt my pipes/tank/lawn/f**

**10) How Do I Know If My Septic System**

**11) How Often Should I have My System**

**\*Additional information**

## Need Help Deciding Wha

Industrial Strength Septic Treatment. 100% Natural, Environmentally Safe, Strongest Product Available. <u>Restore Clogged</u> Septic and <u>Drainfield</u> Systems and <u>Eliminate Pump-Outs.</u>

The NT-MAX liquid shock treatment is designed to give maximum opportunity for total drainfield restoration by quickly and aggressively digesting all organic matter found throughout your entire system. NT-MAX liquefies solids and assures that only liquid is allowed to pass out of your tank and into your digestion system. <u>NT-MAX maximizes drainage and the results are a smoother running,</u> more efficient <u>system. It reverses years of</u> sludge and <u>organic build up in the drain field and most importantly, it prevents you from ever having to have your drain field unclogged</u> or replaced. <u>Drainfield replacement can be extremely costly</u> and is in most cases, absolutely unnecessary.

**Order by Phone: 1-800-509-0927  I  100% Safe Shopping Guaranteed**

We Accept  

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio USA All Rights Reserved
NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial cleaners on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX contains 900 billion bacteria per gallon and can completely restore your clogged septic and drainfield to full functionality.
*Provided simulations reflect potential capabilities of NT-MAX *On item #680 and #708 only. Other items exclude shipping.

# NewTechBio

## Eliminate Pump-Outs and Back Ups

September 10, 2007 10:16:57 PM EDT.

Order Now     Shopping Cart I Order Tracking

- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- All Products

green earth.

Ambiron TrustWave

thawte
100%
Secure

**1) What is NT-MAX Clogged Septic and DrainField Formula?**

**2) Is NT-MAX Clogged Septic formula Safe around my family and pets?**

**3) Why are NT-MAX Products the Best Choice?**

**4) How Does NT-MAX Work?**

**5) Does NT-MAX Eliminate Odors?**

**6) Will NT-MAX Unclog My Drainfield?**

**7) How Long Will it Take to Work?**

**8) How Will I Know It's Working?**

**9) Will NT-MAX hurt my pipes/tank/lawn/fie**

**10) How Do I Know If My Septic System is**

**11) How Often Should I have My System P**

**\*Additional information**

Industrial Strength Septic Treatment. 100% Natural, Environmentally Safe, Strongest Product Available. Restore Clogged Septic and Drainfield Systems and Eliminate Pump-Outs.

**Click Here to**
**Order NOW!**

NT-MAX activates immediately upon hitting water! Both the liquid and powder formula can be added directly to you D-Box, Tank or commodes. The Bacterial Enzyme reaction will start working against odors instantly and should create a noticeable change in just a number of days. As odors disappear, bacteria and enzymes continue to rapidly multiply and quickly digest sludge, oils, fats, grease, pulp and other organic matter. For more very severe problems in the tank and leach field, higher doses or longer corrective periods may are required. Most systems see a reduction in wet spots and odors within a few days and complete aleviation within 1 to 2 weeks time.



**Need Help Deciding What**

**Order by Phone: 1-800-509-0927   I   100% Safe Sh**

We Accept  VISA   AMEX  DISC

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio USA All Rights Reserved

NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial cleaners on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX contains 900 billion bacteria per gallon and can completely restore your clogged septic and drainfield to full functionality.
*Provided simulations reflect potential capabilities of NT-MAX *On item #680 and #708 only. Other items exclude shipping.

# NewTechBio

 Safe Product

September 10, 2007 10:17:56 PM EDT.

Order Now    Shopping Cart I Order Tracking

- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- All Products

**1) What is NT-MAX Clogged Septic and DrainField Formula?**

**2) Is NT-MAX Clogged Septic formula Safe around my family and pets?**

**3) Why are NT-MAX Products the Best Choice?**

**4) How Does NT-MAX Work?**

**5) Does NT-MAX Eliminate Odors?**

**6) Will NT-MAX Unclog My Drainfield?**

**7) How Long Will it Take to Work?**

**8) How Will I Know It's Working?**

**9) Will NT-MAX hurt my pipes/tank/lawn/fie**

**10) How Do I Know If My Septic System is**

**11) How Often Should I have My System P**

**\*Additional information**

## Need Help Deciding What

**Order by Phone: 1-800-509-0927  |  100% Safe Sh**

green earth



**Industrial Strength Septic Treatment. 100% Natural, Environmentally Safe, Strongest Product Available. Restore Clogged Septic and Drainfield Systems and Eliminate Pump-Outs.**

**Click Here to Order NOW!**

The first thing you will notice is that the odors go away while wet spots, slow drainage and gurgling sounds normally disappear soon after. As NT-MAX clears the years of buildup in your lines and field, your entire system will be fully restored to like new condition! NT-MAX is highly resistant to all common household chemicals such as bleach, detergents, paints, soaps, cleansers and other household products that normally kill off the beneficial bacteria in your system.

We Accept VISA AMEX DISCOVER eCHECK

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio USA All Rights Reserved

NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial cleaners on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX contains 900 billion bacteria per gallon and can completely restore your clogged septic and drainfield to full functionality.

*Provided simulations reflect potential capabilities of NT-MAX *On item #680 and #708 only. Other items exclude shipping.

# NewTechBio

September 10, 2007 10:19:00 PM EDT.

Order Now     Shopping Cart I Order Tracking

- **Home**
- **About NT-MAX**
- **Treatment Guide**
- **Compare**
- **FAQ's**
- **Testimonials**
- **About Us**
- **Contact Us**
- **All Products**

green earth

Amberon TrustWave

thawte
100%
Secure

**1) What is NT-MAX Clogged Septic and DrainField Formula?**

**2) Is NT-MAX Clogged Septic formula Safe around my family and pets?**

**3) Why are NT-MAX Products the Best Choice?**

**4) How Does NT-MAX Work?**

**5) Does NT-MAX Eliminate Odors?**

**6) Will NT-MAX Unclog My Drainfield?**

**7) How Long Will it Take to Work?**

**8) How Will I Know It's Working?**

**9) Will NT-MAX hurt my pipes/tank/lawn/field grazing animals?**

**10) How Do I Know If My Septic System**

**11) How Often Should I have My System**

*Additional information

Industrial Strength Septic Treatment. 100% Natural, Environmentally Safe, Strongest Product Available. Restore Clogged Septic and Drainfield Systems and Eliminate Pump-Outs.

**Click Here to Order NOW!**

NewTechBio

No. NT-MAX is 100% environmentally safe and friendly and will not harm people, animals, plants or any type of tank or pipes.

Ground

## Need Help Deciding What to Order? Click Here!

**Order by Phone: 1-800-509-0927  I  100% Safe Shopping Guaranteed**

We Accept VISA AMEX DISC VER eCHECK

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio USA All Rights Reserved
NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial cleaners on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX contains 900 billion bacteria per gallon and can completely restore your clogged septic and drainfield to full functionality.
*Provided simulations reflect potential capabilities of NT-MAX *On item #680 and #708 only. Other items exclude shipping.

# NewTechBio    Strongest Commercial Product Available

September 10, 2007 10:19:41 PM EDT.

Order Now    Shopping Cart I Order Tracking

- **Home**
- **About NT-MAX**
- **Treatment Guide**
- **Compare**
- **FAQ's**
- **Testimonials**
- **About Us**
- **Contact Us**
- **All Products**

**1) What is NT-MAX Clogged Septic and DrainField Formula?**

**2) Is NT-MAX Clogged Septic formula Safe around my family and pets?**

**3) Why are NT-MAX Products the Best Choice?**

**4) How Does NT-MAX Work?**

**5) Does NT-MAX Eliminate Odors?**

**6) Will NT-MAX Unclog My Drainfield?**

**7) How Long Will it Take to Work?**

**8) How Will I Know It's Working?**

**9) Will NT-MAX hurt my pipes/tank/lawn/field grazing animals?**

**10) How Do I Know If My Septic System is Failing?**

**11) How Often Should I have My System Pu**

***Additional information**

## Need Help Deciding What

**Order by Phone: 1-800-509-0927  I  100% Safe Sho**

We Accept   

Home - Product Info - Compare - FAQ's - Testimonials - Abo

Industrial Strength Septic Treatment. 100% Natural, Environmentally Safe, Strongest Product Available. Restore Clogged Septic and Drainfield Systems and Eliminate Pump-Outs.

**Click Here to Order NOW!**

Some symptoms may include slow running toilets or drains, odors, wet areas, greener grass on or around your septic system or leech field. Luckily, all of these conditions are reversible with NT-MAX. Restoring Clogged Septic and drainfields has been our mission for over 70 years. NT-MAX can restore your system to like-new condition and save you tens of thousands of dollars in costly repairs or replacement.

© Copyright 2007 NewTechBio USA All Rights Reserved
NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial cleaners on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX contains 900 billion bacteria per gallon and can completely restore your clogged septic and drainfield to full functionality.
*Provided simulations reflect potential capabilities of NT-MAX *On item #680 and #708 only. Other items exclude shipping.

# NewTechBio

## Can Eliminate Pump-Outs and B...

September 10, 2007 10:20:07 PM EDT.    Order Now    Shopping Cart I Order Tracking

- **Home**
- **About NT-MAX**
- **Treatment Guide**
- **Compare**
- **FAQ's**
- **Testimonials**
- **About Us**
- **Contact Us**
- **All Products**

green earth

Amberon TrueWay

thawte
100%
Secure

**1) What is NT-MAX Clogged Septic and DrainField Formula?**

**2) Is NT-MAX Clogged Septic formula Safe around my family and pets?**

**3) Why are NT-MAX Products the Best Choice?**

**4) How Does NT-MAX Work?**

**5) Does NT-MAX Eliminate Odors?**

**6) Will NT-MAX Unclog My Drainfield?**

**7) How Long Will it Take to Work?**

**8) How Will I Know It's Working?**

**9) Will NT-MAX hurt my pipes/tank/lawn/field grazing animals?**

**10) How Do I Know If My Septic System is Failing?**

**11) How Often Should I have My System Pumped?**

**\*Additional information**

Industrial Strength Septic Treatment. 100% Natural, Environmentally Safe, Strongest Product Available. Restore Clogged Septic and Drainfield Systems and Eliminate Pump-Outs.

**Click Here to Order NOW!**



\*FREE FedEx.

## Need Help Deciding What t

**Order by Phone: 1-800-509-0927  I  100% Safe Shop**

We Accept  

Home - Product Info - Compare - FAQ's - Testimonials - About

© Copyright 2007 NewTechBio US
NewTechBio USA provides the most powerful clogged septic cleaning enzyme
Clogged septic systems and clogged drainfields can cost tens of thousands of
and can completely restore your clogged septic
\*Provided simulations reflect potential capabilities of NT-MAX \*On it

Your system should generally be checked by a professional one a year. Septic systems are a relatively simple design but mechanical problems do occasionally occur. When used as directed, NT-MAX will reduce or eliminate the need for frequent pump-outs since a regular addition of healthy bacteria will continually digest solids allowing only effluent into the drain or leach field. With regular bacterial maintenance, most systems will never again require pumping! Depending on your family habits, tanks should be pumped for un-dissolved solids that cannot be broken down such as plastics and metals and yearly licensed inspections are recommended.

# EXHIBIT 5

**WWW.BIOSAFEONE.COM WEBSITE**

**PRINTED FROM THE INTERNET ON 8/29/07
AND ON 8/31/07**

Bio-Safe One: Purchase Page

8/29/2007



# BIO-SAFE ONE

| Home | Product Info | Comparisons | FAQs | Testimonials | Purchase | About Us | Contact Us |

**NEW! Click here for our newest patented product for drainfield restoration BIO-112 !**



Keep Your Entire Septic System Sparkling Clean, Clear and Free of Contamination!
*It's Easy!*
Just Flush the Contents of One Convenient Packet Down Your Toilet Once a Month!

### B.O.S.S
## 1.5 Year Supply
*(18 Months of Powdered Treatment)*

2 SPECIAL LIMITED-TIME FREE BONUS OFFERS!

**FREE Bonus #1:**
**FREE SHIPPING AND HANDLING**
(A 15.00 Value!)

**FREE Bonus #2:**
**FREE 4 MONTHS SUPPLY ADDED--At No Extra Charge!**
**(That Extends Your Supply to 22 months)!**

**Only $139.00**


**Add to Your SHOPPING CART**

### B.O.S.S
## 3 Year Supply
*(36 Months of Powdered Treatment)*

2 SPECIAL LIMITED-TIME FREE BONUS OFFERS!

**FREE Bonus #1:**
**FREE SHIPPING AND HANDLING**
(A 15.00 Value!)

**FREE Bonus #2:**
**FREE 6 MONTHS SUPPLY ADDED--At No Extra Charge!**
**(That Extends Your Supply to 42 months)!**

**Only $199.00**

**Add to Your SHOPPING CART**

**Please note:** The smaller $139 size is recommended only for brand new septic systems. Otherwise, you will need to "shock" the system and clean out accumulated

buildup. If you are unsure of what to order, please see our Treatment Guide 0r call us toll free : 1 (866) 424-6663.

## BIO-112 Heavy Sludge Digester
### If you are experiencing problems with your drainfield, try our most powerful liquid formula BIO-112

THE **BIO-112 HEAVY SLUDGE DIGESTER IS FORMULATED FOR THE TREATMENT** OF RESIDENTIAL, HOTEL AND COMMERCIAL SEPTIC SYSTEMS, GREASE TRAPS, SLOWLY RUNNING DRAINS, FLOOR DRAINS AND PORTABLE TOILETS. **BIO-112** IS THE LATEST TECHNOLOGICAL DEVELOPMENT IN WASTE TREATMENT FORMULATED BY THE SAME GROUP OF SCIENTISTS THAT HELPED CLEAN THE EXXON VALDEZ OIL SPILL.

THE ACTIVE INGREDIENT IN **BIO-SAFE ONE BIO-112 HEAVY SLUDGE DIGESTER** IS HIGHLY CONCENTRATED ENZYME FORTIFIED AEROBIC (OXYGEN SURVIVING) AND ANEROBIC (NON-OXYGEN SURVIVING) BACTERIA (550 BILLION BACTERIA/GAL.).

**BIO-112** COMES IN LIQUID FORM, A 5 GALLON PAIL.  55 GALLON DRUMS ARE AVAILABLE VIA BULK ORDER.  UNLIKE CHEMICALS, IT IS NATURAL, SAFE AND EFFECTIVE.

IN ANY APPLICATION,THERE IS A "SEEDING" EFFECT. THAT IS, THE MICROBES IN THE INITIAL DOSE GROW TO PROVIDE AN EVER INCREASING POPULATION, DIGESTING GREASE, PAPER, AND ORGANIC SEWAGE. THE **BIO-112 HEAVY SLUDGE DIGESTER** IS EASY TO APPLY. THIS IS THE STRONGEST TREATMENT AVAILABLE ON THE MARKET AND HAS PATENTED STRAINS OF BACTERIA THAT CAN COMPLETELY DIGEST GREASE AND ALL TYPES OF SEWAGE/SLUDGE.

PLEASE SEE OUR TREATMENT GUIDE

**Only $379.00**



INDUSTRIAL
SEWAGE DIGESTER
(DRAINS, GREASE TRAPS,
SEPTIC SYSTEMS)

## BIO-112
### 5+ YEAR SUPPLY
WHEN USED FOR MAINTENANCE

ADVANCED FORMULA
550 BILLION BACTERIA/GAL

STRONGEST SEPTIC
TREATMENT ON THE
MARKET

WORKS AT
RESTORING FAILED
DRAINFIELD

## FOR BULK ORDERS CALL TOLL FREE 1-866-424-6663

Add to Your
SHOPPING CART

Bio-Safe One: Purchase Page

Page 3 of 3

# CLICK HERE TO ORDER BIO-SAFE ONE ONLINE TODAY



WE ACCEPT

CHECK BY PHONE
OR ONLINE CHECK

GOT A QUESTION OR COMMENT

call 1-866-424-6663

Home | Product Details | Competitive Comparison | Treatment Guide | About BOSS & FAQs
Testimonials | Resources | Purchase Product | Contact Us
© 2006, Bio-Safe One, All rights reserved. Purchase Policy

http://www.biosafeone.com/purchase.html

8/29/2007

# NewTechBio

## Septic Problems Eliminated

August 31, 2007 2:21:13 AM EDT.

Shopping Cart I Order Tracking

FREE  FedEx. Ground



- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- All Products

## Keep Your Entire Septic System in Like New Condition and Free of clogging and Contamination!

*It's So Easy! Simply Flush the Contents of One Convenient Packet Down Your Toilet Once a Month! Select Your Product Based on the Severity of Your Clogged Septic or Drainfield*

green earth



### NT-Max Bio Packs 3.5 Year Supply Plus 6 FREE Months Supply = 48 Months Supply. #708

Price: $ 189.00 Quantity: 1    Add to Cart



### NT-Max Bio Packs 2 Year Supply Plus 4 FREE Months Supply = 28 Months Supply. #680

Price: $ 135.00 Quantity: 1    Add to Cart




### NT-Max Liquid The Most Powerful Industrial Strength Super Septic Waste Digester available on the market! Liquid Form with 900 Billion Bacteria per Gallon. No other Product Comes Close! 5+ YEAR SUPPLY WHEN USED AS MAINTENANCE. #840

Price: $ 369.00 Quantity: 1    Add to Cart

**NT-MAX is a powerful combination of 900 Billion safe, non-toxic and environmentally friendly microorganisms which are designed to completely restore clogged septic systems. NT-MAX Liquid Septic Waste Digester is Specifically Designed for the Complete Treatment of Residential, Hotel, Municipality, Industrial and Commercial Septic Treatment Stations. NT-MAX Quickly Attacks and Digests Years of Compacted Sludge, Grease, Grime and Bio-Mat Buildup in Tanks, Lines, Drainfields, Slow Drains, Agricultural Ponds, Grease Traps, RV Holding Tanks and Cesspool Collectors.**

**NT-MAX Liquid contains over 900 Billion powerful, highly concentrated bacterial strains that immeatly digest and degrade blockages on contact. NT-MAX Liquid ships in 5 gallon containers, 55 gallon drums and 250 gallon totes. Drum and totes ship same day, please call for pricing. NT-MAX products are 100% safe around people, pets, lines, all plumbing and the environment and are safe on all septic systems**

**including spray head type, dual chamber and cesspool.**

**NT-MAX Liquid is the most powerful formula available in waste treatment and bioremediation. commercial grade bacterial enzyme septic treatment formulas were used to treat the Galapagos Island oil spill in 2001 and the hurricane Katrina Spills of 2005. we guarantee our products are by far the strongest available septic treatments on the market and are <u>backed by over 70 years of research and development</u>.**

## Order by Phone: 1-800-509-0927  |  100% Safe Shopping Guaranteed

We Accept

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio NT-MAX Septic Tank Treatment USA All Rights Reserved NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial septic treatments on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX septic treatment contains 900 billion bacteria per gallon and can completely restore your clogged septic and clogged drainfield to full functionality. *simulations reflect potential of NT-MAX septic tank treatment*Free shipping on item #680 and #708 only excluding Alaska, Puerto Rico, Hawaii and International orders. Other septic treatments may exclude shipping.

**WWW.CLOGGEDDRAINFIELD.COM   WEBSITE**

**PRINTED FROM THE INTERNET ON 8/26/07**

Order NT-MAX clogged septic tank treatment and recieve free shipping on selected products



# NT-Max Bio™ — Septic Problems Eliminated

Shopping Cart | Order Tracking



FREE FedEx. Ground ✓

Sunday, August 26, 2007 2:48:22 PM.

- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- All Products



## Keep Your Entire Septic System in Like New Condition and Free of clogging and Contamination!

*It's So Easy! Simply Flush the Contents of One Convenient Packet Down Your Toilet Once a Month! Select Your Product Based on the Severity of Your Clogged Septic or Drainfield*

**NT-Max Bio Packs 3.5 Year Supply Plus 6 FREE Months Supply = 48 Months Supply.** #708

Price: $ 189.00  Quantity: 1    Add to Cart



**NT-Max Bio Packs 2 Year Supply Plus 4 FREE Months Supply = 28 Months Supply.** #680

Price: $ 135.00  Quantity: 1    Add to Cart



**NT-Max Liquid The Most Powerful Industrial Strength Super Septic Waste Digester available on the market! Liquid Form with 900 Billion Bacteria per Gallon. No other**

Price: $ 369.00  Quantity: 1    Add to Cart




NT-MAX BIO

http://www.cloggeddrainfield.com/order.htm

8/26/2007



## Product Comes Close! 5+ YEAR SUPPLY WHEN USED AS MAINTENANCE. #840

NT-MAX Liquid Super Septic Waste Digester is Laboratory Designed for the Complete Treatment of Residential, Hotel, Municipality, Industrial and Commercial Septic Treatment Stations. NT-MAX Quickly Attacks and Digests Years of Sludge, Grease, Grime and Bio-Mat Buildup in Tanks, Lines, Drainfields, Slow Drains, Agricultural Ponds, Grease Traps, RV Holding Tanks and Cesspool Collectors. NT-MAX Liquid is the Most Powerful Formula Available in Waste Treatment and Bioremediation. Commercial Grade Bacterial Enzyme Septic Treatment Formulas were used to Treat the Galapagos Island Oil Spill in 2001 and the Hurricane Katrina Spills of 2005. We Guarantee our Products are by Far the Strongest Available Septic Treatments on the Market and are Backed by over 70 Years of Research and Development.

The Active Ingredients in NT-MAX Liquid are Super Concentrated Aerobic and Anaerobic Bacteria Containing 900 Billion Bacteria Per Gallon and Ship in 5 Gallon Containers, 55 Gallon Drums and 250 Gallon Totes. Drum and Totes Ship Same Day, Please Call for Pricing

NT-MAX Products are 100% Safe Around People, Pets, Lines, All Plumbing and the Environment and are Safe on All Septic Systems Including Spray Head Type, Dual Chamber and Cesspool.

## Order by Phone: 1-800-509-0927  |  100% Safe Shopping Guaranteed

We Accept 

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NT-MAX Bio NT-MAX Septic Tank Treatment USA All Rights Reserved NT-MAX Bio USA provides the most powerful clogged septic cleaning enzyme and bacterial septic treatments on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX septic treatment contains 900 billion bacteria per gallon and can completely restore your clogged septic and clogged drainfield to full functionality. *simulations reflect potential of NT-MAX septic tank treatment*Free shipping on Item #680 and #708 only excluding Alaska, Puerto Rico, Hawaii and International orders. Other septic treatments may exclude shipping.

CHANGED FROM "NEW TECH BIO"

**WWW.NEWTECHBIO.COM WEBSITE**

**PRINTED FROM THE INTERNET ON 9/10/07**



# NewTechBio — Totally Restore Clogged Drainfields

September 10, 2007 11:41:40 PM EDT.

Order Now    Shopping Cart I Order Tracking

FREE FedEx. Ground

- Home
- About NT-MAX
- Treatment Guide
- Compare
- FAQ's
- Testimonials
- About Us
- Contact Us
- All Products

## Keep Your Entire Septic System in Like New Condition and Free of clogging and Contamination!

*It's So Easy! Simply Flush the Contents of One Convenient Packet Down Your Toilet Once a Month! Select Your Product Based on the Severity of Your Clogged Septic or Drainfield*



green earth



### NT-Max Bio Packs 3.5 Year Supply Plus 6 FREE Months Supply = 48 Months Supply. #708

Price: $ 189.00  Quantity: 1    Add to Cart



### NT-Max Bio Packs 2 Year Supply Plus 4 FREE Months Supply = 28 Months Supply. #680

Price: $ 135.00  Quantity: 1    Add to Cart





### NT-Max Liquid The Most Powerful Industrial Strength Super Septic Waste Digester available on the market! Liquid Form with 900 Billion Bacteria per Gallon. No other Product Comes Close! 5+ YEAR SUPPLY WHEN USED AS MAINTENANCE. #840

Price: $ 369.00  Quantity: 1    Add to Cart

**NT-MAX is a powerful combination of 900 Billion safe, non-toxic and environmentally friendly microorganisms which are designed to completely restore clogged septic systems. NT-MAX Liquid Septic Waste Digester is Specifically Designed for the Complete Treatment of Residential, Hotel, Municipality, Industrial and Commercial Septic Treatment Stations. NT-MAX Quickly Attacks and Digests Years of Compacted Sludge, Grease, Grime and Bio-Mat Buildup in Tanks, Lines, Drainfields, Slow Drains, Agricultural Ponds, Grease Traps, RV Holding Tanks and Cesspool Collectors.**

**NT-MAX Liquid contains over 900 Billion powerful, highly concentrated bacterial strains that immediatly digest and degrade blockages on contact. NT-MAX Liquid ships in 5 gallon containers, 55 gallon drums and 250 gallon totes. Drum and totes ship same day, please call for pricing. NT-MAX products are 100% safe around people, pets, lines, all plumbing and the environment and are safe on all septic systems**

**including spray head type, dual chamber and cesspool.**

**NT-MAX Liquid is the most powerful formula available in waste treatment and bioremediation. commercial grade bacterial enzyme septic treatment formulas were used to treat the Galapagos Island oil spill in 2001 and the hurricane Katrina Spills of 2005. We guarantee our products are by far the strongest available septic treatments available on the market and are firmly backed by over 70 years of bio-remediation related research and development.**

## Order by Phone: 1-800-509-0927   |   100% Safe Shopping Guaranteed

**We Accept**   

Google Site Stats - send feedback

Home - Product Info - Compare - FAQ's - Testimonials - About Us - Contact Us - Articles - Index - Purchase Policy

© Copyright 2007 NewTechBio NT-MAX Septic Tank Treatment USA All Rights Reserved NewTechBio USA provides the most powerful clogged septic cleaning enzyme and bacterial septic treatments on the market in a powder or liquid form. Clogged septic systems and clogged drainfields can cost tens of thousands of dollars to replace. NT-MAX septic treatment contains 900 billion bacteria per gallon and can completely restore your clogged septic and clogged drainfield to full functionality. *simulations reflect potential of NT-MAX septic tank treatment *Free shipping on item #680 and #708 only excluding Alaska, Puerto Rico, Hawaii and International orders. Other septic treatments may exclude shipping.

# EXHIBIT 6



**Photographs of a Septic Tank**

Before B.O.S.S    After B.O.S.S

# Bio-Safe One Septic Solution! (B.O.S.S)

Industrial Strength Patented Bacterial /Enzyme Maintenance Treatments

Bio-friendly, safe, mo saving way to clean y septic system For pennies per day

◉ *Septic treatment with Billions of bacteria that double in numbers ever 30 minutes to absorb and digest Sludge, Grease, Paper and Solid Waste that clogs your septic and drainfield systems.*



Before NT-MAX*    After NT-MAX*

Our Industrial Strength Formula Contains Higher Bacterial and Enzyme Counts than Any other Septic Treatment on the Market!

Commercial Grade Bacterial Enzyme septic treatment formulas were used to treat the Galapagos Island Oil Spill in 2001 and the Hurricane Katrina Spills of 2005. With over 70 years of research and development behind us, We Guarantee that our products are the most powerful septic treatments available on the market.



After NT-MAX*

After B.O.S.S

Before NT-MAX*

Before B.O.S.S

Overlayed Images

# EXHIBIT 7