UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BIOSAFE-ONE, INC d/b/a
WWW.BIOSAFEONE.COM
and CHRISTOPHER JORGENSEN,                           Case No. 07 cv 6764 (DC) (DFE)

                            *Plaintiffs*

   -against-

                                                     CONSENT TO
ROBEBRT HAWKS; BRAD SKIERKOWSKI;                     SUBSTITUTION OF
NEWTECHBIO, USA a/k/a BRAD & COMPANY,                COUNSEL
INC. d/b/a WWW.NEWTECHBIO.COM; and
WWW.JUMBO MORTGAGES101.COM
A/k/a JUMBOMORTGAGES.NET; and
BCI FUNDING GROUP
                     *Defendants*
-----------------------------------------------------------X

Plaintiff **BIOSAFE-ONE, INC d/b/a WWW.BIOSAFEONE.COM** and

**CHRISTOPHER JORGENSEN** hereby stipulate and consent to the substitution of

counsel for plaintiff Vik Pawar, Esq. by Vivian M. Williams & Associates, P.C., with

Vivian M. Williams, Esq. LL.M being the lead attorney of record.


Vik Pawar, Esq. hereby agrees to the substitution and further, withdraws his

representation of plaintiffs in the above captioned matter.


Further, the parties agree that Vik Pawar, Esq. shall have no further interest in this matter

and NO claim to any award of damages or attorney's fees heretofore.

_____     _____
Christopher Jorgensen           Vivian M. Williams, Esq. LL.M (VW1268)
For Christopher Jorgensen       14 Wall Street, 20th Floor
                                New York, NY 10005
                                212-618-1791
                                vwilliams@vmwassociates.com
                                www.vmwassociates.com

_____     _____
Christopher Jorgensen           Vik Pawar, Esq.   (VP9101)
For BioSafe-One, INC            321 Broadway, Suite 200
                                New York, NY 10007
                                212-571-2266