```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

BIOSAFE-ONE, INC. and              :
CHRISTOPHER JORGENSEN,
                                   :
                Plaintiffs,                    ORDER
                                   :
        - against -                            07 Civ. 6764 (DC)
                                   :
ROBERT HAWKS et al.,
                                   :
                Defendants.
                                   :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2007

**CHIN, D.J.**

      On December 10, 2007, plaintiffs' new counsel filed an untitled document with the Court. It appears to be a letter, but it was submitted with a caption and was electronically filed. To the extent the letter requests that the Court seal certain information and redact the names of plaintiffs' supplier from the Court's decision, the requests are denied. These are matters that should have been raised before the information was presented in a public proceeding. No prior request was made for any information or documents to be sealed. The Court's decision has already been filed and publicly disseminated. Plaintiffs' request for a conference to discuss these issues is also denied. Furthermore, to the extent plaintiffs suggest they may move for reconsideration, the deadline to file the motion has passed and thus any such motion would be untimely.

      SO ORDERED.

Dated:  New York, New York
        December 18, 2007

                                    DENNY CHIN
                                    United States District Judge