USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/07

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

LESSLER & LESSLER
Attorneys for Defendants
540 Old Bridge Turnpike
South River, New Jersey 08882
Tel. (732) 254-5155

\* \* \* \* \* \* \* \* \* \* \* \* \* \*   Hon. Denny Chin, USDJ
                                       Hon. Douglas F. Eaton , USMJ

BIOSAFE-ONE, INC. d/b/a            \*
www.biosafeone.com and                 Civ. No. 07-6764 (DC)(DFE)
CHRIS JORGENSEN,                    \*

                    Plaintiffs     \*

        -against-                  \*

ROBERT HAWKS, BRAD SKIERKOWSKI;    \*
NEWTECHBIO, USA a/k/a Brad & Company,
Inc. d/b/a www.newtechbio.com;     \*
WWW.JUMBOMORTGAGES101.COM a/k/a     \*
jumbomortgages.net, and BCI FUNDING
GROUP,                             \*

                    Defendants     \*

                                   \*

        -against-                  \*

ODETTE J. WILKENS,                 \*

            Third Party Defendant  \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER DENYING PLAINTIFFS' MOTION
### FOR A PRELIMINARY INJUNCTION AND
### GRANTING DEFENDANTS' CROSS-MOTION FOR A
### PRELIMINARY INJUNCTION AND TO REACTIVATE WEBSITE

Case 1:07-cv-06764-DC   Document 35   Filed 12/18/2007   Page 2 of 3
Biosafe-One, Inc. et al. v. Hawks et al.                                    Civ. No. 07-6764
Order Denying Plaintiffs' Motion for a Preliminary Injunction
and Granting Defendants' Cross-motion
for a Preliminary Injunction and to Reactivate Website

This matter having come before the Court on plaintiffs'
motion for a preliminary injunction and defendants' cross-
motion for a preliminary injunction and an order requiring re-
activation of their website, Vikrant Pawar, Esq. appearing for
the plaintiffs and Arthur L. Lessler, Esq. of Lessler & Lessler
appearing for the defendants; and the Court having considered
the papers filed by the parties and the arguments of their
counsel, and having held an evidentiary hearing on October 2,
2007; for the reasons set forth in the Opinion of the Court
issued November 29, 2007 it is hereby

ORDERED as follows:

1. Plaintiffs' motion for a preliminary injunction is
denied.

2. Defendants' motion for a preliminary injunction is
granted, and plaintiffs are hereby enjoined and restrained,
pending a final disposition of this case or, until further order of the Court, from:

a. Advising any website hosting company or
Internet service provider that the websites currently or
hereafter operated by defendants under the domain names
www.newtechbio.com or cloggeddrainfield.com infringe any copy-
right or other intellectual property rights of plaintiffs; or

2

Biosafe-One, Inc. et al. v. Hawksley et al.
Order Denying Plaintiffs' Motion for a Preliminary Injunction
and Granting Defendants' Cross-motion
for a Preliminary Injunction and to Reactivate Website

b. Requesting that any website hosting company or
Internet service provider cease furnishing services to or for
defendants with respect to said websites.

3. Add2Net, Inc. d/b/a Lunarpages is ordered to reacti-
vate defendants' website www.newtechbio.com.

Dated: New York, New York
       December 18, 2007

Denny Chin
United States District Judge