USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESSLER & LESSLER
Attorneys for Defendants
540 Old Bridge Turnpike
South River, New Jersey 08882
Tel. (732) 254-5155

\* \* \* \* \* \* \* \* \* \* \* \* \*  \* Hon. Denny Chin, USDJ
                                      Hon. Douglas F. Eaton, USMJ

BIOSAFE-ONE, INC. d/b/a            \*
www.biosafeone.com and                 Civ. No. 07-6764 (DC)(DFE)
CHRIS JORGENSEN,                    \*

                   Plaintiffs   \*

      -against-                            \*

ROBERT HAWKS, BRAD SKIERKOWSKI;   \*
NEWTECHBIO, USA a/k/a Brad & Company,
Inc. d/b/a www.newtechbio.com;      \*
WWW.JUMBOMORTGAGES101.COM a/k/a
jumbomortgages.net, and BCI FUNDING  \*
GROUP,
                    Defendants   \*

      -against-                            \*

ODETTE J. WILKENS,                      \*

               Third Party Defendant   \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER DENYING PLAINTIFFS' MOTION
FOR A PRELIMINARY INJUNCTION AND
GRANTING DEFENDANTS' CROSS-MOTION FOR A
PRELIMINARY INJUNCTION AND TO REACTIVATE WEBSITE**

Case 1:07-cv-06764-DC Document 35 Filed 12/18/07 Page 2 of 3

Biosafe-One, Inc. et al. v. Hawks et al.                                    Civ. No. 07-6764
Order Denying Plaintiffs' Motion for a Preliminary Injunction
and Granting Defendants' Cross-motion
for a Preliminary Injunction and to Reactivate Website

This matter having come before the Court on plaintiffs' motion for a preliminary injunction and defendants' cross-motion for a preliminary injunction and an order requiring re-activation of their website, Vikrant Pawar, Esq. appearing for the plaintiffs and Arthur L. Lessler, Esq. of Lessler & Lessler appearing for the defendants; and the Court having considered the papers filed by the parties and the arguments of their counsel, and having held an evidentiary hearing on October 2, 2007; for the reasons set forth in the Opinion of the Court issued November 29, 2007 it is hereby

ORDERED as follows:

1. Plaintiffs' motion for a preliminary injunction is denied.

2. Defendants' motion for a preliminary injunction is granted, and plaintiffs are hereby enjoined and restrained, pending a final disposition of this case or, until further order of the Court, from:

a. Advising any website hosting company or Internet service provider that the websites currently ~~or hereafter~~ operated by defendants under the domain names www.newtechbio.com or cloggeddrainfield.com infringe any copyright or other intellectual property rights of plaintiffs; or

2

Biosafe One, Inc. et al. v. Hawks et al.    Civ. No. 07-6764
Order Denying Plaintiffs' Motion for a Preliminary Injunction
and Granting Defendants' Cross-motion
for a Preliminary Injunction and to Reactivate Website

b. Requesting that any website hosting company or Internet service provider cease furnishing services to or for defendants with respect to said websites.

3. Add2Net, Inc. d/b/a Lunarpages is ordered to reactivate defendants' website www.newtechbio.com.

Dated: New York, New York
       December 18, 2007

                                    Denny Chin
                                    United States District Judge

3