INDEX #: 07-6764 (DC) (DFE)
Date Filed: September 28, 2007

COUNTY OF
UNITED STATES DISTRICT COURT
DISTRICT: SOUTHERN DISTRICT OF NEW YORK

ATTORNEY(S): LESSLER & LESSLER PH: 732-254-5155
ADDRESS: 540 OLD BRIDGE TPKE SOUTH RIVER NJ 08882 File No.:

BIOSAFE-ONE, INC., ET ANO.

vs

ROBERT HAWKS., ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

RALPH TRAUB, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On **Monday, December 24, 2007** at **2:00 PM**, at **67-30 DARTMOUTH STREET, SUITE 7M, FOREST HILLS, NY 11375**, deponent served the within **THIRD PARTY SUMMONS AND COMPLAINT WITH ANSWER, COUNTERCLAIM AND THIRD PARTY COMPLAINT**

on: **ODETTE J. WILKENS**, **Defendant** therein named.

#1 INDIVIDUAL  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein. [ ]

#2 CORP.  By delivering thereat a true copy of each to _____ personally, deponent knew said _____ so served to be the _____ described in same as said recipient and knew said individual to be the managing/authorized agent of the _____, and said person stated that he/she was authorized to accept service on behalf of the _____. [ ]

#3 SUITABLE AGE PERSON/PARTNERSHIP  By delivering a true copy of each to _____, _____, a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state. [ ]

#4 AFFIXING TO DOOR [X]  By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business  [X] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
  on Wednesday, December 19, 2007 at 7:34 PM
  on Friday, December 21, 2007 at 7:53 AM
  on Monday, December 24, 2007 at 2:00 PM
  on _____ at _____
Address confirmed by  a neighbor , MR. SANTANA

#5 MAIL COPY [X]  On **December 27, 2007**, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope not indicating that mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

#6 DESC. [ ] (use with #1, 2 or 3)  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: _____ Color of skin: _____ Color of hair: _____ Age: _____ Height: _____
Weight: _____ Other Features: _____

#7 WIT. FEES [ ]  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MIL. SRVC [X]  Your deponent asked the person spoken to whether defendant was in the active military service of the United States or N. Y. State; and received a negative reply. Upon information and belief I have; being based on the conversations & observations above narrated, defendant is not in the military service.

#9 OTHER [ ]

Sworn to before me on December 27, 2007

MARC KOEHLER
NOTARY PUBLIC, State of New York
No. 01K05024212, Qualified in Suffolk County
Term Expires March 07, 2010

RALPH TRAUB
Server's Lic # 0792616
Invoice·Work Order # 0147193