UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BIOSAFE-ONE, INC. d/b/a
www.biosafeone.com and
CHRIS JORGENSEN,

                      Plaintiffs

- against -

ROBERT HAWKS, BRAD SKIERKOWSKI;
NEWTECHBIO, USA a/k/a Brad & Company,
Inc., dba www. Newtechbio.com;
WWW.JUMBOMORTGAGES101.COM a/k/a
jumbomortgages.net, and BCI FUNDING GROUP,

                      Defendants

- against -

ODETTE J. WILKENS,

                      Third Party Defendant

07 CV6764 (DC)(DFE)

---

STIPULATION EXTENDING TIME TO ANSWER OR MOVE

It is hereby stipulated and agreed that the time in which third-party defendant, Odette J. Wilkens, shall have to answer, move, or otherwise plead in response to the third-party complaint in this action is changed from the original due date of January 13, 2008 to the new due date of February 13, 2008. In the meantime, the third-party defendant retains any and all defenses and objections.

Dated:  New York, New York
        January 10, 2008

Attorneys for Defendants/
    Third-Party Plaintiffs

_____
Arthur L. Lessler (AL6649)

1

Lessler & Lessler
540 Old Bridge Turnpike
South River, New Jersey 08882
Tel. 732-254-5155

Attorney for Third-Party Defendant
(OW7853)

*[signature: Odette J. Wilkens]*

Odette J. Wilkens (OW7853)
67-30 Dartmouth Street
Forest Hills, New York 11375
Tel. 718-575-8784

Third-Party Defendant *Pro Se*

So Ordered,

_____
HON. Denny Chin, U.S.D.J.

2