UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
LESSLER & LESSLER
Attorneys for Defendants
540 Old Bridge Turnpike
South River, New Jersey 08882
Tel. (732) 254-5155
```

\* \* \* \* \* \* \* \* \* \* \* \* \*   \*  Hon. Denny Chin, USDJ
                                 Hon. Douglas F. Eaton, USMJ
BIOSAFE-ONE, INC. d/b/a          \*
www.biosafeone.com and              Civ. No. 07-6764 (DC)(DFE)
CHRIS JORGENSEN,                 \*
                 Plaintiffs
                                 \*
    -against-
                                 \*
ROBERT HAWKS, BRAD SKIERKOWSKI;
NEWTECHBIO, USA a/k/a Brad & Company,  \*
Inc. d/b/a www.newtechbio.com;
WWW.JUMBOMORTGAGES101.COM a/k/a  \*
jumbomortgages.net, and BCI FUNDING
GROUP,                           \*
                 Defendants
\* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of January, 2008, I served the following document(s) upon the plaintiffs by first class mail to the persons listed below.

                                    s/ *Arthur L. Lessler*
                                    _____
                                    Arthur L. Lessler (AL6649)

Document(s): Defendants' Initial Disclosure Pursuant to F.R.C.P. 26(a)(1); First Request of Defendants for Production

Re: Biosafe-One, Inc. et al. v. Hawks et al.                    Civ. No. 07-6764
Certificate of Service
January 31, 2008

of Documents by Plaintiffs, Nos. 1 to 214; and First Set of
Interrogatories to Plaintiffs, Nos. 1 to 11.

    Addressees:

    Vivian M. Williams, Esq.
    Attorney for Plaintiffs
    14 Wall Street, Floor 20
    New York, NY 10005-2123
     Tel (212) 618-1791
     Fax (212) 618-1705
     E-Mail vwilliams@vmwassociates.com

    Anthony M. Wilger, Esq.
    Attorney for Plaintiffs
    67 Wall Street, Suite 2211
    New York, NY 10005
     Tel (866) 424-6663
     Fax (408) 984-4986

    Odette J. Wilkens, Esq.
    Attorney for Plaintiffs
    67-30 Dartmouth Street, Suite 7-M
    Forest Hills, New York 11375
     Tel (718) 575-8784
    owilkens@nyc.rr.com
     Tel (866) 424-6663