```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08
```

07civ6764 - DC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIOSAFE-ONE, INC. d/b/a
WWW.BIOSAFEONE.COM and
CHRISTOPHER JORGENSEN,

                              Plaintiffs     ~~Civ. No. 07-6764~~

      - against -                               (DC)(DFE)

ROBERT HAWKS, BRAD SKIERKOWSKI;
NEWTECHBIO, USA a/k/a BRAD & COMPANY, INC.
d/b/a WWW.NEWTECHBIO.COM;
WWW.JUMBOMORTGAGES101.COM a/k/a
JUMBOMORTGAGES.NET; and BCI FUNDING GROUP,

                              Defendants

      - against -

ODETTE J. WILKENS,

           Third Party Defendant

**NOTICE OF DISMISSAL OF THIRD PARTY ACTION AGAINST THIRD PARTY DEFENDANT ODETTE J. WILKENS**

      Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Defendants/Third Party Plaintiffs, Robert Hawks, Brad Skierkowski, Newtechbio, USA a/k/a Brad & Company, Inc. d/b/a www.newtechbio.com, www.jumbomortgages101.com a/k/a jumbomortgages.net, and BCI Funding Group, hereby dismiss **WITH PREJUDICE** all of the claims that comprise the Defendants/Third Party Plaintiffs' Third Party Complaint against Third Party Defendant, Odette J. Wilkens.

Dated: March 25, 2008

Attorneys for Defendants/
Third Party Plaintiffs

*/s/ Arthur L. Lessler*

Arthur L. Lessler (AL6649)

Lessler & Lessler
540 Old Bridge Turnpike
South River, New Jersey 08882
Tel. 732-254-5155

SO ORDERED.

*/s/*

USDJ
3/31/08

1